UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION and AVX LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CABOT CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 04-10467 *RWZ* ) ) ) ) ) ) |

## ACCEPTANCE OF SERVICE

The undersigned, being authorized to accept service on behalf of the defendant, Cabot Corporation, do hereby accept service of the Summons and Complaint in the above-captioned case.

                                                CABOT CORPORATION,
                                                By its attorney,

                                                Robert S. Frank, Jr. (BBO No. 177240)
                                                Brian A. Davis (BBO No. 546462)
                                                CHOATE, HALL & STEWART
                                                Exchange Place
                                                53 State Street
                                                Boston, MA  02109
                                                (617) 248-5000

Dated: March 9, 2004



225 Friend Street
Boston, MA 02114-1812

617.742.7300
617.742.9969 *fax*
www.bodoffslavitt.com

March 10, 2004

**BY HAND DELIVERY**

Office of the Civil Clerk
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   <u>AVX Corporation v. Cabot Corporation</u>
      C.A. No. 04-10467 *Rwz*

Dear Sir/Madam:

Enclosed for filing in the above action are an original Summons and an Acceptance of Service relating thereto. As indicated in the Acceptance of Service, Attorney Robert S. Frank, Jr. of Choate, Hall & Stewart accepted service of the Summons and Complaint on behalf of the defendant, Cabot Corporation.

Please file the originals and return a date-stamped copy of each with my messenger.

Sincerely,

Richard P. O'Neil

Enclosures

cc:   Robert S. Frank, Jr., Esq.
      Brian A. Davis, Esq.

{00007132.1}