UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-10467 (RWZ)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO TRANSFER
## RELATED CASE PURSUANT TO LOCAL RULE 40.1(I)

Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") and defendant Cabot Corporation ("Cabot") hereby jointly move to transfer this action to the Honorable Richard G. Stearns pursuant to Local Rule 40.1(I) on the ground that it is related to the prior action between the same parties titled <u>AVX Corporation v. Cabot Corporation, et al.</u>, USDC (Mass.) Civil Action No. 02-11524 (RGS).

As grounds for this motion, AVX and Cabot state as follows:

1.　　　Plaintiff AVX commenced this action against Cabot on March 8, 2004. *See* Complaint dated March 8, 2004 (the "2004 Complaint"), a true copy of which is appended hereto at <u>Tab 1</u>. The 2004 Complaint alleges a sole count for violation of federal antitrust laws under the Sherman Act, 15 U.S.C. §§ 1, 14. The instant action was assigned to the Honorable Rya W. Zobel.

2.    Plaintiff AVX previously filed a Complaint against Cabot in this Court on July 26, 2002 (the "2002 Complaint"), a true copy of which is appended hereto at <u>Tab 2</u>. The resulting civil action, titled <u>AVX Corporation v. Cabot Corporation, *et al.*,</u> USDC (Mass.) Civil Action No. 02-11524 (RGS) (the "Prior Action"), was assigned to the Honorable Richard G. Stearns ("Judge Stearns").

3.    AVX subsequently filed an Amended Complaint in the Prior Action on February 20, 2003, which, *inter alia*, added AXV Limited as an additional plaintiff.

4.    Local Rule 40.1 governs the assignment of "related cases" to the same presiding judge. A case is "related" to an action:

> previously filed in this court if some or all of the parties are the same and if one or more of the following similarities exist also: *the cases involve the same or similar claims or defenses*; or *the cases involve the same property, transaction or event* ... or *the cases involve substantially the same questions of fact and law*.... This rule shall not apply if more than two (2) years have elapsed since the closing of the previous action.

Local Rule 40.1(G)(1) (emphasis added.)

5.    The instant action satisfies the standard set forth in Local Rule 40.1(G)(1). First, "all of the parties are the same" as in the previous action. Second, a comparison of the 2002 Complaint and the 2004 Complaint demonstrate that the previous action assigned to Judge Stearns involved "the same or similar claims or defenses" as the instant action. Moreover, the previous action and the instant action "involve the same property, transaction or event." Accordingly, the instant action is a "related case" for purposes of Local Rule 40.1, and deserves to be transferred to Judge Stearns.

WHEREFORE, AVX and Cabot respectfully request that this Court transfer this action to the Honorable Richard G. Stearns.

CABOT CORPORATION

By its attorneys,

_____
Robert S. Frank, Jr. (BBO No. 130950)
Brian A. Davis (BBO No. 546462)
Terrence M. Schwab (BBO No. 650793)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tele: 617-248-5000
Fax: 617-248-4000


John Traficonte  (BBO No. 541931)
CABOT CORPORATION
Two Seaport Lane
Boston, Massachusetts 02210
Tele: 617-345-0100

Date:  March _16_, 2004

3668275.1

AVX CORPORATION AND AVX LTD.

By their attorneys,

_____
Evan M. Slavitt (BBO No. 466510)
Richard P. O'Neil (BBO No.645214)
BODOFF & SLAVITT LLP
225 Friend Street
Boston, Massachusetts 02114-1812
Tele: 617-742-7300
Fax: 617-742-9969