UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1  A 11: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

AVX CORPORATION )
and AVX LIMITED, )
)
           Plaintiffs,    )   CIVIL ACTION NO. 04-10467 (RWZ)
v.                        )
)
CABOT CORPORATION,        )
)
           Defendant.     )

# DEFENDANT CABOT CORPORATION'S
# MOTION TO DISMISS COMPLAINT

Defendant Cabot Corporation, through its Performance Materials Division ("Cabot"), hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6), that the Complaint of plaintiffs AVX Corporation and AVX Limited (collectively "AVX") be dismissed. Specifically, AVX's claim in this case is barred by the doctrine of *res judicata*. AVX could have, but did not, assert the antitrust claim that it makes in this action in a prior related case entitled, *AVX Corporation and AVX Ltd. v. Cabot Corporation*, Civil Action No. 02-11524 (RGS) (the "Prior Federal Action"). In the Prior Federal Action, AVX alleged that Cabot had violated the Robinson-Patman Act, 15 U.S.C. § 13. In the case at bar, AVX alleges that the same course of conduct with respect to the same contract that was at issue in the Prior Federal Action violates the Sherman and Clayton Acts, 15 U.S.C. §§ 1, 14. *Res judicata* precludes a plaintiff from "splitting" claims that arise from the "same set of operative facts" into separate, sequential federal court actions. *Kale v. Combined Ins. Co. of America*, 924 F.2d 1161, 1166 (1st Cir. 1991).

In support of this Motion, Cabot relies upon the facts and arguments stated in the Memorandum in Support of Defendant Cabot Corporation's Motion to Dismiss Complaint, and the Affidavit of Terrence M. Schwab, each filed simultaneously herewith.

WHEREFORE, Cabot respectfully requests that the Court dismiss the Complaint of AVX Corporation and AVX Limited in its entirety.

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(D), Cabot respectfully requests oral argument on this Motion to Dismiss.

        CABOT CORPORATION

        By its attorneys,

        _____
        Robert S. Frank, Jr. (BBO No. 130950)
        Brian A. Davis (BBO No. 546462)
        Terrence M. Schwab (BBO No. 650793)
        CHOATE, HALL & STEWART
        Exchange Place
        53 State Street
        Boston, Massachusetts 02109
        Tele: 617-248-5000
        Fax: 617-248-4000

Date: May 10, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON. 5/10/04

3689637v1