UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
                                        )
AVX CORPORATION                         )
and AVX LIMITED,                        )
                                        )
                    Plaintiffs,         )
v.                                      )   Civil Action No 04-10467 (RWZ)
                                        )
CABOT CORPORATION,                      )
                                        )
                    Defendant.          )
                                        )
```

*FILED IN CLERK'S OFFICE 2004 JUN -1 A II: 31 U.S. DISTRICT COURT DISTRICT OF MASS.*

### AFFIDAVIT OF TERRENCE M. SCHWAB

I, Terrence M. Schwab, on oath, depose and say as follows:

1. I am an attorney with the law firm of Choate, Hall & Stewart, and one of counsel in this matter for Cabot Corporation ("Cabot"). I make this affidavit for the purpose of authenticating relevant documents which are cited in the Memorandum in Support of Defendant Cabot Corporation's Motion to Dismiss.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed by AVX in the District Court for the District of Massachusetts entitled, *AVX Corporation and AVX Ltd. v. Cabot Corporation*, Civil Action No. 02-11524 (RGS) (the "Prior Federal Action") on July 27, 2002.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint filed by AVX in the District Court for the District of Massachusetts entitled, *AVX Corporation and AVX Ltd. v. Cabot Corporation*, Civil Action No. 04-10467 (RWZ) (the "Present Complaint") on March 8, 2004.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the February 5, 2003 hearing before the Honorable Richard G. Stearns in the Prior Federal Action on Cabot's Motion to Dismiss.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Amended Complaint filed by AVX in the District Court for the District of Massachusetts entitled, *AVX Corporation and AVX Ltd. v. Cabot Corporation*, Civil Action No. 02-11524 (RGS) (the "Prior Federal Amended Complaint") on February 20, 2003.

6. Attached hereto as **Exhibit E** is a true and correct copy of the parties' Joint Stipulation of Dismissal Without Prejudice, filed by the Parties on March 28, 2003.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Counterclaim filed by AVX in Massachusetts Superior Court for Suffolk County entitled, *Cabot Corporation v. AVX Corporation and AVX Ltd.*, Civil Action No. 03-1235-BLS (van Gestel, J.) (the "State Court Action") on April 17, 2003.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Motion to Amend Complaint filed by AVX in the State Court Action seeking leave to add state and federal antitrust claims on January 13, 2004.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Order denying AVX's Motion to Amend Complaint in the State Court Action, entered on March 3, 2004.

Signed under the penalties of perjury this 7th day of May, 2004.

Terrence M. Schwab    (BBO No. 650793)

3696222v1