UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>                    Plaintiffs,<br>v.<br><br>CABOT CORPORATION,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04-10467 (RGS) |

## DEFENDANT CABOT CORPORATION'S ASSENTED-TO
## MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Defendant Cabot Corporation, through its Performance Materials Division ("Cabot"), hereby moves, pursuant to Local Rule 7.1(B)(3), for leave to file a memorandum in reply ("Reply Memorandum") to plaintiffs AVX Corporation and AVX Limited's (collectively "AVX") Opposition to Cabot's Motion to Dismiss.  AVX has assented to this motion.

In support of this motion, Cabot states that AVX's Opposition to Cabot's Motion to Dismiss cites cases and makes arguments not previously addressed in Cabot's Motion to Dismiss.  Cabot believes that the Reply Memorandum, which addresses the additional case law and arguments raised by plaintiffs, will aid this Court in its consideration of Cabot's Motion to Dismiss.

3704157v1

WHEREFORE, Cabot respectfully requests that this Court grant Cabot leave to file the accompanying Reply Memorandum in further support of its Motion to Dismiss.

CABOT CORPORATION

By its attorneys,

/s/_____
Robert S. Frank, Jr. (BBO No. 130950)
Brian A. Davis (BBO No. 546462)
Terrence M. Schwab (BBO No. 650793)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tele: 617-248-5000
Fax: 617-248-4000

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendant Cabot Corporation has conferred with counsel for the plaintiffs, AVX Corporation and AVX Limited, in a good-faith effort to resolve or narrow the issues presented by Cabot's Motion for Leave to File a Reply Memorandum. Counsel for AVX has assented to this motion.

_____
Terrence M. Schwab

Date: June 15, 2004

3704157v1