UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

AVX CORPORATION

    V.                                              CIVIL ACTION NO. 04-10467-RGS

CABOT CORPORATION

# NOTICE OF HEARING

**STEARNS, DJ.**                                                   **JULY 14, 2004**

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

<u>WEDNESDAY, SEPTEMBER 29, 2004 AT 2:30 P.M.</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                                                 RICHARD G. STEARNS
                                                                                 UNITED STATES DISTRICT JUDGE

                                                    **BY:**

                                                                /s/ Mary H. Johnson
                                                                  Deputy Clerk

*TO BE HEARD: Deft's Motion to Dismiss (#5).