UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

AVX

V.                                          CIVIL ACTION NO. 04-10467-RGS

CABOT CORP.

## NOTICE OF RE-SCHEDULED HEARING

STEARNS, DJ.                                         SEPTEMBER 17, 2004

DUE TO A CONFLICT IN THIS COURT'S CALENDAR, THE MOTION HEARING IN THE ABOVE-CAPTIONED ACTION, PRESENTLY SCHEDULED FOR SEPTEMBER 29, 2004 IS HEREBY RE-SCHEDULED TO:

<u>WEDNESDAY, NOVEMBER 3, 2004 AT 3:30 P.M.</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

BY:     /s/ Mary H. Johnson
        Deputy Clerk