UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

AVX CORPORATION and AVX LIMITED

      V.                      CIVIL ACTION NO. 04-10467-RGS

CABOT CORPORATION

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                                            **NOVEMBER 29, 2004**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANT'S MOTION TO DISMISS ENTERED ON NOVEMBER 17, 2004,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY <u>DISMISSED.</u>

SO ORDERED.

                                                                RICHARD G. STEARNS  
                                                                 UNITED STATES DISTRICT JUDGE

                BY:

                                                                  /s/ Mary H. Johnson  
                                                                   Deputy Clerk