UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AVX CORPORATION and<br>AVX LIMITED<br><br>    Plaintiff,<br><br>v.<br><br>CABOT CORPORATION<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-10467-RGS<br>)<br>)<br>)<br>)<br>) |

FILING FEE PAID:
RECEIPT # 60434
AMOUNT $ 255.00
BY DPTY CLK
DATE 12/1/04

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and Fed. R. App. P. 4(a)(4)(B), the Plaintiff, AVX Corporation and AVX Limited, appeals to the United States Court of Appeals for the First Circuit the Order of Dismissal dated November 29, 2004.

The names of all parties to this appeal and the names, addresses, and telephone numbers of their respective attorneys are as follows:

*AVX Corporation and AVX Limited*    Evan Slavitt
                                     Bodoff & Slavitt LLP
                                     225 Friend Street
                                     Boston, MA  02114
                                     (617) 742-7300

*Cabot Corporation*                  Brian A. Davis
                                     Choate, Hall & Stewart
                                     Exchange Place
                                     53 State Street
                                     Boston, MA  02109-2804
                                     (617) 248-5000

Respectfully submitted,

AVX Corporation and AVX Limited

By its attorneys,

_____
Evan Slavitt (BBO #466510)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617) 742-7300

Dated: December 1, 2004

## Certificate of Service

I, David J. Harding hereby certify that I served a copy of the foregoing Notice of Appeal by forwarding a copy of same by first-class mail to Brian A. Davis, Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, MA 02109-2804.

_____