# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10467

AVX Corporation, et al

v.

Cabot Corporation

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/1/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 3, 2004.

Tony Anastas, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/3/04

_Burchard_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10467-RGS

AVX Corporation et al v. Cabot Corporation  
Assigned to: Judge Richard G. Stearns  
Cause: 15:1 Antitrust Litigation

Date Filed: 03/08/2004  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question

## Plaintiff
------------------------

**AVX Corporation**         represented by    **Evan Slavitt**
Bodoff & Slavitt
225 Friend Street
Boston, MA 02114-1812
617-742-7300
Fax: 617-742-9969
Email: eslavitt@bodoffslavitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. O'Neil**
Bodoff & Slavitt
225 Friend Street
Boston, MA 02114-1812
617-742-7300
Fax: 617-742-9969
Email: roneil@bodoffslavitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*

|  |  |  |
|---|---|---|
| **AVX Limited** | represented by | *NOTICED*<br>**Evan Slavitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
|  |  | **Richard P. O'Neil**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

V.

**Defendant**
------------------------

| | | |
|---|---|---|
| **Cabot Corporation** | represented by | **Brian A. Davis**<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2804<br>617-248-5000<br>Fax: 617-248-4000<br>Email: BDavis@choate.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
|  |  | **Robert S. Frank, Jr.**<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2804<br>617-248-5207<br>Fax: 617-248-4000 |

Email: rfrank@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Terrence Michael Schwab**
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804
617-248-5000
Fax: 617-248-4000
Email: tschwab@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2004 | 1 | COMPLAINT against Cabot Corporation Filing fee: $ 150, receipt number 54373, filed by AVX Limited, AVX Corporation.(Johnson, Jay) (Entered: 03/09/2004) |
| 03/08/2004 |  | Summons Issued as to Cabot Corporation. (Johnson, Jay) (Entered: 03/09/2004) |
| 03/08/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Johnson, Jay) (Entered: 03/09/2004) |
| 03/10/2004 | 2 | ACKNOWLEDGEMENT OF SERVICE Executed by Cabot Corporation. Cabot Corporation served on 3/10/2004, answer due 3/30/2004. Acknowledgement filed by Cabot Corporation. |

| | | |
|---|---|---|
| | | (Johnson, Jay) (Entered: 03/11/2004) |
| 03/16/2004 | 3 | JOINT MOTION to Transfer Case by AVX Limited, AVX Corporation, Cabot Corporation. (Johnson, Jay) (Entered: 03/18/2004) |
| 03/26/2004 | | Judge Rya W. Zobel : Electronic ORDER entered finding as moot 3 Motion to Transfer Case. Spoke to the party, they need to file this motion with Judge Stearns in 02cv11524. (Urso, Lisa) (Entered: 03/26/2004) |
| 03/31/2004 | 4 | JOINT MOTION to Transfer Case by Cabot Corporation.(Johnson, Jay) (Entered: 03/31/2004) |
| 05/17/2004 | 8 | Opposition re 5 MOTION to Dismiss filed by AVX Limited, AVX Corporation. (Johnson, Jay) (Entered: 06/02/2004) |
| 05/28/2004 | | Case reassigned to Judge Richard G. Stearns. Judge Rya W. Zobel no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Flaherty, Elaine) (Entered: 06/01/2004) |
| 06/01/2004 | 5 | MOTION to Dismiss by Cabot Corporation. (Johnson, Jay) (Entered: 06/02/2004) |
| 06/01/2004 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss filed by Cabot Corporation. (Johnson, Jay) (Entered: 06/02/2004) |
| 06/01/2004 | 7 | AFFIDAVIT of Terrence M. Schwab re 5 MOTION to Dismiss by Cabot Corporation. (Johnson, Jay) (Entered: 06/02/2004) |
| 06/01/2004 | 9 | Notice of Reassignment mailed to counsel. (Flaherty, Elaine) Additional attachment(s) added |

| | | |
|---|---|---|
| | | on 9/1/2004 (Flaherty, Elaine). (Entered: 06/03/2004) |
| 06/10/2004 | ● | Judge Richard G. Stearns : Electronic ORDER entered granting 4 Motion to Transfer Case. The motion was allowed by the Court's May 28, 2004 Order. (Perry, Diane) (Entered: 06/10/2004) |
| 06/15/2004 | ●10 | MOTION for Leave to File *a Reply Memorandum (Assented-To)* by Cabot Corporation.(Frank, Robert) (Entered: 06/15/2004) |
| 06/15/2004 | ●11 | Reply MEMORANDUM in Support 5 MOTION for *to dismiss filed by Cabot Corporation. ( Tab A for Reply Memo in Support of Its Motion to Dismiss)(Frank, Robert) Modified on 6/16/2004 (Flaherty, Elaine). (Entered: 06/15/2004)* |
| 06/15/2004 | ● | Judge Richard G. Stearns : Electronic ORDER entered granting 10 Motion for Leave to File (Flaherty, Elaine) (Entered: 06/16/2004) |
| 07/14/2004 | ●12 | NOTICE of Hearing on Motion 5 MOTION to Dismiss: Motion Hearing set for 9/29/2004 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 07/14/2004) |
| 09/17/2004 | ●13 | NOTICE OF RESCHEDULING issued. (Johnson, Mary) (Entered: 09/21/2004) |
| 11/03/2004 | ● | Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 11/3/2004 re 5 MOTION to Dismiss filed by Cabot Corporation. AVX was represented by Evan Slavitt; Cabot was represented by Robert Frank. After oral argument, taken under advisement. (Court Reporter James Gibbons.) (Zierk, Marsha) Modified on 11/4/2004 to modify hearing date and to add |

| | | |
|---|---|---|
| | | additional text at request of Judge Stearns' law clerk (Hurley, Virginia). (Entered: 11/04/2004) |
| 11/04/2004 | ● | Electronic notice of correction to docket made by Court staff. Correction: Motion hearing held 11/3/04 modified to update hearing date, and add additional text at request of Judge Stearns' law clerk. (Hurley, Virginia) (Entered: 11/04/2004) |
| 11/17/2004 | 14 | Judge Richard G. Stearns : MEMORANDUM AND ORDER, ENTERED.(Flaherty, Elaine) (Entered: 11/17/2004) |
| 11/29/2004 | 15 | Judge Richard G. Stearns : ORDER entered.ORDER DISMISSING CASE.(Johnson, Mary) (Entered: 11/29/2004) |
| 12/01/2004 | 16 | NOTICE OF APPEAL as to 15 Order Dismissing Case by AVX Limited, AVX Corporation. $ 255, receipt number 60434 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/21/2004. (Flaherty, Elaine) (Entered: 12/01/2004) |