# United States Court of Appeals
## For the First Circuit

No. 04-2656

AVX CORPORATION and AVX LIMITED,

Plaintiffs, Appellants,

v.

CABOT CORPORATION,

Defendant, Appellee.

**JUDGMENT**

Entered: September 13, 2005

This cause came on to be heard on appeal from the United States District Court for District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: judgment of the district court is vacated, and the is matter remanded for further proceedi consistent with the opinion issued this day. Costs are taxed in favor of the Appellants.

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Richard G. Stearns and Ms. Sarah A. Thornton, Clerk, United St District Court for Massachusetts. Copies to: Mr. Slavitt, Mr. Davis, Mr. Schwab, & Mr. Frank