# United States Court of Appeals
## For the First Circuit

## MANDATE

No. 04-2656

*04-10467*
*USDC/MA*
*Judge Stearns*

AVX CORPORATION and AVX LIMITED,

Plaintiffs, Appellants,

v.

CABOT CORPORATION,

Defendant, Appellee.

---

### JUDGMENT

Entered: September 13, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is vacated, and the is matter remanded for further proceedings consistent with the opinion issued this day. Costs are taxed in favor of the Appellants.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*

Deputy Clerk

Date: 10/6/05

By the Court:

**RICHARD CUSHING DONOVAN**

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Richard G. Stearns and Ms. Sarah A. Thornton, Clerk, United States District Court for Massachusetts. Copies to: Mr. Slavitt, Mr. Davis, Mr. Schwab, & Mr. Frank.]