UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 04-10467-RGS |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

  Pursuant to Fed. R. Civ. P. 26(c)(7), defendant Cabot Corporation ("Cabot") and plaintiffs AVX Corporation and AVX Limited (collectively "AVX") hereby move that this Court allow the parties' Joint Motion For Entry Of Stipulated Protective Order.

  As grounds, Cabot and AVX state:

  1.  The parties in this action anticipate exchanging voluminous pre-trial discovery materials that are replete with confidential, trade secret, and/or proprietary commercial information.

  2.  The proprietary commercial interests of Cabot and AVX would be jeopardized if non-public scientific, product development, marketing, strategic, planning, financial and other confidential, competitively sensitive materials and information that is produced or used in the course of discovery by the parties is disseminated beyond the confines of this litigation.

3.  Accordingly, in order to safeguard the proprietary activities in which the parties (and their respective customers) are engaged, Cabot and AVX wish to ensure that any and all proprietary or confidential commercial information that is produced or used in this action is not disseminated beyond the confines of this action and any related litigation.

WHEREFORE, the parties respectfully request that this Court enter an Order ALLOWING the parties' Joint Motion For Entry Of Stipulated Protective Order, and endorse in its entirety the parties' proposed Stipulated Protective Order, a copy of which is attached hereto at Exhibit A.

| CABOT CORPORATION | AVX CORPORATION<br>and AVX LIMITED |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Brian A. Davis<br>Robert S. Frank, Jr. (BBO No. 177240)<br>Brian A. Davis (BBO No. 546462)<br>CHOATE HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tele: (617) 248-5000 | /s/ Evan Slavitt<br>Evan Slavitt (BBO No. 466510)<br>Tish L. Berard (BBO No. 662935)<br>BODOFF & SLAVITT LLP<br>225 Friend Street<br>Boston, MA 02114-1812<br>Tele: (617) 742-7300 |

Date: January 3, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendant Cabot Corporation has conferred with counsel for plaintiffs, AVX Corporation and AVX Limited, in a good-faith effort to resolve or narrow the issues presented by the parties' Joint Motion For Protective Order. The parties bring this motion jointly.

/s/ Terrence M. Schwab
Terrence M. Schwab

2

4028109v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on January 3, 2006.

/s/ Terrence M. Schwab
Terrence M. Schwab

4028109v1