UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>   Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-10467-RGS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Jason Caron hereby withdraws his appearance in this matter. Evan Slavitt will continue his appearance in this matter.

               Respectfully submitted,

               AVX CORPORATION

               AVX LIMITED

               By their attorneys,

               ___/s/Evan Slavitt_____
               Evan Slavitt (466510)
               Bodoff & Slavitt LLP
               225 Friend Street
               Boston, MA 02114
               617/742-7300

January 10, 2006

CERTIFICATE OF SERVICE

      I hereby certify that I have, on the foregoing date, caused this document to be delivered by first class mail, by courier, or by hand.

                                      ___/s/Evan Slavitt_____  
                                      Evan Slavitt