UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>  Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04-10467-RGS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Richard P. O'Neil hereby withdraws his appearance in this matter. Evan Slavitt will continue his appearance in this matter.

                                                        Respectfully submitted,

                                                        AVX CORPORATION

                                                        AVX LIMITED

                                                        By their attorneys,

                                                        ___/s/Evan Slavitt_____
                                                        Evan Slavitt (466510)
                                                        Bodoff & Slavitt LLP
                                                        225 Friend Street
                                                        Boston, MA 02114
                                                        617/742-7300

January 10, 2006

CERTIFICATE OF SERVICE

    I hereby certify that I have, on the foregoing date, caused this document to be delivered by first class mail, by courier, or by hand.

                          ___/s/Evan Slavitt_____
                          Evan Slavitt