UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION and AVX LIMITED, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| CABOT CORPORATION, | ) ) ) |
| Defendant. | ) ) ) |

CIVIL ACTION NO. 04-10467-RGS

**LOCAL RULE 16.1(D)(3) CERTIFICATION
OF DEFENDANT CABOT CORPORATION**

The undersigned certify that an authorized representative of defendant Cabot Corporation ("Cabot") and Cabot's counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

-2-

CABOT CORPORATION

By its attorneys,


/s/ Brian A. Davis
Robert S. Frank, Jr. (BBO No. 177240)
Brian A. Davis (BBO No. 546462)
Terrence M. Schwab (BBO No. 650793)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: 617-248-5000
Facsimile: 617-248-5000



By its authorized representative,


/s/ John Traficonte
John Traficonte  (BBO No. 541931)
CABOT CORPORATION
Two Seaport Lane
Boston, Massachusetts 02210
Telephone: 617-345-0100


Date:   January 11, 2006

4019252.1

-3-

**Certificate Of Service**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on January 11, 2006.

                                                    /s/ Brian A. Davis
                                                    Brian A. Davis