UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AVX CORPORATION and AVX LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-10467-RGS |
| CABOT CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

## LOCAL RULE 16.1(D)(3) CERTIFICATION
## OF AVX CORPORATION AND AVX LIMITED

The undersigned certify that an authorized representative of AVX Corporation

and AVX Limited (collectively, "AVX") and AVX's counsel have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the

               full course – and various alternative courses – of the litigation; and

    (b)    to consider the resolution of the litigation through the use of

               alternative dispute resolution programs such as those outlined in

               Local Rule 16.4.

Respectfully submitted,

AVX CORPORATION

AVX LIMITED

By their attorneys,

____/s/Evan Slavitt_____
Evan Slavitt (466510)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
617/742-7300

January 12, 2006


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on January 12, 2006.

____/s/Evan Slavitt_____
Evan Slavitt