UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>        Defendant. | CIVIL ACTION NO. 04-10467-RGS |

## DEFENDANT CABOT CORPORATION'S
## MOTION FOR JUDGMENT ON THE PLEADINGS
## OR, IN THE ALTERNATIVE, FOR A STAY

Defendant Cabot Corporation ("Cabot") hereby moves, pursuant to Fed. R. Civ. P. 12(c), for judgment on the pleadings or, in the alternative, for a stay of this action. Cabot is entitled to the entry of judgment in its favor as a matter of law on plaintiffs AVX Corporation and AVX Limited's (collectively "AVX") one-and-only claim -- which alleges that Cabot forced AVX into signing an agreement containing an unlawful "tying" arrangement in violation of the Sherman Antitrust Act, 15 U.S.C. §§ 1, 14 -- because the Final Judgment that recently was entered in the parties' related Massachusetts Superior Court action conclusively establishes that AVX cannot prove an essential element of that claim; *i.e.*, that AVX was "coerced" into accepting the purportedly unlawful tying arrangement alleged in this case. To the contrary, the Final Judgment entered by the Superior Court (per the Hon. Allan van Gestel) explicitly finds that the parties' agreement "was not induced by economic duress,

-2-

but rather *was voluntarily entered into* by [AVX] and [Cabot]" (emphasis added). Accordingly, AVX is collaterally estopped from re-litigating the Superior Court's findings -- which are subject to judicial notice by this Court -- in this proceeding. *See, e.g.,* Alba v. Raytheon Co., 441 Mass. 836, 841 (2004).

Alternatively, Cabot respectfully requests that the Court exercise its discretion to stay this action, for reasons of judicial economy and efficiency, until AVX's appeal from the Superior Court's Final Judgment is resolved. *See* Cannavo v. Enterprise Messaging Servs., Inc., 982 F. Supp. 54, 59 (D. Mass. 1997).

In further support of this Motion, Cabot relies upon the its Memorandum of Law, which is filed simultaneously herewith.

### Request for Oral Argument

Cabot respectfully requests oral argument on this Motion.

CABOT CORPORATION

By its attorneys,

/s/ Brian A. Davis
Robert S. Frank, Jr. (BBO No. 130950)
Brian A. Davis (BBO No. 546462)
Terrence M. Schwab (BBO No. 650793)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5000
Fax: 617-248-4000

Date:   March 27, 2006

4054808.1

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendant Cabot Corporation has conferred with counsel for plaintiffs, AVX Corporation and AVX Limited, in a good-faith effort to resolve or narrow the issues presented by the Cabot Corporation's Motion For Judgment On The Pleadings Or, In The Alternative, For A Stay.

/s/ Terrence M. Schwab
Terrence M. Schwab

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on March 27, 2006.

/s/ Terrence M. Schwab
Terrence M. Schwab