# Exhibit F

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                    SUPERIOR COURT

|  |  |
|---|---|
| CABOT CORPORATION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) No. 03-1235-BLS |
|  | ) |
| AVX CORPORATION and | ) |
| AVX LIMITED, | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Pursuant to Rule 3 of the Massachusetts Rules of Appellate Procedure, notice is hereby given that the Defendants in the above-named matter hereby appeals to the Appeals Court from the judgment entered in this action on October 6, 2005.

                                                          Respectfully submitted,

                                                          AVX CORPORATION
                                                          AVX LIMITED

                                                          By their attorneys,

                                                          Evan Slavitt (466510)
                                                          Bodoff & Slavitt LLP
                                                          225 Friend Street
                                                          Boston, MA 02114-1908
                                                          (617)742-7300

Dated: October 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the above date on all counsel of record by first class mail.

Bodoff & Slavitt LLP
Evan Slavitt (BBO #466510)
225 Friend Street
Boston, MA 02114-1812
617/742-7300

Dated: October 18, 2005