UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION and AVX LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 04-10467-RGS |

**OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS
OR, IN THE ALTERNATIVE, FOR A STAY**

AVX Corporation and AVX Limited (collectively "AVX"), hereby oppose the Motion for Judgment on the Pleadings, Or, In the Alternative, For a Stay, on the following grounds:

1) Procedurally, Cabot has waived any affirmative defense of collateral estoppel;

2) Substantively, collateral estoppel does not apply because:

   a) Coercion, as defined by Cabot, is not an element of a tying claim;

   b) The state court decision concerning "economic duress" is not the same as any element of tying;

   c) The state court could not decide any issue relating to federal antitrust laws; and

   d) Cabot cannot demonstrate that the aspect of the state court's opinion on which it relies was necessary to the decision.

Accordingly, there is no basis either to award judgment to Cabot or to stay the proceedings pending the state appellate process,

In further support of this opposition, AVX submits an accompanying memorandum of law.

>Respectfully submitted,
>
>AVX CORPORATION
>AVX LIMITED
>
>By their attorneys,
>
>*/s/ Evan Slavitt*
>Evan Slavitt (466510)
>Bodoff & Slavitt LLP
>225 Friend Street
>Boston, MA 02114
>617/742-7300

April 6, 2006