UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>CABOT CORPORATION,<br><br>        Defendant. | CIVIL ACTION NO. 04-10467 (RGS) |

## DEFENDANT CABOT CORPORATION'S
## MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
## IN FURTHER SUPPORT OF ITS MOTION FOR JUDGMENT
## ON THE PLEADINGS OR, IN THE ALTERNATIVE, FOR A STAY

Defendant Cabot Corporation ("Cabot"), by its counsel and pursuant to Local Rule 7.1(B)(3), hereby moves for leave to file a memorandum in reply ("Reply Memorandum") to plaintiffs AVX Corporation and AVX Limited's (collectively "AVX") Memorandum In Support Of Opposition To Cabot's Motion For Judgment On The Pleadings Or, In The Alternative, For A Stay (hereinafter, the "Opposition").

In support of this motion, Cabot states that AVX's Opposition cites cases and makes arguments not previously addressed in Cabot's Motion. Cabot believes that its Reply Memorandum, which addresses the additional case law and arguments raised by AVX, will aid this Court in its consideration of Cabot's Motion For Judgment On The Pleadings Or, In The Alternative, For A Stay.

406943lvl

WHEREFORE, Cabot respectfully requests that this Court grant Cabot leave to file the accompanying Reply Memorandum in further support of Cabot's Motion For Judgment On The Pleadings or, In The Alternative, For A Stay.

CABOT CORPORATION

By its attorneys,

/s/ Brian A. Davis
Robert S. Frank, Jr. (BBO No. 130950)
Brian A. Davis (BBO No. 546462)
Terrence M. Schwab (BBO No. 650793)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5000
Fax: 617-248-4000

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendant Cabot Corporation attempted to confer with counsel for the plaintiffs, AVX Corporation and AVX Limited, in a good-faith effort to resolve or narrow the issues presented by Cabot's Motion For Leave To File A Reply Memorandum In Further Support Of Its Motion For Judgment On The Pleadings Or, In The Alternative, For A Stay. On May 23, 2006, the undersigned called Evan Slavitt, counsel for plaintiffs AVX Corporation and AVX Limited, and left a voicemail indicating Cabot Corporation's intention to file a Reply Memorandum. At the time this Motion was filed, I had not yet received a reply from Mr. Slavitt regarding this Motion.

/s/ Terrence M. Schwab
Terrence M. Schwab

Date: May 23, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on May 23, 2006.

/s/ Terrence M. Schwab
Terrence M. Schwab