UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-10467-RGS<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF BRIAN A. DAVIS

I, Brian A. Davis, on oath, depose and say as follows:

1.  I am a partner, through my professional corporation, in the law firm of Choate, Hall & Stewart LLP, and one of counsel in this matter for Cabot Corporation ("Cabot"). I make this affidavit in support of Cabot's Reply Memorandum In Further Support Of Cabot's Motion For Judgment On The Pleadings Or, In The Alternative, For A Stay.

2.  In January, 2006, I spoke with Evan Slavitt, counsel for plaintiffs AVX Corporation and AVX Limited (collectively "AVX"), and arranged a meeting between us to discuss Cabot's intention to move for judgment based on Cabot's issue preclusion defense.

3.  On January 13, 2006, I met with Mr. Slavitt and explained the reason for Cabot's position regarding issue preclusion, and urged AVX to either agree to voluntarily dismiss this action or, in the alternative, to agree to a stay pending the outcome of AVX's appeal of the prior State Court Action in the Massachusetts Appeals Court.

4073714v1

-2-

4. On February 6, 2006, AVX rejected Cabot's proposal. *See* <u>Exhibit A</u> (February 6, 2006 Letter from Evan Slavitt to Brian A. Davis). Cabot thereupon prepared and filed this Motion For Judgment On The Pleadings Or, In The Alternative, For A Stay.

Signed under the penalties of perjury this 23th day of May, 2006.

          /s/ Brian A. Davis
          Brian A. Davis  (BBO No.546462)