# Exhibit A

02/06/2006 11:57 FAX 617 742 9969                                                              ☒002

 **Bodoff & Slavitt** LLP
ATTORNEYS AT LAW

225 Friend Street
Boston, MA 02114-1812

617.742.7300
617.742.9969 *fax*
www.bodoffslavitt.com

February 6, 2006

By fax and confirmation copy

Brian A. Davis, Esq.
Choate, Hall & Stewart
2 International Place
Boston, MA 02110

Re:   Cabot Litigation

Dear Brian:

I would like to respond to your proposal concerning the issue of collateral estoppel. Before turning to the substance, I want to thank you for the attempt to resolve matters as efficiently as possible.

We have taken a look at the issue and have consulted with our client. Ultimately, we cannot agree to the suggestion that the federal case be put on hold pending the outcome of the appeal in the state case. It is our view that the doctrine does not apply. In the same spirit as your discussion of your views, let me expand on that point.

While there are a few other reasons for our view, the principal bases are (i) that the issues before the state court and the federal court are not the same, and (ii) that the state court discussion of the relevant issue was not essential to its final determination. I would be happy to discuss either of these points in more detail if you would find it useful.

Accordingly, it is our view that the case should proceed on its current schedule. When you get a chance, we should discuss the documents production on both sides.

Sincerely yours,

Evan Slavitt