UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-10467-RGS<br>)<br>)<br>)<br>)<br>) |

### AVXS' NOTICE OF NON-OPPOSITION TO CABOT'S
### MOTION FOR LEAVE TO FILE REPLY

Plaintiffs AVX Corporation and AVX Limited ("AVX") hereby notify the Court that they do not oppose defendant Cabot Corporation's Motion for Leave to File Reply. Undersigned counsel previously represented to counsel for Cabot that AVX did not oppose this request.

                Respectfully submitted,
                AVX CORPORATION
                AVX LIMITED
                By their attorneys,

                _____
                Evan Slavitt (466510)
                Bodoff & Slavitt LLP
                225 Friend Street
                Boston, MA 02114
                617/742-7300

June 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I have, on the foregoing date, caused this document to be delivered by electronic notification, first class mail, courier, or by hand.

Kathleen A. Kerigan, Paralegal
Bodoff & Slavitt
225 Friend Street
Boston, MA