UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AVX CORPORATION and AVX LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-10467-RGS<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the Plaintiffs, AVX Corporation and AVX Limited.

                                        Respectfully submitted,

                                        AVX Corporation and AVX Limited,

                                        By their attorneys,

                                        */s/ Tish L. Berard*
                                        Evan Slavitt (BBO #466510)
                                        Tish L. Berard (BBO #662935)
                                        Bodoff & Slavitt LLP
                                        225 Friend Street
                                        Boston, MA  02114
Dated:  July 14, 2006                    (617) 742-7300

## CERTIFICATE OF SERVICE

    It is hereby certified that a copy of the foregoing was served on Brian Davis, counsel for Defendant through the Court's ECF filing and noticing system.

                                    */s/ Tish L. Berard*
                                    Tish L. Berard