UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>      Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-10467-RGS<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6 and Local Rule 40.3, defendant Cabot Corporation ("Cabot") and plaintiffs AVX Corporation and AVX Limited (collectively "AVX") hereby move that this Court allow the parties' Joint Motion To Amend The Scheduling Order.

As grounds, AVX and Cabot state:

1.    The parties previously agreed to stay any discovery in this matter pending a decision by the Court on Cabot's Motion for Judgment on the Pleadings. If Cabot had been successful on its motion, either this matter would have been dismissed, or the matter would have been stayed pending a decision on a related state court case involving related issues. The parties did not want to expend resources taking discovery in the event Cabot's motion was granted.

2.    On July 21, 2006, this Court issued its Order denying Cabot's motion.

3.	Because the parties had agreed to stay discovery pending a resolution of Cabot's motion, the parties now need additional time to take discovery, and they also request that all other deadlines be continued accordingly.

4.	Additionally, subsequent to the Court's Order, lead counsel for AVX, Evan Slavitt, was suspended from the practice of law. AVX is currently in the process of obtaining substitute counsel, and therefore the extension of all deadlines in this matter will allow AVX to obtain new counsel.

5.	This is the parties' first request to continue the deadlines in this matter.

6.	The parties request that all deadlines be extended for a period of 120 days.

WHEREFORE, the parties respectfully request that this Court enter an Order ALLOWING the parties' Joint Motion to Amend the Scheduling Order.

| | |
|---|---|
| CABOT CORPORATION | AVX CORPORATION<br>and AVX LIMITED |
| By its attorneys, | By their attorneys, |
| _/s/ Brian A. Davis (by permission)____<br>Robert S. Frank, Jr. (BBO No. 177240)<br>Brian A. Davis (BBO No. 546462)<br>CHOATE HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tele: (617) 248-5000 | _/s/ Tish L. Berard_____<br>Joseph SU Bodoff(BBO No.549116)<br>Tish L. Berard (BBO No. 662935)<br>BODOFF & ASSOCIATES<br>225 Friend Street<br>Boston, MA 02114-1812<br>Tele: (617) 742-7300 |

Date: October 5, 2006