UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-10467-RGS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Tish L. Berard hereby withdraws her appearance as counsel for the plaintiffs in this matter.

 

AVX CORPORATION
and AVX LIMITED

By their attorneys,


_/s/ Tish L. Berard_____
Joseph SU Bodoff(BBO No.549116)
Tish L. Berard (BBO No. 662935)
BODOFF & ASSOCIATES
225 Friend Street
Boston, MA 02114-1812
Tele: (617) 742-7300

Date: October 13, 2006