UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04-10467-RGS |

**NOTICE OF APPEARANCE**

Joseph S.U. Bodoff hereby enters his appearance for the plaintiffs in this matter.

                              AVX CORPORATION
                              and AVX LIMITED

                              By their attorneys,

                              _/s/ Joseph S.U. Bodoff_____
                              Joseph S. U. Bodoff (BBO#549116)
                              Bodoff & Associates
                              225 Friend Street
                              Boston, MA 02114-1812
                              Tele: (617) 742-7300

Date: October 16, 2006