UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION <br> and AVX LIMITED, <br><br> Plaintiffs, <br> v. <br><br> CABOT CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 04-10467-RGS |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") and defendant Cabot Corporation ("Cabot") hereby respectfully move, pursuant to Fed. R. Civ. P. 6 and L.R. 40.3, that the Court amended the current Scheduling Order in this action as set forth below.

As grounds for this motion, AVX and Cabot state that:

1.  This is an action in which AVX alleges that Cabot unlawfully conditioned AVX's purchase of "flake" tantalum powder on the purchase of "nodular" tantalum powder in violation of the Sherman Antitrust Act, 15 U.S.C. §§ 1, 14. The parties previously agreed to stay all discovery in this matter pending a decision by the Court on Cabot's Motion for Judgment on the Pleadings, in an effort to avoid expending resources taking discovery in the event Cabot's motion was granted. On July 21, 2006, this Court issued its Order denying Cabot's motion.

2. Subsequent to the Court's Order, lead counsel for AVX, Evan Slavitt, was suspended from the practice of law. New lead counsel for AVX, Joseph S.U. Bodoff, now has transitioned onto this matter and discovery has re-commenced.

3. In light of the delays caused by this transition period, and in order to accommodate other obligations of counsel and ensure sufficient time to complete discovery, the parties respectfully request that the Scheduling Order be extended as follows:

| | |
|---|---|
| Deadline for AVX to Serve Expert Disclosures: | February 28, 2007 |
| Deadline for Cabot to Serve Expert Disclosures: | March 30, 2007 |
| Deadline to Complete All Fact Discovery: | March 30, 2007 |
| Deadline for AVX to Submit Final Expert Report(s): | April 30, 2007 |
| Deadline for Cabot to Submit Final Expert Report(s): | May 31, 2007 |
| Deadline to Complete All Expert Discovery: | July 16, 2007 |
| Deadline for Filing of All Dispositive Motions: (with responses due 30 days thereafter) | August 16, 2007 |

4. The parties agree that their disclosures of their respective expert(s) will include the identification of all experts that each party expects to call at trial, including the name, address, telephone number and current *curriculum vitae* for each expert. The disclosures also will include a description of the specific subject areas about which each expert is expected to testify. Should new, additional information be revealed during fact discovery that would require a party to change or modify its expert disclosures, a revised disclosure incorporating such changes or modifications will be served promptly on the other party in accordance with Rule 26 of the Federal Rules of Civil Procedure.

5. This is the parties' second request to continue the deadlines in this matter.

WHEREFORE, the parties respectfully request that this Court enter an Order allowing the parties' Joint Motion To Amend Scheduling Order.

| CABOT CORPORATION | AVX CORPORATION and AVX LIMITED |
|---|---|
| By its attorneys, | By their attorneys, |
| */s/ Brian A. Davis* <br> Robert S. Frank, Jr. (BBO No. 177240) <br> Brian A. Davis (BBO No. 546462) <br> Terrence M. Schwab (BBO No. 650793) <br> Julie C. Rising (BBO No. 666950) <br> CHOATE, HALL & STEWART LLP <br> Two International Place <br> Boston, Massachusetts 02110 <br> Tele: 617-248-5000 <br> Fax: 617-248-4000 | */s/ Richard A. Goren* <br> Richard A. Goren (BBO No. 203700) <br> Joseph S.U. Bodoff (BBO No. 549116) <br> BODOFF & ASSOCIATES <br> 225 Friend Street <br> Boston, Massachusetts 02114 <br> Tele: 617-742-7300 <br> Fax: 617-742-9969 |

Date:   January 30, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendant Cabot Corporation conferred with counsel for the plaintiffs, AVX Corporation and AVX Limited, regarding the foregoing Joint Motion To Amend Scheduling Order. Counsel for all parties join in this motion.

*/s/ Brian A. Davis*

4163035.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on January 30, 2007.

              */s/ Julie C. Rising*

4163035.1