UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION <br> and AVX LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CABOT CORPORATION, <br><br> Defendant. | CIVIL ACTION NO.: 04-10467-RGS |

**NOTICE OF APPEARANCE**

Richard A. Goren hereby enters his appearance for the plaintiffs in this matter.

AVX CORPORATION
and AVX LIMITED

By their attorneys,

*/s/ Richard A. Goren*
Richard A. Goren (BBO#203700)
Bodoff & Associates
225 Friend Street
Boston, MA 02114-1812
617/742.7300

Dated: February 6, 2007