UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>       Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>       Defendant. | CIVIL ACTION NO.: 04-10467-RGS |

## CERTIFICATE OF SERVICE

I, Richard A. Goren, hereby certify that on this 6th day of February 2007 I served a copy of the foregoing Notice of Appearance upon all counsel of record via the electronic case filing system.

                                        /s/ Richard A. Goren
                                        Richard A. Goren

Dated: February 6, 2007