UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>      Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>      Defendant. | CIVIL ACTION NO.: 04-10467-RGS |

## PLAINTIFFS' RULE 37 MOTION TO COMPEL DISCOVERY

Pursuant to Fed. R. Civ. P. 26, 33, 34 and 37, Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") hereby request the Court to order the defendant Cabot Corporation to further answer certain interrogatories and to amend certain responses to AVX's First Request for Production of Documents. In support of this Motion, AVX submits an accompanying memorandum of law, the affidavit of Lauren Stiroh Ph. D. of Nera Economic Consulting and a motion for leave to file a memorandum in excess of twenty pages.

|  |  |
|---|---|
|  | AVX CORPORATION<br>and AVX LIMITED , <br><br>By their attorneys,<br><br>*/s/ Richard A. Goren*_____<br>Joseph S.U. Bodoff  (BBO No. 549116)<br>Richard A. Goren (BBO No. 203700)<br>Ryan D. Sullivan (BBO No. 660696)<br>Bodoff & Associates |
| Dated: March 1, 2007 | 225 Friend Street<br>Boston, MA 02114<br>617/742-7300 |

## CERTIFICATE OF SERVICE

      I, Ryan D. Sullivan hereby certify that a true and accurate copy of the foregoing Motion to Compel Discovery, along with AVX's Motion for Leave to Exceed Page Limit for Memorandum, AVX's Memorandum in Support of Rule 37 Motion to Compel Discovery, and the Affidavit of Lauren J. Stiroh were served via the Electronic Case Filing System or first class mail on this 1st day of March, 2007 upon all counsel of record.

                                                           */s/ Ryan D. Sullivan*
                                                           Ryan D. Sullivan