UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>      Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>      Defendant. | CIVIL ACTION NO.: 04-10467-RGS |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF RULE 37 MOTION TO COMPEL DISCOVERY**

Pursuant to L.R. 7.1(B)(4) Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") hereby request leave to file a Memorandum in Support of Plaintiffs' Rule 37 Motion to Compel Discovery in excess of the twenty page limit. In support AVX states:

1. AVX's Memorandum in Support of Rule 37 Motion to Compel Discovery (the "Memorandum") is 29 pages, exceeding the allotted 20 pages by 9 pages.

2. The Memorandum exceeds the page limit as a result of the movant's requirement under L.R. 37.1(B)(3) to present the nature of the case and to set forth verbatim the requested discovery and responses at issue.

3. The case at bar is a complicated commercial litigation between two parties with a business relationship that has continued for many years. The nature of such business relationship is highly relevant to the case at bar and AVX's claim for relief under the Sherman Act.

1

4.     An adequate presentation of the facts relevant to this discovery dispute and a thorough explanation of the parties' respective positions vis-à-vis each of the more than ten specific items at issue cannot be condensed into a 20 page memorandum.

WHEREFORE, AVX Corporation and AVX Limited respectfully request that the Court grant leave to file a Memorandum In Support of Rule 37 Motion to Compel pursuant to L.R. 7.1(B)(4) in excess of 20 pages, or grant such other relief as the Court deems just.

AVX CORPORATION
and AVX LIMITED ,

By their attorneys,

*/s/ Richard A. Goren*
Joseph S.U. Bodoff  (BBO No. 549116)
Richard A. Goren (BBO No. 203700)
Ryan D. Sullivan (BBO No. 660696)
Bodoff & Associates
225 Friend Street
Boston, MA 02114
617/742-7300

Dated: March 1, 2007

**CERTIFICATE OF SERVICE**

      I, Ryan D. Sullivan, hereby certify that a true and accurate copy of the foregoing was served on all counsel of record via Electronic Filing System or first class postage paid mail on this 1st day of March 2007.

                                                                                 */s/ Ryan D. Sullivan*
                                                                                 Ryan D. Sullivan