UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>CABOT CORPORATION,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-10467-RGS<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR AN EXTENSION OF TIME

Defendant Cabot Corporation ("Cabot") hereby moves for an extension of time to respond to Plaintiffs AVX Corporation and AVX Limited's (collectively "AVX") Motion to Compel Discovery, filed on March 8, 2007 (the "Motion to Compel"). This is Cabot's first request to the Court for such an extension.

As grounds for this motion, Cabot states that:

1.　AVX's Motion to Compel and Memorandum in Support, with prior leave of Court, exceed more than thirty pages and raise numerous alleged discovery disputes. Cabot has meritorious counterarguments to AVX's Motion to Compel that it requires additional time to prepare and present.

2.　For example, many of the positions that AVX espouses in its Motion to Compel are diametrically opposed to positions that AVX has adopted, at least preliminarily, in its recent responses to Cabot's own discovery requests.

3. On March 22, 2007, the parties met and conferred by telephone pursuant to Local Rule 7.1(A)(2) regarding AVX's recent responses to Cabot's discovery requests, and AVX has asked Cabot for additional time to revisit and reconsider its responses to numerous Cabot requests. AVX currently is unwilling to commit, however, to a date certain by which it will notify Cabot whether it will withdraw its objections and provide revised responses to those discovery requests.

4. Cabot anticipates that it ultimately may be required to file a motion to compel AVX to provide complete and meaningful responses to certain Cabot discovery requests. Cabot also wishes to bring all discovery disputes between the parties to the Court's attention as the same time so that they can be resolved simultaneously and efficiently by the Court, and so that any inconsistencies in AVX's positions can be presented to, and addressed by, the Court.

WHEREFORE, Cabot respectfully request that this Court enter an Order allowing Cabot an extension of time to file its Opposition to AVX's Motion to Compel until ten (10) days after AVX provides Cabot with its final response to the discovery issues raised during the parties' March 22, 2007 conference. Alternatively, Cabot respectfully requests an extension of time to file its Opposition to AVX's Motion to Compel until Wednesday, April 11, 2007, which Cabot anticipates will leave AVX more than sufficient time to provide Cabot with its final response to the discovery issues raised during the parties' March 22, 2007 conference.

        Respectfully submitted,

        CABOT CORPORATION

        By its attorneys,


        */s/ Julie C. Rising*
        Robert S. Frank, Jr. (BBO No. 177240)
        Brian A. Davis (BBO No. 546462)
        Julie C. Rising (BBO No. 666950)
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, Massachusetts 02110
        Tele: 617-248-5000
        Fax:  617-248-4000

Date:   March 22, 2007


## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendant Cabot Corporation conferred with counsel for the plaintiffs, AVX Corporation and AVX Limited, regarding the foregoing Motion for an Extension of Time, and that the parties were unable to reach agreement on that Motion.

        */s/ Julie C. Rising*

4187477.1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on March 22, 2007.

      */s/ Julie C. Rising*