# TAB 1

Page 1

1              COMMONWEALTH OF MASSACHUSETTS

2

3   Suffolk, ss              Superior Court Department

4                            C.A. No. 05-03816-BLS

5

6   AVX CORPORATION and AVX        )

7   LIMITED,                       )

8         Plaintiffs,              )

9      VS.                         )

10  CABOT CORPORATION,             )

11        Defendant.               )

12

**ORIGINAL**

13        DEPOSITION OF ERNEST E. CHILTON, a

14  witness called by and on behalf of the

15  Defendant, taken pursuant to the applicable

16  provisions of the Massachusetts Rules of Civil

17  Procedure, before Sandra L. Bray, Registered

18  Diplomate Reporter, CSR Number 103593, and

19  Notary Public in and for Commonwealth of

20  Massachusetts, at the offices of Choate Hall &

21  Stewart LLP, Two International Place, Boston,

22  Massachusetts, on Monday, September 11, 2006,

23  commencing at 9:37 a.m.

24

Page 5

```
 1                  P R O C E E D I N G S
 2           (The United Kingdom driver's license as
 3           identification of the deponent was noted
 4           for the record.)
 5           ERNEST E. CHILTON, having duly sworn
 6  or affirmed that his testimony would be the
 7  truth, the whole truth, and nothing but the
 8  truth, testified as follows:
 9                     *    *    *
10  EXAMINATION BY MR. DAVIS:
11  Q.  Good morning.
12  A.  Good morning.
13  Q.  Would you please state your name for the record?
14  A.  Ernest Emery Chilton.
15  Q.  Mr. Chilton, my name is Brian Davis.  I
16      represent Cabot Corporation.  As you are aware,
17      you are appearing here today for a deposition in
18      litigation between Cabot Corporation and AVX,
19      both AVX Corporation and AVX Limited here in the
20      United States.  I appreciate your willingness to
21      appear today.
22           You understand, sir, that you are
23      under oath, that you must testify truthfully?
24           (The witness nodded.)
```

| | | |
|---|---|---|
| 1 | Q. | In addition, Mr. Chilton, it will be necessary |
| 2 | | for you to verbalize your answers so the |
| 3 | | stenographer can hear what you say.  So you |
| 4 | | understand you're under oath? |
| 5 | A. | Yes. |
| 6 | Q. | I'm going to ask you a series of questions.  If |
| 7 | | at any point in time you do not understand any |
| 8 | | of my questions, please just say so and I'll try |
| 9 | | to give you a clearer question.  Do you |
| 10 | | understand that? |
| 11 | A. | Yes. |
| 12 | Q. | In addition, if at any point you'd like to take |
| 13 | | a break, please let me know and I will try to |
| 14 | | accommodate you as soon as possible. |
| 15 | A. | Okay. |
| 16 | Q. | Mr. Chilton, where do you live? |
| 17 | A. | Currently, England is my residence. |
| 18 | Q. | Where in England? |
| 19 | A. | Five Maddicks Orchard, Stoke Gabriel, Tontotnes, |
| 20 | | Devon. |
| 21 | Q. | Do you spend part of the year elsewhere? |
| 22 | A. | I spend a lot of the year in Portugal. |
| 23 | Q. | Where in Portugal? |
| 24 | A. | Logosh -- sorry, Logoa in Portugal.  The address |

Page 7

1        is Aparatado 174, Logoa.

2   Q.  You are a British citizen?

3   A.  Yes.

4   Q.  Sir, at some point in time, you worked for AVX;
5        is that correct?

6   A.  Yes.

7   Q.  How many years did you work for AVX?

8   A.  Twenty-five.

9   Q.  What was the last position that you held at AVX?

10   A.  Senior vice president, tantalum division.

11   Q.  When you worked at AVX, were your offices
12        located in Great Britain?

13   A.  Yes.

14   Q.  I'd like to go back for a moment and talk about
15        your educational history for a moment, if I may.
16        Where were you educated?

17   A.  In England.

18   Q.  What schools?

19   A.  West Sleekburn, secondary school.

20   Q.  Did you obtain any degrees beyond --

21   A.  No.

22   Q.  -- secondary school?

23   A.  No.

24   Q.  What was your employment history after secondary

Page 12

1  A.  Yes.

2  Q.  At some point in time, you became responsible
3      for AVX's tantalum operations?

4  A.  Yes.

5  Q.  What position was that?

6  A.  I was vice president.

7  Q.  In your duties as vice president in charge of
8      tantalum operations, what responsibilities would
9      you have?

10 A.  Everything except selling.  Marketing and
11     R and D.

12 Q.  Production?

13 A.  Production.  Expansion.

14 Q.  Who was in charge of selling tantalum products?

15 A.  The AVX sales -- AVX European sales group.

16 Q.  And that reported to someone else in the
17     organization?

18 A.  Yes.

19 Q.  Was that Marshall Jackson?

20 A.  Yes.

21 Q.  Who was your immediate superior when you were
22     vice president in charge of tantalum operations?

23 A.  President of Europe for a short while, then Dick
24     Rosen.

Page 13

```
1   Q.   You said you became senior VP in 1992?
2   A.   I think that was about the time.
3   Q.   Give or take.  Did your duties change at that
4        time?
5   A.   Not significantly.  The title change was as we
6        expanded into more factories, as they built more
7        factories and took --
8   Q.   So same duties, just more operations to manage?
9   A.   Total responsibility for P and L.  That included
10       sales and P and L.  I wasn't responsible for it.
11       I wasn't responsible for selling.
12  Q.   At some point in time, you did take
13       responsibility for selling tantalum products?
14  A.   Not the people, but the responsibility for
15       the -- if they sold low, it was still my
16       responsibility.
17  Q.   All the responsibility, none of the power.
18  A.   Right.
19  Q.   And when you were VP and senior VP in charge of
20       tantalum operations, did your responsibilities
21       include negotiating agreements on behalf of AVX
22       pertaining to tantalum?
23  A.   Yes.
24  Q.   Were you still reporting to Mr. Rosen at the
```

1  Q.  Was it a priority?

2  A.  It was a priority, yes.

3  Q.  The products, again, that AVX was buying from

4      Biddeford were nodular products, correct?

5  A.  Yes.

6  Q.  You're familiar with the differences between

7      nodular and flake products; is that right?

8  A.  Yes.

9  Q.  Was it possible for AVX in 2000 or 2001 -- was

10     it possible for AVX over time to have replaced

11     Cabot's products?

12 A.  Oh, yes, yes.

13 Q.  How would AVX have gone about doing that?

14 A.  By reviewing materials from all of the suppliers

15     and working primarily in paying to review them,

16     develop them, and getting back to Biddeford.

17 Q.  So it would have been possible over time for AVX

18     to qualify different products with its

19     customers?

20 A.  Yes, yes.

21 Q.  Is that true for nodular products?

22 A.  Yes.

23 Q.  Is that true for flake products?

24 A.  Flake was proving more difficult.

Page 53

1   Q.   Was it impossible for AVX to replace flake?
2             MR. SLAVITT:  Objection.  You may
3        answer.
4   A.   No.
5   Q.   I'm sorry?
6   A.   No.
7             MR. DAVIS:  Mark this, please, as the
8        next exhibit.
9             (Copy of E-mail String was marked
10            Exhibit Number 232 for identification.)
11  Q.   Mr. Chilton, you have what has been marked as
12       Exhibit 232.  Let me ask you to look at that
13       document for a moment and tell me if you recall
14       receiving the attached interoffice memorandum
15       from Mr. Andy Conibear in the middle of
16       September of 2000.
17  A.   I can't remember receiving it, but it would have
18       been a discussion.
19  Q.   Do you recall a discussion within AVX at that
20       time --
21  A.   Constantly.
22  Q.   -- about how AVX could go about replacing Cabot
23       products?
24  A.   Yes.

Page 54

1  Q.  And it's your recollection that from that
2      discussion that it was possible for AVX to
3      replace Cabot's flake powders over time?
4  A.  Yes, yes.
5              MR. SLAVITT:  Objection.
6              THE WITNESS:  Sorry.
7  A.  Yes.
8  Q.  How much time do you recall AVX would have
9      needed for that purpose?
10 A.  Depending on priorities, three to six months.
11             MR. DAVIS:  Let's mark this -- this,
12     actually, has been premarked.
13 Q.  I'll show you, Mr. Chilton, what has been marked
14     as Exhibit 172.  Ask you to read that document
15     for a moment, and tell me, please, when you're
16     done.
17 A.  I never saw this.  I didn't see this.
18 Q.  Then let me just ask you a moment about the
19     subject matter of the e-mail.  If you take a
20     look at the second paragraph, the one that
21     begins, "EC is convinced."  Was it true that at
22     that point in time in September of 2000 that you
23     believed that --
24 A.  Yes.