# TAB 1

Page 1

1                COMMONWEALTH OF MASSACHUSETTS

2

3   Suffolk, ss              Superior Court Department

4                             C.A. No. 05-03816-BLS

5

6   AVX CORPORATION and AVX        )

7   LIMITED,                       )

8        Plaintiffs,               )

9     VS.                          )

10  CABOT CORPORATION,             )

11       Defendant.                )

**ORIGINAL**

12

13       DEPOSITION OF ERNEST E. CHILTON, a

14  witness called by and on behalf of the

15  Defendant, taken pursuant to the applicable

16  provisions of the Massachusetts Rules of Civil

17  Procedure, before Sandra L. Bray, Registered

18  Diplomate Reporter, CSR Number 103593, and

19  Notary Public in and for Commonwealth of

20  Massachusetts, at the offices of Choate Hall &

21  Stewart LLP, Two International Place, Boston,

22  Massachusetts, on Monday, September 11, 2006;

23  commencing at 9:37 a.m.

24

Page 2

```
 1    APPEARANCES:

 2       Representing the Plaintiffs:

 3           BODOFF & SLAVITT LLP

 4           225 Friend Street

 5           Boston, Massachusetts   02114-1812

 6           BY:  EVAN SLAVITT, ESQUIRE

 7

 8       Representing the Defendant:

 9           CHOATE HALL & STEWART LLP

10           Two International Place

11           Boston, Massachusetts   02110

12           BY:  BRIAN A. DAVIS, ESQUIRE

13

14

15

16

17

18

19

20

21

22

23

24
```

Page 12

```
 1   A.   Yes.
 2   Q.   At some point in time, you became responsible
 3        for AVX's tantalum operations?
 4   A.   Yes.
 5   Q.   What position was that?
 6   A.   I was vice president.
 7   Q.   In your duties as vice president in charge of
 8        tantalum operations, what responsibilities would
 9        you have?
10   A.   Everything except selling.  Marketing and
11        R and D.
12   Q.   Production?
13   A.   Production.  Expansion.
14   Q.   Who was in charge of selling tantalum products?
15   A.   The AVX sales -- AVX European sales group.
16   Q.   And that reported to someone else in the
17        organization?
18   A.   Yes.
19   Q.   Was that Marshall Jackson?
20   A.   Yes.
21   Q.   Who was your immediate superior when you were
22        vice president in charge of tantalum operations?
23   A.   President of Europe for a short while, then Dick
24        Rosen.
```

Page 13

1  Q.   You said you became senior VP in 1992?
2  A.   I think that was about the time.
3  Q.   Give or take. Did your duties change at that
4       time?
5  A.   Not significantly. The title change was as we
6       expanded into more factories, as they built more
7       factories and took --
8  Q.   So same duties, just more operations to manage?
9  A.   Total responsibility for P and L. That included
10      sales and P and L. I wasn't responsible for it.
11      I wasn't responsible for selling.
12 Q.   At some point in time, you did take
13      responsibility for selling tantalum products?
14 A.   Not the people, but the responsibility for
15      the -- if they sold low, it was still my
16      responsibility.
17 Q.   All the responsibility, none of the power.
18 A.   Right.
19 Q.   And when you were VP and senior VP in charge of
20      tantalum operations, did your responsibilities
21      include negotiating agreements on behalf of AVX
22      pertaining to tantalum?
23 A.   Yes.
24 Q.   Were you still reporting to Mr. Rosen at the

Page 14

```
 1           time that you left AVX?
 2    A.     No.  I was reporting to Gilbertson.
 3    Q.     So at some point in time, your immediate
 4           superior became Mr. Gilbertson?
 5    A.     Yes.
 6    Q.     When was that?
 7    A.     In about 1999.
 8    Q.     About '99.  Why?
 9    A.     I think Mr. Gilbertson wanted the full power of
10           the corporation as his title was then -- CEO,
11           was it then?
12    Q.     That was a change initiated by Mr. Gilbertson as
13           far as you know?
14    A.     I think so.
15    Q.     You retired from AVX at some point in time?
16    A.     Yes.
17    Q.     Approximately 2001?
18    A.     That's what I believe.  April 2001.  When was
19           the Cabot --
20    Q.     The Cabot agreement --
21    A.     October.
22    Q.     -- was negotiated in late 2000.
23    A.     So it was April of 2001 when I retired.
24    Q.     I think the final agreement was actually
```

Page 52

1   Q.   Was it a priority?

2   A.   It was a priority, yes.

3   Q.   The products, again, that AVX was buying from

4        Biddeford were nodular products, correct?

5   A.   Yes.

6   Q.   You're familiar with the differences between

7        nodular and flake products; is that right?

8   A.   Yes.

9   Q.   Was it possible for AVX in 2000 or 2001 -- was

10       it possible for AVX over time to have replaced

11       Cabot's products?

12  A.   Oh, yes, yes.

13  Q.   How would AVX have gone about doing that?

14  A.   By reviewing materials from all of the suppliers

15       and working primarily in paying to review them,

16       develop them, and getting back to Biddeford.

17  Q.   So it would have been possible over time for AVX

18       to qualify different products with its

19       customers?

20  A.   Yes, yes.

21  Q.   Is that true for nodular products?

22  A.   Yes.

23  Q.   Is that true for flake products?

24  A.   Flake was proving more difficult.

1  Q.  Was it impossible for AVX to replace flake?
2          MR. SLAVITT: Objection. You may
3      answer.
4  A.  No.
5  Q.  I'm sorry?
6  A.  No.
7          MR. DAVIS: Mark this, please, as the
8      next exhibit.
9          (Copy of E-mail String was marked
10         Exhibit Number 232 for identification.)
11 Q.  Mr. Chilton, you have what has been marked as
12     Exhibit 232. Let me ask you to look at that
13     document for a moment and tell me if you recall
14     receiving the attached interoffice memorandum
15     from Mr. Andy Conibear in the middle of
16     September of 2000.
17 A.  I can't remember receiving it, but it would have
18     been a discussion.
19 Q.  Do you recall a discussion within AVX at that
20     time --
21 A.  Constantly.
22 Q.  -- about how AVX could go about replacing Cabot
23     products?
24 A.  Yes.

Page 54

1  Q.  And it's your recollection that from that
2      discussion that it was possible for AVX to
3      replace Cabot's flake powders over time?
4  A.  Yes, yes.
5          MR. SLAVITT: Objection.
6          THE WITNESS: Sorry.
7  A.  Yes.
8  Q.  How much time do you recall AVX would have
9      needed for that purpose?
10 A.  Depending on priorities, three to six months.
11         MR. DAVIS: Let's mark this -- this,
12     actually, has been premarked.
13 Q.  I'll show you, Mr. Chilton, what has been marked
14     as Exhibit 172. Ask you to read that document
15     for a moment, and tell me, please, when you're
16     done.
17 A.  I never saw this. I didn't see this.
18 Q.  Then let me just ask you a moment about the
19     subject matter of the e-mail. If you take a
20     look at the second paragraph, the one that
21     begins, "EC is convinced." Was it true that at
22     that point in time in September of 2000 that you
23     believed that --
24 A.  Yes.

```
1    Q.    -- AVX had a solid supply from Star?

2    A.    Yes.

3    Q.    Star being one of Cabot's competitors, right?

4    A.    Yes.

5    Q.    Then it goes on to say, "Our needs are 10 to 15

6          pounds" --

7    A.    "Tons."

8    Q.    "Tons." I'm sorry. And then, two, "The 54 tons

9          of raw that we would get processed elsewhere,

10         which he is apparently stuck with." Stop for a

11         moment. Do you recall discussions with Cabot in

12         the fall of 2000 about the possibility of buying

13         KTAF?

14   A.    Yes.

15   Q.    KTAF being unrefined tantalum, tantalum ore?

16   A.    No, it's the position between tantalum and

17         tantalum powder.

18   Q.    It's semi-refined?

19   A.    Semi-refined, yes.

20   Q.    Why was it AVX wanted to buy KTAF from Cabot?

21   A.    My understanding -- my recollection is that

22         Cabot were going to refuse to supply Showa Cabot

23         material and that had an excess supply of KTAF,

24         which we could purchase.
```