# TAB 4

**ESQUIRE DEPOSITION SERVICES**

Page 1

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS          SUPERIOR COURT

CIVIL ACTION NO. 05-03816-BLS


AVX CORPORATION and AVX LIMITED,   )

    Plaintiffs And Defendants  )

    in Counterclaim,          )

  vs.                      )

CABOT CORPORATION,                 )

    Defendant and Plaintiff   )

    In Counterclaim.          )



**CONFIDENTIAL**


The 30(b)(6) deposition of PETER

COLLIS, called for examination, taken before

ANNETTE M. MONTALVO, a Notary Public within and

for the Commonwealth of Massachusetts, and a

Registered Merit Reporter of said state, at Suite

3400, Two International Place, Boston,

Massachusetts, on the 8th day of August, A.D.

2006, at 9:30 a.m.          ORIGINAL

## ESQUIRE DEPOSITION SERVICES

Page 2

```
 1    PRESENT:

 2

 3         BODOFF & SLAVITT, LLP,

 4         (225 Friend Street, 7th Floor,

 5         Boston, Massachusetts   02114,

 6         617-742-7300), by:

 7         MR. EVAN SLAVITT,

 8              appeared on behalf of the Plaintiffs

 9              and Defendants in Counterclaim;

10

11         CHOATE, HALL & STEWART,

12         (Two International Place,

13         Boston, Massachusetts   02110,

14         617-248-5000), by:

15         MR. ROBERT S. FRANK, JR.,

16              appeared on behalf of the Defendant

17              and Plaintiff In Counterclaim.

18

19

20

21

22    REPORTED BY:   ANNETTE M. MONTALVO, CSR, RMR,

23                   RMR CERTIFICATE NO. 833506.

24
```

# ESQUIRE DEPOSITION SERVICES

Page 5

1       MR. SLAVITT:  Same stipulations.  And the

2    same markings on the cover, if you would.

3             (WHEREUPON, the witness was duly

4             sworn.)

5             PETER COLLIS,

6    called as a witness herein, having been first

7    satisfactorily identified and duly sworn, was

8    examined and testified as follows:

9                     EXAMINATION

10   BY MR. FRANK:

11       Q.    Good morning, sir.

12       A.    Good morning.

13       Q.    Please state your name.

14       A.    Peter Collis.

15       Q.    Where do you live, Mr. Collis?

16       A.    I live in Paignton, in England, in the

17   UK.

18       Q.    And what is the street address?

19       A.    Hookhills, Rockwills Road, Paignton,

20   Devon.

21       Q.    Are you presently employed?

22       A.    I am.

23       Q.    By whom are you employed?

24       A.    AVX Limited.

**ESQUIRE DEPOSITION SERVICES**

Page 6

1    Q.    Okay.  Let me run over a piece of your

2    background, which I believe I know from a prior

3    encounter that you and I have had.

4          Is it correct, sir, that you left

5    school at age 16 and joined Standard Telephone

6    and Cable initially in their apprentice program?

7    A.    That is correct.

8    Q.    And you worked your way up through

9    Standard Telephone and Cable until it was

10   acquired by AVX in 1987; is that correct?

11   A.    That's correct.

12   Q.    Okay.  And thereafter you held a series

13   of positions at AVX until in January of 1998 you

14   became plant manager of AVX's Paignton facility;

15   is that correct?

16   A.    That's correct.

17   Q.    And in January -- on January 20, 2001

18   you became vice president of AVX in charge of its

19   tantalum division; is that correct?

20   A.    I believe it is the 21st.

21   Q.    I accept that correction.

22   A.    Okay.

23   Q.    I should ask you, however, what your --

24   did you become -- withdrawn.

Page 7

1         Is the position that you assumed on

2  January 21, 2001 the position that you still

3  hold?

4      A.    Yes.

5      Q.    Okay.  And are your duties

6  substantially the same now -- have your duties

7  been substantially the same since January

8  of 2001?

9      A.    No.

10      Q.    Okay.  How have they changed -- when

11  did they change and how have they changed?

12      A.     I am not sure of the exact dates, but,

13  basically, I have had two additions to my

14  responsibilities; one, I became a corporate vice

15  president, and the second one is I also have

16  responsibility for the IT management team as well

17  as the tantalum group.

18      Q.     When you say corporate vice president

19  you mean a vice president of AVX Corp.?

20      A.    Yes.

21      Q.    And approximately when did that happen?

22      A.     I think about two years ago.

23      Q.    Did your dealings with Cabot or CPM

24  begin when you became plant manager in Paignton

**ESQUIRE DEPOSITION SERVICES**

Page 8

1   or did they go back beyond before that?

2       A.      There were some dealings before that.

3       Q.      But mostly once you became the plant

4   manager and thereafter?

5       A.      They increased as my job changed.

6       MR. FRANK:  I will ask the court reporter to

7   mark as Exhibit 110, a document that does not

8   have Bates numbers, but is a two-page memorandum

9   prepared by Kurt Habecker of Cabot Corporation,

10   dated September 27, 1999.

11                  (WHEREUPON, a certain document was

12                  marked Deposition Exhibit No. 110,

13                  for identification, as of 8/8/06.)

14   BY MR. FRANK:

15       Q.      And I would ask you to take a moment

16   and look at that.

17              Did you participate -- withdrawn.

18              I will represent to you, sir, it is my

19   understanding this document was produced from

20   AVX's files, and I will ask you if you recognize

21   it?

22       A.      I don't.

23       Q.      Okay.  Did you -- do you recall

24   participating in a meeting with Cabot

**ESQUIRE DEPOSITION SERVICES**

Page 22

1    Q.    Does your review of Exhibit 48 refresh

2    your recollection that in the late summer of

3    2000, CPM told AVX that it could sell either

4    20,000 or 25,000 pounds of tantalum powder to

5    AVX's Biddeford facility and that it had

6    available for sale between 200,000 and 240,000

7    pounds of KTaF, but that it did not have other

8    powders available for sale to AVX?

9    A.    It does not.

10    Q.    Did AVX ultimately buy powders from CPM

11    for the -- for use at its Biddeford, Maine,

12    facility, AVX's Biddeford, Maine, facility?

13    A.    Yes.

14    Q.    What powders did AVX ultimately buy

15    from Cabot for use at its -- at AVX's Biddeford,

16    Maine, facilities?

17    A.    They were -- I can't be exact, but

18    there would be C110, C410, possibly C300.  But I

19    would -- sorry.

20    Q.    Is it that -- each of those is nodular

21    powders; is that correct?

22    A.    That's correct.

23    Q.    Did AVX ultimately purchase KTaF from

24    CPM?

**ESQUIRE DEPOSITION SERVICES**

Page 23

1    A.    Yes.

2    Q.    KTaF is an intermediate between raw ore

3  and finished powder; is that correct?

4    A.    Yes.

5    Q.    And then when AVX purchased KTaF from

6  Cabot, it had KTaF tolled or finished

7  manufactured by someone other than CPM; is that

8  correct?

9    A.    No.

10   Q.    When -- let me take it in pieces.

11         AVX did purchase KTaF from Cabot; is

12 that correct?

13   A.    That is correct.

14   Q.    Okay.  And what did AVX do with the

15 KTaF after it purchased that product from Cabot?

16   A.    It got other companies, and including

17 Cabot, to toll that material into finished

18 products.

19   Q.    What were the -- who were the other

20 companies apart from Cabot?

21   A.    There was Showa Cabot, Starck.  I

22 believe Ningxia, but I would need to confirm

23 that.

24   Q.    And what did AVX have that KTaF tolled

**ESQUIRE DEPOSITION SERVICES**

Page 24

1    into?

2        A.    Tantalum powder and tantalum wire.

3        Q.    What type or types of tantalum powder?

4        A.    I can't recall exactly.

5        Q.    Was the KTaF that was tolled into

6    powder tolled into nodular powder, flake powder,

7    or both?

8        A.    Nodular powder.

9        Q.    Is it correct that it was AVX's plan

10    when it purchased KTaF to have that powder tolled

11    by someone into either nodular powder or tantalum

12    wire?

13        A.    Yes.

14        Q.    Am I correct in understanding that --

15    withdrawn.

16            Is there an understood ratio between

17    the quantity of KTaF that AVX purchased from CPM

18    and the quantity of nodular tantalum powder that

19    would result as the end product of tolling of the

20    KTaF?

21        A.    Yes.

22        Q.    What is that ratio?

23        A.    I don't recall.

24        Q.    Approximately 3 to 1?

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

**ESQUIRE DEPOSITION SERVICES**

Page 25

1    A.    Approximately.

2    Q.    And when AVX has KTaF tolled by a third

3  party into tantalum powder or tantalum wire, does

4  it pay a fee to the firm that does the tolling?

5    A.    Yes.

6    Q.    Is there a standard fee for tolling

7  KTaF?

8    A.    No.

9    Q.    What did AVX pay to have KTaF tolled

10  into nodular powder, do you recall?

11    A.    I don't recall.

12    Q.    Approximately?

13    A.    No.

14    Q.    How is tolling priced?  Is it priced by

15  per pound of finished product or per pound of

16  KTaF or by some other means?

17    MR. SLAVITT:  Objection.  You can answer.

18  BY THE WITNESS:

19    A.    I believe our deals varied.  With one

20  supplier we supplied them with KTaF; they

21  supplied us with powder at a price.  We have no

22  idea what the cost of tolling was within that for

23  that.

24    MR. FRANK:  Please mark as Exhibit 112 for

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**