# CHOATE

CHOATE HALL & STEWART LLP



Julie C. Rising
(617) 248-4813
jrising@choate.com

April 17, 2007

**BY HAND**
Marc Duffy, Clerk to the Hon. Marianne B. Bowler
UNITED STATES DISTRICT COURT
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, Massachusetts 02210

Re:  AVX Corporation, et al v. Cabot Corporation
     Civil Action No. 04-10467 (RGS)

Dear Mr. Duffy:

Plaintiffs AVX Corporation and AVX Limited ("AVX") filed a Motion to Compel in the above-entitled action on March 8, 2007, and after Defendant Cabot Corporation ("Cabot") filed its Opposition to that motion on March 28, 2007, it was referred to Judge Bowler and is currently scheduled for hearing on May 9, 2007. On Friday, April 13, 2007, Cabot filed its own Motion to Compel Discovery, which addresses many of the same issues raised by AVX's Motion and Cabot's Opposition. AVX's response to Cabot's motion is due on or before April 27, 2007.

Because the issues addressed in both Motions are either the same or closely related, Cabot believes it would save both the parties and this Court time and resources if both motions were heard together. Therefore, Cabot respectfully requests that argument for both motions be heard on the same day.

Sincerely yours,

Julie C. Rising

cc:  Joseph S.U. Bodoff, Esq. (by electronic mail)
     Richard A. Goren, Esq. (by electronic mail)
     Brian A. Davis, Esq. (by electronic mail)