UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION and AVX LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>        Defendant. | CIVIL ACTION NO. 04-10467-RGS |

**PLAINTIFFS' ASSENTED-TO MOTION
TO FURTHER AMEND SCHEDULING ORDER**

Plaintiffs AVX Corporation and AVX Limited (collectively "AVX"), pursuant to Fed. R. Civ. P. 6 and L.R. 40.3, respectfully request the Court to amend the current Scheduling Order to account for the need to resolve certain discovery disputes, as more fully set forth in pending motions to compel discovery. In further support hereof, AVX states as follows:

1. In its complaint, AVX alleges, among other things, that Cabot unlawfully conditioned AVX's purchase of "flake" tantalum powder on the purchase of "nodular" tantalum powder in violation of the Sherman Antitrust Act, 15 U.S.C. §§ 1, 14.

2. On January 31, 2007, the Court amended the scheduling order in this action as follows:

| | |
|---|---|
| Deadline for AVX to Serve Expert Disclosures: | February 28, 2007 |
| Deadline for Cabot to Serve Expert Disclosures: | March 30, 2007 |
| Deadline to Complete All Fact Discovery: | March 30, 2007 |
| Deadline for AVX to Submit Final Expert Report(s): | April 30, 2007 |

{00021755.1}

| | |
|---|---|
| Deadline for Cabot to Submit Final Expert Report(s): | May 31, 2007 |
| Deadline to Complete All Expert Discovery (including any depositions): | July 16, 2007 |
| Deadline for Filing of All Dispositive Motions: (with responses due 30 days thereafter) | August 16, 2007 |

3. Because of various disputes that have arisen, discovery in this action is not yet complete. The parties currently have pending cross Motions to Compel that have been referred to Magistrate Judge Bowler and are scheduled to be argued on May 25, 2007.

4. The parties contemplate taking depositions upon the final resolution of their current discovery disputes.

5. AVX requests the Court to enter an Order Further Amending the Scheduling Order in this action as follows:

| | |
|---|---|
| Deadline to Complete All Fact Discovery: | July 31, 2007 |
| Deadline for AVX to Submit Final Expert Report: | Sept. 15, 2007 |
| Deadline for Cabot to Submit Final Expert Report: | Oct. 15, 2007 |
| Deadline to Complete All Expert Discovery (including any depositions): | Dec. 1, 2007 |
| Deadline for Filing of All Dispositive Motions: (with responses due 30 days thereafter) | Dec. 31, 2007 |

6. Cabot assents to allowance of this motion with the deadlines proposed.

WHEREFORE, AVX respectfully requests that this Court enter an Order allowing its Assented-To Motion To Further Amend Scheduling Order.

2

AVX CORPORATION and
AVX LIMITED

By their attorneys,

/s/ Richard A. Goren
Joseph S.U. Bodoff (BBO No. 549116)
Richard A. Goren (BBO No. 203700)
Ryan D. Sullivan (BBO No 660696 )
BODOFF & ASSOCIATES
225 Friend Street
Boston, Massachusetts 02114
Tele: 617-742-7300
Fax: 617-742-9969

Date:  May 25, 2007

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for the plaintiffs, AVX Corporation and AVX Limited, conferred with counsel for defendant Cabot Corporation regarding the foregoing Motion To Amend Scheduling Order.

/s/ Richard A. Goren

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on May 25, 2007.

/s/ Richard A. Goren