UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| AVX CORPORATION and AVX LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CABOT CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 04-10467-RGS |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") and defendant Cabot Corporation ("Cabot") hereby respectfully move, pursuant to Fed. R. Civ. P. 6 and L.R. 40.3, that the Court amended the current Scheduling Order in this action as set forth below.

As grounds for this motion, AVX and Cabot state that:

1. This is an action in which AVX alleges that Cabot unlawfully conditioned AVX's purchase of "flake" tantalum powder on the purchase of "nodular" tantalum powder in violation of the Sherman Antitrust Act, 15 U.S.C. §§ 1, 14. The parties previously agreed to stay all discovery in this matter pending a decision by the Court on Cabot's Motion for Judgment on the Pleadings, in an effort to avoid expending resources taking discovery in the event Cabot's motion was granted. On July 21, 2006, this Court issued its Order denying Cabot's motion.

2. Then, on or about October 5, 2006, the parties filed a Joint Motion to Amend the Scheduling Order. On October 10, 2006 the Court granted the motion and extended the deadlines by 120 days.

3. As a result of additional delays in discovery, on January 30, 2007 the parties filed a joint motion to amend the scheduling order. On January 31st the Court amended the scheduling order as follows:

| | |
|---|---|
| Deadline for AVX to Serve Expert Disclosures: | February 28, 2007 |
| Deadline for Cabot to Serve Expert Disclosures: | March 30, 2007 |
| Deadline to Complete All Fact Discovery: | March 30, 2007 |
| Deadline for AVX to Submit Final Expert Report(s): | April 30, 2007 |
| Deadline for Cabot to Submit Final Expert Report(s): | May 31, 2007 |
| Deadline to Complete All Expert Discovery (including any depositions): | July 16, 2007 |
| Deadline for Filing of All Dispositive Motions: (with responses due 30 days thereafter) | August 16, 2007 |

4. On March 1, 2007 AVX filed a motion to compel discovery. On April 13, 2007 Cabot filed its own motion to compel. Both motions were referred to Magistrate Judge Bowler and were heard on May 25, 2007.

5. Judge Bowler granted each motion in part and denied each in part. Both parties are now working to provide additional discovery in accordance with the decision on the motions to compel, and to resolve any remaining or additional discovery issues. Additional motion practice may be required, however, to fully resolve such issues.

6. In order to ensure sufficient time to complete discovery, the parties respectfully request that the Scheduling Order be extended as follows:

| | |
|---|---|
| Deadline to Complete All Fact Discovery: | September 30, 2007 |
| Deadline for AVX to Submit Final Expert Report(s): | November 15, 2007 |
| Deadline for Cabot to Submit Final Expert Report(s): | December 15, 2007 |
| Deadline to Complete All Expert Discovery (including any depositions): | February 1, 2008 |
| Deadline for Filing of All Dispositive Motions: (with responses due 30 days thereafter) | February 28, 2008 |

7. The parties have exchanged all expert disclosures.

8. This is the parties' third request to continue the deadlines in this matter.

WHEREFORE, the parties respectfully request that this Court enter an Order allowing the parties' Joint Motion To Amend Scheduling Order.

CABOT CORPORATION

By its attorneys,

*/s/ Brian A. Davis*
Robert S. Frank, Jr. (BBO No. 177240)
Brian A. Davis (BBO No. 546462)
Julie C. Rising (BBO No. 666950)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5000
Fax: 617-248-4000

Date: July 10, 2007

AVX CORPORATION and
AVX LIMITED

By their attorneys,

*/s/ Joseph S.U. Bodoff*
Richard A. Goren (BBO No. 203700)
Joseph S.U. Bodoff (BBO No. 549116)
BODOFF & ASSOCIATES
225 Friend Street
Boston, Massachusetts 02114
Tele: 617-742-7300
Fax: 617-742-9969

## LOCAL RULE 7.1(A)(2) CERTIFICATION

      Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendant Cabot Corporation conferred with counsel for the plaintiffs, AVX Corporation and AVX Limited, regarding the foregoing Joint Motion To Amend Scheduling Order.  Counsel for all parties join in this motion.

                                               */s/ Brian A. Davis*

4163035.1

-5-

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on July 10, 2007.

                                            */s/ Julie C. Rising*

4228746v1