UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION and AVX LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-10467-RGS |
| CABOT CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) | |

## AVX'S CONSENTED TO MOTION TO AMEND SCHEDULING ORDER

Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") hereby respectfully move, pursuant to Fed. R. Civ. P. 6 and L.R. 40.3, that the Court amend the current Scheduling Order in this action as set forth below.

As grounds for this motion, AVX states that:

1. This is an action in which AVX alleges that the defendant Cabot Corporation ("cabot") unlawfully conditioned AVX's purchase of "flake" tantalum powder on the purchase of "nodular" tantalum powder in violation of the Sherman Antitrust Act, 15 U.S.C. §§ 1, 14. The parties previously agreed to stay all discovery in this matter pending a decision by the Court on Cabot's Motion for Judgment on the Pleadings, in an effort to avoid expending resources taking discovery in the event Cabot's motion was granted. On July 21, 2006, this Court issued its Order denying Cabot's motion.

2. Then, on or about October 5, 2006, the parties filed a Joint Motion to Amend the Scheduling Order. On October 10, 2006 the Court granted the motion and extended the deadlines by 120 days.

3. As a result of additional delays in discovery, on January 30, 2007 the parties filed a joint motion to amend the scheduling order. On January 31st the Court amended the scheduling order as follows:

| | |
|---|---|
| Deadline for AVX to Serve Expert Disclosures: | February 28, 2007 |
| Deadline for Cabot to Serve Expert Disclosures: | March 30, 2007 |
| Deadline to Complete All Fact Discovery: | March 30, 2007 |
| Deadline for AVX to Submit Final Expert Report(s): | April 30, 2007 |
| Deadline for Cabot to Submit Final Expert Report(s): | May 31, 2007 |
| Deadline to Complete All Expert Discovery (including any depositions): | July 16, 2007 |
| Deadline for Filing of All Dispositive Motions: (with responses due 30 days thereafter) | August 16, 2007 |

4. On March 1, 2007 AVX filed a motion to compel discovery. On April 13, 2007 Cabot filed its own motion to compel. Both motions were referred to Magistrate Judge Bowler and were heard on May 25, 2007.

5. Judge Bowler granted each motion in part and denied each in part and ordered the parties to return to resolve any open issues. Both parties have worked to provide additional discovery in accordance with the decision on the motions to compel, and to resolve any remaining or additional discovery issues. Additional motion practice

will be required, however, to fully resolve such issues and the parties now contemplate asking Judge Bowler to hear them in or about the last week of August.

6.  At the joint request of the parties on July 10, 2007, the Court extended the Scheduling Order as follows:

| | |
|---|---|
| Deadline to Complete All Fact Discovery: | September 30, 2007 |
| Deadline for AVX to Submit Final Expert Report(s): | November 15, 2007 |
| Deadline for Cabot to Submit Final Expert Report(s): | December 15, 2007 |
| Deadline to Complete All Expert Discovery (including any depositions): | February 1, 2008 |
| Deadline for Filing of All Dispositive Motions: (with responses due 30 days thereafter) | February 28, 2008 |

7.  For several days in late July and early August Richard Goren, AVX's counsel, was out of his office when he made two unexpected trips to Florida upon the sudden rapid decline in his mother's health. When she died on August 6th Mr. Goren was out of his office for more than a week. Mr. Goren is scheduled to return to Florida next week and again in September to deal with various estate and personal issues.

8.  Acknowledging that in its July 10th order the Court had indicated "no further extensions," with Cabot's consent, AVX requests the Court to extend the Scheduling Order as follows:

| | |
|---|---|
| Deadline to Complete All Fact Discovery: | October 31, 2007 |
| Deadline for AVX to Submit Final Expert Report(s): | December 15, 2007 |
| Deadline for Cabot to Submit Final Expert Report(s): | January 15, 2008 |
| Deadline to Complete All Expert Discovery (including any depositions): | March 1, 2008 |

Deadline for Filing of All Dispositive Motions:     March 31, 2008
(with responses due 30 days thereafter)

9.      Cabot assents to allowance of this motion.

WHEREFORE, AVX CORPORATION and AVX LIMITED respectfully request that this Court enter an Order allowing their Motion To Amend Scheduling Order.

          AVX CORPORATION and
          AVX LIMITED

          By their attorneys,

          */s/ Richard A. Goren*
          Richard A. Goren (BBO No. 203700)
          Joseph S.U. Bodoff (BBO No. 549116)
          BODOFF & ASSOCIATES
          225 Friend Street
          Boston, Massachusetts 02114
          Tele: 617-742-7300
          Fax:  617-742-9969

Date:   August 16, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for the plaintiffs, AVX Corporation and AVX Limited conferred with counsel for defendant Cabot Corporation regarding the foregoing Motion To Amend Scheduling Order

          */s/ Richard A. Goren*

-5-

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on August 16, 2007.

      */s/ Richard A. Goren*