UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION and AVX LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-10467-RGS |
| CABOT CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**AFFIDAVIT OF LAUREN STIROH
IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

The undersigned deposes and states as follows.

1. I am Lauren Stiroh, an economist and Senior Vice President of NERA Economic Consulting (NERA), an international economic consulting firm. I have been engaged by the plaintiffs ("AVX") as an expert in this case. I hold a Ph.D. in Economics from Harvard University. A substantial part of my consulting practice focuses on the economics of antitrust issues under the Sherman Act including tying claims such as those at issue in this case. My *curriculum vitae* is attached as Exhibit A.

2. I understand that, over the mid- to late-1990s, Cabot and AVX were seller and buyer, respectively, of Cabot's patented flake and non-flake tantalum products under a series of short-term purchase agreements. According to the United States Patent and Trademark Office website, Cabot had patents for flake tantalum and an improved flake tantalum process issued in 1993 (U.S. Patent No. 5,261,942) and 1996 (U.S. Patent No. 5,580,367), respectively.

1

        Cabot first approached AVX in late 1999 about entering into a multi-year contract (Complaint ¶ 19). Discussions and negotiations continued through 2000 and, in 2001, the parties entered into a multi-year supply agreement (Complaint ¶ 21 and 29). According to AVX's complaint, this agreement required AVX to purchase, over a multi-year term, both flake tantalum and the non-flake tantalum products at allegedly super-competitive prices.

3. AVX's discovery requests seek information over a period defined as January 1, 1996 to the present. A number of factors may have contributed to price movements for Cabot's flake and non-flake tantalum products over this period, including access to potential substitutes for Cabot's products, fluctuations in demand for products that use electrolytic capacitors, variation in the worldwide supply of flake and non-flake tantalum, as well as any other changes in the supply chain and costs for these materials. Some of these factors relate to demand for Cabot's products, and others are related to Cabot's own costs of obtaining and distributing flake and non-flake tantalum. The excess of price over marginal cost is an indicator of market power; as such, the extent to which a change in product price results from factors other than changes in product costs will greatly inform an analysis of Cabot's market power and damages to AVX, if any.

4. I and my associates would need to examine data or information on Cabot's costs for flake and non-flake tantalum at the product level, and over a broad window of time starting from before Cabot pressed for the allegedly coercive agreement, during the four year term of the agreement and for the last year or so. These data should comprise the different components underlying product costs, including standard costs and variances, as well as additional costs associated with obtaining, storing, processing and distributing flake and non-flake tantalum products. In addition, to describe what factors had an impact

        on costs, documents providing actual and potential reasons for any increase or decrease in costs over the relevant period (i.e., new contracts for raw materials, changes in input prices, etc.) would be needed.

5.      I understand that Cabot manufactures and sells a range of different flake and non-flake tantalum products. Where costs of obtaining, manufacturing, and/or distribution vary across these products, margins for these products may differ as well. As an example, Cabot has described in its website how the manufacturing process for flake tantalum differs from non-flake products (see Cabot's webpage, "Tantalum Flakes – Powders for High Reliability Electrolytic Powder Applications") as well as how individual varieties of flake and non-flake tantalum also differ in their structure (see Cabot's webpage, "Capacitor-Grade Tantalum Powder"). I also understand that Cabot's tantalum production takes place at different manufacturing facilities around the world, including factories in Aizu, Japan and Boyertown, Pennsylvania; up until 2002 Cabot was also in a joint venture with Showa Denko for the design and manufacture of tantalum powder (see Cabot's webpage, "ISO Certified Manufacturing Facilities" and "About CSM Japan"). Manufacturing and input costs may differ across these locations as well. Product-level data on sales and costs across these different facilities over the relevant period will therefore allow us to compare pricing terms across different customers with different tantalum needs and requirements, and distinguish more accurately deviations in Cabot's pricing from costs for its range of tantalum products, particularly how margins across different flake tantalum products compare with margins for non-flake tantalum products across its manufacturing locations. If cost data were available only in more aggregate form (such as marginal costs for flake versus non-flake tantalum),

      information would need to be provided as to how and why these costs vary across Cabot's different tantalum products within these broader categories.

6. I understand that underlying economic conditions affecting Cabot's costs, as well as Cabot's relationships with its tantalum suppliers, have fluctuated within the period from January 1996 to the present. Cabot asserts in its answer to AVX's complaint that "historically, the market for tantalum has been highly volatile in that periods of high demand, intermittent supply shortages, inventory hoarding, and sharply rising prices have been followed by recurring episodes of reduced demand, over-production, large customer inventories and rapidly-falling prices...[C]onsistent with historical trends, prices for tantalum products have fluctuated dramatically over the last five years" (Answer ¶ 16). In its annual 10-K filings since 1996, Cabot remarked on a number of changes in its production costs for tantalum, including "projects to expand tantalum powder and wire capacity in Boyertown, Pennsylvania" in 1996-97 (1996 10-K, p. 9), as well as "increases in tantalum ore costs" in 1999-2000 and a predicted increase in raw materials costs for tantalum in 2001 (2000 10-K, p. 18). Cabot also states in its 2006 10-K that from 2005-2006, it paid higher raw material costs under its new three-year tantalum ore supply contract with Sons of Gwalia as compared to its previous agreement and incurred losses in 2004-2005 due in part to "higher per unit costs of production resulting from lower operating rates" (p. 47). Data on product costs and contract terms for flake and non-flake tantalum over the relevant period will therefore allow us to distinguish fluctuations in product prices related to any variations in product costs over time, as opposed to other factors.

7. An analysis of product-level cost data over the relevant period will allow us to assist the Court in its assessments of Cabot's market power in each of the

4

relevant product markets. At a broad level, we require information on Cabot's prices and margins, as well as changes in these variables, over the relevant time period (including periods before and after the duration of the contract at issue) for each of Cabot's flake and non-flake tantalum products. If this information is not available in any of Cabot's high-level financial documents, I and my associates need access to additional information detailing Cabot's product costs across its flake and non-flake tantalum products over the relevant period, including Cabot's raw material costs, labor and manufacturing costs per product, contracts and contract terms governing Cabot's tantalum purchasing arrangements, distribution costs, selling costs, and other product costs related to obtaining, manufacturing and selling flake and non-flake tantalum products. Sources of this information would include, but are not limited to, contracts between Cabot and its suppliers of tantalum ore over the relevant period; labor contracts with miners at the sites of extraction; the timing and nature of changes in any other input prices for flake and non-flake tantalum over the relevant period; as well as any other cost and/or accounting reports over the relevant period detailing product-level costs for flake and non-flake tantalum across Cabot's manufacturing facilities.

EXECUTED UNDER THE PENALTIES OF PERJURY this 3 day of August, 2007.

_____
Lauren Stiroh

**NERA**
Economic Consulting

**Lauren J. Stiroh**
Senior Vice President

National Economic Research Associates, Inc.
50 Main Street
White Plains, New York 10606
+1 914 448 4000 Fax +1 914 448 4040
Direct dial: +1 914 448 4143
lauren.stiroh@nera.com

**Exhibit A**

# LAUREN J. STIROH
## SENIOR VICE PRESIDENT

Dr. Stiroh specializes in the economics of antitrust, intellectual property, and commercial damages. She has conducted research, prepared expert reports, and testified in court on a variety of issues arising from antitrust allegations such as monopolization, exclusionary conduct, tying, vertical restrictions, price fixing, predatory pricing, price discrimination, and abuse of standard setting. Dr. Stiroh has analyzed the competitive effects of mergers, acquisitions, and joint ventures. She has also written expert reports and consulted on matters related to assessing impact and damages in class action litigation. She has performed or critiqued damage calculations in more than a dozen industrial settings.

Dr. Stiroh has also written and testified on the subject of intellectual property value and valuation. She has assessed and critiqued damages from patent, copyright, and trademark infringement in industries including semiconductors, biotechnology, pharmaceuticals, medical devices, and consumer products. Dr. Stiroh is co-editor and contributing author of *Economic Approaches to Intellectual Property Policy, Litigation and Management*, published in 2005.

Much of Dr. Stiroh's work and research focuses on the intersection of antitrust and intellectual property litigation. She has written articles and given speeches on this subject for the American Bar Association, Law Seminars International, the Practicing Law Institute, and the 2002 US Department of Justice and Federal Trade Commission joint hearings on "Competition and Intellectual Property Law and Policy in the Knowledge-Based Economy." She has analyzed market power in technology markets and evaluated the competitive implications of licensing arrangements, including tying and patent pooling provisions.

Dr. Stiroh has presented her research before the FTC, the DOJ, the Canadian Competition Bureau, and in expert testimony.

Dr. Stiroh holds a Ph.D. in Economics from Harvard University, an M.A. in Economics from the University of British Columbia and a B.A. in Economics from the University of Western Ontario.

MMC  Marsh & McLennan Companies

Lauren J. Stiroh

## Education

**Harvard University**
Ph.D., Economics, August 1996

**University of British Columbia**
M.A., Economics, November 1991

**University of Western Ontario**
B.A., Economics, June 1990

## Professional Experience

**NERA Economic Consulting**
March 2005- *Senior Vice President.* Directs projects in the economics of antitrust, intellectual property and consumer damages.
2002-2005 *Vice President.*
1999-2002 *Senior Consultant.*
1996-1999 *Senior Analyst.*

**Unidad de Desarrollo Social**
March 1994 *Consultant.* Prepared two studies for the National Planning Department concerning the
August 1994 effect of the trade liberalization in Colombia on the distribution of income.

**Harvard University**
1994-1996 *Research Assistant.* Research Assistant for Professor Dale Jorgenson. Estimated human capital and national income accounts.

**Harvard University**
1993-1996 *Teaching Fellow in Economics.* Taught principles of economics, the introductory and core course in economics at Harvard College.

## Honors and Professional Activities

Member, American Economic Association.
Derek Bok Teaching Award, 1996.

Harvard University Scholarship 1991-1994.
Social Sciences and Humanities Research Council of Canada Fellowship 1991-1994.

Lauren J. Stiroh

University Graduate Fellowship (University of British Columbia) 1990-1991.
Huron College Corporation Scholarship (University of Western Ontario) 1987-1989.

## Selected Industry Experience

- Advertising and Marketing Media
    - Coupons
    - In-store Advertising
    - Outdoor Advertising
    - Yellow Pages
- Airline Ticketing
- Biotechnology
- Book Publishing
- Consumer Goods
    - Bicycle Components
    - Contact Lenses
    - Food and Beverages
    - Powered Toothbrushes
    - Recreational Vehicle Accessories
    - Lawn and Garden Products
- Employment
- Entertainment
    - Movie Exhibition
    - Movie Theatres
    - Sports Entertainment Exhibition
- Fast Food Franchises
- Herbicides
- Information Technology/Information Systems
    - Data Backup Systems
    - Magnetic Recording Media
    - Microfiche/Microfilm
    - Rewriteable CDs
    - Computer Memory
    - Integrated Circuits and Semiconductors
- Long Distance Telephone Service
- Marine Engines
- Medical Devices
- Pharmaceutical
- Real Estate
- Ski Resorts
- Soda Ash
- Sporting Events
- Steel
- Sulfuric Acid
- Textile Rental

## Expert Testimony and Reports

*Floorgraphics, Inc. v. News America Marketing In-store Services, Inc., et al.*

Expert report on behalf of the Defendants News America Marketing In-store Services, Inc., et al. in connection with *Floorgraphics, Inc. v. News America Marketing In-store Services, Inc. et. al.,* July 13, 2007.

*Kentucky Speedway, LLC. v. National Association Of Stock Car Auto Racing, Inc., AKA NASCAR and International Speedway Corporation*

Deposition testimony on behalf of the Defendants National Association Of Stock Car Auto Racing, Inc., and International Speedway Corporation in connection with *Kentucky Speedway, LLC. v. National Association Of Stock Car Auto Racing, Inc., and International Speedway Corporation,* June 19-20, 2007.

Lauren J. Stiroh

Expert report on behalf of the Defendants National Association Of Stock Car Auto Racing, Inc., and International Speedway Corporation in connection with *Kentucky Speedway, LLC. v. National Association Of Stock Car Auto Racing, Inc., and International Speedway Corporation*, May 25, 2007.

### *HCI Technologies, Inc. v. Avaya, Inc.*

Expert report on behalf of the Plaintiff HCI Technologies, Inc. in connection with *HCI Technologies, Inc. v. Avaya, Inc.*, May 31, 2007.

### *Amgen, Inc. v. F. Hoffmann-LaRoche, Ltd., et al.*

Deposition testimony on behalf of counter-claim Plaintiffs F. Hoffmann-LaRoche, Ltd. et al. in connection with *Amgen, Inc. v. F. Hoffmann-LaRoche, Ltd., et al.*, May 31, 2007.

Expert report on behalf of counter-claim Plaintiffs F. Hoffmann-LaRoche, Ltd. et al. in connection with *Amgen, Inc. v. F. Hoffmann-LaRoche, Ltd., et al.*, April 6, 2007.

### *adidas America, Inc. and adidas-Salomon AG v. Kmart Corporation and Footstar, Inc.*

Deposition testimony on behalf of the Defendants Kmart Corporation and Footstar, Inc. in connection with *adidas America, Inc. and adidas-Salomon AG v. Kmart Corporation and Footstar, Inc.*, March 21, 2007.

Expert report on behalf of the Defendants Kmart Corporation and Footstar, Inc. in connection with *adidas America, Inc. and adidas-Salomon AG v. Kmart Corporation and Footstar, Inc.*, January 5, 2007.

### *Peter Wachtell v. Capital One Financial Corporation*

Deposition testimony on behalf of the Defendants Capital One Financial Corp. in connection with *Peter Wachtell v. Capital One Financial Corp.*, March 15, 2007.

Expert report on behalf of the Defendants Capital One Financial Corp. in connection with *Peter Wachtell v. Capital One Financial Corp.*, January 12, 2007.

### *AVX Corporation and AVX Limited v. Cabot Corporation*

Declaration in Support of the Plaintiffs AVX Corporation and AVX Limited's Motion to Compel Discovery in connection with *AVX Corporation and AVX Limited v. Cabot Corporation*, March 1, 2007.

### *William J. LaPoint and John M. Nehra et al. v. AmerisourceBergen Corporation*

Deposition testimony on behalf of the Plaintiffs in connection with *William J. LaPoint and John M. Nehra et al. v. AmerisourceBergen Corporation*, January 16-17, 2007.

Lauren J. Stiroh

Expert report on behalf of the Plaintiffs William J. LaPoint and John M. Nehra, et. al. in connection with *William J. LaPoint and John M. Nehra et al. v. AmerisourceBergen Corporation,* November 22, 2006.

### *Re Sulfuric Acid Antitrust Litigation*

Deposition testimony on behalf of the Defendants in connection with *Re Sulfuric Acid Antitrust Litigation,* February 22-23, 2006.

Expert report on behalf of the Defendants in connection with *Re Sulfuric Acid Antitrust Litigation,* February 3, 2006.

Deposition testimony on behalf of the Defendants in connection with *Re Sulfuric Acid Antitrust Litigation,* January 16, 2004.

Expert report on behalf of the Defendants in connection with *Re Sulfuric Acid Antitrust Litigation,* December 16, 2003.

### *United Asset Coverage, Inc. v. Avaya, Inc.*

Trial testimony on behalf of the Plaintiff United Asset Coverage, Inc. at the Preliminary Injunction Hearing in connection with *United Asset Coverage, Inc. v. Avaya, Inc.,* Northern District of Illinois, October 28, 2005 and November 7, 2005.

Expert report on behalf of the Plaintiff in connection with *United Asset Coverage, Inc. v. Avaya, Inc.,* October 12, 2005.

### *Orbit Irrigation Products, Inc. v. L. R. Nelson Corporation*

Deposition testimony on behalf of the Defendant L.R. Nelson Corporation, Inc. in connection with *Orbit Irrigation Products, Inc. v. L .R. Nelson Corporation,* September 15, 2005.

Deposition testimony on behalf of the Defendant L. R. Nelson Corporation, Inc. in connection with *Orbit Irrigation Products, Inc. v. L .R. Nelson Corporation,* May 7, 2003.

Rebuttal report on behalf of the Defendant in connection with *Orbit Irrigation Products, Inc. v. L.R. Nelson Corporation,* February 6, 2003.

Expert report on behalf of the Defendant in connection with *Orbit Irrigation Products, Inc. v. L.R. Nelson Corporation,* January 15, 2003.

*Theme Promotions, Inc. v. News America FSI, Inc.*

    Trial testimony on behalf of the Defendant News America FSI, Inc. in connection with *Theme Promotions, Inc. v. News America FSI, Inc.*, United States District Court in the Northern District of California, August 24-25, 2005.

    Deposition testimony on behalf of the Defendant News America FSI, Inc. in connection with *Theme Promotions, Inc. v. News America FSI, Inc.*, July 20, 2005.

    Declaration in Support of the Defendant News America FSI, Inc.'s, Motion for Summary Judgment in connection with *Theme Promotions, Inc. v. News America FSI, Inc.*, July 22, 2005.

    Rebuttal report on behalf of the Defendant News America FSI, Inc. in connection with *Theme Promotions, Inc. v. News America FSI, Inc.*, June 9, 2005.

*Metropolitan Inter-Collegiate Basketball Association v. National Collegiate Athletic Association, et al.*

    Deposition testimony on behalf of the Defendants National Collegiate Athletic Association, et al., in connection with *Metropolitan Inter-Collegiate Basketball Association v. National Collegiate Athletic Association, et al.*, June 14, 2005.

    Expert report on behalf of the Defendants National Collegiate Athletic Association, et al., in connection with *Metropolitan Inter-Collegiate Basketball Association v. National Collegiate Athletic Association, et al.*, June 12, 2005.

*BTG International Limited v. Zimmer Holdings, Inc. et al.*

    Rebuttal report on behalf of the Plaintiff BTG International Limited in connection with *BTG International Limited v. Zimmer Holdings, Inc. et al.*, March 29, 2005.

    Expert report on behalf of the Plaintiff BTG International Limited in connection with *BTG International Limited v. Zimmer Holdings, Inc. et al.*, March 7, 2005.

*International Truck and Engine Corporation vs. Caterpillar Inc.*

    Expert report on behalf of the Plaintiff International Truck and Engine Corporation in connection with *International Truck and Engine Corporation vs. Caterpillar Inc.*, February 18, 2005.

*Piatti Restaurant Company v. Steiner Corporation et. al.*

    Expert report on behalf of the Defendant Steiner Corporation in connection with *Piatti Restaurant Company v. Steiner Corporation et. al.*, February 14, 2005.

### *Kevin T. Keleghan v. Sears, Roebuck & Company and Alan J. Lacy*

Deposition testimony on behalf of the Defendants Sears, Roebuck & Company and Alan J. Lacy, in connection with *Kevin T. Keleghan v. Sears, Roebuck & Company and Alan J. Lacy,* November 5, 2004.

### *U.S. Philips Corporation v. Princo Corporation and Princo America Corporation and Gigastorage Corporation and Gigastorage U.S.A. v. U.S. Philips Corporation and Koninklijke Philips Electronic N.V.*

Deposition testimony on behalf of the Plaintiff U.S. Philips Corporation, in connection with *U.S. Philips Corporation v. Princo Corporation and Princo America Corporation and Gigastorage Corporation and Gigastorage U.S.A. v. U.S. Philips Corporation and Koninklijke Philips Electronic N.V.,* September 28, 2004.

Rebuttal report on behalf of the Plaintiff U.S. Philips Corporation, in connection with *U.S. Philips Corporation v. Princo Corporation and Princo America Corporation, and Gigastorage Corporation and Gigastorage U.S.A. v. U.S. Philips Corporation and Koninklijke Philips Electronic N.V.,* September 14, 2004.

### *The Proctor & Gamble Company v. The Coca-Cola Company*

Deposition testimony on behalf of the Defendant The Coca-Cola Company in connection with *The Proctor & Gamble Company v. The Coca-Cola Company,* August 31, 2004.

Expert report on behalf of the Defendant The Coca-Cola Company in connection with *The Proctor & Gamble Company v. The Coca-Cola Company,* July 12, 2004.

### *Auscape International, et al., v. National Geographic Society*

Rebuttal report on behalf of the Defendant National Geographic Society in connection with *Auscape International, et al., v. National Geographic Society, et al.,* July 15, 2003.

Deposition testimony on behalf of the Defendant National Geographic Society in connection with *Auscape International, et al., v. National Geographic Society, et al.,* May 29, 2003.

Expert report on behalf of the Defendant National Geographic Society in connection with *Auscape International, et al., v. National Geographic Society, et al.,* April 2, 2003.

### *Astor Holdings Inc. et al. v. Edward "Trey" Roski, III and BattleBots, Inc.*

Deposition testimony on behalf of Battlebots, Inc. in connection with *Astor Holdings Inc. et al. v. Edward "Trey" Roski, III and BattleBots, Inc.,* October 2, 2002.

Expert reports in connection with *Astor Holdings Inc. et al. v. Edward "Trey" Roski, III and BattleBots, Inc.,* May 2002 and June 2002.

Lauren J. Stiroh

### *Menasha Corporation v. News America Marketing In-Store, Inc*

Deposition testimony on behalf of the Defendant News America Marketing In-Store, Inc in connection with *Menasha Corporation v. News America Marketing In-Store, Inc.*, August 13 and 14, 2002.

Rebuttal report on behalf of the Defendant News America Marketing In-Store, Inc in connection with *Menasha Corporation v. News America Marketing In-Store, Inc.*, October 2001 (with Richard T. Rapp).

Expert report on behalf of the Defendant News America Marketing In-Store, Inc in connection with *Menasha Corporation v. News America Marketing In-Store, Inc.*, August 2, 2001 (with Richard T. Rapp).

### *Joint Hearings of the US DOJ and FTC*

Written submission "Standard Setting and Market Power," to the Joint Hearings of the United States Department of Justice and the Federal Trade Commission on "Competition and Intellectual Property Law and Policy in the Knowledge-Based Economy," Washington, D.C., April 18, 2002 (with Richard T. Rapp).

### *Rambus, Inc*

Report in connection with *Rambus, Inc.*, "Supplemental Economic Considerations Bearing on FTC Enforcement," April 12, 2002 (with Richard T. Rapp).

### *Medtronic Ave, Inc. v. Boston Scientific Corporation Scimed Life Systems, Inc., & Boston Scientific Scimed, Inc.*

Expert report on behalf of the Plaintiff in connection with *Medtronic Ave, Inc. v. Boston Scientific Corporation Scimed Life Systems, Inc., & Boston Scientific Scimed, Inc.*, March 8, 2001.

### *Michael B. Sherman v. Master Protection Corporation*

Declaration in Support of Defendant's Motion for Summary Judgment in connection with *Michael B. Sherman v. Master Protection Corporation*, June 2, 2000.

### *Hugh Collins et al. v. International Dairy Queen, Inc.*

Deposition testimony on behalf of the Plaintiff Hugh Collins, et al. in connection with *Hugh Collins et al. v. International Dairy Queen, Inc.*, December 29 and 30, 1999.

Supplemental Expert Report on behalf of the Plaintiff Hugh Collins, et al. in connection with *Hugh Collins et al. v. International Dairy Queen, Inc.*, December 17, 1999 (with Richard T. Rapp).

Lauren J. Stiroh

Expert Report on behalf of the Plaintiff Hugh Collins, et al. in connection with *Hugh Collins et al. v. International Dairy Queen, Inc.*, October 29, 1999 (with Richard T. Rapp).

### *Halfond et al. v. The Legal Aid Society of the City of New York*

Trial testimony on behalf of the Defendant The Legal Aid Society of the City of New York in connection with *Halfond et al. v. The Legal Aid Society of the City of New York.* United States District Court in the Eastern District of New York, September 1999.

Deposition testimony on behalf of the Defendant The Legal Aid Society of the City of New York in connection with *Halfond et al. v. The Legal Aid Society of the City of New York.* United States District Court in the Eastern District of New York, July 1999.

Supplemental Report on Damages on behalf of the Defendant The Legal Aid Society of the City of New York in connection with *Halfond et al. v. The Legal Aid Society of the City of New York*, May 14, 1999.

Expert Report on behalf of the Defendant The Legal Aid Society of the City of New York in connection with *Halfond et al. v. The Legal Aid Society of the City of New York*, May 4, 1999.

### *Directory Consultants, v. GTE Directories Corporation*

Deposition testimony on behalf of the Defendants GTE Directories Corporation in connection with *Directory Consultants, v. GTE Directories Corporation*, November 11, 1997.

## Selected Consulting Assignments

- Consultant to counsel on economic issues relating to class certification in the textile rental industry.
- Consultant to counsel on economic issues related to class certification in the airline industry.
- Analyses of competition in export markets for Soda Ash.
- Evaluated competitive effects of a proposed acquisition in the steel industry.
- Consultant to counsel on matters relating to market power, patent valuation and standard setting in the DRAM industry.
- Consultant to counsel on matters relating to class certification in the pharmaceutical industry.

- Consultant to counsel regarding breach of contract claims in the movie exhibition industry.
- Assisted counsel in assessing compliance with a settlement agreement in the contact lens industry.
- Evaluated competitive effects of an acquisition in the movie theatre industry.
- Statistical analysis evaluating claims of price fixing in the carbon brush industry.
- Evaluated Plaintiff's damage claim involving products related to disaster recovery systems.
- Evaluation of a reasonable royalty for a patent related to magnetic recording media.
- Evaluation of damage claims arising from differential pricing in the book publishing industry.
- Competitive analysis of a merger in the book publishing industry.
- Evaluation of damage claims arising from failure to promote particular brands of non-selective herbicides.
- Evaluation of damage claims in connection with an allegation of false advertising in the powered toothbrush industry.
- Consultant to counsel for an Internet service provider regarding trademark infringement claims.
- Consultant to counsel in connection with evaluation of competitive effects of promotion and incentive programs in the marine engine industry.
- Evaluation of reasonable royalties for patents used in the manufacture of semiconductors.
- Evaluation of business interference claims in the yellow pages advertising industry.
- Evaluation of a model forecasting the value of commercial real estate in Connecticut.
- Analysis of predatory pricing claims as well as a competitive analysis of the market for bicycle components.
- Estimation of damages resulting from patent infringement in the recreational vehicle industry.
- Estimation of damages resulting from false advertising in the long distance telephone industry.
- Competitive analysis of the impact of a merger in the skiing industry. Predicted the price effects of the merger.
- Competitive Analysis of Vertical Restraints in the Yellow Pages Industry. Estimated damages resulting from the vertical restraints.

## Presentations

Panelist, "Illinois Tool Works and Tying: Impact and Implications," ABA-CLE Teleconference, May 19, 2006.

Panelist, "Antitrust Mock Trial," *presented by The Trial Practice Committee*, American Bar Association Annual Spring Meeting, Washington, D.C., March 30, 2006.

Speech, "Standard Setting, Network Effects and Market Power," presented at Law Seminars International's Conference, Atlanta, Georgia, October 8, 2004.

Speech, "The Relevant Market in Intellectual Property/Antitrust Litigation," presented at the Practising Law Institute, June 2004, June 2002 and June 2001.

Speech "The Economics of Damages in Intellectual Property Litigation," presented at Law Seminars International's workshop, Calculating and Proving Patent Damages, Stamford, Connecticut, May 14, 2004.

Panelist, "Show Me the Money: How to Make Damages Testimony Come Alive," American Bar Association Annual Meeting, Washington, D.C., August 9, 2002.

Panelist, "Unreasonable Royalties," Intellectual Property Seminar Series, National Economic Research Associates, New York, New York, June 2002.

Panel participant on "Licensing Terms in Standards Activities" before the Joint Hearings of the United States Department of Justice and the Federal Trade Commission on "Competition and Intellectual Property Law and Policy in the Knowledge-Based Economy," Washington, D.C., April 18, 2002.

Panelist, "The Implications of Standards Setting for Patent Value and Use," Intellectual Property Seminar Series, National Economic Research Associates, New York, New York, May 2001, and Washington, DC, October 2001.

Faculty member, Econometrics for Litigators, Continuing Legal Education, hosted by NERA, New York, NY, April 2001.

Speech, "Intellectual Property Valuations: Quantitative Methods," presented at the Intellectual Property Management for Corporate Counsel seminar, February 11, 1999.

Panelist, "What Do Option and Stock Market Values Have To Do With Intellectual Property Litigation?" Intellectual Property Seminar Series, National Economic Research Associates, New York, New York, November 1998.

Speech, "Innovations Markets," before the New York County Lawyers Association Trade Regulation Committee, February 11, 1998.

Lauren J. Stiroh

## Publications

Chapter 14: "Proving Causation in Damage Analyses" in <u>Economics of Antitrust, Complex Issues in a Dynamic Economy</u>, edited by Dr. Lawrence Wu, NERA Economic Consulting, 2007.

Co-editor, <u>Economic Approaches to Intellectual Property Policy, Litigation, and Management</u>. Edited by Dr. Gregory K. Leonard and Dr. Lauren J. Stiroh, NERA Economic Consulting, September 2005.

Chapter 1: "Uncertainty in the Economics of Knowledge and Information" in <u>Economic Approaches to Intellectual Property Policy, Litigation, and Management</u>, edited by Dr. Gregory K. Leonard and Dr. Lauren J. Stiroh, NERA Economic Consulting, 2005.

Chapter 3: "A Practical Guide to Damages" co-authored with Dr. Gregory K. Leonard, in <u>Economic Approaches to Intellectual Property Policy, Litigation, and Management</u>, edited by Dr. Gregory K. Leonard and Dr. Lauren J. Stiroh, NERA Economic Consulting, 2005.

Chapter 15: "Standard Setting and Market Power" co-authored with Dr. Richard T. Rapp in <u>Economic Approaches to Intellectual Property Policy, Litigation, and Management</u>, edited by Dr. Gregory K. Leonard and Dr. Lauren J. Stiroh, NERA Economic Consulting, 2005.

"The Relevant Market in Intellectual Property/Antitrust Litigation" co-authored with Alyssa A. Lutz, Ph.D., *Intellectual Property Antitrust,* Practicing Law Institute, 2001 and 2002.

"Modern Methods for the Valuation of Intellectual Property," co-authored with Richard T. Rapp, *Protecting Your Intellectual Property Assets*, Practicing Law Institute, 1998.

"Returns to Education, Human Capital and Income Inequality in Colombia," Ph.D. Thesis, Harvard University, August 1996.

July 2007