# Exhibit A

9/28/2007

**From:** "Davis, Brian" <bdavis@choate.com>
**To:** "Richard A. Goren" <rgoren@bodofflaw.com>
**Sent:** 9/26/2007   9:46AM
**Subject:** RE: RE: Expert witness substitution

Richard,

I have stated Cabot's position. There's not much else I can offer at this time. As I see it, it's not really a matter of "objections," but simply an agreement that Mr. Schwartz will be bound by Ms. Stiroh's testimony to date.

I hope that this is helpful.

Brian

-----Original Message-----
From: Richard A. Goren [mailto:rgoren@bodofflaw.com]
Sent: Wednesday, September 26, 2007 9:40 AM
To: Davis, Brian
Cc: Rising, Julie C.
Subject: RE: RE: Expert witness substitution


Brian,

If you cannot articulate the objections that you wish AVX to waive in this regard, we will have to go to court on this substitution. That would be a waste of judicial resources. As a general matter the basic notion that you could cross Steve Schwartz and use the Stiroh affidavits for impeachment is not unreasonable. However you must be precise and identify the objections that you would have AVX waive in this connection. I cannot have a stipulation that leaves room for differing interpretations at trial. After all Mr Schwartz did not make the sworn statements. Ms. Stiroh did.

I have difficulty imagining the Court not allowing the substitution at this point in time.

So please take the laboring oar and take a stab at listing the objections you would ask us to waive in connection any potential use of the Stiroh affidavits at trial.

Respectfully,




-----------------------------------------------------------------------

Richard A. Goren
Bodoff & Associates
225 Friend Street
Boston, MA 02114-1812
☐
617.742.7300 ext. 203
617.742.9969 fax
rgoren@bodofflaw.com
www.bodofflaw.com
☐
----- Original Message -----
From: "Davis, Brian"
To: "Richard A. Goren"
Sent: 9/26/2007 9:07AM
Subject: RE: Expert witness substitution

Richard,
☐
If AVX wishes to substitute Mr. Schwartz as its expert at this late
date, it must agree that he will be bound by any and all testimony
submitted by Ms. Stiroh as though it was his own.
☐
Regards,
☐
Brian Davis
☐
 <http://choate.com/>

Choate, Hall & Stewart LLP

Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5056
Fax: 617-248-4000
E-mail: bad@choate.com
☐
☐
-----Original Message-----
From: Richard A. Goren [mailto:rgoren@bodofflaw.com]
Sent: Tuesday, September 25, 2007 3:14 PM
To: Davis, Brian
Cc: Rising, Julie C.
Subject: Expert witness substitution


Brian,
☐
Regarding the proposed substitution of Steve Schwartz for Lauren Stiroh,
the client in haec verbae insists on knowing exactly what objection(s)
you propose that AVX  waive in the event you wish to cross examine Mr.
Schwartz concerning testimony given by Ms. Stiroh.

9/28/2007

☐
Please advise.
☐
Richard A. Goren
Bodoff & Associates
225 Friend Street
Boston, MA 02114-1812
☐
617.742.7300 ext. 203
617.742.9969 fax
rgoren@bodofflaw.com
www.bodofflaw.com
☐

---

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

9/28/2007

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com