UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>        Defendant. | Civil Action No. 04-10467-RGS |

**AFFIDAVIT OF LAUREN STIROH**
**IN SUPPORT OF PLAINTIFFS' MOTION TO SUBSTITUTE EXPERT**

The undersigned deposes and states as follows.

1. I am Lauren Stiroh, an economist and Senior Vice President of NERA Economic Consulting (NERA). I was retained in March 2006 by the plaintiffs ("AVX") in this case as an economic expert. When I was retained, the schedule for expert discovery called for AVX's initial expert reports to be submitted on October 1, 2006. That schedule has been revised and the initial expert reports for AVX are due on December 15, 2007. The fact discovery deadline is October 31, 2007.

2. As part of my work in this case, I had planned to visit AVX's manufacturing facilities in Paignton, United Kingdom, which is something that is important in connection with the opinion to be rendered on behalf of AVX. I had also planned on devoting a significant portion of the month of October working on this matter.

{00023163.2}

3.  In August and September 2007, I was advised by my doctors to undergo a series of medical tests. I have since been advised to undergo a surgery that my doctors recommend take place as soon as possible. The length of time I will be recuperating after the surgery is presently unclear.

4.  I advised counsel for AVX in early September that I would not be able to complete this assignment but that one of my colleagues would be able to take over for me.

EXECUTED UNDER THE PENALTIES OF PERJURY this 27 day of September, 2007.

_____
Lauren Stiroh

{00023163.2}