UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION and AVX LIMITED, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | CIVIL ACTION NO. 04-10467-RGS ) ) |
| CABOT CORPORATION, | ) ) |
| Defendant. | ) ) ) |

**DEFENDANT CABOT CORPORATION'S RESPONSE
TO PLAINTIFFS' MOTION TO SUBSTITUTE
EXPERT WITNESS AND FOR RELATED RELIEF**

Defendant Cabot Corporation ("Cabot") hereby responds to plaintiffs AVX Corporation and AVX Limited's (collectively, "AVX") Motion to Substitute Expert Witness and For Related Relief (the "Motion to Substitute"). Long after the deadline for naming expert witnesses in this action passed, AVX requested that Cabot agree to permit AVX to substitute a completely new expert witness, Dr. Steven Schwartz, for its previously designated expert, Ms. Lauren Stiroh. Cabot agreed to AVX's request with the single proviso that, in order to avoid any potential prejudice to Cabot resulting from AVX's belated change in experts, AVX would agree, in return, that Dr. Schwartz would be bound by the sworn affidavit testimony that Ms. Stiroh previously provided in this action as though it was his own. Counsel for Cabot explained its proposed proviso to AVX's counsel both over the telephone and in writing. Rather than agree to Cabot's proposed condition, AVX responded by filing this motion and requesting the payment of its attorney's fees for doing so.

Cabot's position is simple. AVX previously designated Ms. Stiroh as its sole expert in this action, and previously filed various affidavits from Ms. Stiroh laying out portions of her expected analysis and testimony. Cabot has retained its own expert in this action, Joseph P. Kalt, Professor of Economics at the John F. Kennedy School of Government, Harvard University, and a Senior Economist with Lexecon, Inc., who has been undertaking his own analysis based, in part, on the information and positions set forth in Ms. Stiroh's affidavits. Prof. Kalt's work is well advanced, and could be dramatically and adversely impacted if Dr. Schwartz's eventual testimony differs in any significant way from what AVX has led Cabot to believe would be Ms. Stiroh's testimony.

*If AVX wishes to change expert witnesses at this late juncture, Cabot should not be prejudiced as a result.* Accordingly, Cabot asks only that, as a condition of AVX's proposed substitution, AVX's new expert (Dr. Schwartz) review and agree to be bound by the prior affidavit testimony of AVX's outgoing expert (Ms. Stiroh) in order to ensure that AVX does not use the substitution as an opportunity to modify its existing positions or the alleged basis for its claims against Cabot. By agreeing to be bound by that testimony, Dr. Schwartz will become subject to examination and cross-examination on the substance of Ms. Stiroh's affidavits to the same extent that Ms. Stiroh herself would have been had she testified; nothing more, nothing less. As previously explained to AVX's counsel, no additional "waiver of objections" on AVX's part is required.

Cabot's proposed condition is eminently fair to both sides, and Cabot respectfully requests that the Court incorporate it in any order permitting AVX to substitute Dr. Schwartz for Ms. Stiroh's as AVX's expert witness in this action.

-3-

AVX's further request for fees and costs should be denied as unjustified to the point of being frivolous.

                                                Respectfully submitted,

                                                CABOT CORPORATION

                                                By its attorneys,

                                                */s/ Brian A. Davis*
                                                Robert S. Frank, Jr. (BBO No. 130950)
                                                Brian A. Davis (BBO No. 546462)
                                                Julie C. Rising (BBO No. 666950)
                                                CHOATE, HALL & STEWART LLP
                                                Two International Place
                                                Boston, Massachusetts 02110
                                                Tele: 617-248-5000
                                                Fax: 617-248-4000

Date:   October 12, 2007

4259267.1

-4-

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on October 12, 2007.

                                     */s/ Julie C. Rising*

4259267.1