## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION <br> and AVX LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CABOT CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-10467-RGS <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS' MOTION TO FILE A ONE PARAGRAPH REPLY IN SUPPORT OF THEIR MOTION TO SUBSTITUTE EXPERT

Pursuant to L.R. 7.1 (B) (3) the Plaintiffs AVX CORPORATION and AVX LIMITED ("AVX") request leave to file a one paragraph reply to the Response of the Defendant Cabot Corporation ("Cabot") to AVX's Motion to Substitute Expert Witness. The proposed, terse reply, a copy of which is attached as Exhibit A, will assist the Court in deciding the Motion.

WHEREFORE AVX requests leave to file a reply in support of its Motion to substitute experts.

Date: October 15, 2007

        Respectfully Submitted,

        AVX CORPORATION and
        AVX LIMITED

        By their attorneys,


        */s/ Richard A. Goren*
        Joseph S.U. Bodoff (BBO # 549116)
        Richard A. Goren (BBO # 203700)
        BODOFF & ASSOCIATES
        225 Friend Street
        Boston, Massachusetts 02114
        Tele: 617-742-7300
        Fax:  617-742-9969

Date:   October 15, 2007


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on October 15, 2007.

        */s/ Richard A. Goren*