UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 04-10467-RGS<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' REPLY IN SUPPORT OF THEIR
MOTION TO SUBSTITUTE EXPERT**

Pursuant to leave granted under L.R. 7.1 (B) (3) on October 18, 2007 the Plaintiffs AVX CORPORATION and AVX LIMITED ("AVX") file this reply to the Response of the Defendant Cabot Corporation ("Cabot") to AVX's Motion to Substitute Expert Witness.

There is no prejudice to Cabot. Cabot states that its expert's "work is well advanced" and that his "analysis [is] based, in part, on the information and positions set forth in … [Dr.] Stiroh's affidavits." In connection with its efforts to compel discovery AVX filed three affidavits, attached as Exhibits 1, 2 and 3 , attesting to what Dr. Stiroh sought to examine as part of her work.

For the reasons set forth in its motion to substitute experts, AVX requests the Court to grant its motion in full.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　AVX CORPORATION and
　　　　　　　　　　　　　　　　　　　AVX LIMITED

By their attorneys,

*/s/Richard A. Goen*
Joseph S.U. Bodoff (BBO # 549116)
Richard A. Goren (BBO # 203700)
BODOFF & ASSOCIATES
225 Friend Street
Boston, Massachusetts 02114
Tele: 617-742-7300
Fax:  617-742-9969

Date:   October 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on October 18 , 2007.

*/s/ Richard A. Goren*