UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>       Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>       Defendant. | CIVIL ACTION NO. 04-10467-RGS |

**AFFIDAVIT OF LAUREN STIROH**
**IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

The undersigned deposes and states as follows.

1. I am Lauren Stiroh, an economist and Senior Vice President of NERA Economic Consulting (NERA), an international economic consulting firm. I have been engaged by the plaintiffs ("AVX") as an expert in this case. I hold a Ph.D. in Economics from Harvard University. I have also submitted two other affidavits in this matter, relating to transaction-level sales data and product-level cost data, respectively, for Cabot's flake and non-flake tantalum products; my qualifications are described in those affidavits and are not repeated here.

2. I understand that, over the mid- to late-1990s, Cabot and AVX were seller and buyer, respectively, of Cabot's patented flake and non-flake tantalum products under a series of short-term purchase agreements. After discussions and negotiations going back to 1999, AVX and Cabot entered into a multi-year supply agreement in 2001 that AVX alleges required it to purchase, over

1

3. a multi-year term, both flake tantalum and the non-flake tantalum products at super-competitive prices.[1]

3. I understand that Cabot is one of three primary suppliers of processed tantalum worldwide, and over the relevant period, Cabot has actively sought to manage its supply of tantalum ore through revised contracts with existing tantalum mines, as well as seeking shares in new mines. In its 2000 10-K, for example, Cabot stated that "[t]he Company continues to seek new sources of tantalum supply, and has entered into long-term contract commitments to [expand] current sources to support future demand";[2] these efforts have included explorations in the late 1990s to re-open the Morrua Mine in Mozambique,[3] a $100 million offer in 2004 for the Wodgina Mine owned by Sons of Gwalia,[4] and re-negotiation of its tantalum ore supply agreement with Sons of Gwalia in 2006.[5]

4. AVX's discovery requests seek information over a period defined as January 1, 1996 to the present. Relevant to evaluating Cabot's market power over this timeframe are factors affecting both the supply and demand for tantalum. A primary factor affecting Cabot's supply of tantalum is the price that Cabot has paid for raw materials.

5. Documents detailing Cabot's decisions to expand or restrict its supply of tantalum over the relevant period, including its contracts with tantalum mines, will assist me and my associates in comparing price movements for Cabot's flake and non-flake tantalum products with trends in its supply. Determining the reasons for supply cuts or expansion, and to what extent this

---

[1] Complaint, ¶ 19, 21, 29.
[2] Cabot 2000 10-K, p. 4.
[3] See, *e.g.,* "Cabot tiptoes through tantalum minefield," *American Metal Market*, October 28, 1996; C(A) 054391.
[4] See, *e.g.,* "Cabot circles Sons of Gwalia's tantalum assets," *American Metal Market*, September 22, 2004.
[5] Cabot 2006 10-K, p. 47.

2

was under Cabot's control, is also important to evaluate the extent to which Cabot's supply decisions were related to external factors such as higher costs of extraction at the mines. In 2006, for example, Cabot entered into a new three-year tantalum ore supply agreement with Sons of Gwalia that incorporated a "reduced term, significantly reduced annual volume commitments and higher prices [for tantalum ore] than under the prior agreement."[6] Documents detailing the terms of Cabot's contracts with tantalum mines will therefore allow a clearer assessment of Cabot's supply decisions over the relevant period.

6.  Cabot's contracts for raw materials, including contracts with tantalum mines, may also reveal changes in Cabot's expected and actual input costs over the relevant period. Such contracts would assist me and my associates in determining the extent to which a change in Cabot's product prices have resulted from factors other than a change in product costs.

7.  An analysis of Cabot's raw materials contracts, including its contract terms with tantalum mines worldwide, will therefore help characterize the factors that have an impact on Cabot's ability to acquire tantalum ore; the expected and actual costs of extraction that Cabot faced over the period; and implications for Cabot's pricing of its flake and non-flake tantalum products.

---

[6] Cabot 2006 10-K, p. 47.

3

EXECUTED UNDER THE PENALTIES OF PERJURY this 19 day of September, 2007.

*[signature: Lauren Stiroh]*

Lauren Stiroh