UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-10467-RGS<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT CABOT CORPORATION'S RESPONSE
## TO PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE

Defendant Cabot Corporation ("Cabot") hereby responds to plaintiffs AVX Corporation and AVX Limited's (collectively, "AVX") Request for Status Conference ("Request"). This federal tying action was filed by AVX back in March 2004. Discovery deadlines already have been extended on multiple occasions, most recently at AVX's request in August 2007. At a hearing on September 21, 2007, Magistrate Judge Marianne Bowler heard and resolved all of the parties' outstanding discovery disputes. Cabot since has fully complied with all of the discovery orders issued by Magistrate Judge Bowler at that hearing. AVX, by its own admission, has not. AVX now seeks a status conference with the Court for the purpose of rearguing or seeking reconsideration of Magistrate Judge Bowler's discovery rulings. *See* Electronic mail message from Richard A. Goren, Esq. to Brian A. Davis, Esq., dated November 2, 2007, attached as Exhibit A.

Cabot respectfully submits that a status conference in this action would be entirely appropriate, but only *after* the completion of discovery. Cabot desperately wishes to bring discovery to a close once and for all so that the parties and the Court can proceed to dispositive motions and trial, if necessary. Granting AVX's request for a status conference now only will give AVX a further excuse to postpone its compliance with Magistrate Judge Bowler's orders and delay this case generally. Enough is enough.

WHEREFORE, Cabot respectfully requests that the Court direct the parties to complete *all* outstanding fact discovery by December 15, 2007, and schedule a status conference for a date as soon thereafter as is convenient for the Court.

CABOT CORPORATION

By its attorneys,

/s/ Brian A. Davis
Robert S. Frank, Jr. (BBO No. 130950)
Brian A. Davis (BBO No. 546462)
Julie C. Rising (BBO No. 666950)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5000
Fax: 617-248-4000

Date:   November 5, 2007

4268118.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on November 5, 2007.

*/s/ Julie C. Rising*