

**Bodoff & Associates**
ATTORNEYS AT LAW

225 Friend Street
Boston, MA 02114-1812

617.742.7300
617.742.9969 *fax*
www.bodofflaw.com

December 4, 2007

Clerk of Court
United States District Court
1 Courthouse Way Room 2300
Boston, MA 02110

RE:   *AVX Corporation and AVX Limited v. Cabot Corporation*
      Civil Action No.: 04-10467-RGS

Dear Clerk;

Please withdraw Plaintiff's Motion for Leave to File Reply in Support of Their Motion for Reconsideration dated 11/30/07.

Sincerely,

Richard A. Goren, Esq.