UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION and AVX LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 04-10467-RGS |
| v. | ) ) ) | |
| CABOT CORPORATION, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION**

Pursuant to L.R. 7.1(B)(3) Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") hereby request leave to file a 3 page reply in Support of AVX's November 14, 2007 Motion for Reconsideration (docket entry #75). The proposed reply will aid the Court in its determination whether to compel the discovery which is sought. The proposed reply is attached as Exhibit A

1

WHEREFORE, AVX Corporation and AVX Limited respectfully request that the Court grant leave to file a Reply in support of their November 14, 2007 Motion for Reconsideration.

>AVX CORPORATION
>and AVX LIMITED ,
>
>By their attorneys,
>
>*/s/ Richard A. Goren*
>Joseph S.U. Bodoff  (BBO No. 549116)
>Richard A. Goren (BBO No. 203700)
>Ryan D. Sullivan (BBO No. 660696)
>Bodoff & Associates
>225 Friend Street
>Boston, MA 02114
>617/742-7300

Dated: December 4, 2007

## LOCAL RULE 37.1 CERTIFICATION

The undersigned certifies that he conferred with Brian A. Davis and Julie Rising of Choate Hall & Stewart, Cabot's counsel on December 3, 2007 via telephone regarding the dispute illustrated above.  Despite the efforts of both parties, motion practice is required to resolve the instant dispute.

>*/s/ Richard A. Goren*
>Richard A. Goren

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on December 4, 2007.

                                                            */s/ Richard A. Goren*