**EXHIBIT A**

**Schedule A to October 12, 2007 30(b)(6) Deposition Notice.**

Cabot should produce witnesses on the following subjects except as otherwise specifically noted for the period of time from 1996 to the present and for each year of such period.

1.  Cabot's reasons in the 1999/2000 period for considering and then requesting AVX and/or its other principal customers to enter into long term supply agreements including without limitation Cabot's understanding/expectations of current and anticipated demand for tantalum capacitors (both commodity applications and specialized applications), Cabot's understanding/expectations of the implications to AVX and/or Cabot's other principal customers arising out of the entry by each into the long term supply agreements proposed by Cabot, Cabot's understanding/expectations of the current and projected availability to Cabot and to its competitors of tantalum ore and strateg(y)(ies) adopted by Cabot for dealing with each such understanding/expectation. Also C(A) 033578.

2.  The economic rationale(s) for conditioning AVX's purchase of flake on AVX's commitment to purchase nodular for five years at the prices specified in the Supply Agreement including without limitation whether Cabot disputes the existence of such conditioning, and if so the basis or bases for denying such condition, and if acknowledging such conditioning, the reasons Cabot asserts justify such conditioning as commercially reasonable.

3.  AVX purchases of tantalum products from Cabot for each year from 1996 through 2006 in quantities and dollars.

4. The uniqueness or lack thereof of flake tantalum including without limitation Cabot's published assertions of uniqueness and the reasons or beliefs underlying such assertions.

5. The technical specifications and comparative performance characteristics of flake and nodular tantalum, including, without limitation, Cabot's website article "Tantalum Flakes – Powders for High Reliability Electrolytic Capacitor Applications ("Cabot Website Article") and Cabot's published assertions about the advantages and technical characteristics of flake, comparisons of flake to nodular, the implications/advantages/disadvantages of using flake in higher voltage applications and/or in capacitors having smaller case size limitations, the differences and qualitative distinctions of Cabot's flake and nodular products as to surface area, surface area conductivity, underlying particle morphology, higher CV/gram at any given formation voltage, lower DC leakage, comparative Cv/gm, Cv/cc, surge performance, breakdown voltage, ESR, capacitance and frequency response.

6. The marketing, promotion and advertisement of flake tantalum by Cabot, including, without limitation, the needs and desired technical requirements and case size limitations or concerns of either known and potential end-users of flake-based capacitors or the capacitor manufacturers purchasing the flake.

7. The market(s) for flake tantalum and nodular tantalum for use in capacitors for electronic applications, including without limitation the alternatives to each of flake and nodular for each of commodity applications and specialized applications, the technical feasibility and the economic feasibility of using nodular in place of flake, the comparative differences and qualitative distinctions of alternative materials to tantalum

for each of commodity applications and specialized applications, the shares of the overall market by each of the different alternative materials to tantalum, the trends in market shares of the various principal materials for electronic capacitors for both commodity applications and specialized applications, the comparative differences and qualitative distinctions of the tantalum and other products of Cabot's principal competitors, the pricing of competitors' products, the history, changes and trends of Cabot's selling and ceasing to sell nodular and/or flake products, the technical and economic factors in choosing between tantalum and alternatives, the technical and economic factors in choosing between flake and nodular, the relative availability of raw materials (*e.g.,* tantalum ore) as a factor in deciding to use certain materials for capacitors, and demand or technical needs for certain small size case limitations coupled with high voltage and low ESR, factors for certain specifications where both flake and nodular might be used, the specifications and technical requirements of Cabot's customers, history of customers switching to Cabot from Cabot's principal competitors because of flake, and Cabot's market share of tantalum powder sales, changes, trends and reasons therefore.

       8.       Cabot's understanding of the needs and flexibility of the end-users, the purchasers of capacitors from AVX, Vishay, Kemet and other manufacturers, including the selection and the approval processes of capacitor design(s), the potential issues of end-users to any change of an approved or so-called locked down design including within such general understanding without limitation surveys of end-users and/or capacitor manufacturers such as without limitation the 2003 survey (C(FED)093413-534)) and the questions therein (*see, e.g.,* "any design for which you would consider only tantalum," "is the price of [tantalum] capacitors the primary factor in decision-making," " [Do you]

Expect to use new sub-A case tantalum capacitors,") and the responses of 31 respondents, including purposes of surveys, and what Cabot learned from each.

9. Potential or perceived potential substitutes or alternatives for flake tantalum for use in capacitors for electronic applications including without limitation Cabot's so-called niobium project (*see, e.g.*, C(A) 069971 – 070112), Cabot's March 2000 proposed substitution of C420 for a required flake shipment to AVX, Cabot's internal consideration, or Cabot's suggestions to AVX or any other customer, of possible use of nodular in place of flake, the acceptance, consideration or acquiescence by AVX and/or by any customer of nodular as a substitute or alternative for flake, consideration by Cabot of use of nodular in place of flake and the technical and economic reasons supporting such consideration, the marketing by one or more of Cabot's competitors of nodular products for high voltage electronic applications or for specifications as to which Cabot sells or markets flake tantalum, the factors considered by capacitor manufacturers in weighing use of nodular in place of flake and an explanation of both the basis or bases for Cabot's contention that flake and nodular are interchangeable, and a detailed explanation of those customer specifications, technical requirements, economic considerations, size or other needs for which in each such case Cabot contends nodular and flake are interchangeable.

10. Products that compete with flake tantalum, whether manufactured by Cabot or others including without limitation impact of price differences.

11. Pricing of Cabot's various tantalum products, including all considerations that went in to setting the price of the products, including without limitation the historic price differences and reasons therefore for flake and nodular prices charged by Cabot,

4

Cabot's demand for a price increase in the summer and fall of 2000, differences in pricing with Cabot's competitors and reasons therefore, opportunistic pricing strategies and changes or shifts in strategy (*see, e.g*., Cabot 2006 10-K at p. 30).

12. For each year from 1996 to 2006 the percentage or approximate share of each of the world wide known reserves and the estimated annual supply of tantalum ore (at the mining level) to which Cabot had a right to acquire or which in the aggregate Cabot controlled or influenced including the implications to Cabot's competitors, and further without limitation, the factors affecting raw material extraction costs and pricing by mines, worldwide known and projected tantalum ore reserves, Cabot's efforts to lock up or secure tantalum ore supplies (*see, e.g*. Cabot 2000 10-K at p.4, C(A) 054391, and Cabot 2006 10-K at p. 47), Sons of Gwalia's deliveries and pricing, spot market pricing for ore, Cabot's acquisition or purchase of tantalum ore from suppliers other than Sons of Gwalia, scrap tantalum as a factor of raw material supply, and constraints on capacity of raw tantalum ore.

13. The details behind Cabot's Standard Cost Accounting as produced in response to AVX's Request for Production of Documents.

14. Explanation of the sales database produced by Cabot in response to AVX's Request for Production of Documents including without limitation explanations of how the stated price for individual transactions was arrived at in light of any discounts including without limitation MFN provisions, scrap buyback provisions, returns or any other factor producing a discount of 5% or greater.

15. Cabot's profit margins on flake tantalum and nodular tantalum.

16. Market prices for flake tantalum and nodular tantalum.

5

17. The process(es) for manufacturing flake tantalum and nodular tantalum, including without limitation any differences or additional steps or processes between Cabot's processing of flake and its processing of nodular, any additional costs/savings associated with manufacture of flake, differences between Cabot's processes for nodular and those of its principal competitors.

18. The development, manufacture and sale of tantalum by Cabot and any of its affiliates or joint ventures, including any and all agreements, understandings and transactions between Cabot and those affiliates and joint ventures concerning such manufacture and sale transactions between them, third party purchases of tantalum and/or acquisition of raw tantalum ore and/or KTaF, including without limitation the history of the relationship with Showa Denko regarding the Showa Cabot joint venture, and the shifting of any production from Boyertown to Aizu from and after February 2002 and the reasons therefore.