# AVX CORP. V. CABOT CORP.

## Defendant's Log of Privileged Documents

### Date: August 1, 2006

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 1 | 10/19/00 | Susan Alexander, Esq. | Thomas Odle<br>Michael Fisher<br>Bala Ganesan | Kennett Burnes<br>Samuel Bodman<br>Ho-il Kim, Esq.<br>Ike Launey<br>Eduardo Cordeiro | E-mail with attachment | Reflects legal advice concerning contract negotiations with AVX. | AC |
| 2 | 10/26/00 | Thomas Odle | Kennett Burnes | Michael Fisher<br>Janis Stude<br>Martin O'Neill<br>Stephen Constantino<br>Barry Neal<br>Robby Sisco<br>Lindsey Keck<br>Bill Morris<br>Karen Borick<br>Susan Alexander, Esq.<br>Bala Ganesan<br>Hugh Tyler | E-mail | Reflects request for legal advice concerning contract negotiations with AVX. | AC |
| 3 | 10/30/00 | Susan Alexander, Esq. | Kennett Burnes<br>Michael Fisher<br>William Young<br>Hugh Tyler<br>Karen Borick<br>Kath Fitzgerald | | E-mail with attachment | Reflects legal advice concerning contract negotiations with AVX. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 4 | 11/01/00 | Thomas Odle | Paul Gormisky<br>Bala Ganesan<br>Hugh Tyler<br>Kennett Burnes<br>Michael Fisher<br>Susan Alexander, Esq.<br>William Young<br>Karen Borick | | E-mail with attachment | Reflects legal advice concerning contract negotiations with AVX. | AC |
| 5 | 11/01/00 | Hugh Tyler | Thomas Odle | | E-mail with attachment | Forwarding e-mail containing legal advice concerning contract negotiations with AVX. | |
| 6 | 11/01/00 | Thomas Odle | William Young | Hugh Tyler<br>Karen Borick<br>Michael Fisher<br>Susan Alexander, Esq. | E-mail with attachment | Forwarding e-mail containing legal advice concerning contract negotiations with AVX. | AC |
| 7 | 11/02/00 | Paul Gormisky | Susan Alexander, Esq. | Thomas Odle<br>Michael Fisher<br>William Young<br>Hugh Tyler | E-mail | Reflects request for legal advice concerning contract negotiations with AVX. | AC |
| 8 | 11/08/00 | Thomas Odle | Susan Alexander, Esq. | Hugh Tyler<br>Kennett Burnes<br>Michael Fisher<br>Paul Gormisky<br>William Young | E-mail with attachment | String of e-mails reflecting legal advice concerning contract negotiations with AVX. | AC |
| 9 | 11/09/00 | Thomas Odle | Kennett Burnes | Susan Alexander, Esq.<br>Paul Gormisky<br>Michael Fisher<br>William Young<br>Hugh Tyler<br>Bala Ganesan | E-mail with attachment | Reflects legal advice concerning contract negotiations with AVX. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 10 | 09/23/02 | Philip Szabla, Esq. | Brian Berube, Esq. | | E-mail with attachment | Reflects legal advice concerning contract with AVX. | AC |
| 11 | 10/28/02 | Thomas Odle | Philip Szabla, Esq. | | E-mail | Reflects legal advice concerning contract with AVX. | AC |
| 12 | 01/06/03 | William Young | Philip Szabla, Esq. | Hugh Tyler | E-mail | String of e-mails reflecting requests for legal advice and legal advice concerning contract with AVX. | AC |
| 13 | 01/08/03 | John Traficonte, Esq. | Brian Davis, Esq. | Brian Berube, Esq. Philip Szabla, Esq. | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 14 | 01/09/03 | William Young | Philip Szabla, Esq. | Thomas Odle Kennett Burnes | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 15 | 01/15/03 | John Traficonte, Esq. | Brian Davis, Esq. | | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 16 | 01/16/03 | Philip Szabla, Esq. | Brian Davis, Esq. | Brian Berube, Esq. John Traficonte, Esq. | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 17 | 01/16/03 | Brian Davis, Esq. | Philip Szabla, Esq. | Brian Berube, Esq. John Traficonte, Esq. Robert S. Frank, Esq. | E-mail | Reflects request for legal advice and legal advice concerning MFN issues. | AC/WP |
| 18 | 01/17/03 | Philip Szabla, Esq. | John Traficonte, Esq. Brian Davis, Esq. | Hugh Tyler | E-mail | Reflects request for legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 19 | 01/17/03 | Hugh Tyler | Philip Szabla, Esq. | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 20 | 01/21/03 | Brian Davis, Esq. | Philip Szabla, Esq. John Traficonte, Esq. | Robert S. Frank, Esq. | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC/WP |
| 21 | 04/04/03 | James Gierschick | Philip Szabla, Esq. | Doris Ackerman William Young Hugh Tyler | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 22 | 07/17/03 | James Gierschick | Philip Szabla, Esq. | Hugh Tyler Doris Ackerman William Young Peter Smith Charles Lumis | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 23 | 07/17/03 | James Gierschick | Philip Szabla, Esq. | Charles Lumis Doris Ackerman Hugh Tyler Peter Smith William Young | E-mail | String of e-mails reflecting legal advice concerning MFN issues. | AC |
| 24 | 09/22/03 | Thomas Odle | Hugh Tyler | James Gierschick Peter Smith William Young Philip Szabla, Esq. Andrew Matheson Kenneth Hunt | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 25 | 09/23/03 | Philip Szabla, Esq. | Joseph Mirabile | David Lewis Peter Smith Thomas McNaughton Tom Carlo | E-mail | Reflects legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 26 | 11/18/03 | Brian Davis, Esq. | Hugh Tyler | | E-mail | String of e-mails reflecting legal advice concerning MFN issues. | AC |
| 27 | 12/15/03 | William Young | Peter Smith | | E-mail | Forwarding e-mails reflecting legal advice concerning MFN issues. | AC |
| 28 | 12/29/03 | William Young | James Gierschick | Charles Lumis | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 29 | 12/30/03 | Philip Szabla, Esq. | William Young Hugh Tyler Charles Lumis James Gierschick | Peter Smith Thomas McNaughton | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 30 | 12/30/03 | Philip Szabla, Esq. | William Young Hugh Tyler Charles Lumis James Gierschick | Peter Smith Thomas McNaughton | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 31 | 12/30/03 | James Gierschick | Philip Szabla, Esq. | Charles Lumis Hugh Tyler Peter Smith Thomas McNaughton William Young | E-mail | String of e-mails reflecting legal advice concerning MFN issues. | AC |
| 32 | 12/30/03 | William Young | Charles Lumis Thomas McNaughton | | E-mail | Forwarding e-mail reflecting legal advice concerning MFN issues. | AC |
| 33 | 12/31/03 | Charles Lumis | Philip Szabla, Esq. | Hugh Tyler James Gierschick Peter Smith Thomas McNaughton William Young | E-mail | Request for legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 34 | 12/31/03 | Charles Lumis | Philip Szabla, Esq. | Hugh Tyler<br>James Gierschick<br>Peter Smith<br>Thomas McNaughton<br>William Young | E-mail | Request for legal advice concerning MFN issues. | AC |
| 35 | 01/08/04 | James Gierschick | Doris Ackerman<br>William Young<br>Charles Lumis<br>Hugh Tyler<br>Thomas McNaughton | Peter Smith<br>Martin O'Neill<br>Philip Szabla, Esq. | E-mail | Request for legal advice concerning MFN issues. | AC |
| 36 | 07/23/04 | William Young | Philip Szabla, Esq. | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 37 | 08/17/04 | Thomas McNaughton | Philip Szabla, Esq. | | E-mail | Request for legal advice concerning MFN issues. | AC |
| 38 | 08/18/04 | Philip Szabla, Esq. | Thomas McNaughton | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 39 | 10/01/04 | Paul Hartman | William Young<br>James Gierschick<br>Hugh Tyler<br>Charles Lumis | Thomas McNaughton<br>Tom Carlo<br>Philip Szabla, Esq.<br>Andrew O'Donovan | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 40 | 10/04/04 | William Young | Paul Hartman | Andrew O'Donovan<br>Charles Lumis<br>Hugh Tyler<br>James Gierschick<br>Philip Szabla, Esq.<br>Thomas McNaughton<br>Tom Carlo | E-mail | Reflects request for legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 41 | 10/04/04 | Hugh Tyler | James Gierschick | Andrew O'Donovan Charles Lumis Paul Hartman Philip Szabla, Esq. Thomas McNaughton William Young | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 42 | 10/07/04 | Hugh Tyler | | Thomas McNaughton Andrew O'Donovan Philip Szabla, Esq. William Young | E-mail | Paul Hartman | AC |
| 42 | | | Paul Hartman | | | Request for legal advice concerning MFN issues. | |
| 43 | 10/13/04 | James Gierschick | Charles Lumis | Hugh Tyler Paul Hartman Philip Szabla, Esq. Thomas McNaughton William Young | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 44 | 12/01/04 | William Young | James Gierschick Hugh Tyler | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 45 | 12/10/04 | Paul Hartman | Thomas McNaughton Philip Szabla, Esq. | Tom Carlo James Gierschick William Young Hugh Tyler Charles Lumis Andrew O'Donovan | E-mail | Request for legal advice concerning MFN issues. | AC |
| 46 | 12/13/04 | William Young | Philip Szabla, Esq. Carol Flack | Kennett Burnes Brian Berube, Esq. Charles Lumis Tom Carlo James Gierschick Hugh Tyler Paul Hartman Thomas Odle | E-mail | Reflects request for legal advice concerning AVX audit. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 47 | 12/14/04 | Hugh Tyler | James Gierschick | Andrew O'Donovan<br>Charles Lumis<br>Paul Hartman<br>Philip Szabla, Esq.<br>William Young | E-mail | String of e-mails reflecting request for legal advice concerning AVX audit. | AC |
| 48 | 12/15/04 | William Young | Carol Flack<br>Philip Szabla, Esq.<br>Andrew O'Donovan<br>James Gierschick<br>Hugh Tyler<br>Thomas McNaughton<br>Tom Carlo<br>Hugh Tyler | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 49 | 12/15/04 | Philip Szabla, Esq. | John Traficonte, Esq.<br>Brian Berube, Esq. | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 50 | 12/17/04 | Philip Szabla, Esq. | Brian Berube, Esq. | | E-mail | String of e-mails reflecting legal advice concerning AVX audit. | AC |
| 51 | 12/17/04 | Thomas Odle | Kennett Burnes | Andrew O'Donovan<br>Brian Berube, Esq.<br>Carol Flack<br>Charles Lumis<br>Hugh Tyler<br>James Gierschick<br>John Shaw<br>Jonathon Kimmel<br>Paul Hartman<br>Philip Szabla, Esq.<br>Tom Carlo<br>William Young | E-mail | String of e-mails reflecting legal advice concerning MFN issues. | AC |
| 52 | 12/17/04 | Philip Szabla, Esq. | Brian Berube, Esq.<br>John Traficonte, Esq. | | E-mail | Reflects legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 53 | 12/17/04 | John Traficonte, Esq. | Philip Szabla, Esq. | Brian Berube, Esq. | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 54 | 12/17/04 | Kennett Burnes | William Young | Brian Berube, Esq. | E-mail | Forwarding string of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 55 | 12/17/04 | Philip Szabla, Esq. | John Traficonte, Esq. | Brian Berube, Esq. | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 56 | 12/17/04 | John Traficonte, Esq. | Philip Szabla, Esq. | Brian Berube, Esq. | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 57 | 12/20/04 | Philip Szabla, Esq. | Brian Berube, Esq. | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 58 | 12/20/04 | Philip Szabla, Esq. | John Traficonte, Esq. | Brian Berube, Esq. | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 59 | 12/22/04 | Philip Szabla, Esq. | Carol Flack | Brian Berube, Esq. | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 60 | 12/23/04 | William Young | Philip Szabla, Esq. | Andrew O'Donovan, Charles Lumis, Tom Carlo, Carol Flack | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 61 | 12/23/04 | Philip Szabla, Esq. | William Young | Andrew O'Donovan, Carol Flack, Charles Lumis, Tom Carlo | E-mail | Reflects legal advice concerning AVX audit. | AC |
| 62 | 12/23/04 | Tom Carlo | William Young | Andrew O'Donovan, Carol Flack, Charles Lumis, Philip Szabla, Esq. | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning AVX audit. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 63 | 12/23/04 | William Young | Philip Szabla, Esq. | Hugh Tyler | E-mail | String of e-mails reflecting request for legal advice concerning AVX audit. | AC |
| 64 | 12/23/04 | Kennett Burnes | William Young | Brian Berube, Esq. Carol Flack Hugh Tyler Philip Szabla, Esq. | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 65 | 01/03/05 | William Young | Philip Szabla, Esq. | Hugh Tyler Charles Lumis Tom Carlo Dorothy Bixler Andrew O'Donovan | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 66 | 01/03/05 | William Young | Philip Szabla, Esq. | | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 67 | 01/04/05 | William Young | Kennett Burnes Brian Berube, Esq. | Philip Szabla, Esq. Hugh Tyler | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 68 | 01/04/05 | William Young | Brian Berube, Esq. | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 69 | 01/05/05 | Philip Szabla, Esq. | Andrew O'Donovan Brian Berube, Esq. Tom Carlo Charles Lumis | | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning AVX audit. | AC |
| 70 | 01/05/05 | Philip Szabla, Esq. | Andrew O'Donovan Brian Berube, Esq. Charles Lumis Tom Carlo | | E-mail | Reflects legal advice concerning AVX audit. | AC |
| 71 | 01/06/05 | William Young | Eduardo Cordeiro | | E-mail | Reflects legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 72 | 01/06/05 | Tom Carlo | Eduardo Cordeiro | Philip Szabla, Esq. Brian Berube, Esq. Andrew O'Donovan Dave J. Elliott | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 73 | 01/07/05 | Philip Szabla, Esq. | Andrew O'Donovan | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 74 | 01/10/05 | Andrew O'Donovan | Philip Szabla, Esq. | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 75 | 01/10/05 | Hugh Tyler | Philip Szabla, Esq. | Andrew O'Donovan William Young James Gierschick | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 76 | 01/10/05 | James Gierschick | Hugh Tyler | William Young Philip Szabla, Esq. Andrew O'Donovan | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 77 | 01/10/05 | Andrew O'Donovan | Tom Carlo Eduardo Cordeiro Philip Szabla, Esq. | | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 78 | 01/10/05 | Tom Carlo | Brian Berube, Esq. Philip Szabla, Esq. John Traficonte, Esq. Eduardo Cordeiro Dave J. Elliott Alphonse Rizzo Paul Meuller | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 79 | 01/11/05 | Tom Carlo | Philip Szabla, Esq. Alphonse Rizzo Brian Berube, Esq. Eduardo Cordeiro Dave J. Elliott | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 80 | 01/11/05 | James Gierschick | Andrew O'Donovan | Hugh Tyler Philip Szabla, Esq. | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 81 | 01/11/05 | Philip Szabla, Esq. | Robert Frank, Esq. | Brian Berube, Esq. | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 82 | 01/11/05 | Andrew O'Donovan | Philip Szabla, Esq. Eduardo Cordeiro Tom Carlo | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 83 | 01/11/05 | Tom Carlo | Philip Szabla, Esq. Eduardo Cordeiro Brian Berube, Esq. Andrew O'Donovan Dave J. Elliot Alphonse Rizzo | Paul Hartman Charles Lumis | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 84 | 01/11/05 | Tom Carlo | Alphonse Rizzo David J. Elliot Philip Szabla, Esq. Eduardo Cordeiro Andrew O'Donovan Brian Berube, Esq. | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 85 | 01/12/05 | William Young | Andrew O'Donovan James Gierschick Hugh Tyler | Paul Hartman Charles Lumis | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 86 | 01/12/05 | Philip Szabla, Esq. | Andrew O'Donovan Tom Carlo | Brian Berube, Esq. | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 87 | 01/13/05 | Dave J. Elliot | Tom Carlo Alphonse Rizzo Paul Mueller John Shaw Brian Berube, Esq. | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 88 | 01/13/05 | Tom Carlo | Andrew O'Donovan Eduardo Cordeiro | Alphonse Rizzo Dave Elliott John Shaw Philip Szabla, Esq. Brian Berube, Esq. | E-mail | Reflects legal advice and request for legal advice concerning MFN issues. | AC |
| 89 | 1/14/05 | Andrew O'Donovan | James Gierschick | Hugh Tyler Philip Szabla, Esq. William Young | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 90 | 1/16/05 | William Young | Eduardo Cordeiro | William Young | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 91 | 1/17/05 | William Young | James Gierschick Hugh Tyler | | E-mail | Forwarding request for legal advice concerning MFN issues. | AC |
| 92 | 1/18/05 | William Young | Eduardo Cordeiro | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 93 | 1/18/05 | Eduardo Cordeiro | Philip Szabla, Esq. | Tom Carlo William Young Brian Berube, Esq. | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 94 | 1/18/05 | William Young | Brian Berube, Esq. Tom Carol | Philip Szabla, Esq. Andrew O'Donovan Eduardo Cordeiro Dave J. Elliott Hugh Tyler James Gierschick | E-mail | Reflects request for legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 95 | 1/18/05 | Tom Carlo | William Young | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 96 | 1/18/05 | Andrew O'Donovan | Brian Berube, Esq. Philip Szabla, Esq. Eduardo Cordeiro William Young Hugh Tyler James Gierschick Tom Carlo Julie Kabakoff | Andrew O'Donovan Brian Berube, Esq. Dave J. Elliott Eduardo Cordeiro Hugh Tyler James Gierschick Philip Szabla, Esq. Paul Hartman Charles Lumis Alphonse Rizzo | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 97 | 1/18/05 | Tom Carlo | Brian Berube, Esq. Philip Szabla, Esq. Eduardo Cordeiro | | E-mail | | AC |
| 98 | 1/18/05 | William Young | James Gierschick Hugh Tyler | James Gierschick | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 99 | 1/19/05 | William Young | Hugh Tyler | Hugh Tyler | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 100 | 1/19/05 | James Gierschick | William Young | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 101 | 1/19/05 | James Gierschick | Tom Carlo Andrew O'Donovan William Young Hugh Tyler Brian Berube, Esq. Philip Szabla, Esq. | | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 102 | 1/19/05 | Tom Carlo | James Gierschick | Andrew O'Donovan<br>Paul Hartman<br>Philip Szabla, Esq. | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 103 | 1/19/05 | Andrew O'Donovan | Tom Carlo | James Gierschick<br>Paul Hartman<br>Philip Szabla, Esq.<br>Hugh Tyler<br>William Young | E-mail with attachment | Reflects legal advice concerning MFN issues. | AC |
| 104 | 1/19/05 | James Gierschick | Andrew O'Donovan | Hugh Tyler<br>Paul Hartman<br>Philip Szabla, Esq.<br>Tom Carlo<br>William Young | E-mail | Reflect request for legal advice concerning MFN issues. | AC |
| 105 | 1/19/05 | Tom Carlo | James Gierschick | Andrew O'Donovan<br>Hugh Tyler<br>Paul Hartman<br>Philip Szabla, Esq.<br>William Young<br>Charles Lumis<br>Eduardo Cordeiro<br>Brian Berube, Esq.<br>Dave J. Elliott | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 106 | 1/19/05 | Philip Szabla, Esq. | Eduardo Cordeiro | | E-mail | Reflects legal advice concerning AVX audit. | AC |
| 107 | 1/19/05 | Philip Szabla, Esq. | Brian Berube, Esq. | | E-mail | Reflects request for legal advice and legal advice concerning AVX audit. | AC |
| 108 | 1/19/05 | Tom Carlo | Dave J. Elliott | | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |

-15-

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 109 | 1/20/05 | Andrew O'Donovan | William Young | Tom Carlo | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 110 | 1/20/05 | Andrew O'Donovan | Hugh Tyler William Young James Gierschick Paul Hartman | Tom Carlo Philip Szabla, Esq. | E-mail | Reflects request for legal advice concerning MFN issues and AVX contract. | AC |
| 111 | 1/20/05 | Tom Carlo | Andrew O'Donovan Philip Szabla, Esq. Brian Berube, Esq. | | E-mail | Reflects request for legal advice and legal advice concerning MFN issues. | AC |
| 112 | 1/21/05 | Andrew O'Donovan | William Young | Eduardo Cordeiro | E-mail | String of e-mails reflecting legal advice concerning MFN issues. | AC |
| 113 | 1/21/05 | Brian Berube, Esq. | Andrew O'Donovan Philip Szabla, Esq. | | E-mail | String of e-mails reflecting legal advice concerning MFN issues. | AC |
| 114 | 1/24/05 | Andrew O'Donovan | James Gierschick Philip Szabla, Esq. Tom Carlo Hugh Tyler Charles Lumis Paul Hartman William Young | | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 115 | 1/25/05 | Tom Carlo | Andrew O'Donovan Brian Berube, Esq. Charles Lumis Eduardo Cordeiro Hugh Tyler James Gierschick Paul Hartman Philip Szabla, Esq. William Young | | E-mail | Reflects request for legal advice concerning AVX audit. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 116 | 1/25/05 | Dave J. Elliott | Brian Berube, Esq. | | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 117 | 1/25/05 | Tom Carlo | Philip Szabla, Esq. Brian Berube, Esq. Eduardo Cordeiro | | E-mail | String of e-mails reflecting request for legal advice concerning AVX audit. | AC |
| 118 | 1/25/05 | Tom Carlo | James Gierschick | Andrew O'Donovan Charles Lumis Paul Hartman William Young Philip Szabla, Esq. | E-mail | String of e-mails reflecting request for legal advice concerning AVX audit. | AC |
| 119 | 1/31/05 | Philip Szabla, Esq. | James Gierschick | Andrew O'Donovan Charles Lumis Hugh Tyler Paul Hartman Tom Carlo William Young Brian Berube, Esq. | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 120 | 1/31/05 | James Gierschick | Philip Szabla, Esq. | Andrew O'Donovan Charles Lumis Hugh Tyler Paul Hartman Tom Carlo William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 121 | 1/31/05 | Andrew O'Donovan | Philip Szabla, Esq. | Charles Lumis Hugh Tyler James Gierschick Paul Hartman Tom Carlo William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 122 | 1/31/05 | Charles Lumis | Philip Szabla, Esq. | Andrew O'Donovan Hugh Tyler James Gierschick Tom Carlo William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 123 | 2/02/05 | Philip Szabla, Esq. | Brian Berube, Esq. | | E-mail | Reflect legal advice concerning AVX audit. | AC |
| 124 | 2/08/05 | Brian Berube, Esq. | Gregory Grobstein | Dave J. Elliott Alphonse Rizzo | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 125 | 2/09/05 | Brian Berube, Esq. | John Traficonte, Esq. | | E-mail | Reflects legal advice concerning AVX audit. | AC |
| 126 | 2/09/05 | Brian Berube, Esq. | Gregory Grobstein | Dave J. Elliott Alphonse Rizzo | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 127 | 2/14/05 | Philip Szabla, Esq. | Brian Berube, Esq. | | E-mail | String of e-mails reflecting legal advice concerning MFN issues. | AC |
| 128 | 2/17/05 | Philip Szabla, Esq. | Tom Carlo Andrew O'Donovan | | E-mail | Reflects legal advice concerning AVX audit. | AC |
| 129 | 2/17/05 | Tom Carlo | Philip Szabla, Esq. James Gierschick Hugh Tyler Charles Lumis Andrew O'Donovan | | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 130 | 2/22/05 | Tom Carlo | James Gierschick | Andrew O'Donovan Charles Lumis Hugh Tyler Paul Hartman Philip Szabla, Esq. William Young | | String of e-mails reflecting request for legal advice and legal advice concerning AVX audit. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 131 | 2/22/05 | Charles Lumis | Philip Szabla, Esq. | James Gierschick | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 132 | 2/22/05 | Philip Szabla, Esq. | Charles Lumis | James Gierschick | E-mail | Reflects legal advice concerning AVX audit. | AC |
| 133 | 3/07/05 | Tom Carlo | Philip Szabla, Esq. | | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 134 | 3/08/05 | Philip Szabla, Esq. | Brian Berube, Esq., John Traficonte, Esq. | | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 135 | 3/10/05 | Tom Carlo | Philip Szabla, Esq. | | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 136 | 3/30/05 | Eduardo Cordeiro | Eduardo Cordeiro | Andrew O'Donovan Philip Szabla, Esq. Steven Kasok | E-mail | Request for legal advice concerning AVX audit. | AC |
| 137 | 4/06/05 | Andrew O'Donovan | Lynda Cerensak Philip Szabla, Esq. | Andrew O'Donovan | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 138 | 4/06/05 | James Gierschick | Tom Carlo Philip Szabla, Esq. William Young Hugh Tyler Charles Lumis James Gierschick | William Young Hugh Tyler Tom Carlo Andrew O'Donovan Paul Hartman | E-mail | Redacted string of e-mails reflecting request for legal advice concerning MFN issues. (Redacted document produced at C(AII)89341-89352.) | AC |

-19-

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 139 | 4/07/05 | James Gierschick | Tom Carlo | Alphonse Rizzo<br>Andrew O'Donovan<br>Charles Lumis<br>Dave J. Elliott<br>Hugh Tyler<br>Paul Hartman<br>Philip Szabla, Esq.<br>William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 140 | 4/06/05 | Andrew O'Donovan | James Gierschick | | E-mail | String of e-mails reflecting legal advice concerning MFN issues. | AC |
| 141 | 4/06/05 | | | | Spreadsheets | Reflects legal advice concerning MFN issues. | AC |
| 142 | 4/08/05 | James Gierschick | Tom Carlo | Andrew O'Donovan | E-mail | Redacted string of e-mails reflecting request for legal advice and legal advice concerning MFN issues. (Redacted document produced at C(AII)89327-89340) | AC |
| 143 | 4/12/05 | Tom Carlo | Alphonse Rizzo | Steven Kasok<br>Eduardo Cordeiro<br>Dave J. Elliott<br>Philip Szabla, Esq.<br>Brian Berube, Esq.<br>Andrew O'Donovan | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 144 | 4/14/05 | Tom Carlo | James Gierschick | Andrew O'Donovan<br>Charles Lumis<br>Hugh Tyler<br>Philip Szabla, Esq.<br>William Young | E-mail | Reflects request for legal advice concerning MFN issues. | AC |

-20-

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 145 | 4/14/05 | Andrew O'Donovan | Tom Carlo | Alphonse Rizzo Brian Berube, Esq. Dave J. Elliott Eduardo Cordeiro Philip Szabla, Esq. Steven Kasok | E-mail | String of e-mails reflecting legal advice concerning MFN issues. | AC |
| 146 | 4/14/05 | | | | Spreadsheets | Reflects legal advice regarding MFN issues. | AC |
| 147 | 5/17/05 | Eduardo Cordeiro | | Julie Kabiakoff | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 148 | 6/08/05 | James Gierschick | Andrew O'Donovan | Hugh Tyler | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 149 | 6/10/05 | Andrew O'Donovan | Brian Berube, Esq. Philip Szabla, Esq. | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 150 | 6/13/05 | James Gierschick | Andrew O'Donovan | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 151 | 6/27/05 | James Gierschick | Andrew O'Donovan | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 152 | 6/28/05 | James Gierschick | Andrew O'Donovan | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 153 | 6/28/05 | James Gierschick | James Realbuto | | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 154 | 6/28/05 | Andrew O'Donovan | James Gierschick | | E-mail | Reflects legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 155 | 6/30/05 | Andrew O'Donovan | Steven Kasok James Realbuto | James Gierschick | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 156 | 7/01/05 | John Traficonte, Esq. | Philip Szabla, Esq. Brian Berube, Esq. | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 157 | 7/06/05 | Jennifer Hess | James Realbuto | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 158 | 7/07/05 | James Gierschick | Philip Szabla, Esq. | Andrew O'Donovan | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 159 | 7/12/05 | James Gierschick | Phil Szabla, Esq. | Andrew O'Donovan James Realbuto William Young | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 160 | 7/13/05 | James Gierschick | James Realbuto | Andrew O'Donovan Philip Szabla, Esq. William Young W. Ahmad | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 161 | 7/15/05 | James Realbuto | James Gierschick | Andrew O'Donovan Hugh Tyler Philip Szabla, Esq. Steven Kasok William Young | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 162 | 7/28/05 | Philip Szabla, Esq. | Alphonse Rizzo | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 163 | 10/11/05 | Andrew O'Donovan | Philip Szabla, Esq. | Brian Davis, Esq. | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 164 | 10/12/05 | Andrew O'Donovan | Philip Szabla, Esq. | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 165 | 01/18/05 | Tom Carlo | William Young | Andrew O'Donovan<br>Brian Berube, Esq.<br>Dave J. Elliott<br>Eduardo Cordeiro<br>Hugh Tyler<br>James Gierschick<br>Philip Szabla, Esq.<br>Paul Hartman<br>Charles Lumis<br>Alphonse Rizzo | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 166 | 02/14/05 | | | | Handwritten notes with attachment. | Reflects request for legal advice concerning MFN issues. | AC |
| 167 | 01/10/05 | Tom Carlo | Brian Berube, Esq.<br>Philip Szabla, Esq.<br>John Traficonte, Esq.<br>Eduardo Cordeiro<br>Dave J. Elliott<br>Alphonse Rizzo<br>Paul Mueller | | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 168 | 01/18/05 | Cabot Legal Department | | | Draft Document | Reflects legal advice concerning AVX contract. | AC |
| 169 | 01/13/05 | Tom Carlo | Andrew O'Donovan<br>Eduardo Cordeiro | Alphonse Rizzo<br>Dave J. Elliott<br>John Shaw<br>Philip Szabla, Esq.<br>Brian Berube, Esq. | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 170 | Undated | Andrew O'Donovan | Jim Gierschick | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 171 | Undated | Philip Szabla, Esq. | | | Spreadsheet | Reflects legal advice concerning MFN issues. | AC |

-23-