| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 172 | 01/25/05 | Dave J. Elliott | Paul Mueller<br>Alphonse Rizzo<br>Rosemarie Terrien<br>Meredith McCabe | | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 173 | 01/28/05 | Dave J. Elliott | Alphonse Rizzo<br>Brian Berube, Esq.<br>Charles Lumis<br>Dave J. Elliott<br>Eduardo Cordeiro<br>Philip Szabla, Esq.<br>Steve Krause<br>Tom Carlo<br>William Young<br>Andrew O'Donovan | John Shaw<br>Brian Berube, Esq. | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 174 | 01/06/05 | Tom Carlo | Eduardo Cordeiro | | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 175 | 01/16/02 | Philip Szabla, Esq. | | Philip Szabla, Esq.<br>Brian Berube, Esq.<br>Andrew O'Donovan<br>Dave J. Elliott | Memo | Reflects legal advice concerning tantalum contracts. | AC/WP |
| 176 | 09/23/02 | Phil Szabla, Esq. | Hugh Tyler<br>Bill Young | Brian Berube, Esq. | Memo | Reflects legal advice concerning MFN issues. | AC/WP |
| 177 | 01/13/05 | Dave J. Elliott | Brian Berube, Esq.<br>John Shaw | | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 178 | 01/13/05 | Dave J. Elliott | Alphonse Rizzo<br>Rosemarie Terrien<br>Deborah Rocco<br>Brian Berube, Esq. | | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 179 | 01/13/05 | Dave J. Elliott | Brian Berube, Esq. | | E-mail with attachment | Reflects legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 180 | 01/13/05 | Dave J. Elliott | Tom Carlo<br>Alphonse Rizzo<br>Paul Mueller<br>John Shaw<br>Brian Berube, Esq. | | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 181 | 01/13/05 | Dave J. Elliott | Brian Berube, Esq.<br>Paul Mueller<br>Peter Casey<br>Peter Hunt<br>Alphonse Rizzo<br>Tom Carlo<br>Jane Bell<br>John Shaw<br>Jim Kelly | Rosemarie Terrien | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 182 | 01/10/05 | Tom Carlo | Philip Szabla, Esq.<br>Alphonse Rizzo<br>Brian Berube, Esq.<br>Eduardo Cordeiro<br>Dave J. Elliott | | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 183 | 01/11/05 | Tom Carlo | Alphonse Rizzo<br>Dave J. Elliott<br>Philip Szabla, Esq.<br>Eduardo Cordeiro<br>Andrew O'Donovan<br>Brian Berube, Esq. | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 184 | 01/18/05 | Tom Carlo | William Young | Andrew O'Donovan<br>Brian Berube, Esq.<br>Dave J. Elliott<br>Eduardo Cordeiro<br>Hugh Tyler<br>James Gierschick<br>Philip Szabla, Esq.<br>Paul Hartman<br>Charles Lumis<br>Alphonse Rizzo | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 185 | 01/18/05 | Tom Carlo | Brian Berube, Esq. Philip Szabla, Esq. Eduaro Cordeiro | | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 186 | 01/11/05 | Tom Carlo | Philip Szabla, Esq. Eduaro Cordeiro Brian Berube, Esq. Andrew O'Donovan Dave J. Elliott Alphonse Rizzo | Paul Hartman Charles Lumis | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 187 | 01/19/05 | Tom Carlo | James Gierschick | Andrew O'Donovan Hugh Tyler Paul Hartman Philip Szabla, Esq. William Young Charles Lumis Eduardo Cordeiro Brian Berube, Esq. Dave J. Elliott | E-mail with attachment | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 188 | 01/25/05 | Tom Carlo | Philip Szabla, Esq. Brian Berube, Esq. Eduardo Cordeiro | | E-mail with attachment | Reflects request for legal advice concerning AVX audit. | AC |
| 189 | 04/12/05 | Tom Carlo | Alphonse Rizzo | Steven Kasok Eduardo Cordeiro Dave J. Elliott Philip Szabla, Esq. Brian Berube, Esq. Andrew O'Donovan | E-mail | Reflects request for legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 190 | 01/07/05 | Andrew O'Donovan | Philip Szabla, Esq.<br>Eduardo Cordeiro<br>Tom Carlo<br>James Gierschick<br>Hugh Tyler<br>William Young<br>David Elliot<br>Brian Berube, Esq.<br>Paul Hartman<br>Charles Lumis | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 191 | 01/18/05 | Andrew O'Donovan | | | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 192 | 01/21/05 | Andrew O'Donovan | William Young<br>James Gierschick<br>Hugh Tyler<br>Tom Carlo<br>James Gierschick<br>Tom Carlo<br>Julie Kabakoff | Eduardo Cordeiro | E-mail with attachment | Reflects request for legal advice and legal advice concerning MFN issues. | AC |
| 193 | 01/13/05 | Philip Szabla, Esq. | Brian Berube, Esq.<br>Philip Szabla, Esq.<br>Eduardo Cordeiro<br>William Young<br>Hugh Tyler<br>Tom Carlo<br>Philip Szabla, Esq.<br>Brian Berube, Esq. | | Handwritten notes on draft slide presentation | Reflects legal advice concerning MFN issues. | AC |
| 194 | Undated | Philip Szabla, Esq. | | | Chart with handwritten notes | Reflects legal advice concerning MFN issues. | AC/WP |
| 195 | Undated | Philip Szabla, Esq. | | | Discussion outline | Reflects legal advice concerning MFN issues. | AC/WP |
| 196 | 12/20/04 | Philip Szabla, Esq. | John Traficonte, Esq. | Brian Berube, Esq. | E-mail with attachment | Reflects legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 197 | 08/17/04 | Hugh Tyler | Philip Szabla, Esq. | | E-mail with attachment | String of e-mails concerning request for legal advice and legal advice concerning MFN issues. | AC |
| 198 | Undated | Philip Szabla, Esq. | | | Handwritten notes | Reflects legal advice concerning AVX audit. | AC/WP |
| 199 | 11/08/04 | Paul Hartman | Thomas McNaughton Philip Szabla, Esq. | Tom Carlo James Gierschick William Young Hugh Tyler Charles Lumis Andrew O'Donovan | E-mail with attachment | Reflects request for legal advice concerning MFN issues. | AC |
| 200 | 01/06/05 | Philip Szabla, Esq. | | | Chart with handwritten notes | Reflects legal advice concerning MFN issues. | AC |
| 201 | 1/11/05 | James Gierschick | Andrew O'Donovan | Hugh Tyler Philip Szabla, Esq. | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 202 | 1/10/05 | Andrew O'Donovan | James Gierschick | Philip Szabla, Esq. Hugh Tyler | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 203 | 1/10/05 | Hugh Tyler | Philip Szabla, Esq. | Andrew O'Donovan William Young James Gierschick | E-mail | Reflects request for legal advice concerning AVX audit. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 204 | 1/07/05 | Andrew O'Donovan | Philip Szabla, Esq. Eduardo Cordeiro Tom Carlo James Gierschick Hugh Tyler William Young David Elliott Brian Berube, Esq. Paul Hartman Charles Lumis | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 205 | 1/06/05 | James Gierschick | Hugh Tyler Andrew O'Donovan Philip Szabla, Esq. William Young Charles Lumis Paul Hartman Tom Carlo | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 206 | 12/16/04 | William Young | Carol Flack Kenneth Burnes Philip Szabla, Esq. Tom Carlo Thomas Odle Jonathon Kimmel Charles Lumis James Gierschick Andrew O'Donovan Hugh Tyler Paul Hartman John Shaw Brian Berube, Esq. | | E-mail | Reflects request for legal advice concerning AVX audit. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|-----|------|--------|--------------|------------------|---------------|---------|-------------------|
| 207 | 12/13/04 | William Young | Philip Szabla, Esq.<br>Carol Flack | Kennett Burnes<br>Brian Berube, Esq.<br>Charles Lumis<br>Tom Carlo<br>James Gierschick<br>Hugh Tyler<br>Paul Hartman<br>Thomas Odle | E-mail | Reflects request for legal advice concerning AVX audit. | AC |
| 208 | 12/01/04 | William Young | James Gierschick<br>Hugh Tyler | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 209 | 11/02/04 | Andrew O'Donovan | Philip Szabla, Esq. | Hugh Tyler | E-mails | Reflects request for legal advice concerning MFN issues. | AC |
| 210 | 11/08/04 | Paul Hartman | Thomas McNaughton<br>Philip Szabla, Esq. | Tom Carlo<br>James Gierschick<br>William Young<br>Hugh Tyler<br>Charles Lumis<br>Andrew O'Donovan | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 211 | 11/01/04 | Hugh Tyler | James Gierschick | Andrew O'Donovan | E-mail | Forwarding request for legal advice concerning MFN issues. | AC |
| 212 | 10/31/04 | Philip Szabla, Esq. | Hugh Tyler | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 213 | 10/30/00 | Thomas Odle | Susan Alexander, Esq. | Kennett Burnes<br>Michael Fisher<br>William Young<br>Hugh Tyler<br>Karen Borick<br>Kath Fitzgerald | E-mail | Reflects request for legal advice concerning tantalum contract issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 214 | 12/19/02 | Hugh Tyler | Philip Szabla, Esq. Martin O'Neill Thomas Odle William Young | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 215 | 1/06/03 | William Young | Philip Szabla, Esq. | Hugh Tyler | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 216 | 01/17/03 | Philip Szabla, Esq. | John Traficonte, Esq. Brian Davis, Esq. | Hugh Tyler | | Reflects legal advice concerning MFN issues. | AC |
| 217 | 1/17/03 | Philip Szabla, Esq. | Hugh Tyler | | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 218 | 4/01/03 | William Young | Dorothy Bixler | James Gierschick Hugh Tyler Doris Ackerman | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 219 | 11/18/03 | Hugh Tyler | Brian Davis, Esq. | | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 220 | 11/18/03 | Brian Davis, Esq. | Hugh Tyler | | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 221 | 11/24/03 | William Young | Peter Smith | Hugh Tyler Joseph Mirabile Philip Szabla, Esq. | E-mail | String of e-mails reflecting request for legal advice concerning MFN issues. | AC |
| 222 | 11/24/03 | Philip Szabla, Esq. | William Young Peter Smith Hugh Tyler Joseph Mirabile | | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 223 | 12/01/03 | Joseph Mirabile | William Young | Hugh Tyler Peter Smith | E-mail | Forwarding e-mails reflecting legal advice concerning MFN issues. | AC |
| 224 | 12/01/03 | William Young | Joseph Mirabile | Hugh Tyler Peter Smith | E-mail | Forwarding e-mails reflecting legal advice concerning MFN issues. | AC |
| 225 | 12/30/03 | Philip Szabla, Esq. | William Young Hugh Tyler Charles Lumis James Gierschick | Peter Smith Thomas McNaughton | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 226 | 12/30/03 | James Gierschick | Philip Szabla, Esq. | Charles Lumis Hugh Tyler Peter Smith Thomas McNaughton William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 227 | 12/31/03 | Charles Lumis | Philip Szabla, Esq. | Hugh Tyler James Gierschick Peter Smith Thomas McNaughton William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 228 | 12/31/03 | Charles Lumis | Philip Szabla, Esq. | Hugh Tyler James Gierschick Peter Smith Thomas McNaughton William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 229 | 1/05/04 | William Young | Charles Lumis | Hugh Tyler James Gierschick Peter Smith Philip Szabla, Esq. Thomas McNaughton | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 230 | 1/07/05 | Andrew O'Donovan | Philip Szabla, Esq.<br>Eduardo Cordeiro<br>Tom Carlo<br>James Gierschick<br>Hugh Tyler<br>William Young<br>David Elliot<br>Brian Berube, Esq.<br>Paul Hartman<br>Charles Lumis | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 231 | 1/12/05 | William Young | Andrew O'Donovan<br>James Gierschick<br>Hugh Tyler | Paul Hartman<br>Charles Lumis | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 232 | 1/14/05 | Andrew O'Donovan | Hugh Tyler | James Gierschick<br>Philip Szabla, Esq.<br>William Young | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 233 | 1/14/05 | Andrew O'Donovan | James Gierschick | Hugh Tyler<br>Philip Szabla, Esq.<br>William Young | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 234 | 1/17/05 | William Young | Brian Berube, Esq.<br>Tom Carlo | Philip Szabla, Esq.<br>Andrew O'Donovan<br>Eduardo Cordeiro<br>Dave Elliott<br>James Gierschick<br>Hugh Tyler | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 235 | 1/18/05 | William Young | Brian Berube, Esq.<br>Tom Carlo | Philip Szabla, Esq.<br>Andrew O'Donovan<br>Eduardo Cordeiro<br>Dave J. Elliot<br>Hugh Tyler<br>James Gierschick | E-mail | Reflects request for legal advice concerning MFN issues. | AC |

-33-

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 236 | 1/18/05 | Tom Carlo | William Young | Andrew O'Donovan<br>Brian Berube, Esq.<br>Dave J. Elliot<br>Eduardo Cordeiro<br>Hugh Tyler<br>James Gierschick<br>Philip Szabla, Esq.<br>Paul Hartman<br>Charles Lumis<br>Alphonse Rizzo | E-mail | String of e-mails reflecting legal advice concerning MFN issues. | AC |
| 237 | 1/19/95 | James Gierschick | William Young | Hugh Tyler | E-mail | Reflects legal advice concerning MFN issues. | AC |
| 238 | 1/19/05 | William Young | William Young | | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 239 | 1/24/05 | Andrew O'Donovan | Tom Carlo | Brian Berube, Esq.<br>Philip Szabla, Esq.<br>James Gierschick<br>Hugh Tyler | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 240 | 1/31/05 | James Gierschick | Philip Szabla, Esq.<br>Andrew O'Donovan | Tom Carlo<br>Paul Hartman<br>Charles Lumis<br>William Young<br>Hugh Tyler | E-mail | Reflects request for legal advice concerning MFN issues. | AC |
| 241 | 1/31/05 | Philip Szabla, Esq. | James Gierschick | Andrew O'Donovan<br>Charles Lumis<br>Hugh Tyler<br>Paul Hartman<br>Tom Carlo<br>William Young | E-mail | Reflects request for legal advice and legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 242 | 1/31/05 | James Gierschick | Philip Szabla, Esq. | Andrew O'Conovan<br>Charles Lumis<br>Hugh Tyler<br>Paul Hartman<br>Tom Carlo<br>William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 243 | 1/31/05 | Andrew O'Donovan | Philip Szabla, Esq. | Charles Lumis<br>Hugh Tyler<br>James Gierschick<br>Paul Hartman<br>Tom Carlo<br>William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 244 | 1/31/05 | Charles Lumis | Philip Szabla, Esq. | Andrew O'Donovan<br>Hugh Tyler<br>James Gierschick<br>Paul Hartman<br>Tom Carlo<br>William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 245 | 1/31/05 | James Gierschick | Andrew O'Donovan | Charles Lumis<br>Hugh Tyler<br>Paul Hartman<br>Philip Szabla, Esq.<br>Tom Carlo<br>William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 246 | 1/31/05 | Charles Lumis | James Gierschick | Andrew O'Donovan<br>Hugh Tyler<br>Paul Hartman<br>Philip Szabla, Esq.<br>Tom Carlo<br>William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |
| 247 | 2/9/05 | Hugh Tyler | Andrew O'Donovan | Brian Berube, Esq.<br>James Gierschick<br>Philip Szabla, Esq.<br>Tom Carlo | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning MFN issues. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 248 | 2/22/05 | Tom Carlo | James Gierschick | Andrew O'Donovan Charles Lumis Hugh Tyler Paul Hartman Philip Szabia, Esq. William Young | E-mail | String of e-mails reflecting request for legal advice and legal advice concerning AVX audit. | AC |
| 249 | 4/23/02 | Michael Fisher | William Young | Thomas Odle | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 250 | 4/24/02 | William Young | Michael Fisher | | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 251 | 4/26/02 | Brian Berube, Esq. | Thomas McNaughton Michael Fisher William Young Eduardo Cordeiro Paul Gormisky John Shaw Thomas Odle | | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 252 | 4/28/02 | Michael Fisher | Eduardo Cordeiro Thomas McNaughton Brian Berube, Esq. Paul Gormisky John Shaw | Thomas Odle William Young | E-mail | Reflects request for legal advice concerning other tantalum contracts. | AC |
| 253 | 4/30/02 | Brian Berube, Esq. | Brian Davis, Esq. | | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 254 | 5/1/02 | Paul Saba, Esq. | Brian Berube, Esq. Eduardo Cordeiro Paul Gormisky | John Traficonte, Esq. Ho-il Kim, Esq. Kennett Burnes | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 255 | 5/1/02 | Brian Davis, Esq. | Brian Berube, Esq. | John Trafficonte, Esq. Laurence Pierce, Esq. Robert Frank, Esq. Philip Szabla, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 256 | 5/3/02 | Brian Berube, Esq. | John Shaw Kennett Burnes Thomas Odle | John Trafficonte, Esq. Brian Davis, Esq. Robert Frank, Esq. Philip Szabla, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 257 | 5/13/02 | Michael Fisher | Thomas Odle | Thomas McNaughton | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 258 | 05/14/02 | Kennett Burnes | Thomas Odle | Michael Fisher Paul Gormisky William Young | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 259 | 5/15/02 | Paul Saba, Esq. | Brain Berube, Esq. | John Trafficonte, Esq. Brian Davis, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 260 | 5/15/02 | Brian Davis, Esq. | Brian Berube, Esq. | John Trafficonte, Esq. Laurence Pierce, Esq. Robert Frank, Esq. Philip Szabla, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC/WP |
| 261 | 5/15/02 | Brian Berube, Esq. | Thomas Odle Michael Fisher William Young John Shaw Paul Gormisky Eduardo Cordeiro Thomas McNaughton Philip Szabla, Esq. Ho-il Kim, Esq. John Trafficonte, Esq. Janis Studer | Kennett Burnes, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |

-37-

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 262 | 5/20/02 | Brian Berube, Esq. | John Trafficonte, Esq. Philip Szabla, Esq. Robert Frank, Esq. | | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 263 | 5/21/02 | William Young | Brian Berube, Esq. | Michael Fisher | E-mail | Reflects request for legal advice concerning other tantalum contracts. | AC |
| 264 | 5/21/02 | Brian Berube, Esq. | Eduardo Cordeiro Ho-il Kim, Esq. John Shaw John Trafficonte, Esq. Michael Fisher Paul Gormisky Thomas Odle William Young Laura Glynn, Esq. Brian Davis, Esq. Robert Frank, Esq. Philip Szabla, Esq. | | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 265 | 5/22/02 | Kathryn Finnerty, on behalf of Robert Frank, Esq. | Brain Berube, Esq. Eduardo Cordeiro Paul Gormisky | | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 266 | 5/22/02 | Paul Saba, Esq. | Brian Berube, Esq. Eduardo Cordeiro Ho-il Kim, Esq. John Shaw John Trafficonte, Esq. Michael Fisher Paul Gormisky Thomas Odle William Young Laura Glynn, Esq. Brian Davis, Esq. Robert Frank, Esq. | | E-mail | Reflects request for legal advice and legal advice concerning other tantalum contracts. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 267 | 5/22/02 | | | | Draft Term Sheet | Draft term sheet for other tantalum contract with handwritten notes of counsel. | AC |
| 268 | 5/22/02 | Brian Davis, Esq. | Brian Berube, Esq. | John Traficonte, Esq. Robert Frank, Esq. Philip Szabla, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC/WP |
| 269 | 5/22/02 | Paul Saba, Esq. | Eduardo Cordeiro | John Traficonte, Esq. Brian Berube, Esq. Laura Glynn, Esq. Brian Davis, Esq. Robert Frank, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 270 | 5/22/02 | Brian Davis, Esq. | Paul Saba, Esq. | John Traficonte, Esq. Brian Berube, Esq. Laura Glynn, Esq. Robert Frank, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 271 | 5/22/02 | Paul Saba, Esq. | Brian Berube, Esq. Paul Gormsiky | Eduardo Cordeiro Ho-il Kim, Esq. John Traficonte, Esq. Laura Glynn, Esq. Brian Davis, Esq. Robert Frank, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 272 | 5/22/02 | Brian Berube, Esq. | Brian Davis, Esq. | John Traficonte, Esq. Laura Glynn, Esq. Robert Frank, Esq. Philip Szabla, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 273 | 5/22/02 | Brian Berube, Esq. | Eduardo Cordeiro<br>Ho-il Kim, Esq.<br>John Shaw<br>John Traficonte, Esq.<br>Michael Fisher<br>Paul Gormisky<br>Thomas Odle<br>William Young<br>Laura Glynn, Esq.<br>Brian Davis, Esq.<br>Robert Frank, Esq.<br>Philip Szabla, Esq. | | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 274 | 5/22/02 | Paul Gormisky | Brian Berube, Esq. | Brian Davis, Esq.<br>Eduardo Cordeiro<br>Hoil Kim, Esq.<br>John Shaw<br>John Traficonte, Esq.<br>Laura Glynn, Esq.<br>Michael Fisher<br>Philip Szabla, Esq.<br>Robert Frank, Esq.<br>Thomas Odle<br>William Young | E-mail | Reflects request for legal advice concerning other tantalum contracts. | AC |
| 275 | 5/23/02 | Paul Gormisky | Brian Berube, Esq. | Eduardo Cordeiro<br>Ho-il Kim, Esq.<br>John Shaw<br>John Traficonte, Esq.<br>Michael Fisher<br>Thomas Odle<br>William Young<br>Laura Glynn, Esq.<br>Brian Davis, Esq.<br>Robert Frank, Esq.<br>Philip Szabla, Esq. | E-mail | Reflects request for legal advice concerning other tantalum contracts. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 276 | 5/23/02 | Thomas Odle | Brian Berube, Esq. | Kennett Burnes<br>Paul Gormisky<br>John Shaw<br>Michael Fisher<br>Tom McNaughton<br>Ho-il Kim, Esq.<br>John Traficonte, Esq.<br>Eduardo Cordeiro | E-mail with attachment | Reflects request for legal advice concerning other tantalum contracts. | AC |
| 277 | 5/24/02 | | | | Draft Agreement | Draft agreement amending other tantalum contracts, with handwritten notes of counsel. | AC |
| 278 | No Date | | | | Draft Agreement | Draft agreement amending other tantalum contracts, with handwritten notes of counsel. | AC |
| 279 | 5/24/02 | Brian Berube, Esq. | John Traficonte, Esq.<br>Laura Glynn, Esq.<br>Robert Frank, Esq.<br>Phil Szabla, Esq. | | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 280 | 5/24/02 | Paul Saba, Esq. | John Traficonte, Esq.<br>Brian Berube, Esq.<br>Laura Glynn, Esq.<br>Robert Frank, Esq. | | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 281 | 5/24/02 | Paul Saba, Esq. | John Traficonte, Esq.<br>Brian Berube, Esq.<br>Laura Glynn, Esq.<br>Robert Frank, Esq. | | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 282 | 5/24/02 | Brian Davis, Esq. | Robert Frank, Esq. | Laura Glynn, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 283 | 5/24/02 | Brian Berube, Esq. | John Traficonte, Esq. Eduardo Cordeiro Ho-il Kim, Esq. John Shaw Michael Fisher Paul Gormisky Thomas McNaughton Thomas Odle William Young Laura Glynn, Esq. Robert Frank, Esq. Philip Szabla, Esq. | Kennett Burnes | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 284 | 5/24/02 | Laura Glynn, Esq. | John Traficonte, Esq. Brian Berube, Esq. Brian Davis, Esq. Robert Frank, Esq. Paul Saba, Esq. | | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 285 | 5/24/02 | | | | Draft Agreement | Draft agreement amending other tantalum contracts, with handwritten notes of counsel. | AC |
| 286 | 5/27/02 | Brian Davis, Esq. | | Robert Frank, Esq. | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 287 | 5/28/02 | | Laura Glynn, Esq. | | Draft Agreement | Draft agreement amending other tantalum contracts, with handwritten notes of counsel. | AC |
| 288 | 5/28/02 | Brian Berube, Esq. Brian Davis, Esq. Robert Frank, Esq. Paul Saba, Esq. John Traficonte, Esq. | | | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 289 | 5/28/02 | Paul Saba, Esq. | Brian Berube, Esq. | John Trafficonte, Esq. Laura Glynn, Esq. Brian Davis, Esq. Robert Frank, Esq. | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 290 | 5/28/02 | | | | Draft Agreement | Draft agreement amending other tantalum contracts, with handwritten notes of counsel. | AC |
| 291 | 5/29/02 | | | | Draft Agreement | Draft agreement amending other tantalum contracts, with handwritten notes of counsel. | AC |
| 292 | 5/30/02 | | | | Draft Agreement | Draft agreement amending other tantalum contracts, with handwritten notes of counsel. | AC |
| 293 | 5/30/02 | Brian Berube, Esq. | Michael Fisher Thomas Odle William Young | John Trafficonte, Esq. Laura Glynn, Esq. Philip Szabla, Esq. | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 294 | 5/30/02 | Michael Fisher | Laura Glynn, Esq. | John Trafficonte, Esq. Brian Berube, Esq. Kennett Burnes Thomas Odle William Young Brian Davis, Esq. Robert Frank, Esq. Philip Szabla, Esq. | E-mail with attachment | Reflects request for legal advice concerning other tantalum contracts. | AC |
| 295 | 5/31/02 | Laura Glynn, Esq. | | | Notes | Reflects legal advice concerning other tantalum contracts. | AC |

-43-

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 296 | 5/31/02 | Brian Davis, Esq. | Laura Glynn, Esq. | John Traficonte, Esq. Robert Frank, Esq. Philip Szabla, Esq. | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 297 | 6/3/02 | Laura Glynn, Esq. | Brian Berube, Esq. Brian Davis, Esq. Robert Frank, Esq. Michael Fisher Paul Saba, Esq. John Traficonte, Esq. William Young | | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 298 | 6/3/02 | Laura Glynn, Esq. | John Traficonte, Esq. Brian Berube, Esq. Michael Fisher Thomas Odle William Young Brian Davis, Esq. Robert Frank, Esq. Paul Saba, Esq. | | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 299 | 6/3/02 | Michael Fisher | Laura Glynn, Esq. | John Traficonte, Esq. Brian Berube, Esq. Thomas Odle William Young Brian Davis, Esq. Robert Frank, Esq. Philip Szabla, Esq. | E-mail | Reflects request for legal advice concerning other tantalum contracts. | AC |
| 300 | 6/3/02 | | | | Draft Agreement | Draft agreement amending other tantalum contracts, with handwritten notes of counsel. | AC |
| 301 | 6/4/02 | Brian Davis, Esq. | Laura Glynn, Esq. | | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 302 | 6/5/02 | Brian Davis, Esq. | Kenneth Burnes | Laura Glynn, Esq. | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 303 | 6/5/02 | Brian Berube, Esq. | Laura Glynn, Esq. | | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 304 | 6/5/02 | Laura Glynn, Esq. | John Traficonte, Esq. Brian Berube, Esq. Michael Fisher Thomas Odle William Young Paul Saba, Esq. Brian Davis, Esq. Robert Frank, Esq. | | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 305 | No Date | | | | Draft Agreement | Draft agreement amending other tantalum contracts, with handwritten notes of counsel. | AC |
| 306 | 6/6/02 | Paul Saba, Esq. | John Traficonte, Esq. Brian Berube, Esq. Laura Glynn, Esq. | Brian Davis, Esq. Robert Frank, Esq. | E-mail with attachment | Reflects legal advice concerning other tantalum contracts. | AC |
| 307 | 6/6/02 | Jane Bell | Brian Davis, Esq. | | E-mail with attachment | Reflects request for legal advice concerning other tantalum contracts. | AC |
| 308 | 6/7/02 | Brian Berube, Esq. | Laura Glynn, Esq. | John Traficonte, Esq. | E-mail | Reflects legal advice concerning other tantalum contracts. | AC |
| 309 | 11/14/00 | Susan Alexander, Esq. | Hugh Tyler | Michael Fisher | E-mail | Reflects legal advice concerning contract negotiations with AVX. | AC |

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 310 | 11/30/00 | Susan Alexander, Esq. | Hugh Tyler | Thomas Odle Michael Fisher | E-mail | Reflects legal advice concerning contract negotiations with AVX. | AC |
| 311 | 12/04/00 | Thomas Odle | Bala Ganesan | Michael Fisher Susan Alexander, Esq. William Young | E-mail | Reflects legal advice concerning contract negotiations with AVX. | AC |
| 312 | 12/19/00 | Susan Alexander, Esq. | Thomas Odle Michael Fisher William Young Bala Ganesan | Hugh Tyler Ho-il Kim, Esq. | E-mail | Reflects legal advice concerning contract negotiations with AVX. | AC |
| 313 | 01/05/01 | Hugh Tyler | Susan Alexander, Esq. | Michael Fisher | E-mail | Reflects legal advice concerning contract negotiations with AVX. | AC |
| 314 | 01/16/01 | Hugh Tyler | Susan Alexander, Esq. | Michael Fisher | E-mail | Reflects legal advice concerning contract negotiations with AVX. | AC |
| 315 | 01/17/01 | Hugh Tyler | Susan Alexander, Esq. | Michael Fisher | E-mail | Reflects legal advice concerning contract negotiations with AVX. | AC |
| 316 | 01/23/01 | Hugh Tyler | Susan Alexander, Esq. | Michael Fisher | E-mail | Reflects legal advice concerning contract negotiations with AVX. | AC |
| 317 | 01/23/01 | Susan Alexander, Esq. | Hugh Tyler | Thomas Odle Michael Fisher | E-mail | Reflects legal advice concerning contract negotiations with AVX. | AC |
| 318 | 05/18/01 | Hugh Tyler | Michael Fisher | Kurt Habecker | E-mail | Reflects legal advice concerning contract negotiations with AVX. | AC |

4088067v2

| NO. | DATE | AUTHOR | RECIPIENT(S) | COPIED RECIPIENT | DOCUMENT TYPE | SUBJECT | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|---|---|
| 319 | 09/11/03 | Hugh Tyler | Thomas Odle | Martin O'Neill<br>Thomas McNaughton<br>Peter Smith<br>Andrew Matheson<br>Kenneth Hunt<br>Philip Szabla, Esq. | E-mail | Reflect request for legal advice concerning MFN issues. | AC |
| 320 | 2004 | Cabot | | | Spreadsheet | Reflects legal advice concerning MFN issues. | AC |
| 321 | 2004 | Cabot | | | Spreadsheet | Reflects legal advice concerning MFN issues. | AC |
| 322 | 01/25/05 | Dave Elliott | J.F. O'Brien<br>A. Goldstein | S. Dagnello<br>D. Conlon<br>Kennett Burnes<br>John Shaw<br>Brian Berube, Esq.<br>Peter Hunt<br>Paul Mueller<br>Jack Wagner<br>Jim Kelly<br>Gregory Grobstein<br>Jane Bell | E-mail | Reflects legal advice and request for legal advice concerning MFN issues. | AC |
| 323 | 01/25/05 | Dave Elliott | Alphonse Rizzo<br>Paul Mueller<br>Tom Carlo<br>Brian Berube, Esq.<br>Philip Szabla, Esq.<br>Greg Grobstein<br>Charles Lumis<br>Paul Gormisky | John Shaw | E-mail | Reflects legal advice and request for legal advice concerning MFN issues. | AC |
| 324 | 05/23/02 | Thomas Odle | | | E-mail | Reflect legal advice concerning MFN issues. | AC |