UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>   Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>   Defendant. | CIVIL ACTION NO.: 04-10467-RGS |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLYIN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER

Pursuant to L.R. 7.1(B)(3) Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") hereby request leave to file a four-page reply in Support of AVX's December 7, 2007 Motion to Amend Scheduling Order in order to address the claim made by Cabot in its opposition that the Motion is moot. The proposed reply is attached as Exhibit A.

             AVX CORPORATION
             and AVX LIMITED ,

             By their attorneys,


             */s/ Richard A. Goren*
             Joseph S.U. Bodoff (BBO No. 549116)
             Richard A. Goren (BBO No. 203700)
             Ryan D. Sullivan (BBO No. 660696)
             Bodoff & Associates
             225 Friend Street
             Boston, MA 02114
             617/742-7300

Dated: December 26, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for the plaintiffs, AVX Corporation and AVX Limited has conferred with counsel for defendant Cabot Corporation regarding the foregoing Motion for leave to file a Reply in Support of AVX's Motion To Amend Scheduling Order

*/s/ Richard A. Goren*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on December 26, 2007.

*/s/ Richard A. Goren*