1    just clarified as being the provision of KTaF to Showa

2    Cabot in, let's say, the year 2000 when this memo

3    issued?

4              MR. DAVIS:  Same objection.  I caution you

5    not to speculate.  If you know.

6         A.   I don't know.  It wasn't my area.

7         Q.   I understand, but who do you have reason

8    to believe would know?

9              MR. DAVIS:  Objection.  Caution you not to

10   speculate.

11        A.   I do not know.

12        Q.   Should I depose Mr. Burns?

13             MR. DAVIS:  Objection.

14        A.   I guess you will have to ask him that.  I

15   don't know, Richard.

16        Q.   Isn't it true that one of the --

17             MR. DAVIS:  I should note for the record

18   that the Court, the opportunity to notice additional

19   depositions has passed in this case, and the Court has

20   permitted the parties until December 15 to finish

21   outstanding discovery but not additional discovery.

22             MR. GOREN:  I am not sure that is the

23   wording of the order, Brian but --

24             MR. DAVIS:  I am sure it's the wording of

1    the order, but we can pull it out if necessary and

2    confirm that, but we digress.

3              At some point in time, I would like to

4    take a quick break too.

5              MR. GOREN:  Do you want to do that now?

6              MR. DAVIS:  Sure.

7              (Short break taken.)

8              (Marked Exhibit 4; E-Mail, 4/19/00.)

9         Q.   Mr. Young, I put in front of you what has

10   been marked as deposition Exhibit 4, sir.  It appears

11   to be an e-mail dated April 19, 2000 regarding pricing

12   strategies for a meeting, and you are one of the

13   recipients of the e-mail, do you see that?

14        A.   Yes, that is what it says.

15        Q.   And there were a number of subjects that

16   were under consideration for the end of April meeting,

17   do you see that, slide one, slide two, and slide

18   three?

19        A.   That is what it says, yes.

20        Q.   And in slide one pricing strategies, take

21   advantage of current climate, was there a discussion

22   about that in which you participated?

23             MR. DAVIS:  You can respond.

24        A.   No, not that I remember.

1    Q.    Do you see under slide two in the middle

2    of the page, dealing with SCSM, that's Showa Cabot

3    Supermetals, correct, that acronym?

4    A.    Yes.

5    Q.    And the third line, pricing affected by

6    anticipated future relationship, do you see that?

7    A.    I see what it says, yes.

8    Q.    Isn't it true that as of April 2000, there

9    were discussions internally within Cabot that led

10   eventually to Cabot's acquisition of the other half

11   interest of the Showa Cabot venture, sir?

12           MR. DAVIS:  Objection.  Asked and

13   answered.  You can respond.

14   A.    I believe we have addressed that before.

15   Q.    But you are looking at another document,

16   sir, does that refresh your memory any better?

17   A.    No, it does not.

18   Q.    Now, at the bottom of the page, slide

19   three, regarding opportunistic pricing, there's a

20   statement in May, after Showa learns that we cannot

21   supply requested powder or KTaF volumes, do you see

22   that?

23   A.    Yes, I see it.

24   Q.    And you were part of the discussions about

1    the strategy for pricing and dealing with AVX,

2    correct?

3                MR. DAVIS:  Objection.  You can respond.

4        A.    I worked for Mike Fisher at the time, he

5    was sales director.  I don't know what discussions he

6    had.

7        Q.    In the initial disclosures of Cabot

8    Corporation in this case, you were specified as a

9    possible subject of discoverable information

10   concerning, quote, AVX's interest in purchasing

11   various forms of tantalum products from Cabot, the

12   negotiation and terms of AVX's supply agreement with

13   Cabot, AVX's purchases of tantalum products from

14   Cabot, the market for tantalum products, and the

15   pricing of tantalum products.  Weren't you privy to

16   the strategy for dealing with AVX in the year 2000,

17   sir?

18               MR. DAVIS:  Objection.  You can respond.

19       A.    I was not responsible for the strategy.

20       Q.    That wasn't what I asked.

21               MR. DAVIS:  Please let him finish his

22   answer.

23       A.    I was not responsible for the strategy.  I

24   didn't set the strategy, I didn't handle AVX at the

1    time, they were not under my area of responsibility.

2    Fisher was responsible.

3             Q.   My question was weren't you privy to and

4    had knowledge of or had reason to understand that

5    strategy?

6             MR. DAVIS:  Objection.  Did he have just

7    generalized knowledge of what was going on, is that

8    what you are asking him?

9             MR. GOREN:  I believe the way I put it was

10   clear.  Maybe read it back.

11            (Reporter read the record as requested.)

12            MR. DAVIS:  You can respond.

13       A.   I had general knowledge but no specific

14   accountability.

15       Q.   That is fair.  Isn't it true that as part

16   of that general knowledge or understanding, is that

17   better put, what your understanding was?

18            MR. DAVIS:  Objection.

19       Q.   I want to limit the questions to what you

20   understood based on discussions with others or however

21   you got there, fair?

22            MR. DAVIS:  Objection.  You can respond.

23       A.   I want to get back because it's been five

24   minutes since the original question came up.  What is

```
 1    the question relative to my general understanding?
 2         Q.   I am having a senior moment too.
 3         A.   It comes with gray hair.
 4         Q.   Mine is white.
 5              Let me ask a specific question.  Within
 6    your understanding of the strategy in 2000, okay,
 7    wasn't within your understanding part of Cabot's
 8    strategy in the year 2000 to limit the supply of KTaF
 9    to Showa Cabot?
10              MR. DAVIS:  Objection.  You can respond.
11         A.   It was not my area, sir, at all.
12         Q.   Why don't we try this, what was your
13    understanding of the strategy in the year 2000 for
14    dealing with AVX?  You had an understanding, tell us
15    what that was.
16              MR. DAVIS:  Objection.  Asked and
17    answered.
18              MR. GOREN:  That is not true.
19         Q.   You said you had an understanding --
20    pardon me, you said you had an understanding as a
21    general matter of what the strategy was for dealing
22    with AVX in the year 2000, please tell us what that
23    understanding was.
24              MR. DAVIS:  You can respond.  Objection.
```

1    A.    I had a general understanding in 2000, and

2    we should be specific about 2000, okay, whether it's

3    January or -- I don't -- I had a general understanding

4    of what the strategy was for dealing with the western

5    accounts, not just AVX, okay.

6        Q.    That would include Kemet and Vishay,

7    correct?

8        A.    Yes, sir.

9        Q.    Tell us what that general understanding

10   was.

11       A.    During what period in 2000?

12       Q.    If you have different chronological

13   segments in mind within your understanding, break them

14   out.  Let's start with the first two calendar quarters

15   of the year 2000, let's say through June 30 or the

16   first part of the year, however you recollect it.

17            MR. DAVIS:  Objection.  You can respond.

18       A.    I am going back over seven years here.

19       Q.    Yes, sir.

20       A.    It was my general understanding that we

21   would pursue negotiations, commercial negotiations

22   with the western customers.

23       Q.    What does that mean?  Fixed term, fixed

24   price, what was your general understanding of the

1    strategy, sir?

2                MR. DAVIS:  Objection.  You can respond.

3          A.    That was not my understanding of the

4    strategy.

5          Q.    Please tell us what your understanding of

6    the strategy was.

7          A.    My understanding of the strategy was we

8    would pursue a negotiation with the four western

9    customers.  There were no specifics mentioned, that I

10   am aware of.

11         Q.    So when Cabot represents to the Court that

12   you have personal knowledge about the negotiation and

13   terms of AVX's supply agreement with Cabot, that was

14   mistaken?

15               MR. DAVIS:  Objection.  I think your

16   question was poor.  I don't think that's a proper

17   question.  You can respond.

18         Q.    Take a stab at it.  Should the company not

19   have so stated that you are somebody that should be

20   deposed or would have knowledge of the negotiation and

21   terms of the supply agreement with AVX?

22               MR. DAVIS:  Objection.

23         A.    That is an accurate statement in the

24   second half of calendar year 2000.

1          Q.   So from July 1, 2000 to the end of the

2     year?

3          A.   During that period of time, I have general

4     knowledge of the Cabot Supermetals' intentions to

5     negotiate agreements with customers.

6          Q.   Now I want to expand your personal

7     knowledge to include your understanding, and within

8     that period of time then, as you have so limited it,

9     that last six months of the year 2000, what was your

10    understanding of Cabot's strategy, wasn't it called

11    the new paradigm?

12               MR. DAVIS:  Objection.  You can respond.

13         Q.   Let's start with that, wasn't the strategy

14    called the new paradigm?

15               MR. DAVIS:  Objection.  You can respond.

16         A.   I don't remember that expression, okay, I

17    don't.

18         Q.   Tell us what your understanding was of the

19    Cabot strategy, as you understood it, which is beyond

20    personal knowledge, but your understanding in the last

21    six months of the year 2000.

22               MR. DAVIS:  Objection.  You can respond.

23         A.   The industry was going through enormous

24    changes, there were big demands being placed on the

1   whole industry for atoms of tantalum, and not only in

2   powder but in other tantalum products, Cabot would

3   begin negotiations tied into the business environment

4   that existed at that time.

5          Q.   And your understanding of the goals of

6   that strategy?

7               MR. DAVIS:  Objection.  I caution you not

8   to speculate.

9          A.   I can't answer the question relative to

10  Cabot's financial goals during that period.

11         Q.   I didn't include financial.  Business

12  objectives, did one of the goals of this general

13  strategy, to your understanding, include long-term

14  commitments from the buyers including AVX?

15              MR. DAVIS:  Objection.  I just want to

16  interject very briefly here, this is all a subject of

17  prior litigation between Cabot and AVX where all of

18  this was played out quite extensively in discovery, so

19  Richard, you can use your time as you see fit here

20  today, but that is not the reason why Mr. Young was

21  produced here today, and I will object later on if you

22  wish to extend Mr. Young's deposition for any reason

23  beyond today on account of --

24              MR. GOREN:  We will continue with Mr.

1    Young's deposition until it is completed.

2             MR. DAVIS:  No, you will not.  We will

3    abide by the rules, and if you are consuming his time

4    here today revisiting subject matter that has been

5    fully litigated by the parties to a conclusion, then I

6    think you are wasting the time, and we're not going to

7    allow you to have any additional time with Mr. Young

8    for purposes of questioning him about matters that are

9    relevant to this lawsuit.

10            Q.   Mr. Young, let's see if we can get to it,

11   was one of the goals getting the buyers to commit to

12   long-term agreements, more than one year?

13            MR. DAVIS:  You can respond.  Okay.

14            A.   Yes.

15            Q.   Was one of the goals to get the buyers to

16   commit to fixed quantities?

17            MR. DAVIS:  Same objection.  You can

18   respond.

19            A.   Yes.

20            Q.   Was one of the goals to get the buyers to

21   commit to fixed prices?

22            MR. DAVIS:  Same objection.  You can

23   respond.

24            A.   The answer is yes, to firm pricing, not

1    fixed pricing.

2          Q.    What is the difference?

3          A.    Firm pricing, prices would be firm.

4          Q.    For the period of the contract that you

5    set out to get, correct?

6          A.    Yes.

7          Q.    Isn't it true that in the year 2000, Cabot

8    learned that Showa Cabot was purchasing KTaF from

9    China?

10         A.    I am sorry, I don't know that.

11         Q.    Do you have reason to believe that Cabot

12   learned that in the year 2000?

13               MR. DAVIS:  Objection.  Calls for

14   speculation.  You can respond.

15         A.    I have reason to believe Cabot was aware

16   that the Aizu facility was purchasing Chinese K salt,

17   I don't know when that was.

18         Q.    Do you have reason to believe that Cabot

19   took steps to see that Showa Cabot would cease

20   purchasing, what you call the K salts from China?

21         A.    No, sir.  I was not involved in any of

22   that, if it did exist, no, I am not aware.  My answer

23   is I am not aware.

24               I need to consult with counsel for a

1    minute, may I do that, am I permitted to do that?

2         Q.    Certainly.

3              (Short break taken.)

4         Q.    Mr. Young, as a result of consulting with

5    your counsel, is there any change in your testimony

6    you would like to make or any clarifications you would

7    like to make?

8         A.    Yes, I would just like to add for the

9    record that my area of responsibility was sales, not

10   purchasing or raw material supply.

11        Q.    You were designated, according to Mr.

12   Davis, to testify, among other things, on AVX's

13   purchases of products for the 1996 to 2006, the

14   uniqueness or lack thereof of the flake, technical

15   specifications and differences between the products,

16   the marketing, promotion and advertisement of flake,

17   the markets for flake and nodular, Cabot's

18   understanding of the needs and flexibility of end

19   users, the potential or perceived substitutes or

20   alternatives for flake, products that compete with

21   flake, pricing for products, and market prices for

22   flake and nodular and the processes for manufacturing

23   these products, so have you taken any steps to prepare

24   to answer those questions today, Mr. Young?

```
1               MR. DAVIS:  Objection.

2          A.   You covered a lot of ground there, but

3     those are mainly sales and commercial issues that I

4     can address somewhat, yes.

5          Q.   But you didn't undertake any special

6     preparation to address those areas, correct?

7               MR. DAVIS:  Objection.

8          Q.   You spent four hours yesterday with your

9     lawyer?

10              MR. DAVIS:  Objection.  That sounds like

11    preparation to me.  I object.

12         A.   I spent four and a half hours with my

13    attorney.

14         Q.   I hope he bought lunch.

15         A.   Yes, he did.

16              MR. DAVIS:  And dinner.

17         A.   And dinner.

18              MR. GOREN:  So that I can move ahead,

19    Brian, I am going to reserve on the further

20    questioning about the Showa Cabot relationship pending

21    a court ruling, okay?

22              MR. DAVIS:  Yeah.  Again, Richard, we

23    never produced him to discuss that topic, so you can

24    reserve as you see fit, but he hasn't been designated
```

1          A.    The sheet attached has the margin for C120

2    at $54 at that time, and the margin for 420 at that

3    time, whoever wrote this sheet up has $62 on it,

4    62.37, to be exact.

5          Q.    So that was Exhibit 9 was answering that

6    question, correct?

7          A.    Yes.

8               MR. GOREN:  Mark, please.

9               (Marked Exhibit 10; E-Mail, 3/27/02.)

10          Q.    Mr. Young, Exhibit 10, it's a couple of

11    e-mails from March of 2002.

12               MR. DAVIS:  Do you want him to read them,

13    Richard?

14          Q.    Let me ask this first question, you see

15    that Mr. Komatsu is referenced in the first page

16    there, the e-mail from March 27, 2002 from Mr.

17    Hayashida, do you see him referenced there?

18          A.    Okay.  Yes, I see it.

19          Q.    Now, you knew Mr. Komatsu to be the

20    manager or chief executive officer or president of the

21    Aizu operation, correct?

22          A.    Yes.

23          Q.    And he was the president of Showa Cabot

24    prior to its becoming a hundred percent subsidiary of

```
 1    Cabot, correct?  He ran the place prior to
 2    February 2002?
 3              MR. DAVIS:  Objection.  You can respond.
 4         A.   I can't remember if he predated, but I
 5    believe he did, yes, I believe he was.
 6         Q.   Prior to February 2000, did you have any
 7    dealings with Mr. Komatsu?
 8         A.   I knew him in my position, he was a very
 9    prominent figure, and he attended the Tantalum
10    Institute meetings, as we all did, or most of the
11    managers in the company on the annual meetings, yeah,
12    I knew him.
13         Q.   In 2000, were you selling on behalf of
14    Cabot to Showa Cabot?
15         A.   Say that again.  Sorry.
16         Q.   Were you involved in selling product from
17    Cabot to Showa Cabot in the year 2000?
18         A.   Was I involved in selling product from
19    Cabot to Showa Cabot?
20         Q.   Yes, sir, which we know is KTaF.
21         A.   No, sir, I was not.
22         Q.   Who at Cabot would have knowledge about
23    those dealings in 2000 between Showa Cabot and Cabot?
24              MR. DAVIS:  Objection.  You can answer.
```

1    When you say those dealings, are you talking about

2    sales of KTaF from Cabot to Showa Cabot?

3              MR. GOREN:  Yes.

4         A.   At the divisional level, it would have

5    been Tom Odle, who was the GM at the time, and I don't

6    know who else under him would have been involved.

7         Q.   And did you come to learn in the spring

8    of 2000 that Mr. Odle told Mr. Komatsu that you had to

9    increase the price of your nodular powders, or words

10   to that effect?

11             MR. DAVIS:  Objection.

12        Q.   Did you come to learn that, sir?

13        A.   Absolutely no knowledge of that at all,

14   no, I did not come to learn that, no.

15        Q.   Do you have reason to believe that that is

16   true?

17             MR. DAVIS:  Objection.  I caution you not

18   to speculate.

19        A.   I have no reason to believe that is true.

20        Q.   Do you have reason to believe that the

21   Showa Cabot complained about Cabot limiting Showa's

22   availability to KTaF in the year 2000?

23             MR. DAVIS:  Objection.  You can respond,

24   if you know.

1    cap at a higher-voltage level.  Most powders do not

2    have that capacity, and will burn up.  The more

3    voltage you put in, which is called surge, the faster

4    your capacitor will burn.  That is the reason why a

5    low-voltage capacitor on a laptop could start smoking

6    on an airplane and cause a panic.  It happens.  I

7    don't know if I have explained it or not, but it has

8    to do with the manufacturing technique of a nodular

9    powder to give it imparity high-voltage performance

10   with flake.

11        Q.   On that same page of this article in the

12   right hand column up on the top, and the sentence

13   begins additionally CSM Aizu has developed specific

14   flake products tailored to Asian customers that offer

15   some advantages for those customers' specific

16   applications, can you identify the specific flake

17   products tailored to Asian customers?

18        A.   I am looking at the date of this.  It's

19   important.  What is the date of this document?

20        Q.   I believe it's undated, but I surmised it

21   was, from the references in the last page, Mr. Young,

22   that it was sometime in 2002 or thereafter.

23        A.   I am not sure.  I would have to speculate

24   on what he is talking about here.  If it's the 2002,

1    2003 time period --

2         Q.   Let's assume that, please.

3         A.   We'll assume it was 2002, '03, Aizu was

4    doing some development work on making flake powder,

5    which I believe is what he is referring to here.

6         Q.   Is that the 275, and there's a letter

7    after it or something?

8         A.   Yes, 275A.  I believe they were at that

9    time period working on developing a flake product.

10        Q.   And prior to February 2002 when it was

11   Showa Cabot, they did not have access to the flake

12   technology, correct?

13        MR. DAVIS:  Objection.

14        A.   Prior to that time period, they did not

15   have -- prior to that time period, they did not make a

16   flake product, but they made nodular products that had

17   high-voltage characteristics to it.

18        Q.   That 606, I think it was?

19        A.   There were a few, S300 was one.  There

20   were a few of their powders that worked in the voltage

21   range of 10 to 20,000 CV per gram that one could use

22   at 25 or 30 volts.  They were nodular powders that

23   kind of fit in the 255 range.

24        Q.   The 275A, is that suited to smaller-sized

1    cases?

2              MR. DAVIS:  Objection.

3         Q.   Smaller-sized capacitors?

4         A.   I don't know.

5         Q.   Are you able to explain why the 275A or

6    what its specific advantages the 275A offered to

7    customers' specific applications?

8              Let me step back, do you know what the

9    specific applications were?

10        A.   They were high voltage.

11        Q.   Anything beyond high voltage?  High

12   voltage covers a lot of ground.

13        A.   Greater than 25 volts in the 10 to 20,000

14   CV per gram range.

15        Q.   With the typical performance

16   characteristics of flake, that is the low ESR?  I

17   forget the term that protects against surges and

18   things like that.

19        A.   I cannot venture what parameters or goals

20   the 275A was heading for.  The product never got off

21   the ground.  They canceled the program, and they never

22   made any commercial powder.

23        Q.   Did they have the same difficulties in

24   meeting customer specifications as Cabot did with its

1    275?

2                 MR. DAVIS:  Objection.

3         A.    I have no idea.

4         Q.    Cabot had difficulties meeting, for

5    example, AVX's performance requirements for the 275 in

6    the year 2000 and follow-up years, correct?

7                 MR. DAVIS:  Objection.

8         A.    I think you need to be specific on what we

9    met and didn't meet.

10        Q.    There were a number of shipments of 275

11   that were not accepted by AVX, correct?

12        A.    There were some shipments that were

13   accepted by AVX, some were concessed by AVX, and a lot

14   were accepted by AVX.

15        Q.    The simple point was that there were a

16   number that were concessed, is that equivalent to

17   rejected for some basis?

18                MR. DAVIS:  Objection.

19        Q.    Do I understand that term correctly?

20        A.    It's a term for it's acceptable for us to

21   use, that is what, they called it concessing.

22        Q.    On the third page of this article, Mr.

23   Young, right hand column, first full paragraph

24   referring to further customization has been

1    accomplished to match specific physical properties,

2    crush flow density and finds to individual customer

3    applications, is that the 275 that you said was

4    withdrawn from the market?

5         A.   Well, I am confused on that because is

6    this an article about in general flake powder that

7    Cabot makes in both operations, or is this an article

8    that is specifically for Aizu?  I can't tell by

9    reading this whether it's the Japanese or the

10   Boyertown product he is talking about.  The front page

11   has a couple of authors, and they're from two

12   different plants.

13        Q.   Let's deal with Boyertown.  You testified

14   that Aizu experimentation was limited to the 275A and

15   that it was a flop?

16        A.   We dropped it, they dropped it.

17        Q.   Is this a reference to further

18   customization of Boyertown of the flake products?

19        A.   In general, the characteristics that the

20   writer is talking about here are the physical

21   characteristics, such as flow and anode crush

22   strength, deemed critical to processing by capacitor

23   manufacturers, applies to all powder, nodular and

24   flake, and that all relates to the flow, which is how

1    point, without infusion of capital supply, I presume

2    that is referring to the ore from the mines and what

3    have you, correct?

4              MR. DAVIS:  Objection.

5         Q.   Does that appear to you what it is

6    referring to?

7              MR. DAVIS:  Don't speculate.

8         A.   I can't, it could be a number of things.

9         Q.   But in any event, the last bullet point

10   refers to a forecasted market growth rates, that is

11   what it says, right?

12        A.   It says without infusion of capital,

13   supply could remain tight in the years ahead at

14   forecasted market growth rates.

15        Q.   Right.  So this document says that the

16   forecasted, as of September 2000, is for market

17   growth, some market growth rate, it doesn't say how

18   much, but it says that it is going to grow, correct,

19   that is what it says?

20             MR. DAVIS:  Objection.  You can tell him

21   if you agree that is what it says.

22        A.   Okay.  I am going to give you, since I

23   worked in 2000 in the tantalum business, and I am

24   working in the tantalum business today, the forecast I

1    saw in 2000 for tantalum capacitor growth belong in

2    the Smithsonian Institute under total fabrication.  We

3    had one good year, one, maybe two, and then the

4    capacitor market fell out of bed, and it hasn't

5    recovered since.  The capacitors that are made today

6    are just maybe about at the level of the units that

7    were made in 2000.

8            Q.   Mr. Young --

9            A.   Is that an acceptable answer?  That is to

10   my knowledge, okay.

11           Q.   -- so is it your testimony that in the

12   year 2000, Cabot was forecasting a continued growth in

13   the tantalum capacitor market?

14               MR. DAVIS:  Objection.  You can respond.

15               THE WITNESS:  I am going to -- may I?

16               MR. DAVIS:  Yes.

17           A.   It was not only Cabot's view, it was

18   Kemet's view, Dave Maguire, it was Ernie Chilton's

19   view from AVX, it was Vishay's view, it was all the

20   people in this tantalum community who had predicted

21   wonderful times ahead for the next five to six years,

22   everyone was riding on the bandwagon.

23           Q.   My question was Cabot made forecasts every

24   year of what it projected the demand for tantalum

1    capacitors, correct?

2         A.   Pretty much we did, yes.

3         Q.   And Cabot also had a long-term supply

4    agreement with Sons of Gwalia, correct?

5              MR. DAVIS:  Objection.  You can respond to

6    that yes or no.

7         A.   I believe the answer is yes to that.

8         Q.   And the prices were fixed for the term of

9    that long-term contract with Sons of Gwalia, correct?

10             MR. DAVIS:  Objection.  Only if you know.

11        A.   The prices were firm for a certain period

12   of time with options for renewal.

13        Q.   Options for additional capacity, sir?

14        A.   Options for --

15             MR. DAVIS:  I am going to caution you not

16   to speculate.

17        A.   That would be speculation on my part.  I

18   knew there were options built in, I don't know whether

19   the options were for renewal or additional capacity or

20   prices, I was not privy to that.

21        Q.   Now, part of this forecasted growth in the

22   tantalum capacitor market, did that forecast still

23   hold true in August and September when these

24   discussions with AVX occurred?

1       Had Cabot changed its view as of the fall

2    of 2000 as to its forecast for the next five or six

3    years for the tantalum capacitor market?

4       A.   The whole tantalum community did not

5    change their view in October of 2000, everyone.

6       Q.   Had Cabot the same view at the beginning

7    of 2000 as to the tantalum capacitor market for the

8    next number of years, I think you said five or six

9    years?

10      MR. DAVIS:  Objection.  You can respond.

11      A.   I think we assumed in the fall of 2000

12   that the growth rate of not only tantalum capacitors

13   but all items using atoms of tantalum would continue

14   to grow at a nice accelerated rate.

15      Q.   Continue to grow over the 2000 demand?

16      A.   I can't answer that because I don't know,

17   I can't answer that.  I don't know what was said

18   specifically in 2000 about compound annual growth

19   rates, I don't know.

20      Q.   Was the fact that Cabot projected a

21   continued growth in the tantalum capacitor market a

22   factor in requesting AVX to sign a five-year

23   agreement?

24      MR. DAVIS:  Objection.  If you know.

1    A.    I believe it's just the reverse.  I

2    believe it was AVX's view that the business was going

3    to continue to grow at an accelerated rate, and they

4    wanted Cabot to accept an agreement, as did all the

5    capacitor people.

6    Q.    Sir, isn't it true that Cabot proposed a

7    five-year term on the supply agreement?

8    A.    To whom?

9    Q.    To AVX.

10   A.    Sure.  I believe that was the case, yes.

11   Q.    My question is was the fact that in August

12   and September 2000, as you have just testified, that

13   Cabot continued to project a strong growth in the

14   tantalum capacitor market for the next five or

15   six years, was that a factor in requesting a five-year

16   term from AVX?

17   MR. DAVIS:  If you know.

18   A.    Yes.

19   Q.    Thank you.

20   A.    Yes.

21   Q.    Now, part of the growth in the tantalum

22   capacitor market was Internet driven, correct?

23   A.    Yes.

24   Q.    We were talking earlier about, I think it

1    was an aside during a break about investing in Cisco

2    in 1999, do you remember that?

3          A.    Uh-huh.

4          Q.    Do you also remember the stock market

5    Internet bubble crashing in March of 2000, Mr. Young?

6                MR. DAVIS:  Objection.

7          Q.    Do you remember that?

8          A.    Do you want to see my bounced checks from

9    that period?  Yes, I remember.

10          Q.    Isn't it true, Mr. Young, that Cabot knew

11   and you knew as early as February 2000 that the

12   tantalum capacitor market was not going to grow, but

13   would, you know, have a crash?

14                MR. DAVIS:  Objection.

15          Q.    Isn't that true?

16          A.    Oh, my goodness, no, no, no.

17                MR. DAVIS:  You would have invested your

18   money in other things.

19          A.    How would I have known that?  I would have

20   shorted everything in sight on the technology stocks.

21          Q.    Because isn't it true that Cabot studied

22   the tantalum capacitor market annually, conducted

23   studies of the market annually?

24                MR. DAVIS:  Objection.  You can respond.

1    Q.    Periodically, if not annually?

2    A.    The answer is, yes, but the information

3    comes from the capacitor people, most of the

4    information one gets comes from one's customers, and

5    they had very overzealous views of this business.

6    Q.    I understand that.  I am talking about

7    Cabot's understanding, Cabot's belief, Cabot's

8    projections?

9    A.    Cabot had no beliefs or projections in

10   early 2000 that a bubble would happen in 2001.

11   Q.    2002, 2003?

12   A.    Absolutely not.

13   Q.    Are you sure of that?

14   MR. DAVIS:  Objection.

15   A.    I am dead certain I didn't, and I am dead

16   certain that the people I worked with didn't know

17   that.

18   Q.    Including Mr. Burns?

19   A.    You have to ask Kenny that yourself.

20   MR. DAVIS:  Objection.

21   Q.    How about Mr. Odle?

22   A.    I can't speculate on what they thought or

23   not thought.

24   Q.    Isn't it true that Cabot understood that

1    this industry has been historically cyclical, the

2    tantalum capacitor market?

3              MR. DAVIS:  You may respond.

4         A.   Yes, it's been cyclical.

5         Q.   And isn't it true that Cabot made its

6    projections based on the historic cyclical patterns?

7              MR. DAVIS:  Objection.

8         A.   No, sir, it's not true, no.  It doesn't

9    make sense.

10             MR. DAVIS:  Can I take a two-minute break

11   again when you get a chance?

12             MR. GOREN:  Let's do it now.

13             (Short break taken.)

14        Q.   Mr. Young, back in 2000, you referred to

15   Mr. Odle, was Mr. Odle one of the people involved in

16   dealing with AVX concerning the entry into a long-term

17   contract?

18        A.   Yes.

19        Q.   We saw in Exhibit 14 that he wrote this

20   e-mail to Mr. Millman that Cabot was insisting on a

21   long-term contract, correct?

22             MR. DAVIS:  Objection.

23        A.   That is what it says.

24        Q.   And Mr. Odle throughout the entire year,

1    was he charged with the discussions, leading the

2    discussions with AVX that ultimately ended up in the

3    agreement signed in January 2001 with AVX, is that a

4    fair statement?

5              MR. DAVIS:  Objection.  You say he was

6    charged, meaning?

7         Q.   Did he take the lead?

8              MR. DAVIS:  Objection.  If you know.

9         A.   Well, as it says in the e-mail, he had

10   conversations, and he was the general manager.  I

11   reported to Mike Fisher and Mike Fisher reported to

12   Tom Odle.

13        Q.   And Mr. Odle reported directly to Mr.

14   Burns?

15        A.   That is correct.

16        Q.   And was it your understanding that Mr.

17   Odle in consultation with Mr. Burns and/or others made

18   strategic decisions for the Cabot Supermetals

19   divisions, or CPM, what you called it then?

20             MR. DAVIS:  Objection.

21        A.   I would think by virtue of his position,

22   yes.

23             MR. GOREN:  Let's mark.

24             (Marked Exhibit 16; Series of E-Mails.)

1    Q.  Mr. Young, I want to put in front of you

2    deposition Exhibit 16.  It's a series of e-mails.  The

3    first one is dated February 24, 2000.  It's addressed

4    to you, cc'd Mr. Fisher and a whole bunch of folks,

5    right?

6    A.  Uh-huh.

7    Q.  And it's responding to an e-mail of yours

8    dated February 22, 2000 that went to a whole bunch of

9    people about C606 and Kemet problems, correct?

10   A.  I would like to read it, please.

11   Q.  Sure.  Take your time.

12   (Witness reviewing document.)

13   A.  Okay.  I have read it.

14   Q.  Mr. Odle wrote you in response, and why

15   don't you read into the record the third sentence?

16   A.  Odle's response to me?

17   Q.  Yes, sir.

18   A.  We all know that an electronics industry

19   downturn is coming, it may not come this year or even

20   next year, but it has come three times in the last

21   decade, I think we all know the cycle.

22   Q.  Thank you.  So does this refresh your

23   memory that as of February 2000, Cabot was projecting

24   not continued growth but rather a downturn, if not

1    2000 or 2001, but certainly thereafter?

2                MR. DAVIS:  Objection.

3          A.    This doesn't refresh my memory or change

4    my opinion.  This is Tom Odle's opinion in February

5    of 2000.  There were a lot of opinions Tom Odle had

6    that I didn't agree with, and I certainly don't

7    remember this one.  This opinion was not, this opinion

8    did not turn out to be in effect reality from the way

9    the industry behaved from the spring of 2000 on.

10   That's his opinion, yes.  Did I agree with it then, I

11   don't know what my feeling was then.  I certainly back

12   then would not have agreed with it though, no, because

13   later on it proved to be entirely false.

14         Q.    This proved to be entirely accurate, sir?

15               MR. DAVIS:  Objection.

16         Q.    Isn't that true?

17               MR. DAVIS:  Objection.  You say this, what

18   do you mean?

19         Q.    Isn't it true that the tantalum capacitor

20   market, which is a segment of the electronics

21   industry, had a downturn?

22               MR. DAVIS:  Objection.  You can respond.

23         A.    As it turns out the downturn came in 2001,

24   and yes, he was correct at that point.  The whole

1    electronic industry had a downturn.

2         Q.   And the tantalum capacitor market in

3    specific had a large downturn, correct?

4         A.   That's correct.

5         Q.   And Cabot benefited by having a,

6    fixed-quantity, fixed-price contract with AVX among

7    others, correct?

8              MR. DAVIS:  Objection.

9         A.   Yes, we benefited from the contract.

10        Q.   Now, looking down at your e-mail below

11   that, you knew in February of 2000 that AVX wanted

12   more C255, correct?

13        A.   Yes, that is what I said here.  Recently I

14   thought we heard that AVX was willing to swap our C606

15   for more C255.

16        Q.   They too, as you understood it back then,

17   seemed to prefer the Showa S506, correct?

18        A.   That's correct.

19        Q.   And isn't it true, don't you remember

20   that, didn't you come to understand that Cabot took

21   steps to limit the supply of KTaF to Showa Cabot in

22   2000?

23             MR. DAVIS:  Objection.  When you say -- I

24   am sorry, take steps to limit the supply?

1          MR. DAVIS:  Objection.

2      A.   Some of these people listed were the

3   decision makers.

4      Q.   That would be Messrs. Burns, Odle, and who

5   else?  Burns and Odle, correct?

6      A.   Yes, sir.

7      Q.   Anybody else?

8          MR. DAVIS:  Objection.  If you know.

9      A.   I believe it was confined at that level.

10      Q.   Let me ask one more and then we'll break,

11   and I'll figure out how much more I have.  We can

12   either go to Pennsylvania or New York or maybe wait to

13   see what the judge has to say about the Showa Cabot.

14      A.   Why don't we go to Disney Land and

15   Florida?

16          MR. DAVIS:  We could do this in the

17   haunted house.

18          MR. GOREN:  Please mark as the next

19   exhibit.

20          (Marked Exhibit 18; 10-K Excerpt.)

21          (Discussion off the record.)

22      Q.   Mr. Young, I am handing to you deposition

23   Exhibit 18, which I represent to you is page thirty

24   from Cabot's 2006 10-K, and there's a sentence, since

```
 1    2004 sales in the Supermetals business have been
 2    transitioning from principally those under
 3    fixed-price, fixed-volume contracts to market-based
 4    arrangements, for what reason or reasons has Cabot
 5    decided to transition from fixed-price, fixed-volume
 6    contracts to market-based arrangements?
 7              MR. DAVIS:  Objection.
 8         A.   The customers were unwilling to sign
 9    long-term arrangements beyond one year once the
10    contracts expired.
11         Q.   And Cabot didn't have the leverage that it
12    had in 2000?
13              MR. DAVIS:  Objection.
14         A.   I think it was more the customers didn't
15    have the love in their heart to sign more long-term
16    agreements.  I don't know what to tell you.  You have
17    to ask the customers.
18         Q.   Did Cabot request its principal customers,
19    AVX, Kemet and Vishay to enter into additional
20    long-term contracts?
21         A.   I have been in sales for
22    forty-seven years, I knew the answer to that one,
23    counselor, and I wasn't going to ask it.  They would
24    not have done that, no.
```

CONFIDENTIAL

1    look at 1998, which says 52 percent, is a compilation

2    of CPM 26 and CSF 26, and that Cabot, whoever put this

3    chart together, assumed since we owned 50 percent of

4    Aizu, that they would put it in the Cabot grouping,

5    but I didn't put the chart together.

6         Q.    I understand that.  Let's keep that in

7    front of us, please.  What correlation, if any, in the

8    year 2000 and 2001, whether calendar or fiscal, but as

9    reflected on Exhibit 41, what correlation, if any, is

10   there between sales or transfers of KTaF to Showa

11   Cabot to the shifts in the Boyertown's individual

12   market share?

13        MR. DAVIS:  Objection.

14        A.    I don't know.  I can't answer that, I

15   don't know.

16        Q.    Exhibit 4, Mr. Young, and I think we

17   covered this before, I just can't recall, but on

18   Exhibit 4, there's a thing called pricing strategies

19   from the year 2000, can you explain the meaning and

20   intent of the phrase, quote, exercise all options to

21   price opportunistically, actually it's a clause, can

22   you explain the meaning and intent of that?

23        MR. DAVIS:  Objection.

24        A.    I think you are referring to slide one of