# Exhibit H

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 04-10467-RGS


```
****************************
AVX CORPORATION            *
And AVX LIMITED,           *
          Plaintiffs,      *
                           *
                           *
v.                         *
                           *
                           *
CABOT CORPORATION,         *
          Defendant.       *
****************************
```


DEPOSITION OF MARLIN R. SPOTTS, JR.,
taken pursuant to the applicable provisions of the
Massachusetts Rules of Civil Procedure, before Kristin
M. Stedman, a Registered Professional Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, at the offices of Bodoff & Associates,
225 Friend Street, Boston, Massachusetts, on Thursday,
November 29, 2007, at 10:00 a.m.


KACZYNSKI REPORTING
72 CHANDLER STREET, SUITE 3
BOSTON, MA  02116
(617) 426-6060

1        A.   Yes.

2        Q.   And did you sign it?

3        A.   Yes.

4        Q.   And for how long have you been the

5    accounting manager for Cabot Corporation?

6        A.   Approximately five years, although my

7    title has recently changed, so I am not really sure

8    what it is now.

9        Q.   What is your title, accounting manager?

10        A.   I believe now it's senior cost analyst or

11    something like that, but during this time, I was

12    accounting manager.

13        Q.   You mean, at the time you signed the

14    affidavit?

15        A.   No, at the time -- well, from 2002 to I

16    believe April of 2006.

17        Q.   You were the accounting manager?

18        A.   Yes.

19        Q.   Prior to that time, were you employed by

20    Cabot?

21        A.   Yes.

22        Q.   And in what capacity?

23        A.   As a senior cost analyst.

24        Q.   And for what period of time?  I am looking

1    from 1996 forward is my information.

2         A.    I was hired in November of 2001, and I

3    believe I became accounting manager in roughly

4    September of 2002.

5         Q.    And as accounting manager, your affidavit

6    recites that your responsibilities include general

7    accounting, cost and expense tracking, and management

8    of financial databases, among other things, correct?

9         A.    Yes.

10         Q.    And so it also recites that you are

11    familiar with the general ledger and the databases on

12    which Cabot maintains its sales records, correct?

13         A.    That's correct.

14         Q.    So are you familiar with the records,

15    including the period from 1996 coming forward --

16    Strike that.

17              Are the records from 1996 coming forward

18    in the general ledger and database?

19              MS. RISING:    I am going to object as

20    vague, but you can answer, if you can.

21         A.    Honestly, I am not sure what you are

22    asking.    The records from 1996 coming forward, are

23    they --

24         Q.    Are they included within the general

1    four-four-five schedule, which is traditional

2    thirteen-month quarters, so it would, the last day of

3    the month could be several days before the calendar

4    end of the month.

5        Q.    And if looking at the data on a yearly

6    basis, is that a distinction without much difference,

7    does that matter to somebody --

8        A.    From a rolling-year standpoint generally,

9    no.

10       Q.    We'll circle back to that, but yesterday

11   Mr. Young testified that Cabot has records of the

12   Showa Cabot joint venture prior to February 2002.  You

13   needn't comment on that.  Do you know to what I refer

14   when I say the Showa Cabot joint venture?

15       A.    Yes.

16       Q.    Does Cabot have sales records of Showa

17   Cabot from the period from 1996 through February 2002?

18       MS. RISING:  I am going to object, but you

19   can answer.

20       A.    I don't know.

21       Q.    You are familiar with the general ledger

22   on which Cabot maintains its sales records, correct?

23       A.    Yes.

24       Q.    Do you know whether the sales records of

1    Showa Cabot are contained in the general ledger?

2              MS. RISING:   Objection, but you can

3    answer.

4         A.    I know that they are not.

5         Q.    Where are they?

6         A.    On Showa Cabot's system.

7         Q.    And do you have access to that?

8         A.    No, I don't.

9         Q.    Does Cabot have paper records of the Showa

10   Cabot sales transactions from 1996 to February 2005?

11             MS. RISING:   Objection, but you can

12   answer.

13        A.    I don't know.  I have not seen them.

14        Q.    Do you have reason to believe that Cabot

15   possesses those paper records?

16        A.    Are you asking me to speculate as to what

17   I think?

18        Q.    No.  You have been well prepared, Mr.

19   Spotts.  I am not asking you to speculate, I am asking

20   whether you have reason to believe, so that would

21   include something that is beyond that which you can

22   see or hear, but based on what somebody told you or

23   your understanding of the organization, you have

24   reason to believe that they do?

1       MS. RISING:  Objection.

2       Q.   That is not speculating.

3       MS. RISING:  You can answer.

4       A.   I can answer that to the extent that I

5   understand joint venture accounting practices, in that

6   with a joint venture such as this, where the ownership

7   interest were fifty-fifty, but Cabot did not have

8   controlling interest, there would be no need nor

9   requirement for a party such as Showa Denko to submit

10  their sales details, only a set of financial

11  statements which would be essentially divided down the

12  middle, and 50 percent of which would be included with

13  Cabot's.

14      Q.   You are referencing accounting for

15  Securities and Exchange Commission's purpose, correct?

16      A.   It would be standard GAAP procedures, yes,

17  generally accepted accounting principles.

18      Q.   Who would know whether Cabot has those

19  records, because I will tell you that that is what Mr.

20  Young said yesterday?

21      A.   Who would know?

22      Q.   Yes, sir.

23      A.   Showa Denko would have them because they

24  operated on Showa Denko's computer system.

1    Q.   Do you mean to tell me that Showa Cabot

2  did not have its own independent accounting as a

3  separate entity, as you understand it, from 1996 to

4  February 2002?

5         MS. RISING:  Objection, but you can

6  answer.

7    A.   I recall that Showa Denko utilized, I

8  believe it was Deloitte and Touche or Ernst & Young to

9  prepare the financial statements that were submitted,

10  at least at year end, that we would then use for

11  accounting for the joint venture.

12    Q.   On an equity basis?

13    A.   It was equity accounting, sure, just

14  because of the pure ownership interest percentages,

15  once you get past 20 percent, you do equity

16  accounting.

17    Q.   I am diverging, but your understanding is

18  one of the venture partners, that is Showa Denko, as

19  distinguished from the management of the joint venture

20  itself, caused financial statements and recordkeeping

21  or kept the records for the venture?

22         MS. RISING:  Objection.

23    Q.   Is that your understanding?

24         MS. RISING:  You can answer if you can.

1    A.    As in kept the records?

2    Q.    Sure.   Showa Cabot was a separate company?

3    A.    Sure.

4    Q.    And it had two owners, two venturers,

5    correct?

6    A.    Sure.

7    Q.    Cabot over here in the states and Showa

8    Denko in Japan, but it had its own independent

9    management, a fellow by the name of Mr. Komatsu ran it

10   at this point in time, that is what you understand?

11   A.    Sure.

12   Q.    Didn't Mr. Komatsu and his management team

13   keep records?

14   MS. RISING:   Objection.   You can answer.

15   A.    I don't know.   I was not involved with the

16   joint venture, other than being aware of it and seeing

17   the actual statements that came to us from them.

18   Q.    So what you do have personal knowledge of

19   are financial statements of the joint venture

20   encompassing all or much of the period from 1996

21   through February 2002?

22   MS. RISING:   Objection.   Misstates the

23   record, but you can answer if you can.

24   A.    I don't have personal knowledge.

1    Q.    You have reason to believe?  I am just

2    trying to find out what records Cabot has.

3    A.    The records that I personally saw

4    consisted only of a set of financial statements

5    audited by either Deloitte or Ernst that were used to

6    account for the JV on Cabot's books, so before we

7    submitted our results to headquarters, we would have

8    to incorporate the statements from the JV into that.

9    Q.    Let me understand this, Boyertown used to

10   be called Cabot Performance Materials, correct?

11   A.    Correct.

12   Q.    And prior, also let's step back, let's get

13   the table set clearly here, February 2002, Cabot

14   acquired the other half interest of the, what I have

15   called the Showa Cabot joint venture, correct?

16   A.    That's correct.

17   Q.    So prior to February 2002, my question is

18   is it your understanding that Boyertown would take the

19   financial accounting from the audited statement

20   prepared by either Deloitte or Touche, as you just

21   spoke of, and fold it together into the CPM, a single

22   unitary report or accounting for that period?

23          MS. RISING:  Objection.  You can answer.

24   A.    They did something with those statements.

1   The exact journal entry that they did, I am not sure

2   of.  I did not see it personally.

3           Q.  I recollect you used the words folded in

4   or something like that?

5           A.  Combined usually.

6           Q.  Combined?

7           A.  No.

8           Q.  Sort of like on a consolidated basis that

9   brother-sister corporations might do, is that your

10  understanding, sir?

11          MS. RISING:  Objection.  You can answer.

12          A.  I did not see the journal entry actually

13  done that would do the combining or folding in.

14          Q.  What did you mean by folded together?

15          MS. RISING:  Objection.  Misstates the

16  record.  You can answer if you can.

17          Q.  Did I misremember the words you used?

18          A.  I am not sure I said folded in.

19          Q.  Something like that?

20          MR. GOREN:  Can you quickly find that?

21          (Discussion off the record.)

22          Q.  So the results, as you understand, I am

23  not asking you as an auditor or for a professional

24  opinion, but as you understood it, the results of the

1    Japanese operation were incorporated into the

2    Boyertown accounting?  I mean, that was your word now.

3         A.    Yes.

4         Q.    And by incorporated, did that mean that

5    they were reported on a single unitary basis?

6         A.    That I don't know.  I can expound on that,

7    if you wish.

8         Q.    Certainly.

9         A.    The way the reporting works is Boyertown

10   is identified by what is known as an entity number in

11   the eyes of corporate, much like all the other --

12        Q.    A profit center?

13        A.    Not quite.  Just an entity.

14        Q.    Please continue.

15        A.    It is corporate's choice how they

16   distinguish one geographical location versus another,

17   whether they decide whether a new or another location

18   gets its own entity number.  It is quite possible that

19   Cabot Showa would have its own entity number, although

20   the results are reported through a person at

21   Boyertown, they are not necessarily combined or folded

22   in with Boyertown's results.  Corporate makes the

23   decision whether they want them reported under a

24   separate entity number, and thereby, you would simply

1          A.   On page two?

2               MS. RISING:  There are two CS506s.

3          Q.   Is the C506 -- what does the A stand for?

4          A.   The suffix of A refers to AVX.

5          Q.   And the CS506 CPM, to what does that refer

6     to?

7          A.   Cabot Performance Materials.

8          Q.   So is the latter item an off-the-shelf

9     CS506?

10         A.   In terms of its spec, I don't know why.

11         Q.   For what reason is CPM listed alongside

12    that number?

13         A.   I don't know.

14         Q.   Is CS506 produced at Boyertown then?

15         A.   Yes.

16         Q.   And do you have reason to believe it's

17    also produced in Aizu?

18              MS. RISING:  Objection.  You can answer.

19         A.   Yes.

20         Q.   But the costs that you have listed on

21    Exhibit 20 are limited to the costs from just the

22    Boyertown facility, is that correct?

23         A.   That's correct.

24         Q.   Now, in the period from 1996 to

1    February 2002, Cabot did sell product to Showa,

2    correct?

3                MS. RISING:   Objection, but you can

4    answer.

5         Q.    Boyertown, in your vernacular?

6         A.    Yes.

7         Q.    And that included KTaF, correct, the

8    semi-refined material?

9         A.    Yes.

10        Q.    And it also included some finished

11   powders, is that correct?

12        A.    That I don't know.

13        Q.    Those records Cabot has in its general

14   ledger and database with which you are familiar,

15   correct?

16                MS. RISING:   Objection.

17        A.    The sales transactions from Boyertown to

18   Aizu would be in Boyertown's sales database, yes.

19        Q.    Cabot also transferred on occasion in this

20   period tantalum products to Showa Cabot, is that

21   correct, is that your understanding?

22                MS. RISING:   Objection, but you can

23   answer.

24        A.    I don't know.

1    Q.   A transfer being where an invoice was

2    issued but perhaps no money changed hands?

3             MS. RISING:  Objection.  You can answer.

4    A.   I don't know.

5    Q.   Cabot has records of every time a product

6    is transferred and an invoice issues, is that a fair

7    statement?

8    A.   If an invoice is issued, they would have

9    record of it, yes.

10   Q.   And in this period of time, Cabot also

11   used the Showa Cabot joint venture as a commission

12   sales entity of some sort?

13            MS. RISING:  Objection.  You can answer.

14   Q.   Is that correct?

15   A.   Yes, I believe there was a sales office in

16   Tokyo.

17   Q.   And how were the payments to -- Strike

18   that.

19            Were there payments reflected on Cabot's

20   books to Showa Cabot in this period of time, to the

21   sales office?

22   A.   I don't know.

23   Q.   Well, you prepared the standard cost

24   accounting?  I am getting ahead of myself.  I wanted

1    to know, and we'll get there later, what was included

2    in the standard cost accounting, a general

3    administrative outside selling expenses?

4            MS. RISING:  Objection.  You can answer.

5        A.    For the Boyertown products?

6        Q.    Yes, sir, or was it just manufacturing

7    costs?

8        A.    You are asking for definition of what is

9    included in our standard costs?

10       Q.    Yes.

11       A.    Calculation?

12       Q.    Yes, why don't we jump to that.

13       A.    Selling and general admin cost, SG&A are

14   not included in your standard cost calculation.  This

15   is just solely the cost of the product.  That is not

16   to say that the standard cost calculation does not

17   include some indirect costs and overhead items.  Cabot

18   in Boyertown uses the full absorption method of

19   standard costing, which means that all of the overhead

20   costs are fully absorbed into product cost by means of

21   an overhead allocation rate, so what is included in

22   here are the direct costs and indirect costs allocated

23   via a rate allocation, which is allocated on some

24   basis, whether it be head count, floor space, machine

1    February 2002?

2         A.    Not factored in at all.

3         Q.    Treated strictly as a third party?

4         A.    They were a joint venture, so that would

5    be a third party.

6         Q.    So to the best of your understanding, all

7    transactions for which an invoice was generated from

8    Cabot to Showa Cabot for the period '96 through

9    February 2002 are included in the database?

10             MS. RISING:  Objection.  You can answer if

11   you can.

12        Q.    Sales from Boyertown to Aizu?

13        A.    That would be included, from my

14   understanding of the general ledger, yes, an invoice

15   between the two sites would be included in the

16   database.

17        Q.    Now, if you look in Exhibit 21 and then

18   also look at Exhibit 22, you see some kind of large

19   numbers, let's take 21, Kemet, that we looked at page

20   one, invoice 35214, 1062.61 pounds?

21        A.    Uh-huh.

22        Q.    You need to do yes or no rather than

23   uh-huh.

24        A.    Sorry.  Yes, I see it.

1        Q.    And CPM just means Cabot?

2        A.    Cabot Performance Materials, yes.

3        Q.    SP?

4        A.    I believe that stands for Sprague, which

5   was the name of Vishay for a prior owner.

6        Q.    And R&D is obvious, that is research and

7   development?

8        A.    Sure.

9        Q.    And CSM?

10        A.    Cabot Supermetals.

11        Q.    Is that referring to Aizu?

12        A.    No.

13        Q.    What is that referring to?

14        A.    It's referring to a name change that

15   Boyertown went through.  It used to be Cabot

16   Performance Materials, and now it's Cabot Supermetals.

17        Q.    That was after the acquisition of the half

18   interest of the Showa Cabot in about February 2002,

19   correct?

20        A.    The name change?

21        Q.    Yes.

22        A.    It was after that point, I am not sure of

23   the exact month.

24        Q.    Can you explain the category class, what

KACZYNSKI REPORTING

1    that?

2         A.    It appears that way, but I am not sure

3    where original document number comes from, that is not

4    a field I am familiar with, but invoice number on the

5    second page, they do correspond, 38146.  So according

6    to the invoice, the line prior, 25024, on the original

7    document, they are connected.  I would rather connect

8    them via the invoice number than with the original

9    document number.

10        Q.    Okay.  It has a net price of, what is the

11   net price on the line above Showa agent commission,

12   it's 20080?

13        A.    Uh-huh.

14        Q.    Is that a per pound price, what is that, a

15   total price?

16        A.    It's a unit price, and if you go to page

17   three, the unit of measure here is pound as opposed to

18   kg.

19        Q.    Can you tell looking at those two lines,

20   there's a customer purchase order number 99-02-1774,

21   paren, REV, who the customer is?

22        A.    Not from the purchase order, no.

23        Q.    Do you have a reason to believe it stands

24   for some third party besides Showa?

1          A.    I do, but I have that suspicion based upon

2     customer name on page five.  If you were to line up

3     the pages, you will see that it corresponds to --

4          Q.    Document number 025024?

5          A.    That's correct.

6          Q.    And that's CSM for Matsushita, correct?

7          A.    Good job.  Yes.

8          Q.    And company number ten?

9          A.    That is us, Boyertown.

10         Q.    So how do you read those two lines

11    together, Mr. Spotts?

12         A.    That there was a sale from Boyertown to

13    Japan for their end user of Matsushita Denshi.

14         Q.    Why is there a negative number alongside

15    Showa Cabot, was that the commission?

16         A.    You mean, the Showa agent commission?

17         Q.    Yes, sir.

18         A.    Yes, that's the commission.  I believe

19    this time frame is 2000, so we were still JV, and so I

20    believe part of the reason for initiating the joint

21    venture was to establish market presence in Japan.

22    Japan customers would like to buy from a Japan

23    facility, and so we sold from Boyertown to Japan.  The

24    reason why we had the customer labeled as such, is

1    because sales statistics, we want to know who is the

2    ultimate end user for our product, so in this case

3    it's Matsushita.

4        Q.    If we could go back, do you remember I

5    asked you questions in the period from '96 to

6    February 2000, it is true that Cabot sold products

7    through Showa Cabot then, correct?

8        MS. RISING:    Objection.

9        Q.    Transferred the title to Showa Cabot,

10    correct, there was some transactions?

11        A.    This was a sale from Boyertown to the JV,

12    yes.

13        Q.    And then the JV flipped it or resold it,

14    in this instance, to Matsushita, correct?

15        A.    They resold it.  I wouldn't use the term

16    flip.

17        Q.    Thank you.

18        A.    That implies that there was no value added

19    on their side.

20        Q.    That's fair.  I was being flip myself and

21    I apologize.

22        So there were a number of transactions

23    from '96 to February 2002, are all of those reflected

24    in the database where Boyertown sold it to Showa?

1          MS. RISING:  Objection.  You can answer.

2          Q.  To the best of your knowledge?

3          A.  To the best of my knowledge, it was a sale

4    between Boyertown and Showa Cabot that was in the

5    database.

6          Q.  And as a matter of business, Showa Cabot

7    acted as a sales agent for Cabot in this period of

8    time?

9          MS. RISING:  Objection, but you can

10   answer.

11         A.  Per my knowledge, yes, there was a sales

12   office in Tokyo so --

13         Q.  On Exhibit 27, Mr. Spotts, on page one,

14   original document number 18429, there is a category

15   special charges and a negative number, can you explain

16   that one?

17         A.  From the information in front of me, no, I

18   cannot explain.

19         Q.  The document number 18429, and that

20   customer is Metallurg International Resources on sheet

21   number five of Exhibit 27?

22         A.  That's correct.

23         Q.  So you have no idea what the $388,000

24   negative number is for?

1       A.    No.

2       Q.    Exhibit 26 again, please.  There are other

3  negative numbers on page one of Exhibit 26 below the

4  Showa agent commission, document number 25026?

5       A.    Yes.

6       Q.    And there's minus $6, minus $13?

7       A.    Actually, that's quantity.

8       Q.    That is quantity, I beg your pardon.  And

9  then are those just returns?

10      A.    That is what it appears to be, yes.

11             (Marked Exhibit 28; Sales Database

12             Printout.)

13      Q.    This is from invoice detail header.

14      A.    Are you sure?

15             MS. KOOLWAL:  Yes.

16             MR. GOREN:  Can we go off for a second.

17             (Discussion off the record.)

18      Q.    If I understand correctly, Mr. Spotts, I

19  want you to explain the headers, invoice 28.

20             MS. RISING:  Do you want all of them, or

21  are there certain ones, since it is quite long and

22  some of them we have already explained?

23      Q.    There's some that are special charges.

24  Let's start with the first page to keep it simple.

1    Company number twelve, Fusion Incorporated, who is

2    that?

3         A.    Company ten is Boyertown, company twelve

4    refers to our Revere, Pennsylvania facility.

5         Q.    Profit center?

6         A.    Profit center is a field designated by the

7    software manufacturer.  It's used only when you are

8    actually fully integrated with your general ledger.

9         Q.    And sheet two, the column special charge?

10        A.    Special charge amount, first column?

11        Q.    Yes, sir.

12        A.    That is the amount of a special charge

13   line that you put into the invoice.  It's part of the

14   functionality similar to UPS service freight you saw

15   in the prior example.

16        Q.    Are those shipping charges?

17        A.    It's a special charge not limited to

18   shipping.  It can be, generally it's used for things

19   other than product where there is no item number to

20   draw from so you have a special charge line.

21        Q.    It shows a negative number for, I believe

22   it's AVX seventeen thousand odd dollars.  Do you have

23   any understanding why there's such a large charge that

24   is not product related, almost $18,000 negative