# Exhibit I

**Rising, Julie C.**

| | |
|---|---|
| From: | Davis, Brian |
| Sent: | Monday, November 26, 2007 9:00 AM |
| To: | 'Richard A. Goren' |
| Cc: | Rising, Julie C. |
| Subject: | RE: Depositions |

Richard,

My Thanksgiving was very enjoyable. I hope that yours was as well.

As Julie stated in her Nov. 2 e-mail to you, here are Cabot's witness designations in response to AVX's Rule 30(b)(6) deposition notice:

William Young:    Topics 3-11 and 16-17
Eduardo Cordeiro:    Topic 1
Marlin Spotts:    Topics 13-15

No witness will be designated, or will testify absent a court order, with respect to Topics 2, 12 or 18. Topic 2 requires that Cabot accept AVX's position that Cabot conditioned its sale of flake on AVX's purchase of nodular. Since we disagree that any such conditioning occurred, we cannot provide a witness on this topic. Topics 12 and 18 relate to information AVX sought through other discovery requests, but which Judge Bowler ruled need not be produced.

I would like to have a discovery conference with you this week concerning AVX's restrictive interpretation of Cabot's document requests regarding marketing and sales. Are you available to talk on Friday morning?

Brian Davis

Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5056
Fax: 617-248-4000
E-mail: bad@choate.com


-----Original Message-----
From: Richard A. Goren [mailto:rgoren@bodofflaw.com]
Sent: Monday, November 26, 2007 8:26 AM
To: Davis, Brian
Cc: Rising, Julie C.
Subject: Depositions


Dear Brian,

I hope you enjoyed your holiday break.

Understand that in the absence of any designation to the contrary I shall examine each of Mr. Young and Mr. Cordeiro as to designated subjects 2, 12 and 18.

I will see Mr. Young a little before 10:00 am on Wednesday. Please let us know whether you, Bob Frank and/or Julie will appear as counsel to the witness.

---

Richard A. Goren
Bodoff & Associates
225 Friend Street

1

Boston, MA  02114-1812

617.742.7300 ext. 203
617.742.9969 fax
rgoren@bodofflaw.com
www.bodofflaw.com