UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION and AVX LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 04-10467-RGS |
| v. | ) ) ) | |
| CABOT CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS**

Pursuant to L.R. 7.1(B)(3) Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") hereby request leave to file a two plus page reply in Support of AVX's December 17, 2007 Motion for Sanctions to address Cabot's mischaracterization of the permissible scope of discovery and its incorrect assertion there is some testimony on behalf of Cabot on topics 2, 12 and 18. The proposed reply will aid the Court in determining whether to order sanctions and/or compel the discovery which is sought. The proposed reply is attached as Exhibit A.

1

WHEREFORE, AVX Corporation and AVX Limited respectfully request that the Court grant them leave to file a Reply in support of their December 17, 2007 Motion for Sanctions.

        AVX CORPORATION
        and AVX LIMITED ,

        By their attorneys,


        */s/ Richard A. Goren*
        Joseph S.U. Bodoff  (BBO No. 549116)
        Richard A. Goren (BBO No. 203700)
        Ryan D. Sullivan (BBO No. 660696)
        Bodoff & Associates P.C.
        225 Friend Street
        Boston, MA 02114
        617/742-7300

Dated: January 8, 2008

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for the plaintiffs, AVX Corporation and AVX Limited has conferred with counsel for defendant Cabot Corporation regarding the foregoing Motion for leave to file a Reply in Support of AVX's Motion for Sanctions.

        */s/ Richard A. Goren*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on January 8, 2008.

        */s/ Richard A. Goren*