225 Friend Street
Boston, MA 02114-1812

**Bodoff & Associates**
ATTORNEYS AT LAW

617.742.7300
617.742.9969 *fax*
www.bodofflaw.com

January 28, 2008

**By ECF filing**

The Honorable Marianne B. Bowler
Magistrate Judge
United States District Court
1 Courthouse Way Room 2300
Boston, MA 02110

RE:   *AVX Corporation and AVX Limited ("AVX") v. Cabot Corporation ("Cabot")* Civil Action No.: 04-10467-RGS; AVX's November 14, 2007 Motion for Reconsideration (docket entry #75)

Dear Judge Bowler:

On January 11, 2008 you issued a bench ruling on AVX's Motion for Reconsideration, requesting the parties to file proposed orders which they did. *See* docket entries # 91 and # 93.

On January 5, 2006 Judge Stearns endorsed the parties' joint motion for entry of a protective order (docket entry # 26).

Six weeks ago AVX had served Cabot with an expert report of Dr. Steven Schwartz. The entire report was designated Highly Confidential. Pursuant to the Court's protective order, material designated Confidential or Highly Confidential may be filed in Court only after securing leave of Court to file same under seal in accordance with the rules for impoundment set forth in L.R. 7.2.

Along with its proposed order Cabot filed both a copy of Dr. Schwartz' report and an argument which included a quotation from a portion of that report. AVX immediately informed Cabot that it must remove from the public file the material designated pursuant to the Protective Order. Today I am advised Cabot has informed Mr. Duffy the report is to be removed from the Court's file. But Cabot refuses to request removal of its argument containing the quotation from the expert report.

In light of the present scheduling order AVX respectfully requests the Court to issue its order on AVX's Motion for Reconsideration as soon as possible.


The Honorable Marianne B. Bowler
January 28, 2008
Page Two

      AVX also requests the Court to schedule a hearing on AVX's two other pending motions (docket entries 82 and 83) which along with AVX's Motion for Reconsideration were referred to you by Judge Stearns' January 24, 2008 Order (docket entry # 92).

Very truly yours,

Richard A. Goren

cc: Brian A. Davis, Esq. (by ECF and email)