January 29, 2008

Brian A. Davis
(617) 248-5056
bad@choate.com

BY ELECTRONIC FILING

The Honorable Marianne B. Bowler
UNITED STATES DISTRICT COURT
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, Massachusetts 02110

Re:     AVX Corporation and AVX Limited
        v. Cabot Corporation
        Civil Action No. 04-10467 (RGS)

Dear Magistrate Judge Bowler:

I represent defendant Cabot Corporation ("Cabot") in this action by plaintiffs AVX Corporation and AVX Limited (collectively, "AVX"). I write in response to Attorney Richard Goren's January 28, 2008 letter to Your Honor on behalf of AVX, and to notify the Court that I am unable, due to my prior commitments in another matter, to appear for the motion hearing that has been scheduled in this case for tomorrow, January 30.

With respect to the first issue, it is true that AVX designated Dr. Steven Schwartz's expert report as "Privileged and Highly Confidential" in extremely small text in the upper right-hand corner of the report. It was my error for failing to notice that designation previously. The substance of the report, however, does not, in fact, appear to be privileged or to qualify for treatment as "Confidential Material" under the terms of the Stipulated Protective Order entered in this action on January 5, 2006. I have asked Mr. Goren to please identify the "Highly Confidential," or even the "Confidential," information contained in Dr. Schwartz's report, or in the small excerpt from Dr. Schwartz's report that I quoted in my January 24, 2008 letter to Your Honor, but so far he has declined. It is my sincere hope that the parties can resolve their dispute regarding AVX's inappropriate designation of Dr. Schwartz's report without intervention by the Court pursuant to the procedures set out in the Stipulated Protective Order. In the meantime, however, we are cooperating with Mr. Goren's office to have Dr. Schwartz's report sealed or removed from the case record for the time-being.

With respect to tomorrow's motion hearing, which was noticed today, I spoke with Mr. Marc Duffy earlier this morning and informed him that I presently am scheduled to

Letter to the Hon. Marianne B. Bowler
UNITED STATES DISTRICT COURT
January 29, 2008
Page 2


appear in Delaware Chancery Court tomorrow, January 30, at 10:00 a.m. for a summary judgment hearing in another proceeding (Ivize of Milwaukee, LLC v. Compex Litigation Support, LLC, et al., Civil Action No. 3158-VCL).   Accordingly, I am not available to appear before Your Honor at 11:00 a.m. tomorrow morning.   I apologize for any inconvenience that this conflict may cause for the Court.   Per Mr. Duffy's instructions, I already have reached out to Mr. Goren to identify workable alternative dates for a hearing before Your Honor in the month of March.   As soon as I hear from Mr. Goren, I will contact Mr. Duffy with proposed alternative dates that work for both sides.

Thank you for your consideration.

Very truly yours,



Brian A. Davis


cc:    Joseph S.U. Bodoff, Esq. (by ECF and regular mail)
       Richard A. Goren, Esq. (by ECF and regular mail)
       Julie C. Rising, Esq.

4295133.1