UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO.: 04-10467-RGS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MANUAL FILING OF SEALED DOCUMENTS**

Notice is hereby given that Exhibit A to Cabot's Objections to Proposed Order (Doc. 93) has been manually filed with the clerk's office under seal pursuant to the parties' Stipulated Protective Order in this case.

        CABOT CORPORATION

        By its attorneys,

        */s/ Julie C. Rising*
        Robert S. Frank, Jr. (BBO No. 177240)
        Brian A. Davis (BBO No. 546462)
        Julie C. Rising (BBO No. 666950)
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, Massachusetts 02110
        Tele: 617-248-5000
Date:   January 30, 2008        Fax: 617-248-4000

4295961v1

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on January 30, 2008.

                                  */s/ Julie C. Rising*