UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION and AVX LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 04-10467-RGS |
| v. | ) ) | |
| CABOT CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## CABOT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 7.2 and the Stipulated Protective Order, defendant Cabot Corporation ("Cabot") hereby moves to file under seal the expert report of Steven Schwartz, attached as Exhibit 1 to the Affidavit of Julie C. Rising, dated February 19, 2008 filed in support of Cabot's Opposition to AVX's Motion for Leave to File Substitute Expert Report.

Cabot respectfully requests permission to file this document under seal because it has been designated "Privileged and Highly Confidential" by plaintiffs AVX Corporation and AVX Limited's (collectively, "AVX") pursuant to the Stipulated Protective Order in this case (Doc. No. 27).

In accordance with the Local Rules and the parties' Stipulated Protective Order, Cabot respectfully requests that the aforementioned document be impounded until final resolution of this litigation between the parties, at which time they will be retrieved by outside counsel for Cabot.

WHEREFORE, it is respectfully requested that the Court grant this motion to file the above described document under seal.

CABOT CORPORATION

By its attorneys,


/s/ Julie C. Rising
Robert S. Frank, Jr. (BBO No. 177240)
   (rfrank@choate.com)
Brian A. Davis (BBO No. 546462)
   (bdavis@choate.com)
Julie C. Rising (BBO No. 666950)
   (jrising@choate.com)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5000
Fax: 617-248-4000

Date:   February 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on February 19, 2008.

*/s/ Julie C. Rising*