UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>          Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>          Defendant. | CIVIL ACTION NO. 04-10467-RGS |

## AFFIDAVIT OF JULIE C. RISING

I, Julie C. Rising, on oath, depose and say as follows:

1. I am an attorney with the law firm of Choate, Hall & Stewart, LLP, and one of counsel in this matter for Cabot Corporation ("Cabot"). I make this affidavit for the purpose of authenticating a relevant document which is cited in Cabot's Opposition to Plaintiffs AVX Corporation and AVX Limited's (collectively, "AVX") Motion for Leave to File Substitute Expert Report and is required to be filed under seal pursuant to the parties' Stipulated Protective Order (Doc. No. 27).

2. Attached as Exhibit 1 is a true and correct copy of the Expert Report of Steven Schwartz, dated December 15, 2007, submitted by AVX.

4302411v1

Signed under the penalties of perjury this 19th day of February, 2008.

_____
Julie C. Rising   (BBO No. 666950)

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

As subscribed and sworn to before me on this 19th day of February, 2008.

_____
Notary Public
Sarah L. Wilson
My commission expires: January 23, 2009

2

4302411v1

# EXHIBIT 1

**(Filed under seal)**