UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>          Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04-10467-RGS |

## Local Rule 7.1(A)(2) Certification

    I, Julie C. Rising, hereby certify that I conferred with opposing counsel in a good-faith attempt to resolve or narrow the issue presented by Cabot's Motion for leave to File Documents Under Seal (Doc. No. 101).  Opposing counsel informed me that AVX will not assent to the motion.

                                                    */s/ Julie C. Rising*
                                                    Julie C. Rising

Date:  February 21, 2008