UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 04-10467-RGS |

## MOTION TO EXTEND TIME TO PRODUCE DOCUMENTS

Defendant Cabot Corporation ("Cabot") hereby moves, pursuant to this Court's Memorandum and Order dated February 15, 2008 (the "February 15 Order"), to extend by five (5) days the deadline to produce documents from Cabot's Japanese subsidiary from Monday, March 17, 2008 to Friday, March 21, 2008. Cabot has made a diligent, good faith effort to collect responsive documents from its Japanese subsidiary as required by the February 15 Order. As a result of its efforts, Cabot first received copies of potentially responsive materials from Japan on Friday, March 14, 2008.

Cabot currently is reviewing the documents that were collected by its Japanese subsidiary (many of which are in Japanese), and informed counsel for plaintiffs AVX Corporation and AVX Limited (collectively, "AVX") on Monday, March 17, 2008, that Cabot will produce copies of any responsive, non-privileged documents by Friday, March 21, 2008. *See* E-mail message from Brian A. Davis to Richard A. Goren, dated March 17, 2008,

attached hereto as <u>Exhibit A</u>.  Counsel for Cabot simultaneously requested that AVX agree to voluntarily extend the deadline for the production of the Japanese documents for a few days until later this week. *Id.*  Counsel for Cabot further stated in the same e-mail message,

> If you believe that we need to bother Magistrate Judge Bowler for a further order extending the response deadline, please let me know.  I would prefer not to take up the Court's time on that issue unnecessarily.

*Id.*

AVX did not respond to Cabot's request for a voluntary extension until approximately noontime on Wednesday, March 19, 2008, at which time counsel for AVX notified Cabot for the first time that AVX *would not* assent to any extension, and that AVX, instead, would be filing, without prior consultation, an Emergency Motion for Sanctions.[1]

WHEREFORE, Cabot respectfully requests that the deadline for the production of responsive documents from the Cabot's Japanese subsidiary be extended until and including Friday, March 21, 2008.

CABOT CORPORATION

By its attorneys,

/s/ *Brian A. Davis*
Robert S. Frank, Jr. (BBO No. 130950)
Brian A. Davis (BBO No. 546462)
Julie C. Rising (BBO No. 666950)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5000

Date:  March 19, 2008
4312861.1

---

[1] Cabot is preparing and intends to file a separate response to that Emergency Motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendant Cabot Corporation has attempted to confer with counsel for plaintiffs, AVX Corporation and AVX Limited, in a good-faith effort to resolve or narrow the issues presented by this Motion to Extend Time to Produce Documents.

/s/ Brian A. Davis
Brian A. Davis

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on March 19, 2008.

/s/ Brian A. Davis
Brian A. Davis

4312861.1