# EXHIBIT A

## Davis, Brian

| | |
|---|---|
| **From:** | Davis, Brian |
| **Sent:** | Monday, March 17, 2008 4:23 PM |
| **To:** | 'Richard A. Goren' |
| **Cc:** | Rising, Julie C. |
| **Subject:** | RE: AVX v Cabot; Required production within 30 days of Feb 15th order |

Richard:

Magistrate Judge Bowler's Order requires Cabot to make a good faith effort to collect and produce copies of the documents from Cabot's Japanese subsidiary within 30 days. We have done just that. Documents from Japan just arrived on Friday. We are sorting through them now and should be able to get you copies of any responsive materials later this week. If you believe that we need to bother Magistrate Judge Bowler for a further order extending the response deadline, please let me know. I would prefer not to take up the Court's time on that issue unnecessarily.

As previously discussed, Cabot will be prepared to go forward with the resumed Rule 30(b)(6) deposition next Monday afternoon, March 24. I assume that the deposition will take place at your offices. Please confirm.

Brian Davis

C·H·O·A·T·E

CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5056
Fax: 617-248-4000
E-mail: bad@choate.com

---

**From:** Richard A. Goren [mailto:rgoren@bodofflaw.com]
**Sent:** Monday, March 17, 2008 4:07 PM
**To:** Davis, Brian; Rising, Julie C.
**Subject:** AVX v Cabot; Required production within 30 days of Feb 15th order

Dear Brian and Julie,

I have received no documents as ordered by Magistrate Bowler on February 15th.

------------------------------------------------------------

Richard A. Goren
Bodoff & Associates, P.C.
225 Friend Street
Boston, MA 02114

617.742.7300
617.742.9969 *fax*
rgoren@bodofflaw.com
www.bodofflaw.com

3/20/2008