## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION and AVX LIMITED, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CABOT CORPORATION, )<br>)<br>Defendant. ) | Civil Action No.: 04-10467-RGS |

### PLAINTIFFS' EMERGENCY UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS

TO THE HONORABLE RICHARD G. STEARNS, DISTRICT COURT JUDGE:

AND NOW, comes Plaintiffs, AVX Corporation and AVX Limited (collectively "AVX") and request that this Court extend by two days the time for it to file dispositive motions – from April 7, 2008 to April 9, 2008. This motion is unopposed by Defendant. In further support hereof, AVX states as follows:

1. On March 21, 2008, this Court, in response to Defendant's Motion to Extend Time to Produce Documents, entered an order (a) requiring Defendant to produce by March 21, 2008 documents from its Japanese subsidiary, (b) requiring Defendant to produce by April 11, 2008 its witness for a Rule 30(b)(6) deposition, and (c) setting a deadline of April 7, 2008 for AVX to file its dispositive motions.

2. The dispositive motions in this matter are being handled by the undersigned, who will be traveling out of state for the period from Thursday, April 3rd to

{00025986.1}

Sunday, April 6th. Because of this travel schedule, it will be difficult for AVX to meet the current deadline of April 7th.

3.  Counsel for Defendant has stated that he does not oppose this motion.

WHEREFORE, AVX requests that this Court extend until April 9, 2008 the deadline for it to file its dispositive motions, and that it grant such other and further relief as may be appropriate.

> AVX CORPORATION
> and AVX LIMITED ,
>
> By their attorneys,
>
>  /s/ Joseph S.U. Bodoff
> Joseph S.U. Bodoff (BBO No. 549116)
> Bodoff & Associates, P.C.
> 225 Friend Street
> Boston, MA 02114
> 617/742-7300

Dated: March 31, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be sent to those non-registered participants (if any) on March 31, 2008.

 /s/ Joseph S.U. Bodoff

2