UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION <br> and AVX LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CABOT CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-10467-RGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF JULIE C. RISING

I, Julie C. Rising, on oath, depose and say as follows:

1.  I am an attorney with the law firm of Choate, Hall & Stewart, LLP, and one of counsel in this matter for Cabot Corporation ("Cabot"). I make this affidavit for the purpose of authenticating relevant documents which are cited in Cabot's Statement of Material Facts in Support of its Motion for Summary Judgment.

2.  Attached as Tab 1 is a true and correct copy of select pages from AVX's Website (http://www.avx.com) (last visited March 24, 2008).

3.  Attached as Tab 2 is a true and correct copy of the Letters of Intent that AVX executed in 2000.

4.  Attached as Tab 3 is a true and correct copy of Cabot's customer letter as sent to AVX in August 2000.

5.  Attached as Tab 4 is a true and correct copy of the January 2001 Supply

4316224v1

Agreement between AVX and Cabot.

6. Attached as Tab 5 is a true and correct copy of relevant excerpts of the deposition of John S. Gilbertson, dated August 22, 2006.

7. Attached as Tab 6 is a true and correct copy of an e-mail message from Mr. John Gilbertson to Mr. Benjamin Rosen, dated September 28, 2000.

8. Attached as Tab 7 is a true and correct copy of an e-mail message from John Gilbertson to Evan Slavitt, Esq., dated October 30, 2000, with attachment titled "Proposal [10-30-2000]."

9. Attached as Tab 8 is a true and correct copy of an e-mail message from Thomas Odle to John Gilbertson, dated November 2, 2000.

10. Attached as Tab 9 is a true and correct copy of an e-mail message from John Gilbertson to Kurt Cummings, et al., dated November 8, 2000, with attached e-mail message from Thomas Odle to John Gilbertson.

11. Attached as Tab 10 is a true and correct copy of an e-mail message from John Gilbertson to Thomas Odle, dated November 7, 2000.

12. Attached as Tab 11 is a true and correct copy of Cabot Corp. v. AVX Corp., 448 Mass. 629 (2007).

13. Attached as Tab 12 is a true and correct copy of the Complaint in AVX Corp. and AVX Ltd. v. Cabot Corp., U.S.D.C. Civil Action No. 02-11524 (RGS), dated July 26, 2002.

14. Attached as Tab 13 is a true and correct copy of the AVX Answer, Counter-Claim and Jury Demand in Cabot Corp. v. AVX Corp. and AVX Ltd., Suffolk Superior Court Civil Action No. 03-1235, dated April 17, 2003.

15. Attached as Tab 14 is a true and correct copy of the Massachusetts Superior Court

Final Judgment, dated October 6, 2005.

16. Attached as Tab 15 is a true and correct copy of the Massachusetts Superior Court Final Judgment after Rescript, dated April 27, 2007.

17. Attached as Tab 16 is a true and correct copy of Cabot's Notice of Deposition of AVX Corp. and essentially identical Notice of Deposition of AVX Ltd., dated October 17, 2007.

18. Attached as Tab 17 is a true and correct copy of relevant excerpts of the deposition of Peter W. Collis, dated December 5, 2007.

19. Attached as Tab 18 is a true and correct copy of relevant excerpts of the deposition of Mr. Kurt Cummings, dated December 12, 2007.

20. Attached as Tab 19 is a true and correct copy of relevant excerpts of the deposition of Dr. Steven Schwartz, dated February 19, 2008.

21. Attached as Tab 20 is a true and correct copy of Cabot's First Set of Interrogatories, filed on December 29, 2006.

22. Attached as Tab 21 is a true an correct copy of AVX's Answers to Cabot's First Set of Interrogatories, filed on February 28, 2007.

23. I have personally examined all of the responses AVX provided to Cabot's First Set of Interrogatories, and AVX's only supplemental responses to Cabot's First Set of Interrogatories were served on October 18, 2007. Those supplemental responses did not include an amendment or supplement to AVX's original response to Interrogatory No. 20 from February 28, 2007.

Signed under the pains and penalty of perjury this 31st day of March 2008.

Julie C. Rising   (BBO No. 666950)