# TAB #1

AVX Corporate Profile



AVX Home Product Information Technical Articles Worldwide Sales    A KYOCERA GROUP COMPANY

Search the AVX Online site    Search

## Corporate Profile

AVX, a recognized leader in the global passive electronic component and interconnect products industry, is at the forefront of technology, design, manufacturing and supply.

AVX enjoys significant competitive advantages including the benefit of global manufacturing and distribution provided by 20 manufacturing facilities in 12 countries. This assures customers of the most efficient balance of demand and production capability in response to their just-in-time inventory requirements. With major research and development centers in five locations around the world (United States, Northern Ireland, England, France and Israel), AVX has fostered customer relationships involving the design and technology for new and advanced products to fulfill their special end product requirements.

We serve a broad range of markets including: communications, networks, automotive, consumer, military, industrial and medical sectors. In automotive, we are contributing toward new technologies for safety, engine control, infotainment and chassis control. In medical, AVX Advanced products are critical for implantable devices that regulate and stimulate the heart, bring sound to the hearing-impaired and sight to those with vision problems. AVX research and development has anticipated and adapted products that help fuel the explosive growth in communications technology.

AVX continues to invest heavily in R&D with many patents granted, and new applications submitted in fiscal 2006. Our strong technology base was further expanded by these innovative new products. AVX is set apart from the competition by our broad array of specialty product offerings that include unique ceramic and tantalum capacitors, connectors, resistive components, varistors, and our portfolio of thick and thin film technologies from capacitors to integrated passive devices. In addition AVX also has the advantage of the partnership with Kyocera Corporation of Japan and

Corporate Profile

Stock Quotes

Press Releases

Analyst Information

Fundamental Data

Financial Reports

Calendar of Events

Officers & Directors

Dividend History / DRIP

Information Request

E-mail Alerts

AVX Corporate Profile

the wide breadth of products, as well as technology, that they offer. AVX enjoys a balance between high volume commodity products and the increasingly innovative Advanced Products offerings.

We are constantly Anticipating, Adapting and Achieving and our employees are dedicated to maintaining the premier position that AVX holds in the industry. In this challenging high tech environment, these valuable, experienced and knowledgeable assets of AVX continue to stay focused on and provide enabling technology to our customers.

## Shareholder Information
### Exchange
New York Stock Exchange (.N)

Stock Quote (AVX)

12.56 +0.08 (+0.64%)
As of 3/25/08 4:03 PM
Minimum 20 minutes delayed
Click for Pop-up Quote

### Listed Security
AVX Common Stock

### Transfer Agent
American Stock Transfer & Trust Company
59 Maiden Lane Plaza Level
New York, NY 10038
Phone 800-937-5449
URL http://www.amstock.com

### Independent Accountants
PricewaterhouseCoopers LLP
10 Tenth Street, Suite 1400
Atlanta, GA 30309-3851

Copyright © 2006 MarketWatch, Inc. All rights reserved. Please see our Terms of Use.
MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of MarketWatch, Inc.
Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All quotes are in local exchange time.
Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to terms of use.

Historical, current end-of-day data, and splits data provided by FT Interactive Data.

## Results of Operations

## Year Ended March 31, 2007 Compared to Year Ended March 31, 2006

Net sales for the fiscal year ended March 31, 2007 increased $165.3 million, or 12.4%, to $1,498.5 million compared to $1,333.2 million for the fiscal year ended March 31, 2006.

The table below represents product group revenues for the fiscal years ended March 31, 2005, 2006 and 2007.

| Sales Revenue (in thousands) | Years Ended March 31, | | |
|---|---|---|---|
| | 2005 | 2006 | 2007 |
| Ceramic Components | $ 249,381 | $ 236,283 | $ 228,136 |
| Tantalum Components | 262,525 | 269,198 | 286,943 |
| Advanced Components | 287,043 | 321,781 | 376,356 |
| Total Passive Components | 798,949 | 827,262 | 891,435 |
| KDP and KKC Resale | 358,120 | 367,270 | 434,857 |
| KEC Resale Connectors | 59,314 | 60,269 | 74,911 |
| Total KED Resale | 417,434 | 427,539 | 509,768 |
| Connectors | 66,819 | 78,407 | 97,292 |
| Total Revenue | $ 1,283,202 | $ 1,333,208 | $ 1,498,495 |

With the increased use and functionality of today's electronic devices, the demand for electronic components continues to increase. This demand in conjunction with favorable economic conditions resulted in improved sales for most of our product groups. Compared to the prior year, Passive Components sales increased $64.2 million, or 7.8%, to $891.4 million, KDP and KKC Resale sales increased $67.6 million, or 18.4%, to $434.9 million and total Connector sales, including KEC Resale connectors, increased $33.5 million, or 24.2%, to $172.2 million.

The sales increase in Passive Components was primarily due to increased end-user demand for products containing passive electronic devices. The increase in the demand for and sophistication of electronic devices led to a 17.0% growth in our Advanced Component sales. These products generally command higher selling prices due to the unique solutions they provide in meeting the end-user requirements for increased functionality in electronic component devices. The Company saw relatively stable pricing during the fiscal year on commodity products due to increased demand and increased industry manufacturing capacity utilization. Advanced Component sales include 29.0% and 26.0% of tantalum advanced component sales and 71.0% and 74.0% of ceramic advanced component sales during the fiscal years ended March 31, 2006 and 2007, respectively.

KDP and KKC Resale sales increased $67.6 million, or 18.4%, to $434.9 million for the fiscal year ended March 31, 2007 compared to sales of $367.3 million for the prior year. The increase is attributable to an increase in sales unit volume resulting from increased customer demand when compared to the prior year.

Connector sales, including KEC Resale connectors, increased $33.5 million, or 24.2%, to $172.2 million compared to $138.7 million in the prior year. This increase was primarily attributable to a 25.0% increase in unit volume due to increased customer demand and new programs, particularly in the automotive sector, as more electronic functionality is being built into today's vehicles.

Our sales to independent electronic component distributor customers represented 42.2% of total sales for the fiscal year ended March 31, 2007, compared to 39.8% for the fiscal year ended March 31, 2006. Our sales to distributors involve specific ship and debit and stock rotation programs for which sales allowances are recorded as reductions in sales. We record an estimated sales allowance for ship and debit and stock rotation at the time of sale based on sales during the period, credits issued to distributors, distributor inventory levels, historical trends, market conditions, pricing trends we see in our direct sales activity with original equipment manufacturers and other customers and input from sales, marketing and other key management. Charges for ship and debit and stock rotation were $38.1 million, or 5.7% of gross sales to distributors, for the fiscal year ended March 31, 2007 compared to charges of $37.5 million, or 6.6% of gross sales to distributors, for the fiscal year ended March 31, 2006. This percentage decrease is due to stable pricing and lower inventory levels at our distributors resulting from increased demand and tighter component availability. We had remaining allowances for ship and debit and stock rotation of $14.3 million and $11.9 million at March 31, 2006 and 2007, respectively.

Geographically, compared to the same period last year, sales increased 18.5% in Asia, 5.2% in the Americas and 10.3% in Europe reflecting increased customer production and demand in the Asian region. In addition, the weakening of the U.S. dollar against certain