# TAB #3

From: Hugh Tyler

TO: chapplej@avx-tantalum.co.uk

CC:

BCC: Kurt HabeckerBoyertownCabot

Subject: Heads up
Date: 08/09/2000 08:12 AM

Tyler 31

EXHIBIT #25 72403

John,
I failed to convince Tom Odle into delaying the mailing of his letter to John Gilbertson. Tom has directed that the letter, attached to this e-mail as a word file, be sent immediately. I have confirmed that the letter will be sent via "regular" mail, thus it will not land on Mr. Gilbertson's desk until late this week, at earliest. I communicated to Tom that you wanted to receive the letter first, but his rationale for sending the letter now, as opposed to later, is that he wants to communicate the same message at the same time to all major customers. He also wants to emphasize at executive levels the impact of what CPM has done to secure a long term ore stream, and thus, our need to have long term (5 years) contracts with CPM's customers. Ultimately, John, I believe that you and I will be the ones to hammer this thing out, but we do want to move quickly. I'll call you soon to continue this dialogue.

Regards,
Hugh

CONFIDENTIAL
C(A) 031740



**CABOT**

Performance
Materials

August 7, 2000

Mr. John Gilbertson
President – AVX Limited
P.O. Box 867
Myrtle Beach, SC  29578

Dear John,

I had tried to schedule a phone conversation with you several times but was unable to do so. Since your office has not returned my calls I wanted to send this letter to make sure that you understood my issues. It is my hope that I can also at some point understand your perspective of the global tantalum issues as well. My goal for this call was two fold:

1) To set up a time when we could meet face to face
2) To inform you that without a contract, I am concerned that we will not be able to supply your business

As you know, I have discussed long term contracts with Ernie Chilton and he has informed me that AVX would, "Never sign that type of take or pay contract with any supplier." I realize that this is AVX's stated position but as you know, we are not under any obligation to supply AVX in 2001 and beyond. I want to make it clear that without a contract, I do not believe we will be able to meet your needs in those years.

Our goal would be to become an important supplier to the world's largest tantalum capacitor manufacturer, but we must form some type of contractual arrangement to do so for the short and long term. In the past we have operated, and currently we are operating, without contracts. By relying only on nonbinding "Letters of Intent" (LOI) from AVX, Cabot is entirely at risk without any guarantee of sale.

In 1996 and 1997, AVX informed (John Chappel to Tom Odle) Cabot that without price reductions in the middle of the year, we would lose sales. In fact, in each of those years when we refused to drop prices below the level AVX had included in its LOI, AVX refused to purchase the full sales volumes set forth in the LOI. AVX has utilized this non-contract position effectively to their benefit and it has left us holding the "bag".

We cannot continue on this basis. We are anxious to compete for your business, but we need to be able to term contract to insure supply and share the risk but we have received very clear communication that this is not your philosophy relative to suppliers.

We are trying to seek partners that will sign long term agreements and share the risks of mining, exploration, and the high cost of inventory management as well as R&D in this business. Please let me know if you would like to discuss this issue (Phone: 1-610-369-8203).

Best regards,

Thomas H. Odle
Vice President and General Manager

**CONFIDENTIAL**

**C(A) 031741**



AVX LIMITED,
TANTALUM DIVISION,
Long Road, Paignton,
Devon. TQ4 7ER, England.
Tel: Paignton (01803) 697200
Fax: (01803) 526223



6th September 2000

Mr. Hugh Tyler
Cabot Performance Materials
P.O. Box 1607
144 Holly Road
Boyertown
Pennsylvania 19512-1607
USA

IST PRICE DISCUSSION

Dear Hugh,

Your phone call last Friday took me completely by surprise. Especially so since our discussion in Heathrow went so well. I was under the impression that we both left the table having achieved some common ground for our next meeting.

So, to be told that all your tantalum powder for year 2001 had been sold by 11pm on the 31st I find unbelievable. To be told that a quantity had been reserved for Biddeford but none for Paignton in spite of the fact that our requirement was discussed at length at our meeting, this is not an action I would expect from a professional company such as yours.

This has left us in an intolerable position; I look to you Hugh for some relief in this area.

Sincerely,



John Chapple
Materials Manager


Encl.



CC:  Tom Odle
     Ken Burns

C:\Backup\Word\w0396 CabotTaPowder.doc