# TAB #6

**Marshall Jackson**

| | |
|---|---|
| From: | John S. Gilbertson [gib@sccoast.net] |
| Sent: | Thursday, September 28, 2000 10:48 AM |
| To: | brosen3131@aol.com |
| Cc: | mjackson@avxus.com |
| Subject: | PRIVATE II |

DICK..... I got your message that you would not be able to talk to us today, but everyone today is more confident of our position. I have talked to other industry people who believe there is more raw material than is thought.

E. C. is convinced, is convinced of our solid position at Stark... our primary supplier - which is a positive.
Our needs are 1.] Biddeford - 10 to 15 tons, 2] the 54 tons of raw that we would get processed elsewhere and which he is apparently stuck with, 3] the flake that he only sells to us for the high voltage...

If we got that, we can walk away from him.

Vishay is telling the story in the field that they have bought all his capacity to process material and this may be true... we would have to worry about K coming into our other suppliers...

Dick.... our position is much stronger than you have heard.... on Biddeford, they have verbally agreed on several occasions to supply that material... on the 54 tons, they sent us a price list and confirming quote - we in early September placed an order based on that quote [ apparently reading his annual report, he can't process all he has bought] .....and on the flake, we are the only ones buying it at present. We may have to give him money to increase his output on flake but our position is strong. We also have a quote and a purchase order on them for Wire.....

1

CONFIDENTIAL
AVX 0072

EXHIBIT 172
FDP I.D. 8/22/06 AMM