# TAB #7

**Schwab, Terrence**

| | |
|---|---|
| From: | gib@sccoast.net |
| Sent: | Monday, October 30, 2000 3:41 PM |
| To: | ESlavitt@ghlaw.com |
| Cc: | BARBER, Teresa; collisp@avx-tantalum.co.uk; kurtc@avxus.com |
| Subject: | Private |

 
Slavitt.wpd    2slavitt.wpd



---

This is a working document, that we want to send to them. The frustration level on our side is pretty high.... they have added a caveat on the most favored customer price that in my simple way, I have tried to write around
with limited success. They have already supposedly negotiated contracts in
April and May more favorable than the one with us. Those contracts apparently are with Vishay where it goes out until 2004 but this company is
now coming in and asking for more volume.... my issue is that the original contract would be protected but any new volume would be under most favored customer. The other contract was a two year deal similar to ours, [that they are backing away from], that was negotiated with Kemet that would run
through the end of 2001...that would be excluded also from most favored customer price.

The kicker that I am worried about is new capacity.... they want if new capacity comes on stream by Cabot, then it would be offered to us first, and
then could be resold if we refused outside of the MFC agreement. I can't thinks of way to fully protects us there.

I need your thoughts..... probably tomorrow.... Tom Odle is supposedly offering this type of deal to Burns his boss..... but thinks he will buy it.
My problem is they think they can wiggle out of the MFC arraignments later... or he will get legalistic on me and create more issues....... In my
ignorance, I would like to just use this two page document as an agreement.

YOUR THOUGHTS

John Gilbertson

1

PRIVATE FAX TO ERNIE CHILTON

B. ROSEN, M. JACKSON, K. CUMMINGS    CC E. SLAVITT
/ J. Gilbertson

WORKING   CABOT X  10-30-2000

BELOW IS OUR OFFER THAT WILL BE SENT TO CABOT UNDER E. CHILTON'S SIGNATURE TO ODLE...

ODLE HAS NOT CONFIRMED THAT THEY WILL ACCEPT, BUT IS TALKING TO BURNS TO GET APPROVAL.

Proposal [10-30-2000]:    1of 2 pages

1.   Those existing first year commitments for the purchase of material of the previous agreement in volume [or the rest of this year], are to be delivered in total to contract quantities and prices to AVX.

2.   AVX will purchase a minimum of 30 K pounds of material for our Biddeford operation at 500 dollars a pound in Year One, and a minimum of 30K pounds in Year Two of the agreement at that price. Cabot agrees to deliver in equal quarterly amounts the specified volume.

In year three, AVX would purchase at the price charged for the "most favored customer," 30K pounds of material. We further commit to purchase a minimum of 25K pounds of material in Year Four and Year Five at the 'most favored customer' price.

If additional material is available, Cabot agrees to offer AVX that material at a negotiated price.

3.   AVX will purchase 50K pounds of 'Flake Material' at $500 dollars a pound in Year One, 500 dollars a pound in Year Two at 80k pounds of volume. AVX will purchase at the "most favored customer" price in Year Three and Year Four and Year Five, a minimum of 80k pounds of material.

With such a long term agreement, AVX is concerned regarding a level playing field with its competitors and undertakes this agreement based on the commitment by Cabot to honor the 'most favored customer' price where specified. The "most favored customer" price is the lowest price that Cabot sells the material to any customer, in the year of purchase. AVX retains the right to audit that price and disputes to arbitration.

Cabot agrees to provide that material in equal quarterly shipments and if additional product becomes available to offer that beyond the 50K pounds at negotiated price in Year One.

4.   AVX will purchase 15 K pounds of wire per year at $550 per year in Year One, 550 $ in Year Two and 550 $ in Year Three of the agreement. In Year Four, AVX will purchase a minimum of 15K pounds at the most favored customer price.

5.   AVX will purchase 300K pounds of K-salts material in Year One at 185$ per pound, 325K pounds in Year Two at $185 dollar per pound. In Year Three of the agreement AVX will purchase a minimum of 300K pounds of material at the "most favored customer" price.

It is anticipated that the First Year is available now, and would be shipped to AVX for processing at the supplier of choice. We understand this material is available now and shipment would begin in November of 2000, and include ten equal shipments for the next ten months. Cabot will accept a fifty percent of the processing cost in the First Year.

In subsequent years, this material will be shipped on an equal monthly basis to AVX Supplier of choice.

6.   Scrap return would be in % of total products supplied and at the most favored customer price paid to a competitor. No exclusion on this most favored customer price as to previous contracts will be granted in the area of scrap return. It is the intent of this statement that AVX

will receive for its scrap the best price that is being paid any competitor in year one of the agreement.

7.  If other Powders are available in years two, beyond the Biddeford and Flake agreement, AVX would purchase 60k pounds at 500 dollars per pound.

2 of 2 pages

8.  If beyond Year Two of the agreement, Cabot puts on excess capacity, AVX would be offered that material at the price it would be offered and sold to a competitor for the material. If the additional capacity is not wanted by AVX at that price, it could be sold only for those quantities outside of the most favored customer price. It is viewed that this would be a limited activity.

9.  On contracts that Cabot has renegotiated and signed before August of the year 2000, the most favored customer price would be excluded for that contracted volume only. This would be one contract running through calendar year 2001 and a contract running through 2004 of limited quantity.

AVX is making this long term agreement to allow Cabot to meet capital demands necessary in the processing and supply of ore per discussions with them. It is critical that AVX operates its business on a level playing field in terms of competitive price and that Cabot would do this in an efficient manner.

Cabot would deliver this material specified in a quality product in timely monthly shipments.

In areas where 'most favored customer' price is specified, AVX would be entitled to audit that price. Most favored price means that Cabot would not sell to any other competitor of AVX at a lower price than AVX is paying in that year. The price charged Buyer for any item shall always be the Supplier's lowest net price charged any customer for that item regardless of any special terms, conditions, rebates, or allowances of any nature. Lowest net price is the sales price less freight and duty costs for that transaction.

AVX will makes its capital expansion plans based on the delivery of quality products in a timely manner from Cabot.

You should understand that we make this suggestion to put this matter to rest. If we cannot resolve this matter as set forth above, AVX does not waive any rights it may have under the original agreement or otherwise.

The Terms of this agreement will be held confidentially by both parties.

If this acceptable, we will arrange to have the terms formalized at your earliest convenience.

I look forward to hearing from you.


E. C. Chilton

Senior Vice-president AVX