# TAB
# #8

From:  omas OdleBoyertownCabot

TO:  "John S. Gilbertson" <gib@avxcorp.com>

CC:

BCC:  Hugh TylerBoyertownCabot

Subject: AVX / Cabot - Contract Talking Points
Date:  11/02/2000 09:06 AM

John,

Attached is what you requested from me on Tuesday.  I have gone through your
document and taken liberties to "mark it up" and make edits as you suggested.
I think we now need to discuss the differences between the 2 documents and come
to some understanding around what we mean.  I am hoping to spend enough time to
make sure that we don't lose the meaning in emotions on either side.  Thanks
for your help!!

    Tom

CONFIDENTIAL
C(A) 032972

EXHIBIT 181
FOR I.D. 8/22 10 (a/Ann

## 11-2-2000   ROUGH TALKING POINTS

Private – For discussion purposes only, subject in all respects to final negotiation and agreement by both parties.

|  | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Ta Powder lbs. | Biddeford |  |  |  |  |
| Nodular | 25,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| ASP $/lb. | $500 | $500 | $500 | $500 | $500 |
|  |  |  |  |  |  |
| Ta Wire lbs. | 4,400 | 5,400 | 6,600 | 6,600 | 6,600 |
| ASP $/lb. | $550 | $550 | $550 | $550 | $550 |
|  | 2001 | 2002 | 2003 | 2004 | 2005 |
| Ta Powder lbs | EUROPE |  |  |  |  |
| Flake | 50,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| ASP      $/lb | $500 | $500 | $500 | $500 | $500 |
|  |  |  |  |  |  |
| Nodular | 0 | 60,000 | 60,000 | 60,000 | 60,000 |
| ASP      $/lb | $500 | $500 | $500 | $500 | $500 |
| Ta Wire lbs | 11,000 | 10,500 | 10,000 | 10,000 | 10,000 |
| ASP      $/lb | $550 | $550 | $550 | $550 | $550 |
| K2TaF7 lbs | 246,500 | 352,000 | 352,000 | 352,000 | 352,000 |
| K2TaF7 lbs As Available | Up to 105,500 | 0 | 0 | 0 | 0 |
| ASP      $/lb | $185 | $185 | $185 | $185 | $185 |

1.   Product volumes listed above (specific mix to be confirmed) are to be delivered in equal monthly amounts during the calendar years noted, except that shipments of 2001 K2TaF7 volumes may commence in November or December of 2000. All prices are FOB Boyertown.

2.   All existing AVX purchase orders acknowledged by Cabot (list to be confirmed), are to be delivered in the quantities and at the times listed in the PO's.

3.   AVX will get MFN protection on tantalum powder products in years 2003 through 2005. MFN protection will be CPM's lowest net price, FOB Boyertown, for equivalent powder, defined by CV/gram +/- 5%, on like volumes. In other words if Cabot sells 10,000 pounds of C-300 at $50.00 per pound less than AVX's price, then Cabot would reduce its price by $50.00 per pound for the next 10,000 pounds of C-300 sold to AVX. AVX has the right to have a third party audit the MFN.

CONFIDENTIAL
C(A) 032973

4.  Scrap return by AVX will be 25% of total tantalum products (by weight) supplied by CPM each quarter. CPM will pay for scrap by type at prices to be agreed. If AVX sells equivalent scrap to another buyer at a lower price, Cabot will get the lower price on the same volume. Cabot has the right to a third party audit.

5.  In 2003, 2004 or 2005, if Cabot adds on capacity beyond the volume in total tons shipped in by Cabot in 2002, Cabot will offer AVX its pro rata share of the added capacity first. Offer terms will be determined at the time. If AVX declines, Cabot may sell such capacity to a third party, but AVX will have a right to match a sale on terms more favorable than the last offer rejected by AVX. MFN will not apply to sales from new capacity.

6.  We need a Force Majeure clause to sell this contract to our Senior Management.

7.  All prior agreements are released on both sides.

8.  The terms of any agreement will be held confidentially by both parties.

Other Notes:

  - We will explain why we took out tolling assistance option.
  - If you want, Cabot is agreeable to eliminating or reducing 2004 and 2005 K-salt sales volumes.

CONFIDENTIAL
C(A) 032974