# TAB #9

## Schwab, Terrence

**From:** gib@sccoast.net
**Sent:** Wednesday, November 08, 2000 3:02 PM
**To:** kurtc@avxus.com; ledwards@sccoast.net; mjackson@avxus.com; brosen3131@aol.com; BARBER, Teresa
**Cc:** ESlavitt@ghlaw.com
**Subject:** Cabot Response - to 11/7/2000 Discussion Points


CBTResp.doc

---

This is response from Tom Odle....... we will have a conferance call tomorrow....looks like this is a go.......


>John,
>
> I believe that we are ready to hand this over to Hugh and John. I have
>gone through your input in detail and have the following to offer:
>
>OKAY
>
>1) The new volumes are now in our planning as per the change you suggested
>2) We will accept your lower scrap percentage
>3) New Capacity language is acceptable and we may want to remove one paragraph
>to avoid being redundant
>4) Force M. language is acceptable to us
>5) We accept your consignment terms but I added FOB Boyertown, PA to define
>when the clock starts. Alternatively, we could go to 75 day payment terms for
>Paignton and make the issues simple. I would leave that to your discretion
>as I
>know that your team may "want what they want", so, it is your call here.
>
> NOTE: Hugh and John will need to create a new consignment contract for the
>terms you stated in point 13 after we reach an overall agreement.
>
>Issues:
>
>1) I took the MFN out of the KSalt for year 3. We dropped the year 4 and 5
>volumes and feel that we want to avoid entanglements in 2003 as a result of our
>move.
>2) I took the upgrade of raw material specifications out because if AVX is

1

EXHIBIT 186
FOR I.D. 8|22|06 /AMM

>referring to Powder, I cannot negotiate a specification that is not defined and
>if you were referring to Ta Ore, our material continues to arrive with higher
>impurities and lower concentrations year after year. Due to the market position
>we are in, our suppliers give us a "take it or leave it" specification and we
>must then take on the upgrade costs to meet the market's demanding
>specifications. I don't have the leverage to change that direction.
>
>Changes:
>
>1) I took the MFN out of the KSalt line
>2) I took KSalt out of #3
>3) Added FOB Boyertown, PA in #3
>4) Added a sentence for understanding in #6.
>5) Defined when the clock starts in #12
>
>
>    Thanks again for all your work! If you are agreeable, we can put this
>matter to rest and allow Hugh and John to finish the detail work on the
>contracts. I am sure you are tired of waiting on this issue but, I thank you
>for you patience!!
>
>Best Regards,
>Tom

2

## 11-8-2000 ROUGH TALKING POINTS
Private – For discussion purposes only, subject in all respects to final negotiation and agreement by both parties.

|  | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Ta Powder lbs. | **Biddeford** |  |  |  |  |
| Nodular | 25,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| ASP $/lb. | $500 | $500 | $500/MFN | $500/MFN | $500/MFN |
| Nodular As Available | 5,000 at $500/lb. | 0 | 0 | 0 | 0 |
| Ta Wire lbs. | 4,400 | 5,400 | 6,600 | 6,600 | 6,600 |
| ASP $/lb. | $550 | $550 | $550/MFN | $550/MFN | $550/MFN |
|  | 2001 | 2002 | 2003 | 2004 | 2005 |
| Ta Powder lbs. | **EUROPE** |  |  |  |  |
| Flake | 50,000 | 70,000 | 70,000 | 70,000 | 70,000 |
| ASP $/lb | $500 | $500 | $500/MFN | $500/MFN | $500/MFN |
| Nodular | 0 | 10,000 | 10,000 | 10,000 | 10,000 |
| ASP $/lb | $500 | $500 | $500/MFN | $500/MFN | $500/MFN |
| Ta Wire lbs | 11,000 | 10,500 | 10,000 | 10,000 | 10,000 |
| ASP $/lb | $550 | $550 | $550/MFN | $550/MFN | $550/MFN |
| K2TaF7 lbs | 246,500 | 352,000 | 352,000 | 0 | 0 |
| K2TaF7 lbs As Available | Up to 105,500 | 0 | 0 | 0 | 0 |
| ASP $/lb | $185 | $185 | $185 |  |  |

See Item 11 for detail on prices
NOTE: Increased the Flake to 70,000 lbs in years 2002 through 2005.

1. Product volumes listed above (specific mix to be confirmed) are to be delivered in equal monthly amounts during the calendar years noted, except that shipments of 2001 K2TaF7 volumes may commence in November or December of 2000, FOB Boyertown – 30 days payment terms for K2TaF7.

2. All existing AVX purchase orders acknowledged by Cabot (list to be confirmed), are to be delivered in the quantities, prices and at the times listed in the PO's.

3. AVX will get MFN protection on tantalum powder, and wire products (but not K-salt) in years 2003 through 2005. MFN protection will be CPM's lowest net price, FOB Boyertown, for equivalent powder, defined by CV/gram +/- 5% and equivalent wire, defined by grade and diameter, regardless of any special terms, conditions, rebates, or allowances.

   In other words if Cabot sells 10,000 pounds of C-300 or equivalent product at $50.00 per pound less than AVX's price, then Cabot would reduce its price by $50.00 per pound for the next 10,000 pounds of C-300 sold to AVX to comply with MFN. A reimbursement would be made if AVX is not required to buy that many pounds of equivalent product during the remainder of the contract.

4. AVX has the right to have a third party audit the MFN.

5. Scrap returned by AVX would be 14% of total net weight of tantalum powder and wire (but not K-salt) supplied by CPM each quarter. CPM will pay for scrap by type at prices to be agreed but will have MFN protection in 2003- 2005. If AVX sells equivalent scrap to another buyer in those years at a lower price, Cabot will get AVX lowest net price (calculated the same way as AVX's MFN) for the same volume. A reimbursement would be made if Cabot is not required to buy that many pounds of equivalent scrap during the remainder of the contract.
   Cabot has the right to a third party audit on scrap price.

6.  In years 2003, 2004 or 2005, if Cabot adds on capacity beyond the volume in total tons shipped by Cabot in 2002, Cabot will offer AVX its pro rata share of the added capacity first. If AVX declines, Cabot may sell such capacity to a third party, but not on terms more favorable than the last offer rejected by AVX. AVX will gets a "last look" but terms rejected by AVX will not trigger the MFN. The understanding is that the total tons are a guide and not to include mix shifts of significant quantity within the total.

7.  Neither party hereto shall be liable to the other for default or delay in performing its obligations hereunder if caused by fire, explosion, strike, lockout, labor conflict, riot, war, acts of God, delay of carriers, governmental order or regulation, or shortage of electrical or other power, so long as such Force Majeure is in effect; provided, however, that no party shall be excused by reason of Force Majeure from any obligation to pay money when due.

8.  All prior agreements are released on both sides with the exclusion of paragraph two regarding the volumes/price in year one.

1.  The terms of any agreement will be held confidentially by both parties.

10. Cabot would deliver the material specified in timely, monthly shipments. All deliveries must conform to product specifications agreed as of date of order placement.

11. The final agreement would include specific prices for each grade of material that average, on a volume weighted basis, to the ASP per pound set forth on the table. Specific details of product mix details to be worked out later. Prices are FOB Boyertown.

12. K-salt terms are 30 days payment FOB Boyertown, PA. 2001 payment terms for powder and wire will be at current year (2000) terms. Powder and wire payment terms for 2002 through 2005 can either be 1) consignment, FOB Boyertown, PA, with all consigned products invoiced after 45 days, payment of invoices due 30 days or 2) invoice upon shipment, payment of invoices due 75 days.