TAB #10

From: Karen Borick Boyertown Cabot

TO: Michael FisherBoyertownCabot@Cabot; Hugh TylerBoyertownCabot@Cabot

CC:

Subject: Re: Talking Points - Another Round
Date: 11/07/2000 03:50 PM

Per Tom's request I am forwarding the attached for your review. Let me know if you have any difficulty with the attached. Karen
----- Forwarded by Karen Borick/Boyertown/Cabot on 11/07/2000 03:54 PM -----

"John S. Gilbertson" <gib@sccoast.net>
11/07/2000 10:44 AM

To: Thomas Odle/Boyertown/Cabot@Cabot
cc:
Subject: Re: Talking Points - Another Round


TOM.... I think we have a fair agreement for both parties..... hope you agree.
- 2newavx.doc
- 2newavx.ii

CONFIDENTIAL
C(A) 032555

EXHIBIT 184
FOR I.D. 8/22/06 /AKM

Tom, I think this is a fair agreement for both parties. We look forward to working with Cabot in the future.

11-7-2000   ROUGH TALKING POINTS REVISION 2

Private – For discussion purposes only, subject in all respects to final negotiation and agreement by both parties.

|  | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Ta Powder lbs. |  |  |  |  |  |
| Nodular | 25,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| ASP $/lb. | $500 | $500 | $500/MFN | $500/MFN | $500/MFN |
|  |  |  |  |  |  |
| Nodular As Available | 5,000 at $500/lb. | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |
| Ta Wire lbs. | 4,400 | 5,400 | 6,600 | 6,600 | 6,600 |
| ASP $/lb. | $550 | $550 | $550/MFN | $550/MFN | $550/MFN |
|  | 2001 | 2002 | 2003 | 2004 | 2005 |
| Ta Powder lbs |  |  |  |  |  |
| Flake | 50,000 | 70,000 | 70,000 | 70,000 | 70,000 |
| ASP $/lb | $500 | $500 | $500/MFN | $500/MFN | $500/MFN |
|  |  |  |  |  |  |
| Nodular | 0 | 10,000 | 10,000 | 10,000 | 10,000 |
| ASP $/lb | $500 | $500 | $500/MFN | $500/MFN | $500/MFN |
|  |  |  |  |  |  |
| Ta Wire lbs | 11,000 | 10,500 | 10,000 | 10,000 | 10,000 |
| ASP $/lb | $550 | $550 | $550/MFN | $550/MFN | $550/MFN |

CONFIDENTIAL
C(A) 032556

| | | | | | |
|---|---|---|---|---|---|
| K2TaF7 lbs | 246.500 | 352.000 | 352.000 | 0 | 0 |
| K2TaF7 lbs As Available | Up to 105.500 | 0 | 0 | 0 | 0 |
| ASP $/lb | $185 | $185 | $185/MFN | | |

Changed the K-Salts to MFN in year three and increased the Flake to 70,000 lbs in year 2.

1. Product volumes listed above (specific mix to be confirmed) are to be delivered in equal monthly amounts during the calendar years noted, except that shipments of 2001 K2TaF7 volumes may commence in November or December of 2000, FOB Boyertown – 30 days payment terms for K2TaF7.

2. All existing AVX purchase orders acknowledged by Cabot (list to be confirmed), are to be delivered in the quantities, prices and at the times listed in the PO's.

3. AVX will get MFN protection on tantalum powder, wire products and K-Salts in years 2003 through 2005. MFN protection will be CPM's lowest net price, for equivalent powder, defined by CV/gram +/- 5%.

   If CPM would sell 10,000 lbs. at a price lower than the MFN granted to AVX, then the ten thousand lbs. of material in that classification would be lowered in price to AVX on the next delivery.

   In other words if Cabot sells 10,000 pounds of C-300 or equivalent product at $50.00 per pound less than AVX's price, then Cabot would reduce its price by $50.00 per pound for the next 10,000 pounds of C-300 sold to AVX to comply with MFN. A reimbursement would be made if that quantity of shipments is not made in a three month period to AVX.

CONFIDENTIAL
C(A) 032557

Most favored means that Cabot would not sell to any customer for a lower price for material specified. The price charged Buyer - AVX

for any item shall always be the Supplier's lowest net price charged any customer for that item regardless of any special terms, conditions, rebates, or allowances of any nature. Lowest net price is the sales price less freight and duty costs for that transaction. This would be for equivalent powder defined by C.V. and Breakdown voltage +/- 5%.

4. AVX has the right to have a third party audit the MFN.

5. Scrap returned by AVX would be 14% of total net tantalum powder and wire (by weight) supplied by CPM each quarter, exclusive of K-Salts which will be processed by another supplier. CPM will pay for scrap by type at prices to be agreed. If AVX sells equivalent scrap to another buyer at a lower price in the MFC/MFN years of 2003, 2004, and 2005, Cabot will get the lower price for that volume. Cabot has the right to a third party audit on scrap price.

6. In years 2003, 2004 or 2005, if Cabot adds on capacity beyond the volume in total tons shipped by Cabot in 2002, Cabot will offer AVX its pro rata share of the added capacity first. Offer terms will be determined at the time but will be at the terms of final disposition of the material. If AVX declines, Cabot may sell such capacity to a third party, but not on terms more favorable than the last offer rejected by AVX. MFN/MFC will not apply to sales from this defined new capacity. The understanding is that the total tons are a guide and not to include mix shifts of significant quantity within the total.

If during the term of this contract CPM increases the actual manufacturing capacity of its Boyertown, PA tantalum powder production facilities ("Boyertown Powder Capacity") to more than 550,000 lbs/year ("Base Capacity"), Buyer shall have a Right of First Refusal, as hereinafter defined, with respect to such proportion of the Boyertown Powder Capacity in excess of 550,000 lbs/year as is equal to a fraction the numerator of which is the total number of pounds of tantalum powder purchased by Buyer from CPM during the immediately preceding four (4) calendar quarters and the denominator

CONFIDENTIAL
C(A) 032558

of which is the total number of pounds of tantalum powder produced by CPM at the Boyertown Facility during the same period.

As used herein, "Right of First Refusal" shall mean that CPM and Buyer shall negotiate in good faith exclusively with each other for thirty (30) days. If CPM and Buyer cannot reach an agreement within this time, CPM shall be free to enter into negotiations and conclude transactions with third parties at terms and prices no better than those last rejected by AVX."

7. "Neither party hereto shall be liable to the other for default nor delay in performing its obligations hereunder if caused by fire, explosion, strike, lockout, labor conflict, riot, war, acts of God, delay of carriers, governmental order or regulation, or shortage of electrical or other power, so long as such Force Majeure is in effect; provided, however, that no party shall be excused by reason of Force Majeure from any obligation to pay money when due."

8. All prior agreements are released on both sides with the exclusion of paragraph two regarding the volumes/price in year one.
9. The terms of any agreement will be held confidentially by both parties.
10. Cabot would deliver the material specified in timely, monthly shipments. All deliveries must conform to current raw material specifications at date of order placement. Cabot will agree to continually improve the quality and performance of its product and upgrade raw material specifications. Cabot and AVX will continue to work together to provide the best quality product to our customers.

11. The final agreement would include specific prices for material that would average to the $500 dollars per pound in the initial agreement. These details to be worked out later.

ASP defined as some powders priced more than $500 per pound and some priced less with the average selling price being $500 per pound when the details are determined.

CONFIDENTIAL
C(A) 032559

13. Terms are for 45 days consignment and 30 days payment terms (beyond the consignment period) for Powder and Wire in the second,

third and fourth years of agreement. The first year [2001] of the agreement for powder and wire will be at terms in the agreement for calendar 2000. K-salt is 30 days payment FOB Boyertown, PA for this material.

You should understand that we make this suggestion to put this matter to rest. If we cannot resolve this matter as set forth above, AVX does not waive any rights it may have under the original agreement or otherwise.

I look forward to working with you.

CONFIDENTIAL
C(A) 032560