# TAB #15

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET#: **SUCV2003-01235-BLS**

RE:   Cabot Corp v AVX Corp et al

TO:   Brian A Davis, Esquire
Choate Hall & Stewart
2 International Place
Boston, MA 02110-

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **04/27/2007** the following entry was made on the above referenced docket:

**JUDGMENT FOR DEFTS AFTER RESCRIPT (PURSUANT TO MASS R A P 28) Judgment to be entered on counts I,II,III,IV and V of the complaint of Plff Cabott Corporation and Counts I.II.III.IV and V of the counterclaim of the defts AVX Corporation and AVX Limited in favor of the Plff Cabot Corporation entered on docket pursuant to Mass R Civ P 58(b) and notice sent to parties pursuant to Mass R Civ P 77(d)**
Dated at Boston, Massachusetts this 27th day of April, 2007.

Michael Joseph Donovan,
Clerk of the Courts

BY: Helen Foley-Bousquet/Catherine G. DeSimone
Assistant Clerk

Telephone: 617-788-8181

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

cvdgeneric_2.wpd 3114400 judrescr brownron

Case 1:04-cv-10467-RGS    Document 112-16    Filed 03/31/2008    Page 3 of 3

31

N.B. FOR CLERK'S USE ONLY
JUDGMENT ENTERED ON DOCKET_____4/27_____ 18 2007
PURSUANT TO MASS.R.CIV.P.58(b) AND NOTICE SENT
TO PARTIES PURSUANT TO MASS.R.CIV.P.77(d) AS FOLLOWS:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 2003-1235 BLS

CABOT CORPORATION _____, Plaintiff(s)

v.

ACX CORPORATION, ET AL _____, Defendant(s)

## JUDGMENT ~~FOR PLAINTIFF(S)~~ AFTER RESCRIPT
(PURSUANT TO MASS.R.A.P.28)

This action was appealed to the - \*~~Appeals Court~~- Supreme Judicial Court - the issues having been duly heard and the _____SUPREME JUDICIAL_____ Court having duly issued a rescript, it is ordered and adjudged:

JUDGMENT BE ENTERED ON COUNTS I, II, III, IV AND V OF THE
V OF THE COMPLAINT OF PLAINTIFF CABOTT CORPORATION AND COUNTS
I, II, III AND IV OF THE COUNTERCLAIM OF THE DEFENDANTS
AVX CORPORATION AND AVX LIMITED IN FAVOR OF THE PLAINTIFF
CABOT CORPORATION.

Dated at Boston, Massachusetts, this _____26TH_____ day of _____APRIL, 2007_____ ~~19~~.

MICHAEL JOSEPH DONOVAN, Clerk/Magistrate

By _____ Asst. Clerk

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE TO PARTIES: PURSUANT TO MASS.R.A.P.26(c) A PARTY DESIRING COSTS SHALL STATE THEM IN AN ITEMIZED AND VERIFIED BILL OF COSTS, WHICH SHALL BE FILED WITH THE CLERK OF THIS COURT, WITH PROOF OF SERVICE, WITHIN FOURTEEN (14) DAYS AFTER ENTRY OF THIS JUDGMENT.
\*Strike inapplicable words.

Form Mass. R.A.P. 6—9-84—1,000