UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>       Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>       Defendant. | Civil Action No.: 04-10467-RGS |

**MOTION OF AVX CORPORATION AND AVX LIMITED
FOR PARTIAL SUMMARY JUDGMENT**

    Plaintiffs AVX Corporation and AVX Limited (hereinafter "AVX") hereby move for the entry of partial summary judgment in their favor on the basis that there are no issues of material fact regarding three of the four elements of a *per se* tying claim – namely, that flake and nodular are separate products, that the two products were tied, and that a substantial amount of commerce has been effected – and that, as such, AVX is entitled to judgment as a matter of law on these aspects of its case. In support of its motion, AVX relies upon its Memorandum of Law, Concise Statement of Material Facts, the accompanying Affidavit of Joseph S.U. Bodoff and the Affidavit of John Chapple, all of which are filed contemporaneously herewith.

    WHEREFORE, AVX respectfully requests that this Court enter partial summary judgment in AVX's favor as outlined above.

1

**Request for Oral Argument**

AVX respectfully requests oral argument on this Motion for Partial Summary Judgment.

        Respectfully submitted,

        AVX CORPORATION
        and AVX LIMITED,

        By their attorneys,

        */s/ Joseph S.U. Bodoff*
        Joseph S.U. Bodoff (BBO No. 549116)
        Richard A. Goren (BBO No. 203700)
        Ryan D. Sullivan (BBO No. 660696)
        Bodoff & Associates, P.C.
        225 Friend Street
        Boston, MA 02114
        (617) 742-7300

Dated: April 9, 2008