UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-10467-RGS |

**PLAINTIFFS' CONCISE STATEMENT OF THE MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, in support of their Motion for Partial Summary Judgment, the plaintiffs AVX CORPORATION and AVX LIMITED hereby submit their concise statement of the material facts of record as to which AVX contends there is no genuine issue to be tried.

1. Plaintiff AVX CORPORATION is a Delaware corporation with a principal place of business in South Carolina. Plaintiff AVX LIMITED is a wholly owned subsidiary of AVX CORPORATION incorporated under the laws of the United Kingdom with its principal place of business in the United Kingdom (AVX CORPORATION and AVX LIMITED are collectively referred to as "AVX"). AVX is one of the world's largest manufacturers and suppliers of tantalum capacitors, passive components that store electricity and are used in a variety of electronic devices. AVX has numerous production facilities worldwide, including manufacturing operations located in Biddeford, Maine, in

Paignton, England, in Lanskroun, the Czech Republic and in El Salvador. Cabot's March 31, 2008 Statement of purported material facts, docket entry 111, ¶¶ 1-4.

2.  Defendant Cabot Corporation is a Delaware corporation headquartered in Boston, Massachusetts ("Cabot"). Id. Cabot manufactures and supplies chemicals and engineered materials to a range of industries. Id. Cabot's Supermetals Division manufactures and sells electronic-grade tantalum which is used primarily for manufacturing capacitors that store electrical charge in electronic devices used in both specialized and commodity applications, such as among others, cell phones, computer processors, medical devices, military equipment including jets and missiles, automotive control devices, computer servers and networks, and manufacturing controls. *See* Cabot website at www.cabot-corp.com/ (last visited April 8, 2008). (Relevant excerpts taken from Cabot's website are appended to the accompanying Affidavit of Joseph S.U. Bodoff, Esq., dated April 9, 2008 (the "Bodoff Aff."). Bodoff Aff. Exh. 1. Because tantalum forms a dense, stable, tightly adhering, electrically insulating oxide, tantalum capacitors have a much higher ability to store electricity in a much smaller space than those made from other materials. Bodoff Aff. Exh. 2 at ¶4. According to Cabot, tantalum accounts for "substantially all" of its Supermetals Division sales. Bodoff Aff. Exh. 3, pp. 7-8. In 2005, Cabot's Supermetals business accounted for approximately 25% of Cabot's overall gross profits. Bodoff Aff. Exh. 4, p. 32.

3.  Cabot sells electronic-grade tantalum in wire and powder forms. Bodoff Aff. Exh. 1. Cabot sells tantalum powder in three forms, angular or electron beam, flake and nodular varieties. Id. Cabot's website describes its three capacitor-grade tantalum powder products as follows:

2

> Capacitor-grade tantalum powders from Cabot are used to make high reliability capacitors for cellular phones, computers and numerous other electronic devices.
>
> Featuring capacitance up to 200,000 CV/g, our powders have enabled tantalum capacitor manufacturers to yield better performance in the same size parts and pack more performance into smaller packages.
>
> Cabot produces three types of capacitor-grade tantalum powder: Angular (EB), Nodular and Flake.
>
> The Angular or EB type powders are manufactured using an electron beam melting process. These powders contain both angular and flake shaped particles which have been agglomerated to a specified surface area and capacitance range.
>
> Both the Nodular and Flake type products are produced via a sodium reduction process. These products have high surface area and excellent handling and flow characteristics, which allow capacitor manufacturers to produce small anodes with good weight and capacitance control.
>
> The Flake product is unique to Cabot. This powder type is manufactured using our patented process to generate a flake shaped product which extends the capability range into mid-voltage applications.

Bodoff Aff. Exh. 1.

   4.   Cabot has patents on flake. Bodoff Aff. Exh. 5. According to Cabot,

> Flake capacitor powders have the inherent potential to achieve higher CV/g at a given formation voltage as compared to nodular powders … [and] offer inherent advantages over nodular products in high voltage applications. Specifically, the optimal CV/g and lower DC leakage provide the capacitor manufacturers unique capabilities in their anode designs.

Bodoff Aff. Exh. 6.

Cabot markets its tantalum flake product as unique in the industry. Id.; Bodoff Aff. Exh. 7, AVX Counterclaim ¶12, Cabot Reply ¶12, *Cabot Corp. v. AVX CORP.,* Suffolk Superior Court CA 03-1235- BLS; *See also* Bodoff Aff. Exh. 8, p. 44 ("Cabot's flake powders [are] unique…[because they ] able to achieve a high CV at high voltage and …[their] ability to provide low ESR and high surge resistance.").

5.  At all relevant times Cabot has been the sole worldwide source of flake powder products. Bodoff Aff. Exh. 9, pp. 34-36; Chapple Aff ¶ 8.

6.  From the mid 1990's until February 2002 Cabot was one of four principal suppliers of electronic-grade tantalum products in the world; the other three were H.C.Starck of Germany ("Starck"), Ningxia Non-Ferrous Metals of China ("Ningxia") and Showa-Cabot of Aizu, Japan, a 50-50 joint venture between Cabot and Showa Denko KK of Japan ("Showa"). Chapple Aff. ¶ 3; Bodoff Aff. Exh. 10, p.24. In February 2002 Cabot acquired the other half interest in Showa which as a wholly owned subsidiary then continued to sell electronic-grade tantalum products. Bodoff Aff. Exh. 9, p. 20.

7.  As of 2000 according to industry reports, the respective market shares of the four dominant players were Starck 32.09 %, Cabot 27.6%, Showa 25.03% and Ningxia 14.76%. Bodoff Aff. Exh. 11. Each of Cabot, Starck and Ningxia produce their respective tantalum products from ore by initially producing or purchasing a semi-refined material called KTaf which is then further processed into manufactured products. *See* Cabot's Statement of Purported Material Facts, ¶ 7, docket entry 111. At all material times Cabot was obligated by contract to provide Showa with the KTaf Showa required to manufacture Showa's nodular tantalum products. Bodoff Aff. Exh. 12, pp. C(FED) 095338-63, 095379-99,095410-423 at C(FED) 095422 (Cabot "will sell to us [Showa] ore and potassium tantalum fluoride as are necessary for the manufacture of tantalum products by us …".).

8.  At all material times the principal buyers of electronic-grade tantalum products have been the world's four largest tantalum capacitor manufacturers, AVX, Vishay Sprague, Inc. and affiliates ("Vishay"), Kemet Electronics ("Kemet") and EPCOS

4

("Epcos"). Chapple Aff ¶ 4; Bodoff Aff. Exh. 13. In 2000 Cabot considered AVX to be the "world's largest tantalum capacitor manufacturer." Bodoff Aff. Exh. 14.

9.  Prior to 2001 AVX purchased tantalum products from Showa, Starck, Ningxia and Cabot under so-called letters of intent in which the supplier quoted a price usually for one year for each of its products and AVX estimated its need for the desired products of each supplier. Chapple Aff. ¶ 17. Prior to 2001 Cabot would offer and sell its flake products to AVX regardless of how much of Cabot's nodular products AVX purchased. Id.

10. Beginning in the 1990's at Cabot's encouragement AVX designed, developed and secured end user approvals for capacitors that because of size constraints, high reliability requirements and unique performance characteristics AVX could only make with flake. Id. ¶ 5. It was generally known that Vishay, Kemet and Epcos had also developed products that could only be made with Cabot's flake. Id. ¶ 6.

11. From the late 1990's through 2000 AVX purchased both flake and nodular products from Cabot. Id. ¶ 15. Most of the nodular products were for AVX's Biddeford facility and the flake products with minor exception were for AVX's European plants. Id. In the mid to late 1990's AVX turned down Cabot's request that AVX enter into a long term contract committing to purchase specific amounts of specific products. Id. ¶ 18. Cabot always charged AVX separate prices for its flake products and its nodular products. Id. ¶ 17. Both AVX purchase orders and Cabot invoices always featured separate line items for each flake product at a stated price and each nodular powder product or a tantalum wire product, at a separately stated price. Id.

12. Under its 2000 contract with Epcos Cabot sold nodular products but no flake products. Bodoff Aff. Exh. 15.

13.     AVX always sought to secure more than one source for all the materials required to make AVX's capacitors. Chapple Aff. ¶ 9.  For example AVX's European operations used non-flake or nodular products for most of the capacitors they manufactured.  Id. For a number of these needs AVX purchased comparable powders from Showa, Starck and/or Ningxia.  Id. AVX purchased three specific flake products from Cabot, C-250, C-255 and C-275, with C-255 and C-275 being the principal ones from the late 1990's to 2007. Id.

14.      As of 2000 for approximately half of the C-255 applications AVX had no commercially reasonable nodular substitutes that could be used and were or might be accepted by end users.  Chapple Aff. ¶ 9; *See* Bodoff Aff. Exh. 8, pp. 47, 161-62 ("There are specific codes, there are specific part numbers, that it's impossible to make the same product performance, the capacitance, ESR,  physical size, surge resistance, surge robustness, without flake.") ("there were cases where a flake-based  technology will be competing with a nodular-based technology.  But then there are other circumstances, such as down-sized components where, for example, traditionally, it's available only in a D case and we'll make it available in a C case or a smaller case.  Or we will put capacitance into that same larger case size and make that available.  In those cases, for periods of time, there were no alternatives in terms of nodular-based solutions.").

15.     For some AVX capacitors made with flake such as for example for military applications such as F-22 jet planes, missiles and medical applications such as pacemakers, even if a potential substitute might be technically feasible,  securing design change approval from the end user would be most unlikely or at best problematic for lack of a proven history of reliability.  *See* Bodoff Aff. Exh. 8, pp. 25, 88-89 (flake used for

6

automotive applications "to provide extra reliability"), (AVX had "obligations under those contracts to supply that product. They can't suddenly decide… [to] do a complete redesign. You can't make a change to an F-22 in a short period of time. And we also used flight materials to supply products for the military, the U.S. military and the British military, as well as medical devices, and these require an act of Congress to change designs."), ( flake used for military applications as " alternative[s are] …not proven, and that's the problem. With the military and the medical guys, what they totally rely upon is proven history. So they establish field life component reliability and they then really hate change. They really don't want any change at all.").

16.   As of 2000 AVX had no substitutes for Cabot's C-275 flake product. Chapple Aff. ¶ 10. By 2007 AVX has been able to develop some alternatives to Cabot's C-275 but only " in limited, small number of circumstances." Bodoff Aff. 8, p. 171. ("Even today, … [AVX does] not have alternates that we would consider appropriate for our customers in some areas where flake is the only product that we can rely upon. Even today, after seven years."). Bodoff Aff. Exh. 8, p. 180.

17.   By the mid to late 1990's and as of 2000 AVX had developed designs for capacitors made with flake that were approved for use in a number of high voltage applications by end users. Chapple Aff. ¶ 7. Cabot's flake products were at all times utilized by AVX for specific purposes that were different in relevant performance degrees, capabilities and reliability from all nodular products produced by Cabot and all other tantalum product suppliers. Id. AVX has never used flake and nodular products in an integrated manner, in the same capacitor or to complement one another. Id. ¶ 12. As of 2000 AVX had commitments to deliver capacitors and approved capacitor designs that

could only be met with Cabot's flake products. Chapple Aff. ¶¶ 9, 22; Bodoff Aff. Exh. 23, p. 31 ("our immediate concern was getting material to satisfy the commitments we had made to our customers."); ¶ 26 *infra*. Upon information and belief as of 2000, Vishay, Kemet and some other tantalum capacitor manufacturers also had capacitor designs that could only be made with Cabot's flake products. Chapple Aff ¶ 11.

18.     The letters of intent between Cabot and AVX always separately listed Cabot's flake products at stated prices and separately listed Cabot's other tantalum products, including Cabot's nodular products at stated prices. *See, e.g.*, Bodoff Aff. Exh. 16; Chapple Aff. ¶ 17. At all times material hereto AVX's purchase orders and Cabot's invoices to AVX separately listed Cabot's flake products, the quantities and stated prices and Cabot's nodular products, the quantities and stated prices. Id.

19.     Cabot's flake products are separate and distinct products in the marketplace of manufacturers of electronic capacitors. *See* Chapple Aff. ¶ 7. Cabot's flake products C-255 and C-275 are manufactured to precise raw material specifications with limited acceptable ranges of Physical characteristics, Electrical characteristics, Sintering profiles, Wet DCL, CV/gram, BDV, and Chemical characteristics. (*e.g.,* HIGHLY CONFIDENTIAL C(A 056541-42-Not filed). *See* Chapple Aff. ¶¶ 5, 7.

20.     From the late 1990's through 2000 AVX purchased for its European plants substantial quantities of nodular products from Showa, including particularly S-506 a 50,000 CV/GRM nodular powder product and S300 a 40,000 CV/GRM nodular powder product. Chapple Aff. ¶ 16; Bodoff Aff. Exh. 17. These two Showa products were considered best in class. Bodoff Aff. Exh. 9, p. 39 ("The [Showa] S506 was a world-class 50,000 CV per gram powder, the [Cabot] 606 was not a world-class 50,000 CV per gram

powder."); Bodoff Aff. Exh. 8, pp. 21-22 ("Showa Cabot … best in class, …and … a preferred supplier. If I look at Cabot and Cabot materials, then they would typically be middle of the road ranking and not … a preferred supplier …"); *See* Chapple Aff. ¶ 16. In 2000 Cabot encouraged AVX to purchase its C-606, a 50,000 CV/GRM nodular power product, intended according to Cabot to compete with Showa's S-506 nodular product. Id. AVX agreed to give the C-606 nodular product a try subject to the product meeting AVX's specified Raw Materials Specifications (the "RMS"). Id. Cabot's C-606 was somewhat more expensive than Showa's S-506. Id. But the C-606 never met AVX's RMS. Id.

21.     Prior to 2001 AVX had never purchased KTaf from Cabot or any other supplier and had always purchased finished products. Chapple Aff. ¶ 21. In 2000 Showa informed AVX while it had sufficient capacity because Cabot was limiting its supply of KTaf, Showa was unsure it could meet AVX's needs going forward. Id. The quantity of finished product resulting from tolling or further processing the KTaf is approximately 40 percent. Bodoff Aff. Exh. 18.

22.     In August 2000 Cabot informed AVX that "without a long term supply contract, Cabot would not be able to supply tantalum powder or wire to AVX in 2001 and beyond." Bodoff Aff. Exh. 19.

23.     On August 11, 2000 Cabot predicated discussions with AVX on AVX's entry into a five year take or pay contract for both flake products and nodular products with the quantities and prices to be negotiated. *See* Bodoff Aff. Exh. 20.

24.     In late August or early September 2000 Hugh Tyler of Cabot again informed AVX that Cabot would not provide any product to AVX in 2001 unless AVX entered into a five year take or pay agreement to purchase minimum quantities of both flake and nodular

9

products at fixed prices. Chapple Aff. ¶ 22. On or about September 1, 2000 and later in September AVX informed Cabot that AVX's European plants had to have Cabot's flake products and that without flake AVX would be mortally injured. Id. On more than one occasion in September 2000 Hugh Tyler of Cabot informed AVX that it would get no flake in 2001 unless AVX entered into five year take or pay contract. Id. In late September 2000 Hugh Tyler of Cabot informed AVX it was non-negotiable that there would be no flake for AVX for 2001 unless AVX entered into a five year take or pay contract. Id.

25.     Cabot understood that by denying Paignton the flake, AVX "[was] left … in an intolerable position." Bodoff Aff. Exh. 21.  According to Cabot that AVX was "frantic for C-275 and C-255 … [was a] really a big stick in [Cabot's] "negotiations" with [AVX]…". Bodoff Aff. Exh. 22.

26.     In 2000 AVX had some contracts that could only be satisfied with capacitors made with Cabot's flake products. Bodoff Aff. Exh. 8, pp. 176-77.

27.     Desperate for flake AVX agreed to negotiate terms of a five year take or pay contract. Chapple Aff. ¶ 22.  In October 2000 AVX commenced negotiations with Cabot as to the quantities of flake products, nodular products and KTaf and the prices to be paid over five years under a five year contract as required by Cabot. Chapple Aff. ¶ 23. In January 2001 the five year Supply Agreement was signed by Cabot and AVX. Id. Bodoff Aff. Exh. 23.

28.     At no time in the period from commencement of negotiations of the terms as to how much and at what prices for both flake and non-flake products did Cabot ever offer to sell AVX flake for 2001 either without any condition or separately without the commitment to purchase nodular products. Id.

29. The Supply Agreement entered into in January 2001 required AVX to purchase nodular products for Europe which AVX would have preferred to have purchased from Showa, Starck or Ningxia. Chapple Aff. ¶ 26.

30. As it did with AVX, upon information and belief, Cabot also required each of Vishay, Kemet and Epcos to enter into a long term take or pay contract as a condition of obtaining any product in 2001. Chapple Aff. ¶ 24.

31. Of the total supply market for all tantalum powder and wire products in 2000, Cabot (27.6%), Showa (25.03%), Starck (32.09%) and Ningxia (14.76%) constituted all but 1%. Bodoff Aff. Exh. 11. By 2004 Cabot (including then wholly owned Showa) had 66% of the market, with Starck down to 23% and Ningxia to 10%. Id. According to the 2005 Paumanok report "[t]antalum powder and wire sales to the capacitor industry declined at … Starck between 2000 and 2004 as a direct result of the 'take or pay' contracts initialized by their chief rival-Cabot Corporation." Bodoff Aff. Exh. 10, p.28. Cabot's actions in tying up the major purchasers of tantalum products for several years limited competition in the market for nodular products. Bodoff Aff. Exh. 24, pp. 21-22 ("when Cabot entered into long-term supply agreements with the three major players in the market, that being AVX, Vishay and Kemet, there was a tremendous lock on the available material in order to make tantalum capacitors, so it lessened competition in those three parties' ability to get market-based material for a long period of time."). Because of the requirements of the Supply Agreement AVX one of the largest buyers in the world of nodular products was prevented from purchasing nodular products for its European operations from its preferred suppliers. Chapple Aff. ¶26.

11

32. As of 2000 and January 2001 AVX did not want to commit to purchase from Cabot any fixed amounts of tantalum products for each of 2002, 2003, 2004 and 2005 at fixed prices. Bodoff Aff. Exh. 24, pp. 31, 20 ("when we started the process of requesting material, it was for a relatively short period of time, six months to one year. It was at Cabot's insistence that it be a longer term supply agreement" for flake products, nodular products and KTaf) ("Our understanding was that we would get nothing without a long-term supply agreement."). AVX's general practice was not to commit to purchases based on sales forecasts of more than 12 months. Chapple Aff. ¶ 20. "One of the reasons we didn't want to sign a five-year contract, the tantalum industry or the electronics industry is a very variable industry and we couldn't accurately go more than twelve months forward on material we really wanted." Bodoff Aff. Exh. 25 at 111.

33. A comparison of AVX's purchasing history for tantalum powders including KTaF from 1995 through 2000 with that following the effect of the 2001 Supply Agreement through 2003, demonstrates a large decline in AVX's percentage of purchasers from suppliers other than Cabot and an increase by more than 500% in AVX's purchases from Cabot (approximately 15% for 1995-2000 to 78% in 2003). Bodoff Aff. Exh. 17.

34. The Supply Agreement required AVX to purchase specified quantities of flake products, specified quantities of nodular products and specified quantities of KTaf at fixed prices for the five year term. Bodoff Aff. Exh. 23. AVX purchased the KTaf to provide to Showa to manufacture nodular products for AVX. Bodoff Aff. Exh. 25, p. 27 ("KTAF was not a normal purchase for us. We were willing to step in and buy KTAF because we were being told that Cabot were not going to supply Showa Cabot with sufficient KTAF to meet our needs, but were willing to sell the KTAF directly to us. So that s why we stepped in

and took that too."). *See* Chapple Aff ¶ 21. Section 2 of the Supply Agreement states that "Buyer shall purchase … the 'minimum purchase quantity' … of each Product described on Appendix A." Appendix A, in turn, contains separate line items for flake products and nodular products. But for the Supply Agreement AVX would not have purchased any nodular products from Cabot for Europe for the years 2001 through 2005. Instead AVX would have purchased lesser amounts at lower prices of higher quality nodular products from Showa, Starck and/or Ningxia. But for the Supply Agreement over the five years AVX would have purchased less of Cabot's nodular products for Biddeford and at lower prices. But for the Supply Agreement during the five year period of 2001 through 2005 AVX would not have purchased any KTaf from Cabot and would have purchased finished nodular products from Showa, Starck and/or Ningxia at substantially less cost. But for the Supply Agreement during the five year period of 2001 through 2005 based on its actual consumption and historic purchasing and stocking practices AVX would have purchased less flake from Cabot and, upon information and belief, at lower prices. Chapple Aff. ¶ 26.

        Respectfully Submitted,

        AVX CORPORATION and
        AVX LIMITED

        By their attorneys,

        */s/ Richard A. Goren*
        Joseph S.U. Bodoff (BBO #549116)
        Richard A. Goren (BBO #203700)
        Ryan D. Sullivan ( BBO  660696)
        Bodoff & Associates PC
        225 Friend Street
        Boston, MA  02114
        (617) 742-7300

Dated:  April 9, 2008