UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>        Defendant. | Civil Action No. 04-10467-RGS |

**AFFIDAVIT OF JOHN CHAPPLE**

The undersigned deposes and states as follows:

1. I am John Chapple. I reside in Paignton, Devon, England and submit this affidavit at the request of my former employer AVX CORPORTATION and AVX LIMITED ("AVX") in support of AVX's motion for partial summary judgment.

2. From 1992 until my retirement in the spring of 2007 I was the purchasing/materials manager for AVX and was headquartered in Paignton, England. As purchasing manager I was in charge of purchasing all strategic materials utilized in AVX's manufacture of tantalum capacitors in its various plants around the world. Working with plant schedulers, engineers and sales/marketing personnel I was responsible for determining what specific tantalum products were to be purchased and the quantities to be purchased.

3. In the period from the mid 1990's until my retirement in 2007 there were four principal worldwide tantalum producers with the largest being Cabot

1

Corporation ("Cabot") with a production facility initially in Boyertown Pennsylvania, H.C. Starck ("Starck") a German company with several production facilities around the globe, Showa Cabot of Japan which after February 2002 became part of Cabot and a Chinese company, Ningxia. Every year each of these suppliers would make no less than one trip to Paignton to meet with me and other AVX managers and engineers. Every year I would try to make at least one visit to each of these suppliers. Cabot, Starck, Showa Cabot and Ningxia were AVX's main suppliers of tantalum products. At these meetings each of the suppliers and AVX would discuss and/or critique the product specifications, performance of the supplier's specific products, AVX's need for or consideration of new or improved performance characteristics for existing and contemplated new products. Each of Cabot, Starck, and Showa Cabot had one or more persons with whom I dealt directly. From the late 1990's through my retirement I dealt principally with Hugh Tyler and William Young of Cabot. Over the years I and the principal engineering staff acquainted Cabot with AVX's current and contemplated needs for specific tantalum products featuring specific performance characteristics, for use in capacitors which sometimes had size constraints, and would be able to function under variable environmental conditions for specific end users including among others military applications, medical applications, automotive applications and so-called telecom infrastructure applications.

4. From the mid to late 1990's through my retirement, upon information and belief based in part on industry reports AVX, Vishay, Kemet, and Epcos were the four largest worldwide purchasers of tantalum products used in the manufacture of tantalum capacitors. I was acquainted, and occasionally communicated, with the respective purchasing managers of Vishay, Kemet and Epcos. While not privy to their precise technical needs, I was aware generally of the types of powder products each purchased and the types of uses for which those powder products were purchased by each.

5. Cabot developed a patented tantalum product called flake. Upon information and belief based in part on communications with Cabot in the 1990's Cabot encouraged AVX to design, develop and secure end user approvals for capacitors that because of size constraints, high reliability requirements and unique performance characteristics AVX could only make with flake.

6. It was generally known that Vishay, Kemet and Epcos had also developed products that could only be made with Cabot's flake.

7. By the mid to late 1990's AVX had developed designs of capacitors made with flake that were approved for use in a number of high voltage applications by end users. Cabot's flake products were at all times utilized by AVX for specific purposes that were different in relevant performance degrees, capabilities and reliability from all nodular products produced by Cabot and all other tantalum product suppliers.

8. Upon information and belief Cabot did not license or allow anyone else to sell flake. To the best of my knowledge Cabot has always been and remains the

sole source of flake tantalum. Upon information and belief from the mid 1990's through my retirement in 2007, there have been four principal buyers of Cabot's flake products, namely AVX, Vishay, Kemet and Epcos. Upon information and belief AVX has been and is by far the largest purchaser of Cabot's flake products.

9. As purchasing/materials manager of AVX I always sought to secure more than one source for all the materials required to make AVX's capacitors. Working with AVX engineers and other suppliers I sought to have multiple sources for tantalum products. For example AVX's European operations also used non-flake or nodular products for most of the capacitors they manufactured. For a number of these needs AVX could and would purchase comparable powders from Showa, Starck and/or Ningxia. AVX purchased three specific flake products from Cabot, C-250, C-255 and C-275, with C-255 and C-275 being the principal ones from the late 1990's to 2007. As of 2000 to the best of my knowledge there were only some, I believe less than half, of the C-255 applications for which AVX had commercially reasonable nodular substitutes that could be used and were or might be accepted by end users.

10. As of 2000 AVX had no substitutes for Cabot's C-275 flake product.

11. Upon information and belief as of 2000, Vishay, Kemet and some other tantalum capacitor manufacturers also had capacitor designs that could only be made with Cabot's flake products.

4

12. To the best of my knowledge AVX has never used flake and nodular products in an integrated manner, in the same capacitor or to complement one another.

13. While Cabot's flake products were and are unique, the quality of Cabot's other tantalum, or nodular products in my experience particularly over the last fifteen years was fair to middling. From the mid-1990's until 2001 Cabot's principal flake products, C-255 and C-275, were priced below or less than Cabot's nodular powder products. Under the Supply Contract that AVX entered into in January 2001 with Cabot, the listed price for both flake and nodular products were the same, namely $500 per pound. After the five year term of the Supply Contract Cabot's pricing for its principal flake products, C-255 and C-275, resumed the prior status of being priced lower than Cabot's nodular powder products.

14. From the late 1990's until about mid 2000 Cabot's nodular products were priced higher than the equivalent nodular powders available from each of Showa, Starck and Ningxia. During the period from 2001 through 2005 the $500 per pound price under the Supply Contract for nodular products was higher than the prices for equivalent nodular powders available in each year from each of Starck, Showa and Ningxia. In 2006 and 2007 Cabot's nodular powders (from its Boyertown facility) were the cheapest of the equivalent powders sold by each of Starck, Showa and Ningxia.

15. From the late 1990's through 2000 AVX purchased both flake and nodular products from Cabot. Certain of the nodular product purchases were required

for specialty applications produced at AVX's Biddeford plant. The flake products with minor exception were used by AVX's European plants.

16. From the late 1990's through 2000 AVX's European plants purchased an increasing percentage of its nodular products from Showa, including particularly S-506 a 50,000 CV/GRM nodular powder and S300 a 40,000 CV/GRM nodular powder. These two Showa products were considered best in class by AVX. In 2000 Cabot encouraged AVX to purchase its C-606, a 50,000 CV/GRM nodular power product, intended according to Cabot to compete with Showa's S-506 nodular product. AVX agreed to give the C-606 nodular product a try subject to the product meeting AVX's specified Raw Materials Specifications (the "RMS"). Cabot's C-606 was somewhat more expensive than Showa's S-506. But the C-606 never met AVX's RMS.

17. Prior to 2001 AVX purchased nodular products from Showa, Starck, Ningxia and Cabot under so-called letters of intent in which the supplier quoted a price usually for one year and AVX estimated its need for the desired nodular powder products of each supplier. Prior to 2001 AVX purchased flake products from Cabot under the same letter of intent specifying AVX's estimated desired nodular products for Biddeford for the period. The letters of intent always separately listed Cabot's flake products at stated prices and Cabot's other tantalum products at stated prices. Prior to 2001 Cabot would offer and sell its flake products to AVX regardless of how much of Cabot's nodular products AVX purchased. Both AVX purchase orders and Cabot invoices always featured separate line items for each flake product at a stated

6

price and each nodular powder product or a tantalum wire product, at a separately stated price.

18. In or about the mid 1990's AVX had declined Cabot's request that AVX enter into a long term so-called take or pay contract under which AVX would bind itself to purchase specified amounts of Cabot's flake and other tantalum products for several years.

19. In each year from the mid to late 1990's through 2000 AVX purchased Cabot's flake products at an increasing rate. To the best of my knowledge from the mid 1990's to 2007 AVX was the largest purchaser of Cabot's flake products, purchasing more than Vishay which from conversations with Vishay and Cabot personnel I understood to be the second largest consumer of Cabot's flake products.

20. While I was purchasing/materials manager AVX had a standard practice for ordering Cabot's flake and nodular products and the nodular products from the three other suppliers. Each year I would receive a master plan 12-month forecast which had been generated after meetings with AVX's marketing managers. In my experience, upon information and belief in large part because of fluctuations in demand for its capacitors, AVX did not rely for production planning purposes on forecasts of sales for more than a general view for the forthcoming 12 months. This forecast I would turn into a powder/wire demand for the whole year. This general demand I would then discuss with AVX's tantalum suppliers. AVX Biddeford would advise me separately of their total demand, which I would incorporate into my

negotiations with Cabot and the other three suppliers. I would then discuss with each supplier quantities and prices. Every calendar month AVX would set a so-called "manufacturing run rate" and based on the orders on hand, management would instruct the plants to make so many capacitors per week. From these run rates the actual powder and wire demand would be calculated and, with an eye on keeping a minimum level of stock, AVX would then issue purchase orders to Cabot for its flake products and for its nodular products. In a similar way, AVX would issue purchase orders to each of the other three suppliers for their nodular tantalum products required for the upcoming period. AVX Biddeford would issue its own orders directly to Cabot as it required.

21. In the spring of 2000 Showa, either Mr. Hamada and/or Mr. Ishi, informed me that Showa had spare capacity, that it could make more of the S-506 and S-300 powders that AVX's European plants wanted but that because Cabot was limiting Showa's supply of the semi-refined material KTaf from which the nodular products were processed, Showa was unsure if it could meet AVX's needs. I asked Showa if AVX purchased KTaf for it, whether Showa would toll or further process the semi-refined KTaf for AVX. At the Tantalum Industry Conference ("TIC") in San Francisco later in the fall of 2000 Showa confirmed to me that it would do so. Prior to entry into the Supply Contract in January 2001 Showa informed AVX it would perform this service of tolling the KTaf purchased from Cabot and still meet AVX's existing orders from Showa without any condition. In the latter part of 2001, when upon

8

information and belief demand had dropped for its products, Showa informed AVX it would continue to toll the KTaf AVX purchased from Cabot only on the condition that for each pound of finished material Showa produced from the tolled KTaf AVX must purchase equal amounts of other finished nodular products. In my experience prior to 2001 AVX had always purchased finished products and had never purchased KTaf.

22. In the summer of 2000 Hugh Tyler informed me that Cabot would not provide any product to AVX in 2001 unless AVX entered into a five year take or pay agreement to purchase minimum quantities of both flake and nodular products at fixed prices. In the August/September 2000 timeframe I told Hugh Tyler that AVX's European operations had to have Cabot's flake products, that the European plants could do without Cabot's nodular products but that without flake AVX's European operations would be dead. On more than one occasion Hugh Tyler informed me that AVX would get no flake in 2001 unless AVX entered into five year take or pay contract. I suggested that a small amount of nodular powder for Europe should continue otherwise all approval for Cabot's nodular powder in Europe would cease and that getting approval again would take some considerable time. In September 2000 Hugh Tyler told me to pass on to AVX's upper management the question of just how valuable is the flake business to AVX and to inform my superiors that there will be no negotiation and that there will be no flake for AVX in 2001 unless AVX entered into a five year take or pay contract.

23. From approximately October 2000 until January 2001 when the five year Supply Contract was signed there were negotiations between AVX and Cabot over the quantities of products and prices to be paid under the five year contract. At no time in this period did Cabot ever offer to sell AVX flake for 2001 either without any condition or separately without the commitment to purchase nodular products.

24. Upon information and belief based on conversations with Vishay, Kemet, Epcos, Cabot also informed Vishay, Kemet and Epcos Cabot's other principal tantalum customers that no material would be available for 2001 unless each entered into a long term take or pay contract.

25. Until I retired in 2007 for each and every year after 2001 AVX's purchases and consumption of flake remained reasonably steady while AVX's consumption of nodular products, and upon information and belief world wide consumption of nodular products, was by and large somewhat down from prior years.

26. But for the Supply Contract AVX would not have purchased any nodular products from Cabot for Europe for the years 2001 through 2005. Instead AVX would have purchased lesser amounts at lower prices of higher quality nodular products from Showa, Starck and/or Ningxia. But for the Supply Contract over the five years AVX would have purchased less of Cabot's nodular products for Biddeford and at lower prices. But for the Supply Contract during the five year period of 2001 through 2005 AVX would not have purchased any KTaf from Cabot and would have purchased finished

nodular products from Showa, Starck and/or Ningxia at substantially less cost. But for the Supply Contract during the five year period of 2001 through 2005 based on its actual consumption and historic purchasing and stocking practices AVX would have purchased less flake from Cabot and, upon information and belief, at lower prices.

Executed under the pains and penalties of perjury this 8th day of April, 2008.

_____
John Chapple