## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-10467-RGS |

## AFFIDAVIT OF JOSEPH S. U. BODOFF

I, Joseph S. U. Bodoff, do hereby depose and say as follows:

    1.    My name is Joseph S. U. Bodoff and I am counsel to the Plaintiffs, AVX Corporation and AVX Limited in this action. I have supervised the discovery in this case.

    2.    Attached hereto are true and accurate copies of the following documents produced during discovery in this action or located in other court records:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | "Capacitor-Grade Tantalum Powder," Cabot website at www.cabot-corp.com/ |
| 2. | Plaintiff's Combined Statement of AVX's Material Facts and Cabot's Counterstatement of Facts for AVX's Motion for Partial Summary Judgment, AVX Corporation and AVX Limited v. Cabot Corporation, Suffolk Superior Court Civil Action No. 05-3816-BLS1 |
| 3. | Cabot 2006 10-K pp. 7-8 |

| | |
|---|---|
| 4. | Cabot 2005 10-K p. 32 |
| 5. | 1993 US Patent No. 5,261,492 and 1996 US Patent No. 5,580,367 |
| 6. | "Tantalum Flakes-Powders for High Reliability Electrolytic Capacitor Applications," Cabot website article |
| 7. | Cabot Corporation's Answer to Defendant's Counterclaims 12, Cabot Corporation v. AVX Corporation and AVX Limited, Suffolk Superior Court Civil Action No. 03-1235 |
| 8. | Deposition of William Millman, 11/18/07 (Excerpts) |
| 9. | Deposition of William Young, 11/28/07 (Excerpts) |
| 10. | Dennis M Zogbi, "Tantalum Ore, Powder & Wire Markets Worldwide: 2005-2010," Paumanok Publications, September 2005, pp. 24, 28 |
| 11. | Expert Report of Dr. Steven Schwartz, 12/15/07, Exhibit 3 |
| 12. | Showa Cabot Joint Venture Agreement C(FED) 095338-63, 095379-99, 095410-423 |
| 13. | "Welcome to AVX Sales Presentation," AVX Presentation, 2003 p. 14 |
| 14. | Letter from Thomas Odle to John Gilbetson, 8/7/200, C(A) 031751 |
| 15. | 2000 Supply Agreement between Epcos and Cabot Corporation |
| 16. | 2000 Letter of Intent between Cabot Performance Materials and AVX Limited and AVX Corporation |
| 17. | Expert Report of Dr. Steven Schwartz, 12/15/07, Exhibit 5 |
| 18. | Deposition of Dr. Steven Schwarz, 2/29/08 (Excerpts) |
| 19. | E-mail from Tom Odle to Bill Millman, 10/30/00, C(A) 004518 |
| 20. | E-mail from Hugh Tyler to John Chapple, 8/9/00, C(AII) 089163-167 |
| 21. | Deposition of Thomas Odle, 7/24/03 (Excerpts) |
| 22. | E-mail from Hugh Tyler to Michael Fisher, 10/16/00, C(A) 004373 |
| 23. | Supply Agreement |

| 24. | Deposition of Kurt Cummings, 12/12/07 (Excerpts) |
| --- | --- |
| 25. | Deposition of Peter Collis, 12/5/07 (Excerpts) |

FURTHER THE AFFIANT SAYETH NOT.

                                              Signed under the pains and penalties of perjury this 9th day of April, 2008.

*/s/ Joseph S.U. Bodoff*