# Exhibit 1



HOME | LOGIN/REGISTER | CONTACT US | FEEDBACK

Search [GO]

About Cabot | Products & Markets | Research & Development | SH&E | Investor Info | News

# Capacitor-Grade Tantalum Powder

Capacitor-grade tantalum powders from Cabot are used to make high reliability for cellular phones, computers and numerous other electronic devices.

Featuring capacitance up to 200,000 CV/g, our powders have enabled tantalum capacitor manufacturers to yield better performance in the same size parts and pack more performance into smaller packages.

Cabot produces three types of capacitor-grade tantalum powder: Angular (EB), Nodular and Flake.

The **Angular or EB** type powders are manufactured using an electron beam melting process. These powders contain both angular and flake shaped particles which have been agglomerated to a specified surface area and capacitance range.

Both the **Nodular and Flake** type products are produced via a sodium reduction process. These products have high surface area and excellent handling and flow characteristics, which allow capacitor manufacturers to produce small anodes with good weight and capacitance control.

The **Flake** product is unique to Cabot. This powder type is manufactured using our patented process to generate a flake shaped product which extends the capability range into mid-voltage applications

| Cabot Capacitor-Grade Powders | | | |
|---|---|---|---|
| | **Angular or EB** | **Nodular** | **Flake** |
| **Manufacturing Process** | Electron Beam Melted | Chemically Reduced | Chemically Reduced Physically Formed |
| **Primary Particle Size (microns)** | 1 to 10 | 0.2 to 2 | Aspect Ratio 20 to 50 |
| **Aggregate Size (microns)** | 50 to 300 | 20 to 250 | 25 to 200 |
| **Surface Area ($m^2/g$)** | <0.3 | 0.3 to 0.9 | - |
| **Typical Applications** | High Voltage High Reliability | Low Voltage High Capacitance | Medium Voltage Medium Capacitance |

## Physical Characteristics of Cabot's Tantalum Powders

**Size Distribution**

Many of Cabot's capacitor grade powders are agglomerated to improve the flow properties of the powder and make them easier to handle at the capacitor manufacturer.



PRINTER FRIENDLY

Privacy Policy | Website Terms and Conditions                    ©1995-2008 Cabot Corporation. All rights reserved worldwide.