# Exhibit 2

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                                                            SUPERIOR COURT

|   |   |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>      Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>      Defendant. | CIVIL ACTION NO. 05-3816-BLS1 |

**PLAINTIFF'S COMBINED SATEMENT OF AVX'S MATERIAL
FACTS AND CABOT'S COUNTERSTATEMENT OF FACTS
FOR AVX'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1. AVX is a manufacturer and supplier of passive electronic components and related products that are used in a variety of electronic devices. Complaint, ¶ 5; Answer, ¶ 5.

    **Answer 1.**   Cabot does not dispute the facts set forth in Paragraph 1.

2. Passive components are not those "smart" parts of the numerous computerized devices available today, but rather those components that facilitate the passing of electrical charges by which those devices work. *Id.*

    **Answer 2.**   Cabot does not dispute the facts set forth in Paragraph 2.

3. Tantalum, a naturally occurring element, is used by AVX and others in its industry to create capacitors, devices that store electric charges. Complaint, ¶ 6, Answer, ¶ 6.

    **Answer 3.**   Cabot does not dispute the facts set forth in Paragraph 3.

4.     Because tantalum forms a dense, stable, tightly adhering, electrically insulating oxide, tantalum capacitors have a much higher ability to store electricity in a much smaller space than those made from other materials. *Id.*

     **Answer 4.**     Cabot does not dispute the facts set forth in Paragraph 4.

5.     Tantalum is available in several forms, including wire and several different grades of powder, including flake. *Id.*

     **Answer 5.**     Cabot does not dispute the facts set forth in Paragraph 5.

6.     AVX Corporation purchases tantalum from Cabot Corporation in the form of flake, wire, and nodular, as well as a material known as KTaF. Complaint, ¶ 7; Answer, ¶ 7.

     **Answer 6.**     Cabot does not dispute the facts set forth in Paragraph 6.

7.     Different grades of tantalum products are used to make different kinds of capacitors. *Id*

     **Answer 7.**     Cabot does not dispute the facts set forth in Paragraph 7.

8.     Cabot Corporation processes tantalum for sale worldwide to electronic component manufacturers. Complaint, ¶ 8; Answer, ¶ 8.

     **Answer 8.**     Cabot does not dispute the facts set forth in Paragraph 8

9.     There are only three significant producers of such powder – Cabot, H. C. Starck, and Ningxia – each of which produces the powder from ore. Complaint, ¶ 9; Answer, ¶ 9.

     **Answer 9.**     Cabot does not dispute the facts set forth in Paragraph 9.

10.     In general, AVX Corporation purchased product on consignment. It would be billed either when it took product out of consignment or when the allowed