# Exhibit 4

Table of Contents

material costs in the rubber blacks and performance products product lines, particularly in the second half of the year. In the Metal Oxides Business there was a shift in sales volumes within the fumed metal oxides product line, with decreases in sales to the electronics segment being more than offset by increases in sales to other market segments. This shift in volumes had a negative impact on the price mix of sales within the fumed metal oxides product line, which is reflected in the results for fiscal year 2005. In addition to the charges discussed above, the Supermetals Business was negatively impacted by lower prices despite strong volume growth during the fiscal year, due to the continuing shift from fixed price and fixed volume contracts to market based pricing. This Business was also negatively impacted by the incremental costs associated with the labor dispute resulting from the expiration of the Company's collective bargaining agreement with one of the labor unions at our facility in Boyertown, Pennsylvania. In the Specialty Fluids Business, a substantial increase in the volume of fluid being used had a positive impact on the profitability of that Business in fiscal year 2005.

Our consolidated working capital increased during the year, which resulted in a lower operating cash flow compared to prior years. We continue to focus our efforts on improving our overall working capital position. As a result of these efforts, during the second half of the year we reduced finished goods inventory. However, this was offset by an increase in raw materials costs in the Carbon Black Business. Working capital and operating cash flow are discussed in more detail in the cash flow and liquidity section below.

*Fiscal Year 2005 compared with Fiscal Years 2004 and 2003 — Consolidated*

*Net Sales and Gross Profit*

We reported sales of $2,125 million, $1,934 million and $1,795 million in fiscal years ending September 30, 2005, 2004 and 2003, respectively. The increase in sales in fiscal year 2005 was primarily due to higher volumes ($104 million), higher pricing ($36 million) and the positive impact of foreign currency translation ($47 million). The increase in sales in fiscal year 2004 was primarily due to higher volumes in the Carbon Black Business, the Specialty Fluids Business and the fumed metal oxides product line within the Metal Oxides Business ($129 million), as well as the positive impact of foreign currency translations ($100 million) offset partially by lower volumes in the Supermetals Business ($52 million) and unfavorable price mix in the Carbon Black and Supermetals Businesses ($55 million).

Gross margin was 20% in fiscal year 2005, 25% in fiscal year 2004 and 24% in fiscal year 2003. The decrease in gross margin during fiscal year 2005 resulted in a negative impact on gross profit ($91 million). Overall gross profit decreased $44 million in fiscal year 2005 primarily resulting from higher raw material costs in the rubber blacks and performance products product lines of the Carbon Black Business ($73 million) and lower prices in the Supermetals Business ($23 million) offset partially by higher prices in the Carbon Black Business ($60 million). The increase in gross margin during fiscal year 2004 resulted in a positive impact to gross profit ($23 million). Overall gross profit increased $55 million in fiscal year 2004 resulting from higher volumes in the Carbon Black, Metal Oxides and Specialty Fluids Businesses ($76 million) and a decrease in charges from certain items included in costs of sales ($35 million). Also impacting gross profit in 2004 were cost improvements resulting from the "excellence" initiative we undertook in 2003 to improve our overall operating performance ($26 million). Many of the cost savings achieved under the "excellence" initiative were maintained, and new savings were attained, in fiscal year 2005. However, these savings did not incrementally impact results in 2005 as significantly as in 2004. The decrease in charges from certain items in 2004 was mostly due to 2003 restructuring costs related to the closure of the Zierbena, Spain carbon black facility, the consolidation of administrative services for the European businesses into one shared service center and a reduction in workforce in North America. Partially offsetting these benefits in 2004 were lower volumes in the Supermetals Business ($27 million) and unfavorable price mix ($54 million) in the Carbon Black and Supermetals Businesses.

*Selling and Administrative Expense*

Selling and administrative expenses for fiscal years 2005, 2004 and 2003 were $240 million, $217 million and $251 million, respectively. The increase in fiscal year 2005 was primarily due to planned increases in

32