# Exhibit 6

# Tantalum Flakes – Powders For High Reliability Electrolytic Capacitor Applications

J. Koenitzer, S. Krause, L. Mann, and S. Yuan
Cabot Supermetals
P.O. Box 1608
Boyertown, PA 19512
Phone: 1-978-671-4075 Email: john_koenitzer@cabot-corp.com

T. Izumi and Y. Noguchi
Cabot Supermetals KK
111 Nagayachi, Higashinagahara,
Kawahigashi, Fukushima 969-3431, Japan

## Introduction

Tantalum (Ta) powders are used for making high reliability solid electrolytic capacitors. These parts find applications in various industries, such as automotive, telecommunications, and computers. As the technology in these areas advances, the characteristics of the underlying Ta powders must improve. It is well known that both the chemical composition and physical structure of Ta powders have a significant impact on the performance of finished Ta capacitors, including, for example, DC leakage, reliability, and ESR.

Today, one challenge is to produce improved Ta powders for high voltage / high temperature capacitor applications. Traditionally, the voltage rating ($V_r$) of a capacitor is defined as the maximum voltage that can be continuously applied at temperatures up to 85 °C. For use at higher temperatures, an additional voltage de-rating needs to be applied to assure the same degree of reliability. This additional de-rating is applied linearly above 85 °C and reduces the operating voltage to 2/3 $V_r$ at 125 °C.[1] With the use of Ta capacitors in automotive control systems, the operating temperature range is expanded to 175 °C with voltage ratings up to 50 V.[2] Ta flake powders have the necessary characteristics to produce high reliability capacitors for this application.

## Tantalum Flake Technology

Today, most commercial Ta powders are produced by the chemical reduction of $K_2TaF_7$ with Na metal in a molten salt reactor. With this technology, the surface area of the powder is determined by the ratio of $K_2TaF_7$ to diluent salts. Nodular Ta powders have been produced that can be utilized over a wide range of anode production conditions. For example, low surface area, high voltage powders with capacitance values in the range 10k to 30k CV/g and formation voltages up to 200 V have been in production for over 20 years.

Tantalum flake powders are produced by mechanical processes that flatten the initial granular powder. The raw materials for the flaking process can be either Na reduced Ta powders or crushed Ta EB ingots. The specific surface area of the flake powder, and hence specific capacitance (CV/g), is determined by the flake thickness. Thinner flakes result in products with greater surface area and corresponding higher CV/g.

The first step in the flaking process consists of flattening granular Ta powder in a ball mill. In order to minimize contamination and oxidation, the Ta particles are milled in an organic solvent. Subsequently, an acid leach is performed to purify the flaked product. Next, the flakes are reduced in size by hydriding and mechanical fragmentation in an impact mill. Heat treatment and de-oxidation process steps are then used to achieve the proper oxygen concentration and physical properties, such as flow, Scott density, and particle size distribution, needed for commercial production of anodes. The macroscopic and microscopic characteristics of flaked and nodular Ta powders are shown in Figure



1.

**Figure 1.** SEM Photos comparing C350, a high voltage nodular powder (left), to C275 flake powder (right).

The screen cuts of both flake and nodular powders are similar; however, the underlying particle morphologies are quite different. This morphology difference is the fundamental reason flake powders have superior high formation voltage performance as compared to nodular powders.

## Advantages of Flake Capacitor Powders

Flake capacitor powders have the inherent potential to achieve higher CV/g at a given formation voltage as compared to nodular powders. Anodes made from nodular powder can be modeled as a series of interconnecting spheres or cylinders. Likewise, anodes made from flake powder can be modeled as a series of interconnecting plates.

The theoretical specific capacitance, or CV/g, of these different powder structures can be modeled using the general formula:

$$C = K_o K A / t$$

where C is the capacitance; A is the effective surface area; t is dielectric thickness; $K_o$ and $K$ are vacuum permeability and dielectric constant, respectively. The maximum attainable CV/g values of flake and nodular powder (calculated) are shown as a function of formation voltage in Figure 2. The figure clearly shows that flake capacitor powders have higher CV/g potential than nodular powders at any given formation voltage. The focus of current efforts is to achieve the full capability of both flake and nodular materials; however, flake powders inherently have greater capability and demonstrate improved performance in key areas.



**Figure 2.** Maximum CV/g values for flake and nodular Ta powders as a function of $V_f$

Current nodular and flake product offerings from Cabot Supermetals (CSM) have been evaluated on a comparable basis to understand relative performance. CSM flake products have historically been manufactured in Boyertown, PA. Recently, CSM's flake technology has been successfully implemented on a commercial scale in Aizu, Japan. The Aizu C-275 and the Boyertown C-275 have been demonstrated to be equivalent by statistical analysis for virtually all properties. Additionally, CSM Aizu has developed specific flake products tailored to Asian customers that offer some advantages for those customers' specific applications. CSM's current flake products offer the advantages of higher CV/g and lower DC leakage in wet test analysis. Similar results are experienced in solid capacitor products based on customer feedback.

The performance improvement that results from using flake powders at high formation voltages is demonstrated in Figures 3 and 4. These data compare different high voltage nodular powders from the Boyertown and Aizu sites to C-275 (standard flake) and a newly developed C-275A flake product. Figure 3 shows the relative CV/g benefit at different formation voltages. Figure 4 compares the sintering behavior of these powders, showing similar shrinkage for the flake products as compared to the nodular products. For higher formation voltages or even



lower DC leakage at 150 $V_f$, CSM has the C-255 flake product offering.

**Figure 3.** Capacitance vs. Formation Voltage of high voltage nodular to flake powders.



**Figure 4.** Capacitance vs. Shrinkage of high voltage nodular to flake powders. (Ds/Dg = ratio of sintered/green anode density)

A second key performance benefit of flake powder is lower DC leakage. In Figure 5, SEM photos of formed anodes made from high voltage nodular and flake powders are compared. Flake primary particles are generally much larger than their nodular counterparts in two dimensions. It is believed that during sintering, flake particles form stronger inter-particle connections because of their relatively large contact area. In addition, the curvature of the dielectric is minimized because of the flat structure. It is commonly believed that significant stresses build between the particles at high formation voltage as the dielectric layer becomes thicker, thus inducing the formation of dielectric defects. This is especially true at inter-particle connections or in areas of high surface curvature. Since flakes are flat, have larger primary particle size, and are capable of forming strong inter-particle connections with low curvature, they can handle stress better than their nodular counterpart. This results in lower DC Leakage, as shown in Figure 6. The data in Figure 6 are from the same samples as the data in Figures 3 and 4. This data shows the relative benefit of lower DC leakage and higher capacitance for anodes made from flake powders.

 

**Figure 5.** SEM of formed high voltage nodular (left) and flake (right) powders.



**Figure 6.** DC Leakage Current as a function of Formation Voltage

Flake powders are agglomerated, as shown in Figure 1, to achieve optimal physical properties, such as flow and anode crush strength, deemed critical to processing by capacitor manufacturers. Further customization has been accomplished to match specific physical properties (crush, flow, density, and fines) to individual customer's applications. How each capacitor manufacturer utilizes the improved capabilities of flake powders in their product designs will depend on their specific anode design, formation/impregnation schedules, and other processing techniques.

## Future Opportunities for Tantalum Flake Powders

Current flake products are able to achieve higher CV/g than their nodular counterparts at high formation voltages, while exhibiting lower DC leakage. There are, however, opportunities for improving the capabilities of flake products in high formation voltage applications (150 V to 200 V) and for extending the application of flake products into moderate formation voltage applications (down to 100 V or lower).

One focus of improvement is the production of flake powders with more uniform thickness distribution, and another is developing flake products with thicknesses that are optimized for both higher and lower formation voltages. Current flake products consist of individual flakes with a distribution of flake thickness. As shown in Figure 7, the CV/g of individual flakes at a given formation voltage is a strong function of flake thickness. At a formation voltage of 150 V, flakes with thickness less than about 250 nm will be formed through, and have essentially zero CV/g, while flakes with a thickness of about 300 nm will exhibit a maximum CV/g of about 44,000. Flakes that are thicker than 300 nm will exhibit lower CV/g values, declining to about 22,000 CV/g at 700 nm thickness. Of course, the optimum flake thickness depends on the intended formation voltage, with higher formation voltages having thicker optimum flake thickness.

In order to achieve the very highest CV/g for a given formation voltage, one would like to utilize a flake product with a very narrow distribution of flake thickness, centered just slightly above the optimal thickness for that formation voltage. The effect of the distribution of flake thickness on CV/g can be seen in Figures 8 and 9. Figure 8 depicts four normal distributions of flake thickness, each centered at 500 nm (0.5 microns). Figure 9 illustrates the expected CV/g for different flake thickness distributions when formed at 150 V. At a formation voltage of 150 V,

flake with a narrow thickness distribution centered on 300 nm will result in CV/g approaching 44,000. Flake powder with a similar average thickness, but broader thickness distribution, will exhibit much lower CV/g because the individual flake particles that are thinner than 300 nm will get formed through and not contribute any capacitance. The observed CV/g of flake samples with larger average thickness will not display the same sensitivity to flake thickness distribution when formed at 150 V, but will exhibit much lower CV/g than the potential 44,000 CV/g for an optimized flake product.



Figure 7. CV/g as a function of flake thickness.



Figure 8. Model Flake Thickness Distributions.



Figure 9 CV/g as a Function of Average Flake Thickness and Thickness Distribution

## Summary

In conclusion, Flake Capacitor Materials offer inherent advantages over nodular powders in high voltage applications. Specifically, the optimal CV/g and lower DC leakage provide the capacitor manufacturers unique capabilities in their anode designs. While existing Flake Capacitor Materials have enjoyed commercial success, the potential has not yet been fully reached. As the basic Flake Technology is further extended in Asian markets and further researched in CSM Japan, we expect new offerings to extend the product and application technology.

## References

[1] **AVX**, TAP Technical Summary and Application Guidelines, p. 112.

[2] **Tantalum Capacitors - How to Fulfill the Steadily Increasing Reliability Demands of Automotive Applications**, R. Schuhmann and D. Hahn, CARTS, 2002.