# Exhibit 7



COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                        SUPERIOR COURT

CABOT CORPORATION,           )
                             )
    Plaintiff,               )
                             )
    v.                       )   No. 03-1235-BLS
                             )
AVX CORPORATION and          )
AVX LIMITED,                 )
                             )
    Defendants.              )

### ANSWER, COUNTER-CLAIM AND JURY DEMAND

1. This paragraph merely characterized the action and no response is required.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. It is admitted that this Court has personal jurisdiction over the defendants. The balance of the paragraph is denied.

7. Admitted.

8. Admitted.

9. Admitted.

10. The first sentence is admitted. The second and third sentences are incomplete and are therefore denied.

11. The Australian tantalum mines are controlled by the Sons of Gwalia. Cabot owns 8% of the Sons of Gwalia and takes 75% of the output from its mines, some or all of which is pursuant to long-term contract. Cabot also has its own tantalum mining facility at Lac du Bonnet, Manitoba. Cabot's operation processes 50% of the world's tantalum and Cabot is the dominant company in high voltage tantalum powder processing.

12. Cabot markets its "flake" form of tantalum as unique in the industry.

13. The demand for tantalum is largely tied to the electronics and telecommunications markets. For example, as the demand for electronic devices has grown, so has the demand for tantalum. Tantalum is also used in the aerospace industry. Specialty alloys containing tantalum were and are used in the International Space Station.

14. In the past several years, the tantalum market has exhibited some instability. Despite what appears to be the general availability of tantalum, short term increases in marginal demand can drive the price up dramatically. In part, this results from the long lead time in developing new sources of the element and in part because much of the world's supply of the basic ore is subject to long term contracts. In the last five years, the market has seen occasions when spot prices have increased by multiples.

15. A great deal of the tantalum supply is locked up in long term contract and the parties to those contracts can and do exert substantial control over the market. Half of the Sons of Gwalia's world-wide production is committed to long-term contracts with Cabot and Starck, giving those two companies substantial control over the tantalum prices and supplies.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                                                     SUPERIOR COURT

|  |  |
|---|---|
| CABOT CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 03-1235-BLS |
|  | ) (Judge van Gestel) |
| AVX CORPORATION and AVX LIMITED, | ) |
| Defendants. | ) |

## PLAINTIFF CABOT CORPORATION'S ANSWER TO DEFENDANTS' COUNTERCLAIMS

Pursuant to Mass. R. Civ. P. 8 and 12, plaintiff Cabot Corporation, through its Performance Materials Division ("CPM"), hereby answers the Counterclaims of defendants AVX Corporation and AVX Limited (collectively, "AVX") as follows:

### Introduction

1.     CPM denies the allegations contained in Paragraph 1 of the Counterclaims.

### Parties

2.     CPM admits the allegations contained in Paragraph 2 of the Counterclaims.

3.     CPM admits the allegations contained in Paragraph 3 of the Counterclaims.

4.     CPM admits the allegations contained in Paragraph 4 of the Counterclaims.

### Facts

5.     CPM admits the allegations contained in Paragraph 5 of the Counterclaims.

6.     CPM admits the allegations contained in Paragraph 6 of the Counterclaims.

7.     CPM admits the allegations contained in Paragraph 7 of the Counterclaims.

8.    CPM currently is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Counterclaims.

9.    CPM admits that commercially mined tantalum ore containing the mineral tantalite is one of the world's main sources of tantalum, and that the recycling and scrap material markets also are significant sources of tantalum. CPM further admits that Australia currently produces the majority of the world's commercially mined tantalum ore, and that the countries of Thailand, Nigeria, the Congo, Canada, Brazil and Malaysia also possess, or may possess, significant deposits of tantalum ore. CPM otherwise denies the allegations contained in Paragraph 9 of the Counterclaims.

10.    CPM admits that it processes tantalum for sale worldwide to electronic component manufacturers such as AVX, and that there are various other tantalum processing companies, including H.C. Starck, Inc., NEICC, and CPM's wholly-owned subsidiary, Showa Cabot, which previously was owned and operated as a joint venture between CPM and Showa Denko. CPM otherwise denies the allegations contained in Paragraph 10 of the Counterclaims.

11.    CPM admits that it holds a minority ownership interest in the Sons of Gwalia, and that it owns and operates an independent tantalum mining facility in Lac du Bonnet, Manitoba, Canada. CPM otherwise denies the allegations contained in Paragraph 11 of the Counterclaims.

12.    CPM admits the allegations contained in Paragraph 12 of the Counterclaims.

13.    CPM admits that manufacturers of electronic and telecommunications devices are prominent users of electrical components containing tantalum, and that a rising demand for electronic devices has, at times, led to increased demand for tantalum products. CPM further admits that tantalum has certain applications in the aerospace industry, but CPM currently is without information or knowledge sufficient to form a belief as to the truth of the allegation that