# Exhibit 8

1

1 - 183

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                \*
AVX CORPORATION and             \*
AVX LIMITED,                    \*
                                \*
            Plaintiffs,         \*
                                \* Civil Action No.
    - vs. -                     \* 04-10467-RGS
                                \*
CABOT CORPORATION,              \*
                                \*
            Defendant.          \*
                                \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


DEPOSITION of AVX CORPORATION and AVX LIMITED (William Arthur Millman), a witness called by and on behalf of the Defendant, pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, before Charles E. Janey, Jr., CVR, a Notary Public in and for the Commonwealth of Massachusetts, at the offices of Brian A. Davis, Attorney at Law, CHOATE, HALL & STEWART, LLP, Two International Place, Boston, Massachusetts, 02110; on Wednesday, November 19, 2007, commencing at 1:15 p.m.

Millman 11.18.07

|    |    |    |
|----|----|----|
| 1  |    | score very highly. And they are a preferred |
| 2  |    | supplier. If I look at Cabot and Cabot materials, |
| 3  |    | then they would typically be middle of the road |
| 4  |    | ranking and not be a preferred supplier from the |
| 5  |    | point of view of all of those things. In terms of |
| 6  |    | your other question, yes, we would supply feedback |
| 7  |    | to the audited company with a formal set of results. |
| 8  | Q. | What does it mean to be a preferred supplier |
| 9  |    | to AVX? |
| 10 | A. | It basically means that it meets all of the |
| 11 |    | criteria that we require, both technical quality, |
| 12 |    | commercial, all of the elements that we consider |
| 13 |    | to be best in class. |
| 14 | Q. | You mentioned a few minutes ago that AVX has |
| 15 |    | a Biddeford, Maine facility, is that right? |
| 16 | A. | That's correct. |
| 17 | Q. | That is the facility that, at least a few |
| 18 |    | years ago, was operated by Mr. Ferry? |
| 19 | A. | That's correct. It still is. |
| 20 |    | MR. DAVIS: Let's mark this, please, |
| 21 |    | as the next Exhibit. That is Exhibit 4. |
| 22 |    | (The document above-referred to |
| 23 |    | was marked Deposition Exhibit |
| 24 |    | No. 4 for Identification.) |

22

BY MR. DAVIS:

Q.    I ask you to take a moment, Mr. Millman, and please read the two e-mails that are on Page 1 of Exhibit 4 to yourself. And tell me, please, when you are done.

(Pause.)

MR. GOREN: And I note for the record this Exhibit seems to bear a little probity on subjects 14 and 16, but let's see where you go.

THE WITNESS: Okay. Thank you.

BY MR. DAVIS:

Q.    Now, this appears to be an e-mail string, first from Mr. Hugh Tyler at Cabot to Mr. Chapple at AVX, and then a response from Mr. Chapple back to Mr. Tyler. Do you see that?

A.    Yes.

Q.    Do you know Mr. Chapple?

A.    I do.

Q.    Is he still employed at AVX?

A.    No, he's retired, recently retired.

Q.    Now, do you see the top e-mail from Mr. Chapple to Mr. Tyler is dated September 6, 2000?

A.    Yes.

Q.    And it says, in the middle of that e-mail,

25

| | | |
|---|---|---|
| 1 | Q. | Meaning low electrical loss? |
| 2 | A. | Yes. |
| 3 | Q. | The twenty-five-volt products, what types of |
| 4 | | applications would the twenty-five-volt products |
| 5 | | typically be used in? |
| 6 | A. | They would be used in applications where |
| 7 | | twelve volts' power would be used. So these would |
| 8 | | be typically in main frame computers, in servers, |
| 9 | | in network providers. So typically, large |
| 10 | | capital-intensive applications. Secondly, they |
| 11 | | would also be used commonly in power supplies, |
| 12 | | again, to provide twelve-volt power to various |
| 13 | | equipments. And also, within the automotive |
| 14 | | industry, again twelve-volt basic power supply, |
| 15 | | and our customers would typically use a safety |
| 16 | | factor of two to one to provide extra reliability. |
| 17 | Q. | Meaning that almost a twenty-five-volt |
| 18 | | capacity, typically, they down-rated the |
| 19 | | application so that it is not unduly stressing the |
| 20 | | component? |
| 21 | A. | Absolutely correct. |
| 22 | Q. | Now, thirty-five-volt applications, what are |
| 23 | | the products, what are those typically used for? |
| 24 | A. | Exactly the same, again. |

Millman 11.18.07

34

| | | |
|---|---|---|
| 1 | Q. | Is that a nodular or a flake product? |
| 2 | A. | That's a nodular. |
| 3 | Q. | A product produced by whom? |
| 4 | A. | Ninja Corporation, China. |
| 5 | Q. | And then there is another product, STA18KM, |
| 6 | | do you see that? |
| 7 | A. | Yes, I do. |
| 8 | Q. | That is also a nodular product? |
| 9 | A. | Yes, it is. |
| 10 | Q. | And that was produced by H. C. Starck? |
| 11 | A. | That is correct. |
| 12 | Q. | And then if I understand, let's look at the |
| 13 | | FTW-170 notation. The next column is titled |
| 14 | | "Status," do you see that? |
| 15 | A. | Yes, I do. |
| 16 | Q. | And "App.," does that mean "approved?" |
| 17 | A. | Yes, it does. |
| 18 | Q. | And it means it was approved for |
| 19 | | twenty-five-volt and thirty-five-volt |
| 20 | | applications, is that right? |
| 21 | A. | In some twenty-five-volt and some |
| 22 | | thirty-five-volt applications, it was currently |
| 23 | | being used. |
| 24 | Q. | At that point in time, as of early 2000, AVX |

Millman 11.18.07

44

|    |    |                                                              |
|----|----|--------------------------------------------------------------|
| 1  |    | per gram, eighteen thousand CV per gram that would           |
| 2  |    | be possibly candidates for substitution.                     |
| 3  | Q. | Do you regard -- before I go there, let me                   |
| 4  |    | ask you, are you aware of other replacements for             |
| 5  |    | C-275, aside from the FTW-170 and STA18KM                    |
| 6  |    | products?                                                    |
| 7  | A. | There were various unique materials which                    |
| 8  |    | were never commercialized that we were sampled by            |
| 9  |    | our other suppliers as a potential substitute.               |
| 10 |    | Some of these were purely developmental materials,           |
| 11 |    | which never subsequently became commercialized,              |
| 12 |    | all of which failed.                                         |
| 13 | Q. | Now, do you regard Cabot's flake powders as                  |
| 14 |    | unique?                                                      |
| 15 | A. | Yes, I do.                                                   |
| 16 | Q. | What is it that makes them unique?                           |
| 17 | A. | Being able to achieve a high CV at high                      |
| 18 |    | voltage and its ability to provide low ESR and               |
| 19 |    | high surge resistance.                                       |
| 20 | Q. | Now, when you say high CV, you mean CV per                   |
| 21 |    | gram?                                                        |
| 22 | A. | Yes, I do.                                                   |
| 23 | Q. | What is CV per gram?                                         |
| 24 | A. | It's the surface area per unit gram, per                     |

Millman 11.18.07

1                 being fried?
2    A.      That's a fair statement.
3    Q.      Now, is it possible to produce capacitors with high CV per gram and high voltage without using flake powder?
6    A.      It's not possible to produce the same, in the same package, the same capacitance with the same characteristic without flake powder.
9    Q.      My question is a little bit different.
10   A.      Okay.
11   Q.      Is it possible to produce a capacitor with high CV per gram for high voltage applications without using flake tantalum?
14   A.      There are specific codes, there are specific part numbers, that it's impossible to make the same product performance, the capacitance, ESR, physical size, surge resistance, surge robustness, without flake.
19   Q.      But if the user is willing to go with a different size, for example, it is possible to produce a component with the same high CV per gram for high voltage applications without using flake powder, is that right?
24   A.      No. These parts were typically in the

88

1       Often, these are defense-related projects
2       and we have obligations under those contracts to
3       supply that product.  They can't suddenly decide
4       that -- you know, it's not in the same situation
5       as in the commercial, where they are able to do a
6       complete redesign.  You can't make a change to an
7       F-22 in a short period of time.
8       And we also used flight materials to supply
9       products for the military, the U.S. military and
10      the British military, as well as medical devices,
11      and these require an act of Congress to change
12      designs.  So although the volume may be low, the
13      impact of us not being able to support those
14      designs and the impact to the business and our
15      credibility could be huge.
16  Q.  When you say an act of Congress, that is a
17      bit of hyperbole, correct?  It does not really
18      require an act of Congress, you are just saying it
19      is more difficult in those circumstances?
20  A.  Extremely difficult.
21  Q.  But it is still possible, for example, even
22      for the military to come up with an alternative
23      design for a product when the availability of a
24      particular component becomes difficult, correct?

Millman 11.18.07

89

1  A.         Anything is possible if you're determined
2             enough to put enough effort, time, money and risk
3             behind the change. And risk aversion is the big
4             thing for the military and for the medical. It's
5             one thing for a server to stop functioning, it's
6             another issue altogether should a defibrillator or
7             a heart pacemaker cease to function or a military
8             piece of hardware, a mission critical item. So I
9             would put that in a different category altogether.
10 Q.         But when coming up with an alternative for,
11            for example, a flake-based product, it does not
12            mean that the alternative is necessarily less
13            reliable, correct?
14 A.         It's not proven, and that's the problem.
15            With the military and the medical guys, what they
16            totally rely upon is proven history. So they
17            establish field life component reliability and
18            they then really hate change. They really don't
19            want any change at all. It works, it provides the
20            function that they're looking for. Cost isn't
21            specifically the issue that drives them, but
22            reliability is. So they don't make change for any
23            sake unless it's absolutely there's no other
24            alternative.

Millman 11.18.07

1  where, for example, traditionally, it's available
2  only in a D case and we'll make it available in a
3  C case or a smaller case. Or we will put more
4  capacitance into that same larger case size and
5  make that available. In those cases, for periods
6  of time, there were no alternatives in terms of
7  nodular-based solutions.
8         BY MR. DAVIS:
9  Q.    When you say there were no alternatives,
10 what you mean is that there weren't alternatives
11 that had all the same characteristics?
12 A.    Correct.
13 Q.    But there were other alternatives that
14 customers could have used if they were willing to
15 make some concessions, for example, in case size?
16 A.    Again, they would typically be used in new
17 designs. This was a new part number. Designers
18 are looking for new devices to enable them to,
19 say, down-size their product or make their product
20 better, and so they often will be new designs and
21 the design would be fit around our product.
22        So again, it would not be an easy change and
23 it would involve risk, not just an offset in some
24 performance parameter, but risk in terms of

1   reliability, performance, and ultimately, field
2   life.
3           MR. GOREN:  The question dealt with
4   size.
5           MR. DAVIS:  Pardon me.  My point is --
6   please, you can object, but please, no commentary.
7   I am directing that to Mr. Goren.
8           BY MR. DAVIS:
9   Q.      Mr. Millman, my point is that when you said
10          that there were no alternatives for some of those
11          products, for the flake-based products that AVX
12          produced, what you mean is that if the customer
13          wanted to reduce the size of their particular
14          electronic device and maintain the same
15          characteristics of that component or the same
16          capacity of that component, then they could not do
17          it, but they could, in fact, agree, the
18          manufacturer could decide not to reduce the size
19          of its product and utilize comparable components
20          from another manufacturer, correct?
21  A.      There was no drop-in alternative.  To
22          replace the device would often require a complete
23          redesign, and that would then obligate a number of
24          customers to getting approval from their customer.

```
 1              powders and say they are completely not a
 2              legitimate substitute for C-275, in particular.
 3      Q.      Has AVX come up with any substitutes for
 4              C-275?
 5      A.      Not completely, no.
 6      Q.      But partially?
 7      A.      Partially.
 8      Q.      Which ones?  What products?
 9      A.      Our commodity product, our TAJ-type parts,
10              and our mature products, so not our range
11              extension, so the parts that we were making prior
12              to or coincidental with the development of flake
13              powders.  So there, we do have an alternate.  For
14              the advanced products that we made, what we call
15              the range extension or the down-sized parts, then
16              we still don't have substitutes for those.
17      Q.      What is AVX using as its replacement for
18              C-275 in its commodity products?
19      A.      STA18KT, FTW-170 are two of the materials
20              that we're using.
21      Q.      So it is possible to substitute STA18KT or
22              FTW-170 for C-275 in some circumstances?
23      A.      In limited, small number of circumstances.
24      Q.      Did you ever evaluate any of the STA30KD or
```

Millman 11.18.07

176

1    efficiency.
2  Q.   And a certain case size?
3  A.   Yes.
4  Q.   Is it correct that they would tend to be a
5    smaller case size?
6  A.   Yeah. We would offer a customer two
7    options. He can have the same capacitance that he
8    is using today in a smaller package, which is
9    attractive if they're miniaturizing their
10   assemblies. And the alternative is additional
11   capacitance in the same package.
12 Q.   Was cost to the customer a factor, also?
13 A.   Yes, it was, because if we provided more
14   capacitance in one device and it was substituting
15   two devices, there was an opportunity for them to
16   save board space, improve system reliability, and
17   reduce component counts. So cost was a factor
18   both ways.
19 Q.   Now, I understand that you are not a
20   marketing person, but you were aware, in 2000, of
21   AVX having contracts with some of its customers?
22 A.   Yes.
23 Q.   Did some of those contracts in 2000 require
24   AVX to deliver products that had each of these

Millman 11.18.07

1              characteristics that you just spoke of?
2                       MR. DAVIS:  Objection.
3                       MR. GOREN:  You may answer.
4                       THE WITNESS:  Yes, particularly the
5              automotive customers, who place quite specific
6              requirements on AVX to deliver performances,
7              reliability performances in the field, with
8              penalties, financial penalties, attached to them.
9                       BY MR. GOREN:
10        Q.       And if AVX were unable to produce capacitors
11             having these characteristics, would AVX have
12             suffered penalties, is that what you said, under
13             these contracts?
14                      MR. DAVIS:  Objection.
15                      THE WITNESS:  AVX would have suffered
16             very large financial penalties.  And it would not
17             be restricted to AVX's Tantalum Division; the
18             whole of AVX would have been negatively impacted
19             since these customers are not only customers for
20             tantalum capacitors, but our other products.
21                      BY MR. GOREN:
22        Q.       And what is your basis for saying that there
23             are other consequences that would have ensued had
24             AVX been unable to fulfill its contracts with some

1    that it may have injured AVX's reputation, but
2    over time, AVX could have compensated for that
3    loss by coming up with alternative products for
4    its customers?
5    A.    Even today, we don't have alternates that we
6    would consider appropriate for our customers in
7    some areas where flake is the only product that we
8    can rely upon. Even today, after seven years.
9    Q.    But over time, the customers could have come
10   up with alternative designs that would have
11   eliminated the use of AVX's flake-based products
12   and the customers would have been able to go on
13   with their businesses, correct?
14   A.    No, I don't believe so, because in the areas
15   where the components were able to be designed out,
16   they've been designed out. Today, we still
17   provide customers with flake-based products
18   because essentially, there is no easy substitute.
19          And I come back and I refer again, if you're
20   dealing with customers such as the military, the
21   medical and automotive, you cannot generate field
22   history. There's always that risk. And so when a
23   customer, particularly an automotive customer,
24   designs a part in and they develop field history

Millman 11.18.07