# Exhibit 9

```
                                                                    1

1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
2

3                     CIVIL ACTION NO. 04-10467-RGS

4

5    ****************************
     AVX CORPORATION              *
6    and AVX LIMITED,             *
              Plaintiffs,         *
7                                 *
                                  *
8    v.                           *
                                  *
9                                 *
     CABOT CORPORATION,           *
10            Defendant.          *
     ****************************
11

12

13
                DEPOSITION OF WILLIAM J. YOUNG, taken
14   before Kristin M. Stedman, a Registered Professional
     Reporter and Notary Public in and for the Commonwealth
15   of Massachusetts, at the offices of Bodoff &
     Associates, 225 Friend Street, Boston, Massachusetts,
16   on Wednesday, November 28, 2007, at 10:00 a.m.

17

18

19

20              KACZYNSKI REPORTING
            72 CHANDLER STREET, SUITE 3
21                BOSTON, MA  02116
                   (617) 426-6060
22

23

24              KACZYNSKI REPORTING
```

Young 11.28.07

20

1  products to customers that were customers of ours,
2  yes, if that is your question.
3         MR. DAVIS: I think that was his prior
4  question.
5     A.  I am confused on that question.
6     Q.  I will get there. In this period of time
7  prior to -- February 2002, Cabot acquired the other
8  half interest it had not owned in the joint venture,
9  correct?
10    A.  Yes, sir.
11    Q.  So I want to focus on the period
12 six years, 1996 through that period. In that period
13 of time, Cabot had purchase orders and obligations to
14 sell tantalum products to AVX, Vishay, Kemet and other
15 buyers, correct?
16        MR. DAVIS: Objection. You can respond.
17    A.  Cabot had obligations during that six-year
18 period to sell the products, yes.
19    Q.  And the question is in that period of
20 time, did Showa Cabot ship or sell any of those
21 products in satisfaction of a purchase order or an
22 obligation that Cabot had?
23        MR. DAVIS: Objection. You can respond.
24    A.  The problem I am having with the question,

34

1    A.    Yes, that is what it says.

2    Q.    In this period of time, 1996 through
3 February 2002, Cabot had, Cabot manufactured and sold
4 flake products, specifically C255 and 275, correct?

5    A.    Yes, that is correct.

6    Q.    And to your knowledge, Showa Cabot also
7 sold nodular products to AVX among others, correct?

8    A.    Yes.

9    Q.    But the only place in the entire world AVX
10 could get flake was from Cabot Corporation in this
11 period of time from 1996 through February 2002,
12 correct?

13    MR. DAVIS:    Objection.  Asked and
14 answered.  You can respond.

15    A.    During that period of time, AVX purchased
16 powder from us, which was called flake, that was
17 available as nodular through other producers, yes,
18 that is correct.

19    Q.    Mr. Young, this is a small point, and I
20 think we each know what we're doing, but I just need
21 to lock you in, that there are, in this period of
22 time, 1996 through February 2002, there were two
23 products that Cabot marketed and sold as flake,
24 correct?

Young 11.28.07

35

1          MR. DAVIS: Objection. You can respond.
2      A.   There were two main products that we sold
3  as flake that you are referring to, C255 and 275.
4  There was also a C200 which was an older flake
5  product. Yes, there were a few different variations
6  of flake, yeah.
7      Q.   And isn't it true that year 2000, that the
8  only place in the world AVX could go to get C255 or
9  275 was Cabot?
10         MR. DAVIS: Objection. Asked and
11  answered. You can respond.
12     A.   Yes, sir, that is correct.
13     Q.   Now, for what reason or reasons in this
14  period 1996 through February 2002 did Cabot not
15  provide Showa Cabot with the flake technology?
16         MR. DAVIS: Objection. I instruct you not
17  to answer.
18         MR. GOREN: Mr. Davis?
19         MR. DAVIS: Yes, Mr. Goren.
20         MR. GOREN: Do you acknowledge that if
21  there were another source, whether or not there was
22  another source for flake prior to entry into the
23  long-term supply agreement is relevant to this case?
24         MR. DAVIS: Richard, I acknowledge that

36

1  you sought discovery on Cabot's dealings with Showa
2  Denko, and you were denied that discovery by
3  Magistrate Judge Bowler. You currently have a motion
4  for reconsideration pending on that point which
5  acknowledges the fact that you were denied this
6  discovery, so my position is that unless and until you
7  obtain the Court's revocation of Magistrate Judge
8  Bowler's order which prohibits you from conducting
9  discovery on that point, that you are not permitted to
10 do so.
11             MR. GOREN: You misrepresent both what was
12 before the Court and its ruling, and you also failed
13 to move for a protective order as you are required
14 under the rules.
15             MR. DAVIS: My instruction stands.
16       Q.   Let's try this one, in the year 2000 or
17 thereabouts, isn't it true that Showa Cabot produced
18 and sold tantalum powders at prices that were lower
19 than what Cabot offered for comparable products, sir?
20             MR. DAVIS: Objection.
21       Q.   You knew that?
22             MR. DAVIS: Objection.
23       A.   I did not know that, because during that
24 period, they were a competitor.

Young 11.28.07

39

1  second.

2          (Discussion off the record.)

3          MR. GOREN:  On the record, please.

4      A.  I am going to answer the question in

5  somewhat detail because there is a technical

6  difference, there was between the S506 and C606.  The

7  S506 was a world-class 50,000 CV per gram powder, the

8  606 was not a world-class 50,000 CV per gram powder.

9      Q.  Isn't it true that the -- Strike that.

10         Were they, the Cabot 606 and the Showa

11 506, did they compete for segments of the same market?

12     A.  Yes, they did, they competed for the

13 50,000 CV window.

14     Q.  And isn't it true that Cabot knew that a

15 number of its customers were unhappy with the

16 performance of Cabot's 606 in the period of, let's

17 say, the year 2000?

18         MR. DAVIS:  Objection.  You can respond.

19     A.  Yes.

20     Q.  And isn't it true that Cabot knew in the

21 year 2000 that some of its buyers who were not pleased

22 with the performance of C606 looked to the Showa

23 product S506?

24         MR. DAVIS:  Objection.  You say looked to

Young 11.28.07