# Exhibit 10

# Capacitor Grade Tantalum Metal Powder & Wire Markets: 2005-2010

**Powder & Wire-The Bottleneck In The Supply Chain:**
Tantalum ore must be separated and processed, or engineered in capacitor grade tantalum metal powder and wire, which is a difficult and expensive process. The number of large companies that can accomplish this successfully to date is limited to three- Cabot Corporation, Hermann C. Starck and Ningxia Non-Ferrous Metals. A fourth is typically considered to be Showa-Denko of Japan, but this is a joint venture with Cabot Corporation. Some smaller operations exist as well, and include VMC Corporation (wire only), Solikamsk Magnesium Works in Russia; Mitsui Mining and Smelting of Japan, and NAC Kazatomprom of Kazakhstan.

VMC Corporation has been in the tantalum wire business for many years and has never created any large market share in the business. Mitsui Mining & Smelting of Japan is a much larger operation both physically and financially and should be considered as a competitive threat to Cabot, Starck and Ningxia, Mitsui has made rather significant inroads in supplying other raw materials to the passive components industry, especially in base metal material supply to the MLCC industry. Solikamsk has also been around for many years and has not made any major inroads into the industry. NAC Kazatomprom on the other hand, is a relatively new venture and its material offering looks rather good. NAC has been linked to Ulba Metallurgical in the past.

Regardless, Cabot and Starck, and to a lesser extent Ningxia NFM dominate the key supply chain elements to the tantalum capacitor industry, and because there are only three suppliers of engineered powder and wire, this phase of the supply chain is considered a bottleneck.

*The Cabot Strategy:*
Cabot Corporation, which owns the Cabot Performance Materials Division in Pennsylvania, has a perceived strategy of attempting to control the global supply of tantalum ore, and to control the developments of new ore resources. Thus we see Cabot active in developing new mines, for example the Morrua Mine in Mozambique; and of course their current ownership of the Tanco mine in Lake Bernic, Canada. Cabot has also recently signed a ten-year agreement with Grupo Paranapanema for tantalum ore from the Mamore Mine in Brazil. We also see that they have invested in Angus & Ross, which is developing tantalum ore sites in Ireland and Greenland. Cabot has their powder and wire operations located in Boyertown, Pennsylvania, and now 100% ownership of the former Showa-Cabot Supermetals KK Japan, which has been renamed Cabot Supermetals KK. So the company is a major global supplier of materials for capacitor anodes in the USA, Europe and Japan.

In 2004 and 2005 Cabot strengthened their commitment to their strategy by making and offer of $100 million for Sons of Gwalia's Wodgina Mine; and also securing the majority of ore from Egypt's Abu Dabbab mining operations (some 640,000 pounds of tantalum ores. So Cabot continues to endeavor to maintain control over the global tantalum ore resources, and should they get their wish, their takeover of the Wodgina mine from SOG

<u>Tantalum Ore, Powder & Wire Markets Worldwide: 2005-2010</u>



Market Shares In Capacitor Grade Tantalum Metal Powder In 2004

**Table Assumptions:**

<u>Cabot Performance Materials</u>: Reported sales for 2000 were $215 million from this segment. In 2004, based upon Cabot's 10-K reporting, we estimate 2004 revenues of $345 million for the tantalum materials business. The growth in this segment reflected the successful implementation of "take or pay" contracts with its customers, coupled with the purchase of 100% of Showa-Cabot Supermetals KK.

Cabot's combined actions increased their market share to 66% of the global supply of capacitor grade tantalum metal powder and wire in 2004, from approximately 28% in 2004 (actually 40% if you include their ownership in Showa-Cabot Supermetals in 2000).

*<u>Showa-Cabot Supermetals KK</u>: Reported capacitor powder sales of $194 million in 2000 with 432,000 pounds of tantalum powder sold. Showa-Cabot dominates the higher CV/g powder business worldwide. Cabot took control of the remaining 49% shares they owned in the company in 2003. This was a preemptive strike as Kemet was about to use Showa-Cabot to process ore from their Australasian Gold venture, which backfired when their were no material processors who would process the ore once Cabot bought out Showa Denko's share.*

<u>HC Starck:</u> Total revenues in 2000 were $613 million USD. Paumanok estimates that about 40% were derived from tantalum powder and wire sales to the capacitor industry. In 2004, Paumanok estimates that Starck's sales of capacitor grade tantalum metal powder and wire were $120 million USD in 2004 (mostly wire), down from $250 million in 2000. Tantalum powder and wire sales to the capacitor industry declined at HC Starck between 2000 and 2004 as a direct result of the "take or pay" contracts initialized by their chief rival- Cabot Corporation. In order to honor the contracts set in motion by Cabot, the capacitor manufacturers had to divert their contracts away from Starck so that they could pay for TA powder.

<u>Ningxia NFM:</u> Reported sales in 2000 were $115 million USD, of which Paumanok estimates that $95 million came from sales of powder and wire to the capacitor industry.