# Exhibit 11

Privileged & Highly Confidential

Exhibit 3

Supplier Shares of Capacitor Grade Tantalum Powder and Wire

1998 - 2006

| Supplier | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005F | 2006F |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Percent) | | | | |
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| Cabot | 35.43 % | 31.86 % | 27.60 % | 60.59 % | 77.16 % | 74.42 % | 66.35 % | 56.64 % | 47.97 % |
| Showa-Cabot | 20.45 | 24.87 | 25.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| H.C. Starck | 31.58 | 28.96 | 32.09 | 20.26 | 15.23 | 18.94 | 23.08 | 28.32 | 34.96 |
| Ningxia | 12.15 | 13.97 | 14.76 | 16.57 | 7.61 | 6.63 | 9.62 | 13.27 | 15.45 |
| DLA | 0.40 | 0.34 | 0.51 | 2.58 | 0.00 | 0.02 | 0.96 | 1.77 | 1.63 |
| | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % |

Notes: Shares are based on dollar sales.
Shares for 2005 and 2006 are forecasted estimates.

Source: Dennis M. Zogbi, "Tantalum Ore, Powder & Wire Markets: 2005 - 2010," *Paumanok Publications*, 2005.

NERA Economic Consulting