# Exhibit 13

<-_->
<-_->


Highly Confidential

# Global Tantalum Market Share

- AVX 22.0%
- Nichicon 8.0%
- Matsuo 8.0%
- Others 8.0%
- Vishay 14.0%
- Hitachi 6.0%
- NEC 14.0%
- Kemet 20.0%

SALES PRESENTATION