# Exhibit 14



**CABOT**

Performance Materials

August 7, 2000

Mr. John Gilbertson
President – AVX Limited
P.O. Box 867
Myrtle Beach, SC 29578

Dear John,

I had tried to schedule a phone conversation with you several times but was unable to do so. Since your office has not returned my calls I wanted to send this letter to make sure that you understood my issues. It is my hope that I can also at some point understand your perspective of the global tantalum issues as well. My goal for this call was two fold:

  1) To set up a time when we could meet face to face
  2) To inform you that without a contract, I am concerned that we will not be able to supply your business

As you know, I have discussed long term contracts with Ernie Chilton and he has informed me that AVX would, "Never sign that type of take or pay contract with any supplier." I realize that this is AVX's stated position but as you know, we are not under any obligation to supply AVX in 2001 and beyond. I want to make it clear that without a contract, I do not believe we will be able to meet your needs in those years.

Our goal would be to become an important supplier to the world's largest tantalum capacitor manufacturer, but we must form some type of contractual arrangement to do so for the short and long term. In the past we have operated, and currently we are operating, without contracts. By relying only on nonbinding "Letters of Intent" (LOI) from AVX, Cabot is entirely at risk without any guarantee of sale.

In 1996 and 1997, AVX informed (John Chappel to Tom Odle) Cabot that without price reductions in the middle of the year, we would lose sales. In fact, in each of those years when we refused to drop prices below the level AVX had included in its LOI, AVX refused to purchase the full sales volumes set forth in the LOI. AVX has utilized this non-contract position effectively to their benefit and it has left us holding the "bag".

We cannot continue on this basis. We are anxious to compete for your business, but we need to be able to term contract to insure supply and share the risk but we have received very clear communication that this is not your philosophy relative to suppliers.

We are trying to seek partners that will sign long term agreements and share the risks of mining, exploration, and the high cost of inventory management as well as R&D in this business. Please let me know if you would like to discuss this issue (Phone: 1-610-369-8203).

Best regards,

Thomas H. Odle
Vice President and General Manager

Cabot Performance Materials | P.O. Box 1607 | 144 Holly Road
Boyertown, Pennsylvania 19512-1607 | Phone: 610-367-1500

**CONFIDENTIAL**
C(A) 031751