# Exhibit 15



**CABOT**
Performance
Materials

## SUPPLY AGREEMENT

This Supply Agreement made as of the ___ day of December 2000 by and between Cabot Corporation, Cabot Performance Materials Division ("CPM") and Epcos AG ("Buyer"). In consideration of the mutual promises herein contained and other good and valuable consideration, Buyer and CPM hereby agree as follows:

1.  PERIOD OF AGREEMENT

    This agreement shall be effective as to the tantalum powder and wire described on Appendix A ("Product" or "Products") to be delivered on or after January 1, 2001 through December 31, 2005.

2.  QUANTITIES: SCHEDULING: LIQUIDATED DAMAGES

    Buyer shall purchase and CPM shall sell and deliver the "minimum purchase quantity" ("Minimum Purchase Quantity") of each Product described on Appendix A.

    At least ninety (90) days before the commencement of each calendar month, Buyer shall advise CPM in writing of the quantities of Products to be delivered to Buyer during such month. It is anticipated that shipments each calendar year ("CY") will be made in approximately equal monthly shipments, but Buyer may at its discretion schedule in any month the delivery of up to thirty percent (30%) more or less of such equal monthly amount but Buyer exercise of such discretion shall not affect Buyer's annual or aggregate minimum purchase obligations or CPM's annual or aggregate delivery obligations under this Agreement.

    In light of the fact that CPM may be required to enter into long term ore supply agreements and or forego other business to meet its obligations under this Agreement and because market conditions are likely to change during the term of this Agreement, CPM and Buyer agree that damages for a failure of Buyer to meet its purchase obligations under this Agreement, while real, would be difficult to ascertain. Accordingly, if in any year during the term of this Agreement, Buyer does not purchase the Minimum Purchase Quantity of any Product for such year plus the amount of any additional Product that Buyer committed to purchase, Buyer shall pay CPM, as liquidated damages and to the exclusion of any other claims that CPM may have in connection with Buyer's non-fulfilment of its purchase obligations, an amount equal to the product of (i) the per pound purchase price for such Product for such year, multiplied by (ii) the excess of (a) the Minimum Purchase Quantity for such Product for such year plus the amount of any additional Product that Buyer committed to purchase over (b) the number of pounds of such Product actually purchased by Buyer during such year.

    For the contract years 2003, 2004, and 2005, upon Buyer's request CPM shall substitute, on a pound for pound basis, up to up to eight thousand (8,000) pounds of standard commercial grade CPM tantalum powder for up to eight thousand (8,000) pounds of wire covered by this contract, provided that A) Buyer makes its request in writing to CPM no later than March 31st of the prior year B) CPM has sufficient unutilized capacity available to produce the requested grade of powder and C) the requested grade of powder is then generally available for sale by CPM. The powder price shall be the greater of A) the price in this contract and B) the market price at the time Buyer makes its request for substitution. In the event Buyer does not request a substitution or if the conditions set forth above are not all satisfied, Buyer's original wire obligation shall remain in force.

    At any time upon Buyer's request, CPM shall substitute, on a pound for pound basis, standard commercial grade CPM tantalum powder for the C410 tantalum powder covered by this contract, provided that A) Buyer makes its request in writing to CPM at least six (6) months prior to the date of substitution B) CPM has sufficient unutilized capacity available to produce the requested grade of powder and C) the requested grade of powder is then generally available for sale by CPM. In the event Buyer does not request substitution or if the conditions set forth above are not all satisfied, Buyer's original obligation to purchase C410 powder shall remain in force.

HIGHLY CONFIDENTIAL

3.  PRICE

    The prices for Products to be purchased and sold during the term of this agreement are listed on Appendix A. All prices are FOB Boyertown, PA.

    The prices for Products to be delivered in calendar years 2004 and 2005 set forth on Appendix A shall be retroactively increased or decreased, as the case may be, each calendar quarter to reflect changes in the average spot market price paid by CPM for tantalum ore during the quarter. The price adjustment shall be made retroactively at the end of each calendar quarter by determining the difference ("Ore Difference"), if any, between (i) $125 ("Base Ore Price") and (ii) the greater of (a) the average spot market price per pound paid by CPM for purchases of tantalum ore during the quarter (but not including purchases from CPM's affiliates and Sons of Gwalia, Ltd and its affiliates and purchases of capacitor and mill product scrap under long-term contracts) and (b) $70 ("Spot Price Adjuster"). In each quarter of 2004 and 2005, the Product prices set forth on Appendix A shall be increased if the Spot Price Adjuster exceeds the Base Ore Price and shall be decreased if the Spot Price Adjuster is less than the Base Ore Price. The increase or decrease, as the case may be, of the per pound Product price shall be equal to the product of the Ore Difference multiplied by (i) 1.4 in the case of tantalum powder and (ii) 1.5 in the case of tantalum wire. No price adjustment shall be made if the Ore Difference is zero. A sample of the price adjustment calculation is set forth on Appendix C.

    CPM shall notify Buyer in writing within fifteen (15) days after the end of each quarter of any repayment due Buyer or any additional payment due to CPM ("Adjustment Notice"). Buyer shall pay CPM, and CPM shall pay Buyer, any amount due as a result of such adjustment within thirty (30) days after the date of the Adjustment Notice. Buyer shall have the right, upon reasonable prior notice, to have an independent certified public accounting firm audit, during normal business hours, CPM's compliance with this Section 3.

4.  INVOICE AND PAYMENTS

    CPM shall invoice Buyer upon shipment for all Products shipped. Buyer shall pay such invoices with immediately available funds within thirty (30) days of invoice date.

5.  FORCE MAJEURE

    Neither party hereto shall be liable to the other for default or delay in performing its obligations hereunder if caused by fire, explosion, strike, lockout, labour conflict, riot, war, acts of God, governmental order or regulation, shortage of power, and/or any other occurrence beyond the reasonable control of the party so defaulting or delaying, so long as such Force Majeure is in effect; provided, however, that no party shall be excused by reason of Force Majeure from any obligation to pay money when due.

6.  CONFIDENTIALITY

    During the term of this Agreement and for a period of two years thereafter, neither party shall disclose to others the terms of this Agreement, except as may be required by law or a court of competent jurisdiction. Provided, however, that Buyer may share cost information with Buyer's customers to the extent reasonably necessary to justify Buyer's own prices towards such customers. The provisions of this Section 6 shall survive the termination of this Agreement.

7.  WARRANTY; LIMITATION OF LIABILITY

HIGHLY
CONFIDENTIAL
C(AII)090682

- 3 -

All Products delivered by CPM shall conform at the time of delivery to the specifications attached hereto as Appendix D and to any other specifications mutually agreed upon by Buyer and CPM during the term of this Agreement. CPM shall replace or refund the purchase price of any Product that does not so conform at the time of delivery. CPM MAKES NO OTHER WARRANTY OR REPRESENTATION OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY REPRESENTATION OR WARRANTY AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL CPM BE RESPONSIBLE OR LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES.

8. SCRAP SALE BY BUYER

Each calendar year during the term of this Agreement, Buyer shall sell and CPM shall purchase tantalum contained in scrap materials ("Scrap") of the grades and at the prices set forth on Appendix B. Scrap prices are FOB Buyer's plant. The Scrap to be sold and purchased in each calendar year shall be at least equal, by weight of contained tantalum, to 17% of the Minimum Purchase Quantity of tantalum powder for each year and 40% of the Minimum Purchase Quantity of tantalum wire for each year. The quantity of Scrap to be sold and purchased during the period November 1, 2000 through December 31, 2000, shall be equal by weight of contained tantalum, to 17% of the tantalum powder and 40% of the tantalum wire delivered to Buyer during such period. It is expected that Scrap will be supplied in approximately equal quarterly shipments. A minimum of eighty percent (80%) of the Scrap sold and purchased each CY shall be melt grade wire scrap.

Notwithstanding the foregoing, the prices set forth on Appendix B for Scrap to be delivered in calendar years 2004 and 2005 shall be retroactively increased or decreased in each calendar quarter in which the average selling price paid by Buyer for all grades of tantalum powder under Section 3 ("Actual Average Selling Price") is more than or less than the applicable average price for all grades tantalum powder set forth on Appendix A ("Average Appendix A Price"). In any such calendar quarter, the Scrap prices set forth on Appendix B shall be retroactively increased or decreased, as the case may be, by multiplying each such price by a fraction the numerator of which is the Actual Average Selling Price and the denominator of which is the Average Appendix A Price. CPM shall notify Buyer in writing within forty-five (45) days after the end of each quarter of any underpayment or overpayment by CPM ("Adjustment Notice"). Within thirty (30) days after the date of the Adjustment Notice, CPM shall pay Buyer, or Buyer shall pay CPM, as the case may be, any amount due as a result of such adjustment in immediately available funds.

9. GOVERNING LAW

This Agreement shall be governed by and construed under the laws of The State of New York. The United Nations Convention for International Sales and Purchases of Goods shall not apply.



HIGHLY CONFIDENTIAL
C(AII)090683

- 4 -

## 10. MISCELLANEOUS

This Agreement between CPM and Buyer constitute the entire understanding of the parties and supersedes all prior agreements and purchase orders between the parties respecting the subject matter hereof and thereof. No modification of this Agreement or waiver of the terms and conditions hereof shall be effective unless made in writing and signed by authorized representatives of both parties and no such modification or waiver shall be affected by the acknowledgement of acceptance of purchase order forms or order acknowledgement forms containing other or different terms and conditions unless such forms expressly state (other than in pre-printed language) that they are intended to be a modification or waiver of the terms of this Agreement and are signed by an authorized representative of CPM and Buyer. No waiver by either party of any breach of any of the terms and conditions herein contained to be performed by the other party, shall be construed as a waiver of any subsequent breach, whether of the same or of any other term or condition hereof.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day, month and year above written.

Cabot Corporation  
Cabot Performance Materials Division

By _____ 12/21/00  
Thomas H. Odle

Title: Vice President, General Manager

Epcos AG    Dec. 15, 2000

By _____

Title: President        Vice President

Capacitors Division

HIGHLY CONFIDENTIAL
C(AII)090684

## Appendix A
### Product Quantities and Prices

| Contract Year | Tantalum Product | Price $/lb | Minimum Purchase Quantity |
|---|---|---|---|
| 1/1/2001 through 12/31/2001 | C410 Powder<br>Tantalum Wire*<br>.20mm Wire<br>.24mm Wire<br>.30mm Wire | $550.00<br><br>$600.00<br>$580.00<br>$560.00 | 8,000 lbs<br>22,000 lbs |
| 1/1/2002 through 12/31/2002 | C410 Powder<br>Tantalum Wire*<br>.20mm Wire*<br>.24mm Wire*<br>.30mm Wire* | $560.00<br><br>$610.00<br>$590.00<br>$570.00 | 8,000 lbs<br>26,000 lbs |
| 1/1/2003 through 12/31/2003 | C410 Powder<br>Tantalum Wire*<br>.20mm Wire*<br>.24mm Wire*<br>.30mm Wire* | $570.00<br><br>$620.00<br>$600.00<br>$580.00 | 8,000 lbs<br>31,000 lbs |
| 1/1/2004 through 12/31/2004** | C410 Powder<br>Tantalum Wire*<br>.20mm Wire*<br>.24mm Wire*<br>.30mm Wire* | $580.00<br><br>$630.00<br>$610.00<br>$590.00 | 8,000 lbs<br>31,000 lbs |
| 1/1/2005 through 12/31/2005** | C410 Powder<br>Tantalum Wire*<br>.20mm Wire*<br>.24mm Wire*<br>.30mm Wire* | $580.00<br><br>$630.00<br>$610.00<br>$590.00 | 8,000 lbs<br>31,000 lbs |

\*   CPM and Buyer shall agree as to specific volumes of each Wire diameter to be purchased each CY. All Wire volumes of each diameter shall be comprised each year of approximately 50% sodium reduced, DR 10 type, and 50% EB melt, DR10 type.

\*\*   Prices for calendar years 2004 and 2005 are subject to adjustment as set forth in Section 3.


12/21/00

HIGHLY CONFIDENTIAL
C(AII)090685

### Appendix B Scrap Buy-Back Schedule
$/lb. of Contained Tantalum

| Group | Description *** | Code No. | CY01 $/lb. | CY02 $/lb. | CY03 $/lb. | CY04 $/lb.** | CY05 $/lb.** |
|---|---|---|---|---|---|---|---|
| 1.1 | Unformed Ta sinter bodies, without Teflon disc | 200286 | 133 | 136 | 139 | 142 | 145 |
| 1.1.1 | Unformed Ta sinter bodies, with Teflon disc | 200795 | 128 | 131 | 134 | 137 | 140 |
| 1.1.2 | Ta powder, Ta wire pieces (from vacuum cleaner) | 200795 | 96 | 98 | 100 | 102 | 104 |
| 1.2 | Ta powder without additions | 200349 | 132 | 135 | 138 | 141 | 144 |
| 1.3 | Unformed Ta wire | 200797 | 139 | 142 | 145 | 148 | 151 |
| 2.1 | Formed Ta sinter bodies (without any additions) | 200286 | 119 | 121 | 123 | 125 | 128 |
| 2.1.1 | Formed Ta sinter bodies, Teflon ring/Teflon primer | 200796 | 114 | 116 | 118 | 120 | 123 |
| 2.2 | Formed Ta sinter bodies (only with addition of sulphuric acid or phosphoric acid) | 200296 | 114 | 116 | 118 | 120 | 123 |
| 2.3 | Formed Ta wire | 200797 | 139 | 142 | 145 | 148 | 151 |
| 3.1* | Ta powder with additions – MUST BE CAMPHOR FREE | 200287 | 96 | 98 | 100 | 102 | 104 |
| 3.2 | Old charging trays, protection units, Ta sheet, Ta heating rods | 200287 | 115 | 117 | 119 | 121 | 123 |
| 4.1 | Remanit wire with Ta wire | 200287 | 101 | 103 | 105 | 107 | 109 |
| 4.2.5 | Ta Chip, A125 and A126 | 200365 | 91 | 93 | 95 | 97 | 99 |
| 4.2.6 | Ta Chip, A127 and A128 | 200365 | 91 | 93 | 95 | 97 | 99 |
| 4.2.7 | Ta Chip, A129 (E-Chip) | 200795 | 91 | 93 | 95 | 97 | 99 |
| 4.2.8 | Ta Chip ... E in blister belt | 200796 | 91 | 93 | 95 | 97 | 99 |
| 4.5 | Coated anodes, not mounted | 200350 | 111 | 113 | 115 | 117 | 119 |
| 4.5.1 | Coated anodes, not mounted (from vacuum cleaner) | 200796 | 111 | 113 | 115 | 117 | 119 |

\* ALL tantalum scrap must NOT contain any CAMPHOR.
\*\* The prices for all SCRAP purchased for delivery in each calendar quarter of calendar years 2004 and 2005 shall be subject to adjustment as set forth in Section 8.
\*\*\* Actual classification of scrap is subject to CPM final inspection and approval.

12/21/00

HIGHLY CONFIDENTIAL
C(AII)090686

## Appendix C
### Sample Price Adjustment Calculation

Case 1: $160/lb average spot market price paid by CPM for tantalum ore during a quarter of 2004

$160 (Spot Price Adjuster) - $125 (Base Ore Price) = $35

Powder:            $35 x 1.4 = $49 per lb increase above the 2004 price
Wire:              $35 x 1.5 = $52.50 per lb increase above the 2004 price


Case 2: $50/lb average spot market price paid by CPM for tantalum ore during a quarter of 2004

$125 (Base Ore Price) - $70 (Spot Price Adjuster: the greater of $70 or average spot price) = $55

Powder:            $55 x 1.4 = $77 per lb decrease below the 2004 price
Wire:              $55 x 1.5 = $82.50 per lb decrease below the 2004 price

HIGHLY CONFIDENTIAL
C(AII)090687

- 8 -

Appendix D
Product Specifications

## C410 Tantalum Powder Specification

### SCOPE

This document outlines the chemical and physical (as well as packaging and labelling) requirements for C410-C capacitor grade tantalum powder that has been produced by the sodium reduction of $K_2TaF_7$. Quality assurance provisions have also been included.

### 1   TEST METHODS

**1.1**   Unless otherwise specified, all material testing and evaluation that is required for determining compliance to this specification shall be performed in accordance with standard, commercial test methods and procedures.

### 2   CHEMICAL REQUIREMENTS

**2.1**   Product shall conform to the requirements for chemical composition specified in Table 1.

**2.2**   Testing shall be performed for all parameters stated unless otherwise noted.

### 3   PHYSICAL REQUIREMENTS

**3.1**   Product shall conform to the requirements for physical properties specified in Tables 2 and 3.

**3.2**   Testing shall be performed for all parameters stated unless otherwise noted.





HIGHLY CONFIDENTIAL
C(AII)090688

## C410 Tantalum Powder Specification (continued)

### 4    PACKAGING AND LABELING REQUIREMENT

**4.1**   Product shall be packaged in accordance with standard CPM packaging requirements and Department of Transportation, International Air Transport Association and/or International Civil Air Organization regulations as required, providing secure and stable packaging for the contained material when properly transported by any common carrier.

**4.2**   When necessary, product shall be marked as to indicate the nature of proper handling.

**4.3**   As a minimum, product shall be clearly labelled and identified with the following:

- CPM name and logo (if applicable and available)
- Material identity and grade
- Powder type
- CPM lot number
- Net weight
- Customer part number (if applicable and available)

**4.4**   When applicable, product shall be labelled in accordance with Occupational Safety and Health Association, "Hazard Communication Requirements" and the "Pennsylvania Worker and Community Right to Know Act."

### 5    QUALITY ASSURANCE PROVISIONS

**5.1**   A Certificate of Analysis and Compliance for each C410-C lot manufactured shall be transmitted to the customer and/or shall physically accompany each shipment.

    5.1.1   Actual test results shall include as a minimum the analysis of parameters listed in Tables 1, 2, and 3.

    5.1.2   Compliance shall be to this specification and the requirements prescribed herein.



HIGHLY CONFIDENTIAL
C(AII)090689

- 10 -

## C410 Tantalum Powder Specification (continued)

### Table 1

### Chemical Composition – C410 Tantalum Powder

(All values are ppm maximum and on a by-weight basis unless otherwise noted.)

| Parameter | Requirement |
|---|---|
| C | 85 |
| O | 1800-2500 |
| N | 125 |
| H | 95 |
| Nb | 25 |
| Ti | 5 |
| Ca | 5 |
| Zr | 5 |
| Fe | 25 |
| Ni | 30 |
| Mo | 5 |
| Mg | 5 |
| Cu | 5 |
| Cr | 5 |
| Na | report only |
| K | report only |



HIGHLY
CONFIDENTIAL
C(AII)090690

### C410 Tantalum Powder Specification (continued)

Table 2
Physical Properties and Electrical Characteristics – C410 Tantalum Powder

| Parameter | Requirement |
|---|---|
| Sieve Size Distribution: | |
| +40 mesh | 0 |
| 40/60 mesh | 5% max |
| 60/325 mesh | ---- |
| -325 mesh | 43-60% |
| Scott Density | 22-33 g/in$^3$ |
| Fisher Size | 1.4-3.0 micron |
| Crush Strength @ Dp = 5.0 g/cc | 19 lb. min |

Table 3
Physical Properties (Electrical Characteristics) – C410 Tantalum Powder

| Parameter | Requirement |
|---|---|
| Sinter Condition | 1480°C X 30 min |
| Pressed Density | 5.0 g/cc |
| Formation Voltage | 50V |
| Capacitance | 24,500 – 27,000 CV/g |
| DC Leakage | 0.10 nA/CV max |
| Diameter Shrinkage | 4.0-9.0% |
| Sintered Density | 5.4-6.5 g/cc |





Capacitor Grade Tantalum Wire

HIGHLY CONFIDENTIAL
C(AII)090691

- 12 -

## SCOPE

This specification states requirements for annealed (DR-9) and unannealed (DR-10, DR-12) tempers of unalloyed, capacitor grade tantalum wire with a nominal diameter less than or equal to 0.125" that has been produced by the Boyertown Plant of Cabot Performance Materials. Quality assurance provisions have also been included

### 1   TEST METHODS

**1.1**   Unless otherwise specified, all material testing and evaluation that is required for determining compliance to this specification shall be performed in accordance with standard, commercial test methods and procedures.

### 2   REQUIREMENTS

#### 2.1   Chemical Composition

Table 1 lists the chemical requirements for standard capacitor (cap) grade wire. Analysis shall be performed for all elements listed, unless specified otherwise.

#### 2.2   Physical Properties

Table 2 lists the chemical requirements for standard capacitor (cap) grade wire. Analysis shall be performed for all elements listed, unless specified otherwise.

#### 2.3   Mechanical Properties

Table 3 lists the chemical requirements for standard capacitor (cap) grade wire. Analysis shall be performed for all elements listed, unless specified otherwise.

#### 2.4   Electrical Properties

Table 4 lists the chemical requirements for standard capacitor (cap) grade wire. Analysis shall be performed for all elements listed, unless specified otherwise.

#### 2.5   Dimensions and Tolerances

Table 5 lists the chemical requirements for standard capacitor (cap) grade wire. Analysis shall be performed for all elements listed, unless specified otherwise.

#### 2.6   Packaging, Labeling, Handling and Storage

2.6.1   Product delivered shall be packaged on plastic spools, providing secure and stable packaging for the contained material when properly transported by any common carrier. Spool diameter shall be specified by the customer.

HIGHLY CONFIDENTIAL
C(AII)090692

- 13 -

2.6.2 When necessary, product shall be marked as to indicate the nature of proper handling.

2.6.3 As a minimum, product shall be clearly labelled and/or identified with the following:

- CPM name and logo
- Material identity and type
- CPM lot number
- Net weight
- Customer part number (if applicable and available)

2.6.4 When applicable, product shall be labelled in accordance with Occupational Safety and Health Administration " Hazard Communication Requirements" and the "Pennsylvania Work and Community Right To Know Act."

## 3 QUALITY ASSURANCE PROVISIONS

3.1 A Certificate of Analysis and Compliance for each finished lot manufactured shall be transmitted to the customer and/or shall physically accompany each shipment.

3.1.1 Actual test results shall include, as a minimum, for applicable parameters listed in Tables 1, 2, 3, 4 and 5.

3.1.2 Compliance shall be to this specification and the requirements prescribed herein.



HIGHLY CONFIDENTIAL
C(AII)090693

## Capacitor Grade Tantalum Wire (continued)

### Table 1

### CHEMICAL COMPOSITION

| Parameter | Requirement |
|---|---|
| C | 45 ppm max. |
| O | 250 ppm max. |
| N | 75 ppm max. |
| H | 15 ppm max. |
| Nb | 50 ppm max. |
| Fe | 65 ppm max. |
| Si | 450 ppm max. |
| Ni | 30 ppm max. |
| Mg | 10 ppm max. |
| B | 5 ppm max. |
| Ti | 5 ppm max. |
| Mn | 20 ppm max. |
| Sn | 10 ppm max. |
| Cr | 10 ppm max. |
| Ca | 10 ppm max. |
| Al | 10 ppm max. |
| Mo | 25 ppm max. |
| Cu | 10 ppm max. |
| Zr | 10 ppm max. |
| Co | 10 ppm max. |
| W | 40 ppm |
| Ta | Balance |



HIGHLY
CONFIDENTIAL
C(AII)090694

**Capacitor Grade Tantalum Wire (continued)**

Table 2
PHYSICAL PROPERTIES

| Parameter | Temper | Nominal Diameter | Requirement |
|---|---|---|---|
| Cross Sectional Sintered (1800°C +/- 50°C x 30 min.) Average Grain Diameter @ 100X mag. | DR-10 Na reduced | <0.0157 in. (.3988 mm) | No. 3 ASTM E112-63 or finer |
| Cross Sectional Sintered (1600°C +/- 50°C x 30 min.) Average Grain Diameter @ 100X mag. | DR-10 Si doped EB | <0.0157 in. (.3988 mm) | No. 3 ASTM E112-63 or finer |

Table 3
MECHANICAL PROPERTIES

| Parameter | Temper | Nominal Diameter | Requirement | | |
|---|---|---|---|---|---|
| | | | Psi | Kg/mm$^2$ (psi x .000703) | N/mm$^2$ or Mpa (psi x .006895) |
| Ultimate Tensile Strength | DR-9 | >0.010" (0.254mm) | 55000/85000 | 38.7/59.8 | 379.2/586.1 |
| | | ≤0.010" (0.254mm) | 55000/90000 | 38.7/63.3 | 379.2/620.6 |
| | DR-10 | >0.010" (0.254mm) | 105000/155000 | 73.8/109.0 | 724.0/1068.7 |
| | | ≤0.010" (0.254mm) | 105000/160000 | 73.8/112.5 | 724.0/1103.2 |
| | DR-12 | >0.010" (0.254mm) | 130000/210000 | 91.4/147.6 | 896.4/1448.0 |
| | | ≤0.010" (0.254mm) | 160000/215000 | 112.5/151.1 | 1103.2/1482.4 |
| Elongation (10", 254mm g. l.) | DR-9 | >0.010" (0.254mm) | 15/40% | 15/40% | 15/40% |
| | | ≤0.010" (0.254mm) | 15/40% | 15/40% | 15/40% |
| | DR-10 | >0.010" (0.254mm) | 5% max. | 5% max. | 5% max. |
| | | ≤0.010" (0.254mm) | 5% max. | 5% max. | 5% max. |
| | DR-12 | >0.010" (0.254mm) | 5% max. | 5% max. | 5% max. |
| | | ≤0.010" (0.254mm) | 5% max. | 5% max. | 5% max. |



HIGHLY CONFIDENTIAL
C(AII)090695

- 16 -

## Capacitor Grade Tantalum Wire (continued)

### Table 4

### Electrical Properties

| Parameter | Temper | Nominal Diameter | Requirement | | |
|---|---|---|---|---|---|
| | | | $\mu A/in.^2$ max. | $\mu A/mm^2$ max. | $\mu A/cm^2$ max. |
| Sintered (1300°C x 30 min.) DC Leakage | DR-9, 10,12 | <0.030" (0.762mm) ≤0.030" (0.762mm) | 1.8 5.0 | 0.0028 0.0077 | 0.28 0.77 |

### Table 5

### Dimension and Tolerances

| Parameter | Temper | Nominal Diameter | Requirement |
|---|---|---|---|
| Diameter Tolerance | DR-9,10,12 | <0.030 in. (0.762mm) ≤0.030 in. (0.762mm) | ±0.0003 in. (0.0076mm) ±1% |
| Horizontal Cast | DR-9 DR-10,12 | <0.030 in. (0.762mm) ≤0.030 in. (0.762mm) | 6 in. min. (152mm) 30 in. min. (762mm) 9 in. min (229mm) |
| Vertical Cast | DR-9 DR-10,12 | --- --- | 2 in. max. (51mm) 1 in max. (25mm) |





HIGHLY CONFIDENTIAL
C(AII)090696