# Exhibit 16

**AVX**

# LETTER OF INTENT

| SELLER | — | Cabot Performance Materials<br>P.O. Box 1607, 144 Holly Road<br>Boyertown, Pennsylvania 19512-1607<br>Tel: 610 367 1500 | |
|---|---|---|---|
| BUYER | — | AVX Limited<br>Long Road<br>Paignton, Devon, TQ4 7ER<br>Tel: 01803 697404<br>Fax: 01803 697232 | AVX Corporation<br>69 Laundry Street<br>Airport Ind. Park, Biddeford,<br>ME04005<br>Tel: 0207 2825111 |

It is AVX's intention to purchase the following materials during the calendar year 2000:-

## TANTALUM POWDER

| | YEAR 1 | | YEAR 2 | |
|---|---|---|---|---|
| Powder Type | $ Price / kg | Kg | $ Price / kg | Kg |
| C110 | 386.55 | 4,536 | 398.15 | 4,536 |
| C250 | 466.70 | 113 | 480.70 | 113 |
| C255 | 444.00 | 24,000 | 457.32 | 24,000 |
| C275 | 532.00 | 9,600 | 547.96 | 9,600 |
| C300 | 421.17 | 2,268 | 433.81 | 2,268 |
| C415 | 468.23 | 907 | 482.28 | 907 |
| C497 | 481.00 | 907 | 495.43 | 907 |
| ~~TU4D~~ T44AD | 437.95 | 113 | 451.09 | 113 |
| C606 ~~EHT~~ | 579.00 | 26,494 | 596.37 | 38,491 |
| C706 | 667.96 | 1,361 | 688.00 | 4,083 |

1/20/00

Terms and conditions

1. Orders to be released quarterly.

2. Minimum notice for delivery 4/5 weeks.

(cont'd)

CONFIDENTIAL
C(A)010082

723

Page 1 of 2

jw0279

**AVX**

3. Specification covered by RMS 489 latest issue.

   EHT 1/20/00

4. All prices are CIF Heathrow Airport or CIF Prague, duty paid by Cabot, or F.O.B. delivered to Biddeford, ME. Prices include 90 days (maximum) consignment in either Paignton, Lanskroun or Biddeford.

5. The two-year contract period will be for orders from 1st February 2000 through 31st January 2002, and for shipments through 28th February 2002. Year 2 prices will be effective for orders received beginning 1st February 2001, and for shipments scheduled on or after 28th February 2001.

6. AVX agrees to take or pay for a minimum of 26,494 kg of C606 no later than 18 months after the commencement of Year 1 of this contract provided the material conforms to AVX requirements.

7. Consignment terms as currently agreed.

SELLER

Cabot Performance Metals

_Earl H Tyler_
BY SIGNATURE

BUYER

AVX Ltd.

_[signature]_
BY SIGNATURE   J. CHAPPLE

CONFIDENTIAL
C(A)010083
724

**AVX**

# LETTER OF INTENT

| SELLER | – | Cabot Performance Materials<br>P.O.Box 1607, 144 Holly Road<br>Boyertown, Pennsylvania 19512-1607<br>Tel: 610 367 1500 | |
|---|---|---|---|
| BUYER | – | AVX Limited<br>Long Road<br>Paignton, Devon, TQ4 7ER<br>Tel: 01803 697404<br>Fax: 01803 697232 | AVX Corporation<br>69 Laundry Street<br>Airport Ind. Park, Biddeford,<br>ME04005<br>Tel: 0207 2825111 |

It is AVX's intention to purchase the following materials during the calendar year 2000:-

### TANTALUM WIRE
### (sites covered El Salvador, Biddeford, Paignton, Lanskroun)

| Wire diameter | $ Price / kg | Qty / kg |
|---|---|---|
| 0.25mm | 434.00 | 350 |
| 0.30mm | 421.00 | 870 |
| 0.35mm | 403.00 | 70 |
| 0.19mm | 511.00 | 4800 |
| 0.24mm | 401.00 | 3200 |
| 0.275mm | 410.00 | 200 |
| Total | | 9490 |

Terms and conditions

1. Orders to be released quarterly.
2. Minimum notice for delivery 4/5 weeks.

(cont'd)

CONFIDENTIAL
C(A)010084

725

Page 1 of 2

jw0291

**AVX**

3. Specification covered by RMS 445 latest issue.

4. All prices are CIF Heathrow Airport or CIF Prague or CIF San Salvador, duty unpaid by Cabot, or F.O.B. delivered to Biddeford, ME. Prices include 90 days (maximum) consignment in either Paignton, Lanskroun or Biddeford.

5. The one-year contract period will be for orders from 1st February 2000 through 31st January ~~2002~~ 2001, and for shipments through 28th February ~~2002~~ 2001.
    EHT 1/20/00        EHT 1/20/00

6. Consignment terms as currently agreed.

SELLER

Cabot Performance Metals

*Earle H Tyl...*
BY SIGNATURE

BUYER

AVX Ltd.

*[signature]*
BY SIGNATURE
J. CHAPPLE

CONFIDENTIAL
C(A)010085

726