# Exhibit 17

Case 1:04-cv-10467-RGS     Document 118-18     Filed 04/09/2008     Page 1 of 2

Privileged & Highly Confidential

Exhibit 5
Unit Share of AVX Powder Purchases by Supplier
1995 - 2003

| Supplier | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) |
| | | | | | (Percent) | | | | |
| Cabot | 15 % | 15 % | 14 % | 16 % | 14 % | 15 % | 37 % | 66 % | 78 % |
| H.C. Stark | 55 | 57 | 58 | 48 | 41 | 47 | 35 | 16 | 4 |
| Showa-Cabot | 30 | 28 | 28 | 34 | 37 | 25 | 14 | 16 | 11 |
| Ningxia | 0 | 0 | 0 | 2 | 8 | 13 | 14 | 2 | 7 |
| | 100 % | 100 % | 100 % | 100 % | 100 % | 100 % | 100 % | 100 % | 100 % |

Note: Figures include sales of KTaF.

Sources: "AVX TA Powder Business Supply Split," AVX 1283.
"Business Split by Usage," AVX Presentation, 2003.

NERA Economic Consulting