# Exhibit 18

```
                                                                    1

   UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF MASSACHUSETTS
   ------------------------------------------------x

   AVX CORPORATION and AVX LIMITED,

                           Plaintiffs,

              - against -       Civil Action
                                No. 04-10467-RGS

   CABOT CORPORATION,

                           Defendant.

   ------------------------------------------------x
                           February 19, 2008
                           10:50 a.m.



   Videotaped Deposition of DR. STEVEN SCHWARTZ, an

   expert witness on behalf of the Plaintiffs herein,

   and held at the offices of Robinson & Cole, 120

   Bloomingdale Road, White Plains, New York, before

   April Pearl Schirm, a Court Reporter and Notary

   Public of the State of New York.
```

Schwartz 2.19.08

182

DR. STEVEN SCHWARTZ

Q. Dr. Schwartz, would you please look at the last page of your expert report.

A. Meaning before the exhibits?

Q. Correct, page 29. The signature page.

A. Yes.

Q. In paragraph 53, which runs over from the prior page, would you read that paragraph to yourself, and tell me, please, when you are done.

A. Okay.

Q. One of the things you state in paragraph 53 is that: By May 2001 as well, AVX was no longer able to find alternate suppliers to toll their KTaF under the supply agreement. Do you see that?

A. Yes.

Q. Is it your understanding that AVX was not able to toll the KTaF that it obtained under the supply agreement after May of 2001?

A. I understand that subsequently it was able to find someone to toll the KTaF.

Q. What do you mean when you state in this sentence: By May 2001 as well, AVX was no longer able to find alternate suppliers to toll

Schwartz 2.19.08

183

DR. STEVEN SCHWARTZ

their KTaF under the supply agreement?

    A.   My understanding, and I would note that the source of this information is a Cabot document, is that, as of this point, AVX had not found an alternative entity to toll their KTaF, the KTaF that it was purchasing under the supply agreement, though I understand that subsequently it was able to do that, and it was able to get the KTaF tolled and turned into the powder that it needed.

    Q.   When you say as of this point, you mean as of May 2001?

    A.   Yes.

        MR. DAVIS: Let's mark this as the next exhibit.

        (Schwartz Exhibit 12, SIX-PAGE DOCUMENT BATES STAMPED AVX 14056 THROUGH 14061, marked for identification.)

    Q.   Dr. Schwartz, I'm going to show you what's been marked as Exhibit 12 at your deposition. Have you seen this document before?

Schwartz #12

01-Jun-04

KTAF MATERIAL

RECEIVED FROM CABOT AND SENT TO SUPPLIER IF AVX INVOICE SHOWN

| DATE | GRN | WEIGHT LB | DEL NOTE | INVOICE | 40% YIELD | KG EQUIV. | AVX INVOICE NO., DATE TO SUPPLIER | CUMUL. KG | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-Jan-01 | 20648 | 17600 | 50642 air | 28583 | 7040 | 3193 | AVXSHO0001 11 Jan 01 | 3193 | SENT TO SHOWA kg | | 56030 |
| 22-Jan-01 | 20998 | 17600 | 50810 air | 28642 | 7040 | 3193 | AVXSHO0002 22 Jan 01 | 6386 | Less reject (363kg) | | 55667 |
| 21-Mar-01 | 22971 | 35200 | 51503 sea | 29235 | 14080 | 6387 | AVXSHO0003 21 Mar 01 | 12773 | RECEIPTS TA- | | 55967 |
| 4-Apr-01 | 23281 | 8000 | 51738 uk | 29454 | 3200 | 1452 | 3200 NIN 4 Apr 01,4800 STA 23 Apr 01 | 14225 | | | |
| 8-May-01 | 23775 | 27200 | 52103 sea | 29780 | 10880 | 4935 | AVXSHO0004 8 May 01 | 19160 | | | |
| 23-Jul-01 | 25123 | 35200 | 52715 uk | 30304 | 14080 | 6387 | AVXSHO0008 28 Feb 02 | 25547 | SENT TO NINGXIA kg equiv | | |
| 6-Aug-01 | 25339 | 35200 | 53030 sea | 30537 | 14080 | 6387 | AVXSHO0005 6 Aug 01 | 31934 | | | 581 |
| 6-Sep-01 | 25831 | 35200 | 53267 uk | 30758 | 14080 | 6387 | AVXSHO0006 31 Oct 01 | 38321 | | | 0 |
| 4-Oct-01 | 26341 | 35200 | 53419 uk | 30932 | 14080 | 6387 | 58510041 STA 22 Mar 02 | 44708 | | | 414 |
| 23-Oct-01 | 26675 | 35200 | 53780 sea | 31214 | 14080 | 6387 | 58509997 STA 23 Oct 01 | 51095 | | | |
| 23-Nov-01 | 27361 | 35200 | 53949 uk | 31372 | 14080 | 6387 | 58510042 STA 22 Mar 02 | 57482 | | | |
| 2-Jan-02 | 27924 | 35200 | 54366 uk | 31557 | 14080 | 6387 | 58510093 STA 24 Jun 02 | 63869 | SENT TO STARCK kg equiv | | |
| 11-Feb-02 | 28663 | 35200 | 54760 uk* | 31862 | 14080 | 6387 | 58510093A STA 24 Jun 02 | 70256 | | | 32806 |
| 6-Mar-02 | 29119 | 35200 | 54866 uk" | 31966 | 14080 | 6387 | AVXSHO009 24 Jun 02 | 76643 | RECEIPTS TA- | | 32882 |
| 16-Apr-02 | 29953 | 35200 | 55089 uk | 32144 | 14080 | 6387 | AVXSHO010 23 Sep 02 | 83030 | | | |
| 10-May-02 | 30511 | 35200 | 55246 uk | 32305 | 14080 | 6387 | AVXSHO011 23 Sep 02 | 89417 | SENT TO STARCK 2003 /04 | | 95805 |
| 7-Jun-02 | 31128 | 35200 | 55407 uk | 32453 | 14080 | 6387 | 58510189 STA 15 Jan 03 | 95804 | (kg powder equivalent) | | |
| 9-Aug-02 | 32442 | 35200 | 55741 uk | 32789 | 14080 | 6387 | 58510190 STA 15 Jan 03 | 102191 | RECEIPTS TA- | | 82747.04 |
| 11-Sep-02 | 32994 | 35200 | 55894 uk | 32954 | 14080 | 6387 | 58510191 STA 15 Jan 03 | 108578 | RECEIPTS TW- | | 10901.56 |
| 30-Sep-02 | 33398 | 35200 | 56107 uk | 33165 | 14080 | 6387 | 58510201 STA 5 Feb 03 | 114965 | (powder equivalent) | | 13082 |
| 9-Jan-03 | 35412 | 35200 | 56610 uk | 33716 | 14080 | 6387 | 58510202 STA 5 Feb 03 | 121352 | | | |
| 20-Feb-03 | 36338 | 35200 | 56972 Ger | 33945 | 14080 | 6387 | 58510207 STA DIRECT | 127739 | TOTAL RECEIPTS | | 95829 |
| 17-Mar-03 | 36796 | 35200 | 57153 Ger | 34128 | 14080 | 6387 | 58510222 STA DIRECT | 134126 | (powder equivalent) | | |
| 29-Apr-03 | 37640 | 35200 | 57413 Ger | 34370 | 14080 | 6387 | 58510245 STA DIRECT | 140513 | | | |
| 29-Apr-03 | 37642 | 35200 | 57415 Ger | 34370 | 14080 | 6387 | 58510246 STA DIRECT | 146900 | | | |
| 2-Jun-03 | 38280 | 35200 | 57589 Ger | 34556 | 14080 | 6387 | 58510262 STA DIRECT | 153287 | Starck powder receipts 2003/04 are | | |
| 17-Jun-03 | 38615 | 35200 | 57787 Ger | 34732 | 14080 | 6387 | 58510268 STA DIRECT | 159674 | nett of rejects | | |
| 21-Jul-03 | 39230 | 35200 | 57987 Ger | 34920 | 14080 | 6387 | 58510290 STA DIRECT | 166061 | | | |
| 13-Aug-03 | 39748 | 35200 | 58227 Ger | 35140 | 14080 | 6387 | 58510303 STA DIRECT | 172448 | | | |
| 10-Sep-03 | 40361 | 35200 | 58397 Ger | 35300 | 14080 | 6387 | 58510327 STA DIRECT | 178835 | | | |
| 07-Oct-03 | 40957 | 35200 | 58597 Ger | 35485 | 14080 | 6387 | 58510346 STA DIRECT | 185222 | | | |
| Total | | 1020800 | | | | | | | | | |

REJECT   2000 LB   TA4050   SHOWA>CABOT   0 0 DELIVERIES)   363   1

TAF STOCK AT PAIGNTON lb
Prepared by Rob Brennan

CONFIDENTIAL
AVX 14056