# Exhibit 19

**Thomas Odle**
10/03/00 12:01 PM

To: millmanb@avx-tantalum.co.uk
cc: Hugh Tyler/Boyertown/Cabot@Cabot, Michael Fisher/Boyertown/Cabot@Cabot
Subject: Technical Decisions / Business Decisions RE: Re-qualification of Powders

Bill,

In my August 7th letter to John Gilbertson, I informed Mr. Gilbertson that without a long-term contract, we would not be able to supply tantalum powder or wire to AVX in the year 2001 and beyond. This message has been re-emphasized in two recent meetings between our president, Mr. Ken Burns and your managers, Messrs. Rosen and Chilton. Specifically, Mr. Burns has asked Mr. Rosen to make a proposal to us. Hugh Tyler has also conveyed this same message to John Chapple. We are still waiting on your proposal for a multi-year, financially binding contract. Concerning your specific question regarding requalification, I can only suggest you make whatever decision you deem appropriate under the circumstances.

Kind regards,

Tom Odle

CONFIDENTIAL
C(A)004518