# Exhibit 20

**From:** Hugh Tyler
**Sent:** Fri, 11 Aug 2000 19:45:40 GMT
**To:** chapplej@avx-tantalum.co.uk
**CC:**
**BCC:**
**Subject:** Face to face


John,
How's Friday looking?
HT
----------------------- Forwarded by Hugh Tyler/Boyertown/Cabot on 08/11/2000
03:50 PM -------------------------


Hugh Tyler
08/09/2000 03:51 PM
To: chapplej@avx-tantalum.co.uk
cc: walkerj@avx-tantalum.co.uk

Subject: Face to face

John,
I agree with your comment yesterday. We need to meet face to face to discuss
next year and beyond. I'd like to take you up on your suggestion to meet at
Heathrow around noon, Friday, 18 August. I would fly in that morning. As you
requested, I'm attaching a word file copy of the supply agreement we want to
use. In the event you're out of the office now, I'm copying Jana on this so
that she could perhaps relay it to you. Please let me know if you can
accommodate these plans so that I can make travel arrangements.


Thanks and regards,
Hugh

EXHIBIT 46
FOR I.D. 8|4|06 / Amn

CONFIDENTIAL
C(AII)089163

**CABOT**

- 1

**SUPPLY AGREEMENT**

This Supply Agreement made this    day of    , 2000 by and between Cabot Corporation, Cabot Performance Materials Division ("CPM") and    ("Buyer"). In consideration of the mutual promises herein contained and other good and valuable consideration, Buyer and CPM hereby agree as follows:

1.   TERM OF AGREEMENT

This Agreement shall have a term commencing on the date set forth above and terminating on December 31, 2005.

2.   TANTALUM POWDER AND WIRE QUANTITIES; SCHEDULING; LIQUIDATED DAMAGES

Each calendar year commencing on or after January 1, 2001 during the term of this Agreement, Buyer shall purchase and CPM shall sell the minimum applicable quantity ("Minimum Purchase Amount") of each tantalum powder and wire product described on Appendix A ("Products"). At least one month before the commencement of each calendar quarter in such calendar year, Buyer shall advise CPM of the quantities of Products to be purchased by Buyer and delivered by CPM during the subsequent calendar quarter.

In light of the fact that CPM may be required to enter into long term ore supply agreements and or forego other business to meet its obligations under this Agreement and because market conditions are likely to change during the term of this Agreement, CPM and Buyer agree that damages for a failure of Buyer to meet its purchase obligations under this Agreement, while real, would be difficult to ascertain. Accordingly, if in any year during the term of this Agreement Buyer does not purchase the Minimum Purchase Amount of any Product for such year (or, if greater, the amount of any Product as to which Buyer gave notice of its intention to purchase for such year), Buyer shall pay CPM, as liquidated damages, an amount equal to the product of (i) the per pound purchase price for such Product for such year, multiplied by (ii) the excess of (a) the Minimum Purchase Amount for such Product for such year (or, if greater, the amount of such Product as to which Buyer gave notice of its intention to purchase for such year) over (b) the number of pounds of such Product actually purchased by Buyer during such year. Buyer and CPM agree that the liquidated damages provided for in this Section are a reasonable forecast of CPM's losses.

3.   PRICE

The prices for Products to be purchased and sold during the term of this Agreement are listed on Appendix A. All prices for Products are FOB Boyertown, PA.

4.   INVOICE AND PAYMENTS

CPM shall invoice Buyer upon shipment for all Products shipped. Buyer shall pay such invoices within thirty (30) days of invoice date.

5.   FORCE MAJEURE

Neither party hereto shall be liable to the other for default or delay in performing its obligations hereunder if caused by fire, explosion, strike, lockout, labour conflict, riot, war, acts of God, delay of carriers, governmental order or regulation, shortage of raw material or power, and/or any other occurrence beyond the reasonable control of the party so defaulting or delaying, so long as such Force Majeure is in effect; provided, however, that no party shall be excused by reason of Force Majeure from any obligation to pay money when due.

CONFIDENTIAL

C(AII)089164



**CABOT**

- 2

Y; LIMITATION OF LIABILITY

All Products delivered by CPM shall conform at the time of delivery to the specifications as mutually agreed by CPM and Buyer (which shall be as most recently agreed in writing with respect to prior shipments or as modified for the particular shipment). CPM shall replace or refund the purchase price of any returned Product that does not so conform at the time of delivery. CPM MAKES NO OTHER WARRANTY OR REPRESENTATION OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY REPRESENTATION OR WARRANTY AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL CPM BE RESPONSIBLE OR LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES.

7.   SCRAP SALE BY BUYER

Each calendar year during the term of this Agreement, Buyer shall sell and CPM shall purchase pounds of tantalum contained in scrap materials ("Scrap") at the grades and prices set forth on Appendix B. The prices for Scrap to be purchased and sold during the term of this Agreement are FOB Buyer's plant. It is expected that Scrap will be supplied in approximately equal quarterly shipments.

8.   CONFIDENTIALITY

During the term of this Agreement and for a period of two years thereafter, neither CPM nor Buyer shall disclose to others the existence or contents of this Agreement. The provisions of this Section 8 shall survive the termination of this Agreement.

9.   GOVERNING LAW

This Agreement shall be governed by and construed under the laws of The Commonwealth of Massachusetts. The United Nations Convention for International Sales and Purchases of Goods shall not apply.

10.  MISCELLANEOUS

This Agreement constitutes the entire understanding of the parties and supersedes all prior agreements between the parties respecting the subject matter hereof. No modification of this Agreement or waiver of the terms and conditions hereof shall be effective unless made in writing and signed by authorized representatives of both parties and no such modification or waiver shall be affected by the acknowledgement of acceptance of purchase order forms or order acknowledgement forms containing other or different terms and conditions unless such forms expressly state (other than in pre-printed language) that they are intended to be a modification or waiver of the terms of this Agreement and are signed by an authorized representative of CPM and Buyer. No waiver by either party of any breach of any of the terms and conditions herein contained to be performed by the other party, shall be construed as a waiver of any subsequent breach, whether of the same or of any other term or condition hereof.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day, month and year above written.

Cabot Corporation
Cabot Performance Materials Division

By    : _____          By    : _____

Title : _____          Title : _____

CONFIDENTIAL

C(AII)089165

CONFIDENTIAL

C(AII)089166

## Appendix A

| Product | Calendar Year 2001 | | Calendar Year 2002 | | Calendar Year 2003 | | Calendar Year 2004 | | Calendar Year 2005 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Minimum Pounds | Price per lb. | Minimum Pounds | Price per lb. | Minimum Pounds | Price per lb. | Minimum Pounds | Price per lb. | Minimum Pounds | Price per lb. |
| Powder (for example) | | | | | | | | | | |
| C-606 | | | | | | | | | | |
| C-706 | | | | | | | | | | |
| C-506 | | | | | | | | | | |
| C-255 | | | | | | | | | | |
| C-275 | | | | | | | | | | |
| TU4D | | | | | | | | | | |
| C-300 | | | | | | | | | | |
| C-420 | | | | | | | | | | |
| Wire (for example) | | | | | | | | | | |
| .0079" | | | | | | | | | | |
| .0098" | | | | | | | | | | |

**Specifications for Ta Powder and Wire:**
All products delivered by CPM shall conform to the specifications mutually agreed upon by both parties.

Appendix B

5-Year Contract
Scrap Buy-Back Schedule
$/lb of Contained Tantalum

| Type of Scrap | CY01 | CY02 | CY03 | CY04 | CY05 |
|---|---|---|---|---|---|
| Grey Anodes | | | | | |
| Grey Anodes on S/S bars | | | | | |
| Pellets with binder removed | | | | | |
| Ta Wire & Pins | | | | | |
| Ta Wire Pins on S/S bars | | | | | |
| Colored Anodes | | | | | |
| Colored Anodes on S/S bars | | | | | |
| Black & White Anodes | | | | | |
| Black & White Anodes (on S/S bars) | | | | | |
| Used Furnace Parts | | | | | |
| Capacitors | | | | | |
| Powder Floor Sweeps | | | | | |
| Powder with binder | | | | | |
| Powder with binder removed | | | | | |

- Actual classification of scrap is subject to CPM inspection and approval.

- It is expected that scrap will be received in equal quarterly shipments.

Supply Agreement Form.doc
/dlb

CONFIDENTIAL

C(AII)089167