# Exhibit 21

```
                                                                    1

 1              COMMONWEALTH OF MASSACHUSETTS

 2   SUFFOLK, SS.                         SUPERIOR COURT
                                          No. 03-1235-BLS
 3

 4


 5   **********************************
     CABOT CORPORATION,                *
 6          Plaintiff,                 *
                                       *
 7   v.                                *
                                       *
 8   AVX CORPORATION and AVX LIMITED,  *
            Defendants.                *
 9   **********************************

10

11            C O N F I D E N T I A L

12       INCLUDES HIGHLY CONFIDENTIAL PORTIONS

13              DEPOSITION OF THOMAS H. ODLE, taken
     pursuant to the applicable provisions of the
14   Massachusetts Rules of Civil Procedure, before Michelle
     Kaczynski, a Registered Professional Reporter and
15   Notary Public in and for the Commonwealth of
     Massachusetts, at the offices of Choate, Hall &
16   Stewart, Exchange Place, Boston, Massachusetts, on
     Thursday, July 24, 2003, at 11:08 a.m.
17

18

19

20

21

22
                    KACZYNSKI REPORTING
23             72 CHANDLER STREET, SUITE 3
               BOSTON, MASSACHUSETTS  02116
24                   (617) 426-6060
```

Odle 07.24.03

26

1  quote/unquote, auction?
2     A.    I don't recall.
3     Q.    Was Mr. Fisher in the habit of directly
4  updating Mr. Burnes on issues relating to AVX?
5           MR. FRANK:  Objection to the habit.
6     Q.    In other words, did he do it on more than on
7  one or two-odd occasions?
8           MR. FRANK:  Objection.
9     A.    I can help this situation and understand the
10 question better.  In this time frame I had surgery, and
11 Mr. Fisher was not formally reporting to Mr. Burnes,
12 but I'm sure he updated him quite frequently.
13    Q.    Okay.  Without going into the substance of
14 the surgery, just the timing, do you recall when you
15 were out of work as a result or away from work as a
16 result of surgery?
17    A.    Six weeks in the August to September time
18 frame of year 2000.
19    Q.    Do you recall when you came back to work?
20    A.    Not exactly, but it would have been either
21 the end of September or early October.
22    Q.    And in the interest of completeness, do you
23 see that there's a reference to the relocation of
24 Mr. Burnes' office?



AVX LIMITED,
TANTALUM DIVISION,
Long Road, Paignton,
Devon. TQ4 7ER, England.
Tel: Paignton (01803) 697200
Fax: (01803) 526223



6th September 2000

Mr. Hugh Tyler
Cabot Performance Materials
P.O. Box 1607
144 Holly Road
Boyertown
Pennsylvania 19512-1607
USA

IST PRICE DISCUSSION

Dear Hugh,

Your phone call last Friday took me completely by surprise. Especially so since our discussion in Heathrow went so well. I was under the impression that we both left the table having achieved some common ground for our next meeting.

So, to be told that all your tantalum powder for year 2001 had been sold by 11pm on the 31st I find unbelievable. To be told that a quantity had been reserved for Biddeford but none for Paignton in spite of the fact that our requirement was discussed at length at our meeting, this is not an action I would expect from a professional company such as yours.

This has left us in an intolerable position; I look to you Hugh for some relief in this area.

Sincerely,

John Chapple
Materials Manager

Encl.

CC:    Tom Odle
       Ken Burns

EXHIBIT 49
FOR I.D. 8-A-06    /AMN

C:\.....\0398 CabotTaPowder.doc

809