# Exhibit 22

 **Michael Fisher**
10/16/00 10:47 AM

To: Hugh Tyler/Boyertown/Cabot@Cabot
cc: Thomas Odle/Boyertown/Cabot@Cabot
Subject: Re: AVX beats estimates, with fiscal Q2 net up 500%

I'd support talking to GM. Can you explore this with Zogbi, preferably with us going directly to them and not through him?

Hugh Tyler


AM

To: Michael Fisher/Boyertown/Cabot@Cabot
cc:

Subject: Re: AVX beats estimates, with fiscal Q2 net up 500%

Mike,
In our Sat. mtg w/AVX and Collis, he showed me the Motorola announcement regarding the cutback in cell phone production plans. What we need to keep in context is that the reduced forecast is still more than the supply chain can handle. Kurt and I did a quick read of the Zogbi presentation notes this morning prior to the presentation which is going on now, and he is projecting over 1 billion phones to be shipped in 2005. His outline paints a negative picture for tantalum caps, vis a vis aluminum and mlcc encroachment as Ta prices continue to go up. He also quotes several OEM's who say they are prohibiting new Ta design ins and/or designing them out. Kurt and I are having drinks with him tonight. When I talked to him this morning and referenced his phone call last week to CPM, he said that General Motors actually expressed a desire to meet directly with CPM to discuss buying tantalum powder.
Back to the AVX meeting - - - As I tried to encapsulate in my voice mail this morning:
1. Collis is frantic for C275 and C255 in that order of priority. Compaq is line down because of no C275. This is really a big stick in our "negotiations" with Chilton.
2. He questioned me directly: "Are you guys going to remain in the flake business and, if yes, will we be able to get any?" Also, "If C420 offers capacity relief over flake, will we be able to get any of that?"
3. We talked about heat treat bottle necks in the context of our current delivery problems, and he wanted to talk about AVX buying us one. (seriously) When I told him the price tag starts at $1 million and 18 month lead times, he backed off. When Tom meets with Ernie, he (Tom) may want to dangle this carrot. Not a bad way to get the customer to invest with us.
4. Collis emphasized that in the midst of powder shortages, they have reduced their production planning horizon to 90 days, but, now can't even manage to that window because they do not know what they are going to get from us.

Later,
HT

Michael Fisher

Michael Fisher
10/16/2000 09:18 AM

To: Thomas Odle/Boyertown/Cabot@Cabot, Kennett Burnes/Boston/Cabot@Cabot
cc: William Young/Boyertown/Cabot@Cabot, Hugh Tyler/Boyertown/Cabot@Cabot
Subject: AVX beats estimates, with fiscal Q2 net up 500%

See attached. Lots of people making money. Semiconductor and flash memory are strong; Motorola believes the Asian cell phone market is becoming saturated and reduces its forecast (but still at 30% growth).

CONFIDENTIAL
C(A)004373      858