# Exhibit 24

1

1 - 135

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

AVX CORPORATION and

AVX LIMITED,

                    Plaintiffs,

                                    Civil Action No.

    - vs. -                         04-10467-RGS

CABOT CORPORATION,

                    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    DEPOSITION of AVX CORPORATION and AVX LIMITED, (Kurt P. Cummings), a witness called by and on behalf of the Defendant, pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, before Charles E. Janey, Jr., CVR, a Notary Public in and for the Commonwealth of Massachusetts, at the offices of Choate, Hall & Stewart, LLP, Two International Place, Boston, Massachusetts, 02110; on Wednesday, December 12, 2007, commencing at 10:10 a.m.

20

|    |    |                                                                |
|----|----|----------------------------------------------------------------|
| 1  |    | BY MS. RISING:                                                 |
| 2  | Q. | And what materials did AVX need that you                       |
| 3  |    | allege that Cabot refused to supply?                           |
| 4  | A. | They're outlined in the agreement itself. I                    |
| 5  |    | don't make the capacitors, so I'm not all that                 |
| 6  |    | familiar with the detail of the materials, but in              |
| 7  |    | general terms, it is powder and wire and materials             |
| 8  |    | called "flake" and "KTAF."                                     |
| 9  | Q. | And to your understanding, was Cabot                           |
| 10 |    | refusing to supply a certain level of material or              |
| 11 |    | was it refusing to supply a certain type of                    |
| 12 |    | material? What was the refusal, in your                        |
| 13 |    | understanding?                                                 |
| 14 |    | MR. BODOFF: Objection.                                         |
| 15 |    | THE WITNESS: Our understanding was                             |
| 16 |    | that we would get nothing without a long-term                  |
| 17 |    | supply agreement.                                              |
| 18 |    | BY MS. RISING:                                                 |
| 19 | Q. | And other than those two points that you                       |
| 20 |    | made, the fact that they would not honor the                   |
| 21 |    | letter of intent and they would not supply the                 |
| 22 |    | materials you needed, were there any other                     |
| 23 |    | coercive strategies that you are aware of that                 |
| 24 |    | Cabot employed? Allegedly.                                     |

Cummings 12.12.07

21

1  A.          No.

2  Q.          I would like to turn your attention to
3              Paragraph 40 of the complaint, which is on Page 8.
4              Would you read that paragraph and please tell me
5              when you are done.
6              (Pause.)
7  A.          I'm done.
8  Q.          How did Cabot's actions substantially lessen
9              competition, as it states in Paragraph 40?
10             MR. BODOFF:  I am objecting, to the
11             extent that the question calls for expert
12             testimony.  To the extent that Mr. Cummings can
13             answer it as a fact witness, he can do that, but
14             we believe this is a proper subject of expert
15             testimony.  So you can answer it the best you can.
16             THE WITNESS:  I'm not an economist and
17             I don't track the industry from that aspect.  It
18             depends on the perspective you're looking at, as
19             well.  If we talk about the competition within the
20             tantalum capacitor market, when Cabot entered into
21             long-term supply agreements with the three major
22             players in the market, that being AVX, Vishay and
23             Kemet, there was a tremendous lock on the
24             available material in order to make tantalum

22

```
 1                capacitors, so it lessened competition in those
 2                three parties' ability to get market-based
 3                material for a long period of time.
 4                        On the other side, it affected our
 5                other suppliers because our understanding is that
 6                Cabot locked up a great deal of the raw material,
 7                we'll call it the ore, used in making the
 8                materials that we needed and reduced the
 9                competition for those suppliers.
10                        BY MS. RISING:
11       Q.       How are you aware of the way that Cabot
12                allegedly locked up the ore?  Where does that
13                knowledge come from?
14       A.       At one point, I believe it was either Mr.
15                Cordeiro or Mr. Odle indicated that they had
16                signed up a great deal of the ore that was to be
17                produced, but I don't have any more detail than
18                that.
19       Q.       And is it your understanding -- what is your
20                understanding of the tantalum market, in general,
21                in 2000 and 2001, what was happening in the
22                market, generally?
23                        MR. BODOFF:  Objection, to the extent
24                it calls for expert testimony.  You can answer.
```

1       would not happen, our immediate concern was
2       getting material to satisfy the commitments we had
3       made to our customers.
4               BY MS. RISING:
5       Q.      And were you looking to satisfy only AVX's
6       needs in 2001 or were you looking long-term?
7               MR. BODOFF: Objection, to the extent
8       that it assumes even 2001. You can answer the
9       question the best you can if you understand it.
10              THE WITNESS: Mr. Gilbertson has
11      indicated to me that when we started the process
12      of requesting material, it was for a relatively
13      short period of time, six months to one year. It
14      was at Cabot's insistence that it be a longer term
15      supply agreement.
16              BY MS. RISING:
17      Q.      What kinds of materials did AVX need for the
18      short term, when they were looking for the
19      short-term supply?
20      A.      You've asked about kinds of materials. It
21      would be the list I gave earlier. Powder, wire,
22      flake and KTAF.
23      Q.      And when you say powder, is that nodular
24      powder?