# Exhibit 25

```
                                                                    1

1                                                         1 - 166
2
                        UNITED STATES DISTRICT COURT
3                              FOR THE
                        DISTRICT OF MASSACHUSETTS
4

5

6       * * * * * * * * * * * * * * * * *
                                        *
7       AVX CORPORATION                 *
        and AVX LIMITED                 *
8                                       *
                                        *
9                     Plaintiffs,       *
                                        *
10        - vs. -                       * C. A.# 04-10467-RGS
                                        *
11      CABOT CORPORATION               *
                                        *
12                                      *
                      Defendant.        *
13                                      *
        * * * * * * * * * * * * * * * * *
14

15
             DEPOSITION of AVX CORPORATION and AVX LIMITED,
16
        (Peter William Collis), a witness called by and on behalf
17
        of the Defendant, pursuant to the provisions of Rule
18
        30(b)(6) of the Federal Rules of Civil Procedure, before
19
        Charles E. Janey, Jr., CVR, a Notary Public in and for the
20
        Commonwealth of Massachusetts, at the offices of Choate,
21
        Hall & Stewart, Two International Place, Boston, MA 02110,
22

23
        on Wednesday, December 5, 2007, commencing at 12:15 p.m.
24
```

Collis 12.05.07

| | | |
|---|---|---|
| 1 | Q. | Was AVX interested in purchasing 11,000 pounds |
| 2 | | of Tantalum Wire from Cabot for it s European |
| 3 | | Facilities in 2001? |
| 4 | A. | Can I answer that by saying we were – we were |
| 5 | | okay to purchase that material. |
| 6 | Q. | Okay. And then you see the listing under |
| 7 | | K2TaF7. That s frequently referred to as KTAF. |
| 8 | | Correct? |
| 9 | A. | Correct. |
| 10 | Q. | And that s an intermediate product that can be |
| 11 | | further processed into various types of Tantalum |
| 12 | | products. Is that right? |
| 13 | A. | That is correct. |
| 14 | Q. | And is it correct to say that in calendar year |
| 15 | | 2001, AVX was in fact willing to purchase 246,500 |
| 16 | | pounds of KTAF from Cabot for AVX s use? |
| 17 | A. | KTAF was not a normal purchase for us. We |
| 18 | | were willing to step in and buy KTAF because we were |
| 19 | | being told that Cabot were not going to supply Showa |
| 20 | | Cabot with sufficient KTAF to meet our needs, but |
| 21 | | were willing to sell the KTAF directly to us. So |
| 22 | | that s why we stepped in and took that too. |
| 23 | Q. | So it is fair to say that AVX did in fact wish |
| 24 | | to purchase that material from Cabot in 2001? |

1  A.         No. We'd consider that to be low CV nodular
2             material for the non-high voltage market.
3  Q.         Did AVX actually use the nodular powder that
4             was produced by Showa and Ninxia and Starck from the
5             KTAF in AVX capacitors?
6  A.         Yes.
7  Q.         Has AVX utilized all of that, all of the
8             tantalum powder that was produced from the KTAF, in
9             its production at this point in time?
10                  MR. GOREN:  2007?
11                  MR. DAVIS:  Yes.
12                  THE WITNESS:  Yes.
13            BY MR. DAVIS:
14 Q.         Mr. Collis, as of late 2000, when AVX and
15            Cabot were negotiating the 2001 supply contract,
16            what were AVX's expected needs for tantalum powder
17            in the years 2001 through 2005?
18 A.         One of the reasons we didn't want to sign a
19            five-year contract, the tantalum industry or the
20            electronics industry is a very variable industry and
21            we couldn't accurately go more than twelve months
22            forward on material we really wanted. That was why
23            we didn't want to sign a five-year contract.
24 Q.         In late 2000, did AVX expect that it would