## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION </br> and AVX LIMITED, </br> </br>       Plaintiffs, </br> </br> v. </br> </br> CABOT CORPORATION, </br> </br>       Defendant. | Civil Action No.: 04-10467-RGS |

## CERTIFICATE OF SERVICE

I, Joseph S. U. Bodoff, hereby certify that the following documents:

1. Motion of AVX Corporation and AVX Limited for Partial Summary Judgment;

2. Plaintiffs' Concise Statement of the Material Facts in Support of Plaintiffs' Motion for Partial Summary Judgment;

3. Memorandum of Law In Support of Motion of AVX Corporation and AVX Limited for Partial Summary Judgment;

4. The Affidavit of Joseph S.U. Bodoff dated April 9, 2008; and

5. The Affidavit of John Chapple dated April 8, 2008;

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be sent to those non-registered participants (if any) on April 9, 2008.

                                                                               */s/ Joseph S.U. Bodoff*