UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 04-10467-RGS<br>)<br>)<br>)<br>)<br>) |

### AVX'S FURTHER SUPPLEMENTAL RESPONSES TO CABOT CORPORATION'S FIRST SET OF INTERROGATORIES

Plaintiffs further supplement their response to the Defendant's First Set of Interrogatories as follows.

### General Objections

1. Plaintiffs object to any definition or instruction that seeks to impose obligations different from, more expansive than, or inconsistent with the applicable rules.

### Responses To Interrogatories

1. Please describe in as much detail as reasonably possible what AVX contends is the relevant market for flake tantalum powder for purposes of Count I of the Complaint.

**AVX Response**: AVX states that at trial it intends to rely on the opinion of its experts as to the definitions of the relevant markets for flake tantalum and nodular tantalum. Subject to that expert testimony, as a business matter AVX believes the relevant market for flake tantalum to be those buyers/end-users of capacitors whose needs

for certain sized cases and/or certain specified, technical requirements could best or solely be satisfied by flake tantalum based capacitors because of flake's unique characteristics, namely its superior Cv/gm, Cv/cc, surge performance, breakdown voltage, ESR, capacitance and frequency response. Further responding AVX refers Cabot to both the report of Steven Schwartz dated December 15, 2007 and the January 2008 deposition of Steven Schwartz.

2.    Please describe in as much detail as reasonably possible what AVX contends is the relevant market for nodular tantalum powder for purposes of Count I of the Complaint.

**AVX Response**:    AVX states that at trial it intends to rely on the opinion of its experts as to the definitions of the relevant markets for flake tantalum and nodular tantalum. Subject to that expert testimony, as a business matter AVX believes the market for nodular tantalum to be those buyers/end-users of capacitors whose needs for certain sized cases and/or certain specified, technical requirements could be best met by capacitors made in whole or in part with nodular tantalum rather than other conductive materials. Further responding AVX refers Cabot to both the report of Steven Schwartz dated December 15, 2007 and the January 2008 deposition of Steven Schwartz.

20.    Please state all of the damages that AVX claims to have sustained as a result of the "actions of Cabot" referenced in Paragraph 41 of the Complaint, including in your answer, but not limiting your answer to, the types or elements of damages sustained by AVX, the amount of damages sustained by AVX, and the precise method by which AVX calculates its damages.

**AVX Response**: AVX responds that the elements of damages sustained by AVX consist of KTaf damages and nodular products damages. But for the Supply Contract AVX would not have purchased KTaf from Cabot. Instead AVX would have purchased finished nodular products from other suppliers at prices less than the combined cost of the purchase price of the KTaf and the tolling charges incurred for that KTaf. AVX calculates its KTaf damages in alternative fashion using either the best available alternative at one pricing level or at another lower priced alternative pricing. These calculations of KTaf damages are set forth in Exhibit A hereto. The nodular products damages are presented in alternative fashion. First but for the Supply Contract AVX could have purchased the same amounts of nodular products as purchased under the Supply Contract but at lower prices, using either the best available alternative at one pricing level or at another lower priced alternative pricing. These calculations of nodular product damages are set forth in Exhibit B hereto. Second and as an alternative to the nodular damages calculations set forth in Exhibit B, and an economic subset of Exhibit B, but for the Supply Contract AVX could have purchased 40,000 pounds of alternative nodular products for Europe but at lower prices, using either the best available alternative at one pricing level or at another lower priced alternative pricing. These calculations of AVX's nodular products damages limited to AVX's European operations are set forth in Exhibit C. The methodology of the determinations of each of the exhibits is substantially summarized in each exhibit. Each of Exhibit A, B and C is a summary of data derived from back up materials served on Cabot concurrently herewith in AVX's Supplemental Document Response. The MFN credit deductions for the alternative nodular damages analyses were derived from Cabot's notifications to AVX of MFN credits applied by

Cabot. AVX reserves the right to further supplement ~~this~~ answer as further information, if any, becomes available.

As to objections:

/s/ *signature*

Joseph S.U. Bodoff (BBO #549116)
Richard A. Goren (BBO #203700)
Bodoff & Associates PC
225 Friend Street
Boston, MA 02114-1812
(617) 742-7300

Dated: April 11, 2008

**Verification**

I, Kurt Cummings, state under the penalties of perjury that: I am Vice President, Chief Financial Officer, Treasurer and Secretary of AVX Corporation and AVX Limited; I have read the foregoing Further Supplemental Responses to Cabot Corporation's First Set of Interrogatories and know the contents thereof; that said responses were prepared with the assistance and advice of counsel; the responses set forth herein, subject to inadvertent or undiscovered errors, are based on and therefore necessarily limited by the records and information still in existence, collected and thus far discovered in the course of preparation of these responses; that I reserve the right to make any changes in the responses if it appears at any time that omissions or errors have been made therein or that more accurate information is available; that, subject to the limitations set forth herein, these responses are true to the best of my knowledge, information and belief.

Signed under the penalties of perjury on this 14 day of April, 2008.

Kurt Cummings

{00026266.1}4

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008 the foregoing was served on counsel of record electronically and/or by hand, courier, or first-class mail.

_____
Richard A. Goren

# Exhibit A

Prepared at the Request of Counsel

## KTaF

| product [A] | year [B] | kg [C] | total cost [D] | type [E] | low sub price [F] | low sub co. [G] | difference low [H] | overcharge low [I] | high sub price [J] | high sub co. [K] | difference high [L] | overcharge high [M] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S506 | 2001 | 25,900 | 1289.70 | 50 | 727 | showa | 562.70 | 14,573,852 | 893 | starck | 396.70 | 10,274,452 |
| S506 | 2002 | 27,000 | 1177.02 | 50 | 709 | showa | 468.02 | 12,636,432 | 893 | starck | 284.02 | 7,668,432 |
| STA40FM | 2003 | 41,020 | 1249.64 | 40 | 533 | starck | 716.64 | 29,396,491 | 625 | showa | 624.64 | 25,622,651 |
| STA40FM | 2004 | 1,000 | 1249.64 | 40 | 500 | starck | 749.64 | 749,638 | 528 | showa | 721.64 | 721,638 |
| STA40KD | 2002 | 5,537 | 1239.64 | 40 | 585 | starck | 654.64 | 3,624,731 | 625 | showa | 614.64 | 3,403,251 |
| STA40KDK | 2001 | 2,000 | 1219.64 | 40 | 736 | starck | 483.64 | 967,276 | 1083 | ningxia | 136.64 | 273,276 |
| STA40KDK | 2001 | 900 | 800.00 | 40 | 736 | starck | 64.00 | 57,600 | 1083 | ningxia | -283.00 | |
| STA40KDK | 2002 | 22,445 | 1235.33 | 40 | 585 | starck | 650.33 | 14,596,724 | 625 | showa | 610.33 | 13,698,924 |
| STA40KF | 2002 | 2,000 | 1239.64 | 40 | 585 | starck | 654.64 | 1,309,276 | 625 | showa | 614.64 | 1,229,276 |
| STA40KF | 2003 | 170 | 1249.64 | 40 | 533 | starck | 716.64 | 121,828 | 625 | showa | 624.64 | 106,188 |
| STA50FM | 2003 | 50 | 1249.64 | 50 | 570 | showa | 679.64 | 33,982 | 893 | starck | 356.64 | 17,832 |
| STA50KF | 2003 | 3,050 | 1249.64 | 50 | 570 | showa | 679.64 | 2,072,896 | 893 | starck | 356.64 | 1,087,746 |
| STA50KF | 2004 | 245 | 1249.64 | 50 | 520 | starck | 729.64 | 178,761 | 550 | showa | 699.64 | 171,411 |
| VFI21KT | 2004 | 498 | 1249.64 | | | | | | | | | |
| VFI40KD | 2003 | 12,050 | 1249.64 | 40 | 533 | starck | 716.64 | 8,635,488 | 625 | showa | 624.64 | 7,526,888 |
| VFI40KD | 2004 | 500 | 1249.64 | 40 | 500 | starck | 749.64 | 374,819 | 528 | showa | 721.64 | 360,819 |
| VFI50KF | 2003 | 25,500 | 1249.64 | 50 | 570 | showa | 679.64 | 17,330,769 | 893 | starck | 356.64 | 9,094,269 |
| VFI50KF | 2004 | 898 | 1249.64 | 50 | 520 | starck | 729.64 | 655,244 | 550 | showa | 699.64 | 628,303 |
| | | | | | | | **Total:** | **107,315,807** | | | **Total:** | **81,885,356** |

Columns A-C list the amount of a given product that AVX received in a given year.
Column D is the total cost of a kilogram of the finished nodular powder specified in Column A. This includes the price of the KTaF, where applicable.
Column E is the capacitance class of the powder specified in Column A as per "Powder Issues 1997-2002.pdf."
Columns G and L report the lowest and highest prices of non-Cabot substitute powders within the capacitance class specified in Column E, respectively.
  These prices are listed on "Tantalum Usage KGs 1999-2007 & Tantalum Prices Same Period ($).pdf."
Columns H and M report the manufacturer with the substitute powders listed in Columns G and L, respectively.
Columns I and N report the difference between Columns G and L and Column D, respectively.
Columns J and O report the product of Columns I and N and Column C, respectively.

**Notes:**
Substitute powders had to be consumed by AVX in excess of 500 kilograms and had to be in the same capacitance class in order to be considered
  viable substitutes. These assumptions were made in order to rule out potential substitutes which may not have been obtainable in the quantities
  desired by AVX.
2.5 kilograms of KTaF yield one kilogram of finished nodular powder.
Rejected lots are assumed to be credited in the same year at the same tolling cost.
AVX sold KTaF to Showa and subsequently purchased finished kilograms of S506 from Showa.

**Sources:**
Purktaf.xls; Purktaftaorder.xls; Powder Issues 1997-2002.pdf; Tantalum Usage KGs 1999-2007 & Tantalum Prices Same Period ($).pdf; Showa KTaF
  S506 (Conversion).pdf.

# Exhibit B

Prepared at the Request of Counsel

Nodular

| item [A] | year [B] | kg [C] | total cost [D] | type [E] | low sub price [F] | low sub co. [G] | difference low [H] | overcharge low [I] | high sub price [J] | high sub co. [K] | difference high [L] | overcharge high [M] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TA-C420 | 2001 | 40 | 518.00 | 30 | 756 | starck | -238.00 | | 1021 | ningxia | -503.00 | |
| TA-C606 | 2001 | 6,689 | 579.00 | 50 | 727 | showa | -148.00 | | 893 | starck | -314.00 | |
| TA-C410 | 2002 | 2,833 | 1,102.50 | 30 | 526 | starck | 576.50 | 1,633,225 | 526 | starck | 576.50 | 1,633,225 |
| TA-C420 | 2002 | 150 | 551.15 | 30 | 526 | starck | 25.15 | 3,773 | 526 | starck | 25.15 | 3,773 |
| TA-C506 | 2002 | 54 | 1,102.30 | 40 | 585 | starck | 517.30 | 28,167 | 625 | showa | 477.30 | 25,989 |
| TA-C606 | 2002 | 54 | 1,102.30 | 50 | 709 | showa | 393.30 | 21,415 | 893 | starck | 209.30 | 11,396 |
| TA-DCUH12 | 2002 | 100 | 710.00 | 30 | 526 | starck | 184.00 | 18,400 | 526 | starck | 184.00 | 18,400 |
| TA-S300 | 2002 | 3,000 | 590.00 | 40 | 585 | starck | 5.00 | 15,000 | 625 | showa | -35.00 | |
| TA-S506 | 2002 | 4,000 | 681.00 | 50 | 709 | showa | -28.00 | | 1102 | cabot | -421.00 | |
| TA-S700 | 2002 | 1,500 | 710.00 | 70 | 695 | ningxia | 15.00 | 22,500 | 893 | starck | -183.00 | |
| TA-C110 | 2003 | 854 | 1,102.30 | | | | | | | | | |
| TA-C300 | 2003 | 770 | 1,102.30 | | | | | | | | | |
| TA-C415 | 2003 | 315 | 1,102.30 | 30 | 465 | starck | 637.30 | 200,750 | 465 | starck | 637.30 | 200,750 |
| TA-C497 | 2003 | 90 | 1,102.30 | 40 | 533 | starck | 569.30 | 51,237 | 625 | showa | 477.30 | 42,957 |
| TA-C410 | 2003 | 1,503 | 1,102.30 | 30 | 465 | starck | 637.30 | 957,862 | 465 | starck | 637.30 | 957,862 |
| TA-C506 | 2003 | 21,711 | 1,102.30 | 40 | 533 | starck | 569.30 | 12,360,076 | 625 | showa | 477.30 | 10,362,663 |
| TA-C506 | 2004 | 16,324 | 1,102.30 | 40 | 500 | starck | 602.30 | 9,831,945 | 528 | showa | 574.30 | 9,374,873 |
| TA-TU4D | 2005 | 680 | 1,102.30 | | | | | | | | | |
| TA-C506 | 2005 | 15,517 | 1,102.30 | 40 | 440 | ningxia | 662.30 | 10,276,909 | 500 | showa | 602.30 | 9,345,889 |
| TA-CS506 | 2005 | 542 | 1,102.30 | 50 | 470 | starck | 632.30 | 342,707 | 506 | showa | 596.30 | 323,195 |
| | | | | | | | Total: | 35,763,964 | | | Total: | 32,300,971 |
| | | | | | | MFN Reduction: | | -21,263,217 | | | | -21,263,217 |
| | | | | | | Final Total: | | 14,500,747 | | | | 11,037,754 |

Columns A-C list the amount of a given product that AVX received in a given year.
Column D is the total cost of a kilogram of the nodular powder specified in Column A.
Column E is the capacitance class of the powder specified in Column A as per "Powder Issues 1997-2002.pdf."
Columns G and L report the lowest and highest prices of non-Cabot substitute powders within the capacitance class specified in Column E, respectively.
   These prices are listed on "Tantalum Usage KGs 1999-2007 & Tantalum Prices Same Period ($).pdf."
Columns H and M report the manufacturer with the substitute powders listed in Columns G and L, respectively.
Columns I and N report the difference between Columns G and L and Column D, respectively.
Columns J and O report the product of Columns I and N and Column C, respectively.

Notes:
Substitute powders had to be consumed by AVX in excess of 500 kilograms and had to be in the same capacitance class in order to be considered
   viable substitutes. These assumptions were made in order to rule out potential substitutes which may not have been obtainable in the quantities
   desired by AVX.
Purchases were allocated to a given year based on the "closed date" variable field in "query6.xls." Purchases without a "closed date" were excluded.
The MFN Reduction applies to AVX's purchases of C506.

Sources:
Query6.xls; Powder Issues 1997-2002.pdf; Tantalum Usage KGs 1999-2007 & Tantalum Prices Same Period ($).pdf, Cabot Pricing Summary.xls.

# Exhibit C

Prepared at the Request of Counsel

European Nodular

| item [A] | year [B] | kg [C] | total cost [D] | type [E] | low sub price [F] | low sub co. [G] | difference low [H] | overcharge low [I] | high sub price [J] | high sub co. [K] | difference high [L] | overcharge high [M] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TA-C410 | 2002 | 1099 | 1102.50 | 30 | 526 | starck | 576.50 | 633,617 | 526 | starck | 576.50 | 633,617 |
| TA-C420 | 2002 | 58 | 551.15 | 30 | 526 | starck | 25.15 | 1,464 | 526 | starck | 25.15 | 1,464 |
| TA-C506 | 2002 | 21 | 1102.30 | 40 | 585 | starck | 517.30 | 10,928 | 625 | showa | 477.30 | 10,083 |
| TA-C606 | 2002 | 21 | 1102.30 | 50 | 709 | showa | 393.30 | 8,308 | 893 | starck | 209.30 | 4,421 |
| TA-DCUH12 | 2002 | 39 | 710.00 | 30 | 526 | starck | 184.00 | 7,138 | 526 | starck | 184.00 | 7,138 |
| TA-S300 | 2002 | 1164 | 590.00 | 40 | 585 | starck | 5.00 | 5,819 | 625 | showa | -35.00 | |
| TA-S506 | 2002 | 1552 | 681.00 | 50 | 709 | showa | -28.00 | | 1102 | cabot | -421.00 | |
| TA-S700 | 2002 | 582 | 710.00 | 50 | 695 | ningxia | 15.00 | 8,729 | 893 | starck | -183.00 | |
| TA-C110 | 2003 | 153 | 1102.30 | 70 | | | | | | | | |
| TA-C300 | 2003 | 138 | 1102.30 | 30 | 465 | starck | 637.30 | 36,073 | 465 | starck | 637.30 | 36,073 |
| TA-C415 | 2003 | 57 | 1102.30 | 40 | 533 | starck | 569.30 | 9,207 | 625 | showa | 477.30 | 7,719 |
| TA-C497 | 2003 | 16 | 1102.30 | 30 | 465 | ningxia | 637.30 | 172,119 | 465 | ningxia | 637.30 | 172,119 |
| TA-C410 | 2003 | 270 | 1102.30 | 40 | 533 | starck | 569.30 | 2,220,986 | 625 | showa | 477.30 | 1,862,070 |
| TA-C506 | 2003 | 3901 | 1102.30 | 40 | 500 | starck | 602.30 | 2,731,987 | 528 | showa | 574.30 | 2,604,981 |
| TA-C506 | 2004 | 4536 | 1102.30 | | | | | | | | | |
| TA-TU4D | 2005 | 184 | 1102.30 | 40 | 440 | ningxia | 662.30 | 2,784,830 | 500 | showa | 602.30 | 2,532,543 |
| TA-C506 | 2005 | 4205 | 1102.30 | 50 | 470 | starck | 632.30 | 92,866 | 506 | showa | 596.30 | 87,579 |
| TA-CS506 | 2005 | 147 | 1102.30 | | | | Total: | 8,724,070 | | | Total: | 7,959,806 |
| | | | | | | | MFN Reduction: | -5,465,686 | | | | -5,465,686 |
| | | | | | | | Final Total: | 3,258,384 | | | | 2,494,120 |

Columns A-C list the amount of a given product that AVX received in a given year.
Column D is the total cost of a kilogram of the nodular powder specified in Column A.
Column E is the capacitance class of the powder specified in Column A as per "Powder Issues 1997-2002.pdf."
Columns G and L report the lowest and highest prices of non-Cabot substitute powders within the capacitance class specified in Column E, respectively.
  These prices are listed on "Tantalum Usage KGs 1999-2007 & Tantalum Prices Same Period ($).pdf."
Columns H and M report the manufacturer with the substitute powders listed in Columns G and L, respectively.
Columns I and N report the difference between Columns G and L and Column D, respectively.
Columns J and O report the product of Columns I and N and Column C, respectively.

**Assumptions:**
Substitute powders had to be consumed by AVX in excess of 500 kilograms and had to be in the same capacitance class in order to be considered
  viable substitutes. These assumptions were made in order to rule out potential substitutes which may not have been obtainable in the quantities
  desired by AVX.
Purchases were allocated to a given year based on the "closed date" variable field in "query6.xls." Purchases without a "closed date" were excluded.
The kilograms reported in Column C are weighted to reflect the shares a given product composed of a hypothetical 10,000 pound annual requirement
  for AVX Limited as specified under the 2001 Supply Agreement.
2001 purchases were excluded, as per the 2001 Supply Agreement.
The MFN Reduction applies to AVX's purchases of C506; only the MFN Reduction attributable to the 10,000 pound annual requirement has
  been included.

**Sources:**
Query6.xls; Powder Issues 1997-2002.pdf; Tantalum Usage KGs 1999-2007 & Tantalum Prices Same Period ($).pdf; Cabot Pricing Summary.xls.