UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION <br> and AVX LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CABOT CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 04-10467-RGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Richard A Goren, hereby certify that the following documents:

1. Response by AVX Corporation and AVX Limited to Cabot Corporation's Statement of Material Facts in Support of it's Motion for Summary Judgment; and

2. Memorandum of Law in Opposition to Motion of Cabot Corporation for Summary Judgment,

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be sent to those non-registered participants (if any) on April 14, 2008.

*/s/ Richard A. Goren*