UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>        Defendant. | CIVIL ACTION NO. 04-10467-RGS |

## DEFENDANT CABOT CORPORATION'S UNOPPOSED MOTION TO CONFIRM FILING DEADLINE FOR RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Cabot Corporation ("Cabot") respectfully requests that the Court enter an order clarifying and confirming the deadline for Cabot to file its response to plaintiffs AVX Corporation and AVX Limited's (collectively, "AVX") Motion for Partial Summary Judgment. In support of this request, Cabot states as follows:

1. On August 21, 2007, the Court granted AVX's Motion to Amend the Scheduling Order in this action (Docket No. 64), which provided, in relevant part, that revised "Deadline for Filing of All Dispositive Motions" would be March 31, 2008, with "responses due 30 days thereafter." On August 29, 2008, the Court confirmed the new deadlines for discovery in a remark that provided, in relevant part, that the "deadline for filing dispositive motions" was "3-31-08, with responses due 30 days thereafter." *See* August 29, 2007 Docket Entry.

2. On March 31, 2008, Cabot filed a Motion for Summary Judgment in accordance with the Amended Scheduling Order.

3.  Also on March 31, 2008, AVX sought, and ultimately received, leave of Court to file a motion for summary judgment in this action no later than April 9, 2008.

4.  On April 9, 2008, AVX actually filed its Motion for Partial Summary Judgment.

5.  Cabot intends to oppose AVX's Motion for Partial Summary Judgment. Cabot understands that, pursuant to the terms of the Court's Amended Scheduling Order, the deadline for Cabot's response to AVX's Motion for Partial Summary Judgment is May 9, 2008 (*i.e.*, 30 days after the filing of that motion, and more than six weeks prior to the scheduled hearing date of June 25, 2008). AVX, however, has questioned Cabot's understanding and indicated that it is not willing to agree to that date. AVX also has stated that it will not oppose a request by Cabot to the Court seeking clarification and confirmation of the response deadline.

6.  Because the schedule in this case has changed numerous times, and to avoid any later disagreement with AVX concerning the timeliness of Cabot's response to AVX's Motion for Partial Summary Judgment, Cabot respectfully requests confirmation from the Court that the filing deadline for Cabot's response to AVX's Motion for Partial Summary Judgment is May 9, 2008.

**CABOT CORPORATION**

By its attorneys,

*/s/ Brian A. Davis*
Robert S. Frank, Jr. (BBO No. 177240)
  (rfrank@choate.com)
Brian A. Davis (BBO No. 546462)
  (bad@choate.com)
Julie C. Rising (BBO No. 666950)
  (jrising@choate.com)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5000

Date:  April 15, 2008

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendant Cabot Corporation has conferred with counsel for plaintiffs AVX Corporation and AVX Limited (collectively, "AVX") in a good-faith effort to resolve or narrow the issues presented by the foregoing Motion, and that AVX does not oppose the Motion.

/s/ Brian A. Davis
Brian A. Davis

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on April 15, 2008.

/s/ Brian A. Davis
Brian A. Davis

4321348.1