# Exhibit #3

Volume _____

Pages ___1___ ___166___

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *
                                   *
AVX CORPORATION                    *
and AVX LIMITED                    *
                                   *
                                   *
                Plaintiffs,        *
                                   *
   - vs. -                         * C. A.# 04-10467-RGS
                                   *
CABOT CORPORATION                  *
                                   *
                                   *
                Defendant.         *
                                   *
* * * * * * * * * * * * * * * * * *
```

DEPOSITION of AVX CORPORATION and AVX LIMITED, (Peter William Collis), a witness called by and on behalf of the Defendant, pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, before Charles E. Janey, Jr., CVR, a Notary Public in and for the Commonwealth of Massachusetts, at the offices of Choate, Hall & Stewart, Two International Place, Boston, MA 02110, on Wednesday, December 5, 2007, commencing at 12:15 p.m.

JANEY ASSOCIATES.

P. O. Box 365355
Boston, MA 02136-0003
(617) 364-5555
Fax (617) 364-5550

P R O C E E D I N G S

1       PETER WILLIAM COLLIS, having duly
2   affirmed that his testimony would be the truth, the
3   whole truth, and nothing but the truth, testified as
4   follows in answer to direct interrogatories:
5   Examination:
6       BY MR DAVIS:
7   Q.  Good afternoon. Would you state your name for
8       the record please?
9   A.  Peter William Collis.
10  Q.  And Mr. Collis you're here today appearing as
11      a witness on behalf of AVX Corporation and AVX
12      Limited. Is that right?
13  A.  It is.
14  Q.  Mr. Collis, my name is Brian Davis. I don't
15      think we've had the pleasure of meeting before. I'm
16      going to be asking you a series of questions here
17      today. You have been through this process before on
18      a number of occasions have you not?
19  A.  I have.
20  Q.  In fact I was joking with Bill Young the other
21      day that I think you've been through this as many

```
 1            times as Bill has been through this is in this
 2            litigation.  Certainly it's a neck and neck race
 3            between the two of you.
 4                   If at any point in time you don't understand
 5            any of my questions, please say so and I'll try to
 6            clarify my question for you.  Is that acceptable?
 7    A.      Yes.
 8    Q.      And I will assume that if you respond to my
 9            question that you understood it.  Is that fair?
10    A.      Yes.
11    Q.      And it's also not intended to be a torture
12            test.  If you need a break at some point in time,
13            please let me know and I will try to accommodate
14            you.  Understood?
15    A.      Yes.
16                   MR. DAVIS:  Let's mark the first
17            exhibit.  Call this Exhibit No. 1.
18                          (The document above-referred to
19                           was marked Deposition Exhibit No.
20                           1 for identification.)
21            BY MR. DAVIS:
22    Q.      Mr. Collis, you have what has been marked as
23            Exhibit No. 1 in your deposition.  Would you look at
24            the document for a moment and tell me sir if you
```

1       have seen it before?

2               (Pause.)

3   A.  Yes.

4   Q.  This is a copy of a Notice of Deposition that
5       was served in this case, Mr. Collis. A nearly
6       identical one was served on AVX Limited. And again,
7       it's my understanding that you're appearing here
8       today to testify to certain categories in this
9       Notice of Deposition. Is that your understanding?

10  A.  Yes.

11          MR. DAVIS: Richard, I understand that
12      he's being designated with respect to both AVX
13      Corporation and AVX Limited. Is that correct?

14          MR. GOREN: Correct.

15          MR. DAVIS: With respect to the same
16      categories for both?

17          MR. GOREN: Yes.

18          BY MR. DAVIS:

19  Q.  And the specific categories for which you've
20      designated are -- and just confirm this that is
21      consistent with your understanding please Mr.
22      Collis. Categories No. 7,8,9,11,13,15 and 17. I
23      can go through again if you'd like.

24  A.  11 and 13.

1  Q.        Also 7,8 and 9?

2  A.        Sorry.  7,8,9,11 and 13.

3  Q.        And how about 15 and 17?

4  A.        Yes.

5             MR. DAVIS:  Let's mark this as the next

6  exhibit.  Exhibit No. 2

7             (The document above-referred to

8             was marked Deposition Exhibit No.

9             2 for identification.)

10            BY MR. DAVIS:

11 Q.        Mr. Collis, I'll hand you a copy of a document

12 that's been marked as Exhibit 2.  I think you've

13 seen this one before?

14 A.        I believe so.

15 Q.        This is a copy of the 2001 Supply Agreement

16 between Cabot and AVX Corporation and AVX Limited.

17 Do you agree with that?

18 A.        Yes.

19 Q.        And if I refer to AVX Corporation and AVX

20 Limited jointly as AVX, is that acceptable to you?

21 A.        Yes.

22 Q.        Mr. Collis, this Supply Agreement between

23 Cabot and AVX has attached to it as Appendix A, a

24 list of products that AVX agreed to purchase from

1  Q.         What is the market for non-flake powder that
2             is referenced in Paragraph 39 of the complaint?
3  A.         Non-flake powder manufactures lower voltage
4             types of material, types of capacitors, ranging from
5             two volts up to certain thirty-five-volt
6             applications, the bulk of it being in the six, ten
7             and sixteen-volt applications, most of which would
8             go into portable devices or printed circuit boards
9             for computers, those sort of applications.
10 Q.         Who are the participants in the market for
11            flake powder?
12 A.         I only know of --
13                 MR. GOREN:  I am going to object.  I am
14            not sure what you mean by "participant."
15                 BY MR. DAVIS:
16 Q.         What companies sell products that compete in
17            the market for flake powder?
18 A.         I'm only aware of KEMET, Vishay, AVX, and I'm
19            not sure if Epcos, in those days, was using flake
20            powder or not.
21 Q.         What companies compete in the market for non-
22            flake powder?
23 A.         The companies I've just mentioned, KEMET,
24            Vishay, Epcos, AVX, NEC, Michicom, Samsung at that

```
 1         time, Daewoo, Ninxia, Matsuo, Hitachi, and several
 2         other small companies.
 3  Q.     What damages has AVX sustained as a result of
 4         the conduct of Cabot that is alleged in the
 5         complaint in this matter?
 6  A.     That is being calculated by our outside
 7         expert.
 8  Q.     Has AVX sustained damages?
 9  A.     Yes.
10  Q.     Do you have any understanding right now of the
11         monetary value of those damages?
12  A.     We have monitored the market price of material
13         and compared that with what we ended up paying in
14         the contract when we used the material as against
15         what the market price was at that time, and passed
16         that to our expert.
17  Q.     How would you go about calculating AVX's
18         damages in this matter?
19  A.     How would I go about calculating.
20              MR. GOREN: Objection. You may answer.
21              THE WITNESS: Basically, we've left that
22         with our expert to come up with that calculation.
23              BY MR. DAVIS:
24  Q.     A moment ago, you said that AVX monitored
```

1      market prices for materials --

2  A.      Yes.

3  Q.      -- and compared those against what AVX paid to Cabot
4      under the 2001 supply agreement; was that accurate?

5  A.      That is accurate.

6  Q.      What materials?

7  A.      For all of the materials. For flake, because
8      we could tell from the MFN agreement that Cabot was
9      selling flake at lower prices, which we assumed was
10      then the market price, outside of the contract. For
11      nodular that we were buying from Starck or Showa
12      Cabot or Ninxia that we were doing as part of the
13      tolling agreement, so the cost of their raw material
14      that we had to take as part of us getting our raw
15      material tolled.

16  Q.      Are there any other elements to AVX's damages
17      that you are aware of, as you sit here today?

18  A.      The biggest damage that has happened is the
19      impact that it's had on the total tantalum market,
20      which has been greatly reduced in the electronics
21      industry. Because of the inability of the main
22      suppliers in the market, AVX, KEMET and Vishay, to
23      bring capacitor prices down, our customers moved
24      away to alternative products. It took --

1  Q.          I do not mean to interrupt. I'm sorry.
2  A.          It took them time to find alternative ways of
3              getting around that, but we can see now, seven years
4              on, a very significant loss in share in the
5              electronics industry for tantalum capacitors, where
6              we've shrunk from a twenty to one ratio with
7              ceramics, for instance, to a seventy to one ratio
8              with ceramics. We are now -- we should be, the
9              historic trend that came up to the time of the
10             contract had run for many years at twenty to one.
11             The industry should be three-and-a-half times larger
12             than it is today and that is a reflection of the
13             problems in 2000 and the fact that we were unable to
14             come into a cost-competitive basis.
15 Q.          You said the ratio was historically twenty to
16             one, meaning the ratio of the number of non-tantalum
17             capacitors to tantalum capacitors?
18 A.          The ratio of MLCC capacitors to tantalum
19             capacitors from a period of, like, 1996 through to
20             2001. Over a five-year period, it was twenty to one
21             and since that period, as customers have more and
22             more gone away from tantalum capacitors, that has
23             risen from the twenty to one to a ratio now of
24             seventy to one today. So it has done long-term