# Exhibit #4



# Digital Court Reporting & Video

Transcript of the Testimony of
## Dr. Stephen Schwartz

**Date:** February 19, 2008

**Caption:** AVX Corporation and AVX Limited v. Cabot Corporation

CONDENSED
TRANSCRIPT

Digital Court Reporting and Video, LLC
866.721.0972 Toll-free
713.683.0401 Local
713.683.8935 Fax
depos@digitalreporting.com
www.digitalreporting.com

**Job Number:** 3194

## Page 1

Dr. Stephen Schwartz — AVX Corporation and AVX Limited v. Cabot Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
-------------------------------------x
AVX CORPORATION and AVX LIMITED,
    Plaintiffs,
  - against -   Civil Action
                No. 04-10467-RGS

CABOT CORPORATION,

    Defendant.
-------------------------------------x

February 19, 2008
10:50 a.m.

Videotaped Deposition of DR. STEVEN SCHWARTZ, an expert witness on behalf of the Plaintiffs herein, and held at the offices of Robinson & Cole, 120 Bloomingdale Road, White Plains, New York, before April Pearl Schirm, a Court Reporter and Notary Public of the State of New York.

713-683-0401    Digital Court Reporting and Video    713-683-8935

## Page 2

APPEARANCES:

  BODOFF & ASSOCIATES, LLP
    Attorneys for the Plaintiffs
    225 Friend Street
    Seventh Floor
    Boston, Massachusetts 02114-1812
  BY: RICHARD A. GOREN, ESQ.

  CHOATE, HALL & STEWART, LLP
    Attorneys for the Defendant
    Two International Place
    Boston, Massachusetts 02110
  BY: BRIAN A. DAVIS, ESQ.

ALSO PRESENT:
  JOE BARRION - VIDEOGRAPHER

713-683-0401    Digital Court Reporting and Video    713-683-8935

## Page 3

1
2      IT IS HEREBY STIPULATED AND
3  AGREED by and between the attorneys for the
4  respective parties herein, that filing and sealing
5  be and the same are hereby waived.
6
7      IT IS FURTHER STIPULATED AND
8  AGREED that all objections, except as to the form
9  of the question, shall be reserved to the time of
10 the trial.
11
12      IT IS FURTHER STIPULATED AND
13 AGREED that the within deposition may be signed
14 and sworn to before any officer authorized to
15 administer an oath, with the same force and effect
16 as if signed and sworn to before the Court.

713-683-0401    Digital Court Reporting and Video    713-683-8935

## Page 4

1      DR. STEVEN SCHWARTZ
2
3      THE VIDEOGRAPHER: This is the
4  video operator speaking, Joe Barrion, of
5  Digital Court Reporting and Video, of 225
6  Lenox Avenue, Westfield, New Jersey.
7      Today's date is February 19,
8  2008. The time on the video monitor is
9  10:50. We are here at the offices of
10 Robinson & Cole located at 120 Bloomingdale
11 Road, White Plains, New York, to take the
12 videotaped deposition of Dr. Steven
13 Schwartz in the matter of AVX Corporation
14 and AVX Limited versus Cabot Corporation in
15 the United States District Court, for the
16 District of Massachusetts, civil action
17 number 04-10467-RGS.
18      Will counsel please identify
19 yourselves, and state whom you represent.
20      MR. GOREN: My name is Richard
21 Goren of Bodoff & Associates, and I
22 represent the plaintiffs, AVX Corporation
23 and AVX Limited.
24      MR. DAVIS: My name is Brian
25 Davis. I'm from the law firm of Choate,

713-683-0401    Digital Court Reporting and Video    713-683-8935

## Page 5

Dr. Stephen Schwartz — AVX Corporation and AVX Limited v. Cabot Corporation

1  DR. STEVEN SCHWARTZ
2  Hall & Stewart in Boston, and I represent
3  the defendant, Cabot Corporation.
4  　　　　THE VIDEOGRAPHER: Will the court
5  reporter please swear in the witness.
6
7  　　　　(The witness was duly sworn.)
8
9
10  EXAMINATION BY
11  MR. DAVIS:
12
13  　　Q.　　Good morning.
14  　　A.　　Good morning.
15  　　Q.　　Dr. Schwartz, will you state your full
16  name for the record, please?
17  　　A.　　Steven Schwartz.
18  　　Q.　　Dr. Schwartz, I took a quick look at
19  your CV. I see you have been deposed before; is
20  that right?
21  　　A.　　That is correct.
22  　　Q.　　On multiple occasions?
23  　　A.　　Yes.
24  　　Q.　　So you know pretty much the drill
25  here.

713-683-0401   Digital Court Reporting and Video   713-683-8935

## Page 6

1  　　　　DR. STEVEN SCHWARTZ
2  　　A.　　I do.
3  　　Q.　　I'm going to ask you a series of
4  questions here today. If at any point in time,
5  you don't understand any of my questions, please
6  speak up and I'll try to clarify my question for
7  you. Do you understand that?
8  　　A.　　I do.
9  　　Q.　　And if you do respond to my question,
10  I'm going to assume that you understood it; is
11  that fair?
12  　　A.　　That is fair.
13  　　Q.　　In addition, you've probably received
14  these instructions before as well, but please wait
15  until I finish my question before you begin to
16  answer. That will keep the stenographer sane and
17  make for a much cleaner transcript. Do you
18  understand that?
19  　　A.　　I do.
20  　　Q.　　And again, we're starting a little bit
21  late today, but I hope that we'll still be able to
22  finish on time. If at any point in time you wish
23  to take a break, please let me know, and I'll try
24  to accommodate you as soon as possible. Do you
25  understand that?

713-683-0401   Digital Court Reporting and Video   713-683-8935

## Page 7

1  　　　　DR. STEVEN SCHWARTZ
2  　　A.　　I appreciate that.
3  　　Q.　　Where do you work, Dr. Schwartz?
4  　　A.　　I work for a company called NERA
5  Economic Consulting.
6  　　Q.　　Where is your office?
7  　　A.　　In White Plains.
8  　　Q.　　What's the business of NERA?
9  　　A.　　NERA is an economic consulting firm
10  that specializes in the application of modern
11  microeconomics to complex problems of business and
12  public policy, oftentimes but not always in the
13  context of litigation or a regulatory proceeding.
14  　　Q.　　How long have you been with NERA?
15  　　A.　　It will be 24 years in July.
16  　　Q.　　What is your current position?
17  　　A.　　I'm a senior vice president.
18  　　Q.　　And generally, what do you do at NERA?
19  　　A.　　Well, that is a good question. I do
20  lots of things. I'm obviously responsible for
21  developing and managing business, supervising
22  projects such as this one, oftentimes being the
23  person responsible for writing a report and, if
24  requested, testifying as to the results of our
25  analysis.

713-683-0401   Digital Court Reporting and Video   713-683-8935

## Page 8

1  　　　　DR. STEVEN SCHWARTZ
2  　　I am responsible for managing a group
3  of people and keeping them gainfully occupied with
4  work that hopefully is interesting and energizing
5  and responsible for making sure they get the
6  training that they need. I have responsibility
7  for the monitoring and management of the career of
8  a senior person.
9  　　I am the head of the White Plains
10  office. I am responsible for the management of
11  NERA's antitrust and trade regulation conference
12  that we put on annually in Santa Fe. I'm a member
13  of various committees of NERA's partners group. I
14  think that is it.
15  　　Q.　　How many people work at NERA's White
16  Plains office?
17  　　A.　　It's probably -- counting the admin
18  staff that is based there, it's probably 80.
19  　　Q.　　And how many consulting professionals?
20  　　A.　　Let me go around the office. There
21  are four senior vice presidents, and if you want
22  to include the research staff, there are probably
23  another 50 people who are on the economic research
24  staff.
25  　　Q.　　You were retained at some point in

713-683-0401   Digital Court Reporting and Video   713-683-8935

Dr. Stephen Schwartz                             AVX Corporation and AVX Limited v. Cabot Corporation

Page 197

1    DR. STEVEN SCHWARTZ
2    notations on the very first page. Whose
3    handwriting is that?
4        A.   That's mine.
5        Q.   Look briefly through that document.
6    Are all the handwritten notations there yours?
7        A.   Sorry. Well, I would note there is a
8    handwritten page that is copied that is not mine,
9    but so far, all of the marginal notes that I have
10   come across are mine.
11       Q.   The one page, Dr. Schwartz, that you
12   said did -- that -- it was not your handwriting?
13       A.   Right.
14       Q.   Whose handwriting is that?
15       A.   The document itself that is included
16   here, the production document is a handwritten
17   document.
18       Q.   You took over this matter from
19   Ms. Stiroh; is that right?
20       A.   Stiroh.
21       Q.   Stiroh. I have that correct though?
22       A.   Yes, Dr. Stiroh.
23       Q.   Okay. How is she?
24       A.   I'm sorry?
25       Q.   How is she?

713-683-0401   Digital Court Reporting and Video   713-683-8935

Page 198

1    DR. STEVEN SCHWARTZ
2        A.   I believe she is fine.
3        Q.   Good. Glad to hear that. You took
4    over from her around September of 2007?
5        A.   Yes.
6        Q.   Had she done any work in the matter
7    prior to that date?
8        A.   I know that some preliminary work had
9    been done. I don't think she had done all that
10   much herself.
11       Q.   Did you inherit -- were you able to
12   review the preliminary work that had been done?
13       A.   I know that I reviewed affidavits that
14   she had filed in connection with discovery issues.
15   I was brought up to speed, basically, with the
16   work that had been done, which at that point was
17   quite limited. So the answer is yes, although
18   there wasn't that much to get up to speed on.
19       Q.   Again, I apologize if you -- if I
20   asked you this and you answered it.
21            When was NERA first retained in this
22   matter?
23       A.   I don't know.
24       Q.   Was it sometime early in 2007?
25       A.   I really don't know.

713-683-0401   Digital Court Reporting and Video   713-683-8935

Page 199

1    DR. STEVEN SCHWARTZ
2        Q.   In Exhibit -- the single page letter
3    from Mr. Squibb that we just marked a moment ago.
4        A.   14?
5        Q.   Yes. There are references in that
6    document to some calculations. What are those?
7        A.   I assume you are looking at the items
8    that are labeled STATA Program and then go on
9    to --
10       Q.   Yes.
11       A.   Those are computer programs that were
12   written to perform certain calculations that were
13   described in the narrative after -- brief
14   narrative on this memorandum.
15            MR. DAVIS: I just want to mark
16       that as the next exhibit, please.
17
18            (Schwartz Exhibit 17, 17-PAGE
19            DOCUMENT CONTAINING COMPUTER
20            PROGRAMMING FORMULAS, marked for
21            identification.)
22
23       Q.   Dr. Schwartz, if you look at what's
24   been marked as Exhibit 17, very briefly, are these
25   the -- these are documents that were provided by

713-683-0401   Digital Court Reporting and Video   713-683-8935

Page 200

1    DR. STEVEN SCHWARTZ
2    NERA in this matter?
3        A.   Yes.
4        Q.   Are those copies that show the
5    formulas that were used by NERA for purposes of
6    making the calculations referenced in Exhibit 14?
7        A.   This is the program that was written
8    to use the STATA -- this is the code that was
9    written to use the STATA program to do the
10   calculations.
11       Q.   And who wrote the code?
12       A.   Mr. Squibb wrote this.
13       Q.   The output from these calculations or
14   from this code are contained in your report?
15       A.   I believe so.
16       Q.   How did you prepare for your
17   deposition here today?
18       A.   I reviewed my report. I reviewed the
19   documents that support the report that are
20   identified as the supporting material. I met on
21   multiple occasions, oftentimes for no more than a
22   minute or two, but multiple occasions with the
23   people who worked with me, asking them questions,
24   discussing issues and briefly -- not that briefly,
25   probably about three and a half hours, four hours

713-683-0401   Digital Court Reporting and Video   713-683-8935

50 (Pages 197 to 200)

60361027-8cc5-4bfb-835c-d7ea37f5441a

## Page 201

DR. STEVEN SCHWARTZ

1
2  yesterday with Mr. Goren.
3  Q. Yesterday afternoon?
4  A. Yes.
5  Q. Did you do anything else?
6  A. Generally, that is what I did.
7  Q. Since you issued your expert report in
8  this matter on December 15, 2007, have you been
9  asked to undertake additional expert work for AVX?
10     MR. GOREN: Expert work or
11  opinions?
12     MR. DAVIS: Expert work.
13  A. Yes.
14  Q. And what have you been asked to do
15  since December 15, 2007?
16  A. I've looked at the report submitted by
17  Dr. Kalt, and I have consulted with counsel on
18  some issues involving damage questions.
19  Q. When did you first consult with
20  counsel on issues involving damage questions,
21  before or after you saw Dr. Kalt's report?
22  A. I don't recall.
23  Q. You have reviewed Dr. Kalt's report?
24  A. I have.
25  Q. Have you actually done any work on

## Page 202

DR. STEVEN SCHWARTZ

1
2  damage issues in this case?
3  A. I've done some things in connection
4  with requests for counsel.
5  Q. But you didn't issue any opinions
6  regarding damages in the expert report that you
7  submitted back in December, correct?
8  A. That is correct.
9  Q. And you hadn't been asked to at that
10  point in time, correct?
11  A. That is correct.
12     MR. DAVIS: Let's mark this,
13  please, as the next exhibit.
14
15     (Schwartz Exhibit 18, DOCUMENT
16     ENTITLED DECLARATION OF JOSEPH P.
17     KALT, DATED 1/15/08, marked for
18     identification.)
19
20     MR. GOREN: I would like to
21  indicate on the record that I hope that you
22  will be appropriately circumspect with your
23  examination of this witness regarding the
24  Kalt report as of this day.
25     MR. DAVIS: I have no idea what

## Page 203

DR. STEVEN SCHWARTZ

1
2  you mean.
3     MR. GOREN: Ask your questions.
4  Maybe I'm a little overtired. The witness
5  said that he consulted with counsel
6  regarding Kalt's report. He hasn't issued
7  any rebuttal report or any opinions.
8     MR. DAVIS: I appreciate that.
9  But I think I'm entitled to ask him what he
10  thinks of the report.
11
12  BY MR. DAVIS:
13
14  Q. Before I do that, and I represent to
15  you, Dr. Schwartz, that Exhibit 18 is Dr. Kalt's
16  report. Again, came in, through the copy machine,
17  you got it right here.
18  A. I'll accept the representation.
19  Q. Before we do that, you made reference
20  earlier today to a mistake or an error in your
21  report regarding KTaF. Do you remember that?
22     MR. GOREN: Objection.
23  A. Change of opinion. I wouldn't
24  characterize it as a mistake.
25  Q. A change of opinion. Have you changed

## Page 204

DR. STEVEN SCHWARTZ

1
2  your opinions in any other ways?
3  A. No.
4  Q. Are you aware of any errors or
5  mistakes in your report?
6  A. No.
7  Q. Now, you have read Dr. Kalt's report
8  that has been marked as Exhibit 18?
9  A. I have.
10  Q. Do you have any criticisms or – of
11  Dr. Kalt's opinions or his analysis?
12     MR. GOREN: Objection. That
13  information is privileged.
14     MR. DAVIS: Why would your
15  expert's opinions or criticisms –
16     MR. GOREN: He does not – he has
17  not been asked to as yet to render any
18  opinion. The witness testified that he has
19  consulted with counsel regarding Kalt's
20  report. Any examination of this witness's
21  as yet unformulated opinion as to the Kalt
22  report, I believe, is protected, and your
23  examination would be inappropriate. I
24  think you need to wait until he does a
25  rebuttal report, if any.