UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>CABOT CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-10467-RGS<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF JULIE C. RISING

I, Julie C. Rising, on oath, depose and say as follows:

1. I am an attorney with the law firm of Choate, Hall & Stewart, LLP, and one of counsel in this matter for Cabot Corporation ("Cabot"). I make this affidavit for the purpose of authenticating relevant documents which are cited in Cabot's Memorandum in Opposition to AVX's Motion for Partial Summary Judgment.

2. Attached as Exhibit 1 is a true and correct copy of relevant excerpts of the deposition of Peter Collis, dated December 5, 2007.

3. Attached as Exhibit 2 is a true and correct copy of relevant excerpts of the deposition of Ernest E. Chilton, dated September 11, 2006.

4. Attached as Exhibit 3 is a true and correct copy of relevant excerpts of the deposition of Dr. Steven Schwartz, dated February 19, 2008.

5. Attached as Exhibit 4 is a true and correct copy of an e-mail message from Peter

4329326v1

Collis to John Gilbertson, dated September 23, 2000.

6. Attached as Exhibit 5 is a true and correct copy of relevant excerpts of the deposition of Peter Collis, dated August 8, 2006.

7. Attached as Exhibit 6 are true and correct copies of AVX Notes of Cabot/AVX Meetings, dated August 18, 2000 and September 1, 2000.

8. Attached as Exhibit 7 is a true and correct copy of relevant excerpts of the deposition of John Chapple, dated August 4, 2006.

9. Attached as Exhibit 8 is a true and correct copy of relevant excerpts of the deposition of John Gilbertson, dated August 22, 2006.

10. Attached as Exhibit 9 is a true and correct copy of an AVX document titled "Long Term Settlement," dated October 31, 2000.

11. Attached as Exhibit 10 is a true and correct copy of the AVX Term Sheet, dated October 30, 2000.

12. Attached as Exhibit 11 is a true and correct copy of a document titled "Rough Talking Points Revision," dated November 3, 2000.

13. Attached as Exhibit 12 is a true and correct copy of a letter from Hugh Tyler to John Chapple, dated June 29, 2001.

14. Attached as Exhibit 13 is a true and correct copy of a letter from John Chapple to Hugh Tyler, dated August 14, 2001.

15. Attached as Exhibit 14 is a true and correct copy of an e-mail message from Hugh Tyler to John Chapple, dated August 14, 2001.

16. Attached as Exhibit 15 is a true and correct copy of relevant excerpts of the deposition of Robert J. Fairey, dated July 11, 2003.

17. Attached as Exhibit 16 is a true and correct copy of relevant excerpts of the deposition of William A. Millman, dated November 19, 2007.

18. Attached as Exhibit 17 is a true and correct copy of Cabot's Supplemental Responses to AVX's Interrogatories 12 and 13, dated October 30, 2007.

19. Attached as Exhibit 18 is a true and correct copy of relevant excerpts of the deposition of Marlin R. Spotts, Jr., dated April 3, 2008.

20. Attached as Exhibit 19 are true and correct copies of e-mail messages from Peter Collis to John Gilbertson, dated December 5, 2000 and February 7, 2001.

Signed under the pains and penalty of perjury this 9th day of May 2008.

_____
Julie C. Rising   (BBO No. 666950)