# Exhibit #1

# In The Matter Of:

*AVX Corporation and AVX Limited   v.*
*Cabot Corporation*

---

*30(b)(6) Peter W. Collis*
*December 5, 2007*

---

**JANEY ASSOCIATES**
Court Reporting Services
P.O. Box 365355
BOSTON, MA   02136-0003
(617) 364-5555     FAX: (617) 364-5550

*Original File 12-57COL.ASC, 166 Pages*
*Min-U-Script® File ID: 1341382030*

**Word Index included with this Min-U-Script®**

```
                                        1 - 166
                            UNITED STATES DISTRICT COURT
                                       FOR THE
                            DISTRICT OF MASSACHUSETTS
AVX CORPORATION                    *
and AVX LIMITED                    *
            Plaintiffs,            *
    - vs. -                        * C. A.# 04-10467-RGS
CABOT CORPORATION                  *
            Defendant.             *
    DEPOSITION of AVX CORPORATION and AVX LIMITED,
(Peter William Collis), a witness called by and on behalf
of the Defendant, pursuant to the provisions of Rule
30(b)(6) of the Federal Rules of Civil Procedure, before
Charles E. Janey, Jr., CVR, a Notary Public in and for the
Commonwealth of Massachusetts, at the offices of Choate,
Hall & Stewart, Two International Place, Boston, MA 02110,
on Wednesday, December 5, 2007, commencing at 12:15
p.m.
```

Page 2

```
APPEARANCES:
Richard A. Goren, Esquire, law offices of BODOFF &
ASSOCIATES, 225 Friend Street, Boston, MA 02114, (617)
742-7300; on behalf of the Plaintiffs.
    Brian A. Davis, law offices of CHOATE, HALL &
STEWART, LLP, Two International Place, Boston, MA 02110,
(617) 248-5000; on behalf of the Defendant.
Also Present:  Gayatri Koolwal, Nera
                       JANEY ASSOCIATES
```

Page 3

```
                            INDEX
DEPOSITION OF:                              Page
AVX CORPORATION and AVX LIMITED
(Peter William Collis)
        by Mr. Davis         6
        by Mr. Goren        161
EXHIBITS:                                   Page
#1 (Notice of Deposition 30(b)(6))    7
#2 (Supply Agreement)                 9
#3 (Complaint and Jury Demand)       10
#4 (AVX and Cabot Meeting Notes dated 8/18/00)  29
#5 (E-Mail dated 9/16/00 to J. Chapple from
    R. Fairey & Attachment)          34
#6 (E-Mail dated 10/3/00 to M. Jackson and others
    from T. Barber)                  40
#7 (Memo dated 10/4/00 to J. Gilbertson and others
    from E. Chilton & Attachment)    46
#8 (Memo dated 10/4/00 to J. Gilbertson and others
    from E. Chilton & Attachment)    48
#9 (Letter dated 10/6/00 to T. Odle from E. Chilton)  51
                       JANEY ASSOCIATES
```

Page 4

```
                            INDEX
                         (continued)
EXHIBITS:                                   Page
#10 (E-Mail dated 10/30/00 to E. Slavitt and others
     from gib)                       54
#11 (Memo dated 11/2/00 to M. Gilbertson and others
     from J. Chapple and attachments)  62
#12 (Letter dated 11/3/00 to Tom from AVX)  65
#13 (Letter dated 11/13/00 to T. Odle from
     E. Chilton)                     70
#14 (E-Mail dated 12/5/00 to J. Gilbertson from
     P. Collis and Attachment)      72
#15 (E-Mail dated 2/7/01 to J. Gilbertson from
     P. Collis and Attachment)      77
#16 (E-Mail dated 2/22/01 to M. Fisher & others from
     H. Tyler)                       87
#17 (E-Mail dated 2/27/01 to H. Tyler from B. Fairey)  89
#18 (E-Mail dated 2/20/01 to gib from P. Collis)  91
#19 (E-Mail dated 11/22/01 to P. Collis from
     J. Chapple)                     93
#20 (E-Mail dated 5/10/01 to H. Tyler from J.
     Chapple & Attachment)           95
#21 (E-Mail dated 4/27/04 to P. Collis from R.
     Habens & Attachment)            97
#22 (Listing of KATAF Material)     107
#23 (AVX Corp. Form 10-Q 6/10/99)   129
                       JANEY ASSOCIATES
```

Page 5

```
                            INDEX
                         (continued)
                                            Page
#24 (AVX Corp. Form 10-Q 9/30/99)   132
#25 (AVX Corp./DE Form 10-Q 12/31/99)  135
#26 (AVX Corp. Form 10-K 3/31/00)   138
#27 (AVX Corp. Form 10-Q 6/30/00)   144
#28 (AVX Corp. Form 10-Q 9/30/00)   148
#29 (AVX Corp. Form 10-Q 12/31/00)  150
#30 (AVX Corp. Form 10-K 3/31/01)   156
                       JANEY ASSOCIATES
```

Page 6

[1] PETER WILLIAM COLLIS, having duly [2] affirmed that his testimony would be the truth, the [3] whole truth, and nothing but the truth, testified as [4] follows in answer to direct interrogatories:

[5] **Examination:**

[6] **BY MR DAVIS:**

[7] **Q:** Good afternoon. Would you state your name for [8] the record please?

[9] **A:** Peter William Collis.

[10] **Q:** And Mr. Collis you're here today appearing as [11] a witness on behalf of AVX Corporation and AVX [12] Limited. Is that right?

[13] **A:** It is.

[14] **Q:** Mr. Collis, my name is Brian Davis. I don't [15] think we've had the pleasure of meeting before. I'm [16] going to be asking you a series of questions here [17] today. You have been through this process before on [18] a number of occasions have you not?

[19] **A:** I have.

[20] **Q:** In fact I was joking with Bill Young the other [21] day that I think you've been through this as many

Page 7

[1] times as Bill has been through this is in this [2] litigation. Certainly it's a neck and neck race [3] between the two of you.

[4] If at any point in time you don't understand [5] any of my questions, please say so and I'll try to [6] clarify my question for you. Is that acceptable?

[7] **A:** Yes.

[8] **Q:** And I will assume that if you respond to my [9] question that you understood it. Is that fair?

[10] **A:** Yes.

[11] **Q:** And it's also not intended to be a torture [12] test. If you need a break at some point in time, [13] please let me know and I will try to accommodate [14] you. Understood?

[15] **A:** Yes.

[16] **MR. DAVIS:** Let's mark the first [17] exhibit. Call this Exhibit No. 1.

[18] (The document above-referred to [19] was marked Deposition Exhibit No. [20] 1 for identification.)

[21] **BY MR. DAVIS:**

[22] **Q:** Mr. Collis, you have what has been marked as [23] Exhibit No. 1 in your deposition. Would you look at [24] the document for a moment and tell me sir if you

Page 8

[1] have seen it before?

[2] (Pause.)

[3] **A:** Yes.

[4] **Q:** This is a copy of a Notice of Deposition that [5] was served in this case, Mr. Collis. A nearly [6] identical one was served on AVX Limited. And again, [7] it's my understanding that you're appearing here [8] today to testify to certain categories in this [9] Notice of Deposition. Is that your understanding?

[10] **A:** Yes.

[11] **MR. DAVIS:** Richard, I understand that [12] he's being designated with respect to both AVX [13] Corporation and AVX Limited. Is that correct?

[14] **MR. GOREN:** Correct.

[15] **MR. DAVIS:** With respect to the same [16] categories for both?

[17] **MR. GOREN:** Yes.

[18] **BY MR. DAVIS:**

[19] **Q:** And the specific categories for which you've [20] designated are - and just confirm this that is [21] consistent with your understanding please Mr. [22] Collis. Categories No. 7,8,9,11,13,15 and 17. I [23] can go through again if you'd like.

[24] **A:** 11 and 13.

Page 9

[1] **Q:** Also 7,8 and 9?

[2] **A:** Sorry. 7,8,9,11 and 13.

[3] **Q:** And how about 15 and 17?

[4] **A:** Yes.

[5] **MR. DAVIS:** Let's mark this as the next [6] exhibit. Exhibit No. 2 [7] (The document above-referred to [8] was marked Deposition Exhibit No. [9] 2 for identification.)

[10] **BY MR. DAVIS:**

[11] **Q:** Mr. Collis, I'll hand you a copy of a document [12] that's been marked as Exhibit 2. I think you've [13] seen this one before?

[14] **A:** I believe so.

[15] **Q:** This is a copy of the 2001 Supply Agreement [16] between Cabot and AVX Corporation and AVX Limited. [17] Do you agree with that?

[18] **A:** Yes.

[19] **Q:** And if I refer to AVX Corporation and AVX [20] Limited jointly as AVX, is that acceptable to you?

[21] **A:** Yes.

[22] **Q:** Mr. Collis, this Supply Agreement between [23] Cabot and AVX has attached to it as Appendix A, a [24] list of products that AVX agreed to purchase from

Page 10

[1] Cabot pursuant to this contract. Do

30(D)(6) Peter W. Collis
December 5, 2005
Case 1:04-cv-10467-RGS    Document 128-2    Filed 05/09/2008    Page 4 of 12
AVX Corporation and AVX Limited    v.
Cabot Corporation

you see that?

[2] **A:** I do.

[3] **Q:** Which of the products that are listed here Mr. [4] Collis, are the products that AVX claims in this [5] litigation it did not wish to purchase from Cabot, [6] but was forced to do so?

[7] **MR. GOREN:** Objection. You may answer.

[8] **THE WITNESS:** The - the basic premise [9] was we were coerced into a five year agreement which [10] we didn t want to get into.

[11] **MR. DAVIS:** Let s mark as the next [12] exhibit this document please? Thank you.

[13] (The document above-referred to [14] was marked Deposition Exhibit No. [15] 3 for identification.)

[16] **BY MR. DAVIS:**

[17] **Q:** Mr. Collis you have what s been marked as [18] Exhibit 3 which I ll represent is a copy of the [19] Complaint and Jury Demand in this case. Have you [20] seen this document before?

[21] **A:** I m not sure.

[22] **Q:** On the very first page of this document, [23] Paragraph 1, would you actually read all of [24] Paragraph 1 to yourself for a moment, Mr. Collis

Page 11

[1] please and tell me when you re done?

[2] (Pause.)

[3] **Q:** Have you done that?

[4] **A:** I have.

[5] **Q:** You ll see in Paragraph 1 of the Complaint and [6] Jury Demand, Mr. Collis, that among the things that [7] AVX alleges is that: Specifically, knowing that [8] plaintiff - that s AVX - made certain products [9] that could only be manufactured with the quote [10] unquote flake form of tantalum made by defendant - [11] that s Cabot - designated as C275 and C255, [12] defendant conditioned plaintiff s purchase of flake [13] powders on its purchase of non-flake powders.

[14] Do you see that?

[15] **A:** I do.

[16] **Q:** Okay. What are the non-flake powders that [17] Cabot conditioned AVX s purchase of flake powders [18] upon?

[19] **MR. GOREN:** Objection. I think the [20] witness can testify as to his understanding of what [21] the plaintiff was compelled to purchase rather than [22] using the word condition .

[23] **MR. DAVIS:** Again, my understanding [24] is -

Page 12

[1] **MR. GOREN:** I think that gets you

what [2] you want.

[3] **MR. DAVIS:** Well, I m not quite sure [4] what the distinction that you re attempting to draw. [5] Again, we ve asked for a witness to discuss all [6] products or terms that AVX alleges it was forced to [7] accept on account of Cabot s coercive strategies, as [8] referenced in Paragraph 30 of the Complaint.

[9] **MR. GOREN:** And Mr. Collis is prepared [10] to answer that.

[11] **BY MR. DAVIS:**

[12] **Q:** Okay. Going back to Plaintiff and Jury Demand [13] at Paragraph 1 Mr. Collis, what are the non-flake [14] powders that AVX claims that Cabot conditioned AVX s [15] purchase of flake powders upon?

[16] **A:** Actually the nodular powders and the fact that [17] we had to take a five year contract for these [18] materials.

[19] **Q:** Looking back please at Exhibit 2 which is the [20] contract and Appendix A for Exhibit 2, which are the [21] nodular powders that AVX did not wish to purchase [22] from Cabot as of the time that this contract was [23] executed?

[24] **MR. GOREN:** Objection.

Page 13

[1] **MR. DAVIS:** You can respond.

[2] **THE WITNESS:** There is the nodular on [3] Biddeford, the nodular under Europe. There s wire [4] under Biddeford, wire under Europe and KTAF for the [5] extent of the five year contract.

[6] **BY MR. DAVIS:**

[7] **Q:** So I want to understand this correctly. Are [8] you saying that AVX did not wish to purchase, as of [9] the time that it entered into this supply agreement [10] with Cabot, it did not wish to purchase any nodular [11] powder from Cabot?

[12] **A:** We didn t wish to purchase - enter into an [13] agreement to purchase materials for five years.

[14] **Q:** Putting that to one side, the five year [15] agreement. Were there any nodular powders that are [16] listed on this exhibit that AVX actually wished to [17] purchase from Cabot as of the time that Exhibit 2 [18] was signed?

[19] **A:** Sorry. Could you repeat the question?

[20] **Q:** Certainly. [21] Putting aside the five year length of the [22] contract, were there any nodular products that are [23] listed on Appendix A to your Exhibit No. 2, the [24] Supply Agreement, that AVX actually wished to

Page 14

[1] purchase from Cabot as of the time that this supply [2] agreement was actually signed?

[3] **MR. GOREN:** Independent of the other [4] terms of the contract?

[5] **BY MR. DAVIS:**

[6] **Q:** Independent of the five year length of the [7] contract.

[8] **A:** Yes. Yes.

[9] **Q:** Which ones did AVX actually wish to purchase?

[10] **A:** We wished to purchase the ones that we had in [11] the Letter of Intent at the time that we had the [12] original agreement.

[13] And we also entered in the KTAF Agreement to [14] protect our supply chain from Showa Cabot - because [15] of the situation we were being told where Showa was [16] going to be short of material.

[17] **Q:** I can try to short circuit some of this Mr. [18] Collis to see if I understand AVX s position. Is it [19] fair to say that it s AVX s position that its [20] complaint in this case is that it was forced by [21] Cabot to sign a contract for years beyond 2001?

[22] **MR. GOREN:** Objection. You may answer.

[23] **THE WITNESS:** Yes.

[24] **BY MR. DAVIS:**

Page 15

[1] **Q:** Is there more to AVX s complaint in this [2] action other than it was forced by Cabot, allegedly, [3] to sign a contract or a binding contract for [4] delivery of products beyond the calendar year 2001?

[5] **A:** No.

[6] **Q:** Is it fair to say that the products that are [7] listed on Appendix A to the 2001 Supply Agreement [8] under calendar year 2001 - do you see that?

[9] **A:** Yes.

[10] **Q:** Was AVX willing, as of the time this agreement [11] was signed, to purchase those products from Cabot?

[12] **A:** We did not want to enter into an agreement to [13] purchase those materials.

[14] **Q:** We re going to sort through this again. Is it [15] fair to say that as of 2001, AVX did not wish to [16] enter into any binding agreement with Cabot to [17] purchase any products be they nodular, flake, KTAF, [18] anything else, from Cabot?

[19] **MR. GOREN:** Objection.

[20] **THE WITNESS:** No. We d already entered [21] into a short term contract which we knew as the [22] Letter of Intent. So we were willing to enter into [23] a short term contract.

[24] **BY MR. DAVIS:**

Page 16

[1] **Q:** Is it fair to say that AVX did not wish

AVX Corporation and AVX Limited v.
Cabot Corporation
Case 1:04-cv-10467-RGS  Document 128-2  Filed 05/09/2008  Page 5 of 12
30(b)(6) Peter W. Collis
December 5, 2007

to [2] enter into any other form of contract with Cabot for [3] calendar year 2001 other than that short term Letter [4] of Intent that you referred to?

[5] **MR. GOREN:** Objection. And I d also [6] note that this is getting into areas for which Mr. [7] Collis was not designated. That is, the reasons [8] underlying the - I believe that the - let me [9] restate that.

[10] I believe that the subjects for which Mr. [11] Cummings (sic) has been designated are squarely [12] focused on the reasons for the alleged coercion.

[13] **MR. DAVIS:** Well again, he s been [14] designated to address Topic No. 11.

[15] **MR. GOREN:** Which is the products and [16] terms.

[17] **MR. DAVIS:** Correct.

[18] **MR. GOREN:** Which includes the length of [19] the contract, the fixed price and which - [20] **BY MR. DAVIS:**

[21] **Q:** Let s come at it from that perspective. Would [22] you put Exhibit No. 1 in front of you Mr. Collis, [23] and turn to Page 6? And if you look at Category No. [24] 11, it says that you are here today to testify

Page 17

[1] about: All products or terms that AVX alleges it [2] was forced to accept on account of Cabot s coercive [3] strategies as referenced in Paragraph 30 of the [4] Complaint.

[5] Do you see that?

[6] **A:** I do.

[7] **Q:** And you are in fact here to testify on that [8] topic on behalf of AVX Corporation and AVX Limited. [9] Correct?

[10] **A:** I am.

[11] **Q:** Tell me please Mr. Collis, what are the [12] products that AVX alleges it was forced to accept on [13] account of Cabot s coercive strategies?

[14] **A:** We were - we did not want to enter into a [15] long term agreement. So all of the products that [16] came in the contract running out to five years.

[17] **Q:** So it s AVX s position that every product that [18] is encompassed by the 2001 Supply Agreement was a [19] product that it believes it was forced to accept on [20] account of Cabot s coercive strategies. Is that [21] right?

[22] **MR. GOREN:** Objection.

[23] **THE WITNESS:** Yes. We did not want to [24] enter into a five year agreement.

Page 18

[1] **BY MR. DAVIS:**

[2] **Q:** What are the terms - let me go back for a [3] minute.

[4] Are there any additional products that AVX [5] claims it was forced to accept on account of Cabot s [6] coercive strategies other than what you ve [7] identified?

[8] **A:** I - I m sorry. I m a bit confused. Can I [9] perhaps clarify the -

[10] **Q:** Yes.

[11] **A:** I mean - basically we re saying all of the [12] materials in years 2 through 5. What other [13] materials would you be referring to?

[14] **Q:** So when you say, all of the materials in [15] years 2 through 5", you re looking at Appendix A to [16] Exhibit 2. Are you not?

[17] **A:** Yes.

[18] **Q:** And do I have it correct that it is AVX s [19] position that all of the materials that you see [20] listed under calendar year 2002, CY 2002, are [21] products that AVX alleges it was forced to accept on [22] account on Cabot s coercive strategies?

[23] **A:** We did not want to enter into a contract [24] longer than 12 months.

Page 19

[1] **Q:** So what I said is correct?

[2] **A:** Yes.

[3] **Q:** And the same would be true for calendar year [4] 2003?

[5] **A:** Yes.

[6] **Q:** AVX did not wish to purchase any of those [7] products from Cabot. Correct?

[8] **A:** We didn t wish to enter into a long term [9] contract for the purchase of those materials.

[10] **Q:** So what I said was correct?

[11] **MR. GOREN:** Objection.

[12] **THE WITNESS:** In 2003, we may have [13] wanted to purchase some of those materials, same as [14] in 2002. What we didn t want to do was enter into a [15] long term agreement to purchase those materials.

[16] **BY MR. DAVIS:**

[17] **Q:** It s fair to say that as of 2001, AVX did not [18] wish to enter into a contract with Cabot to buy any [19] of the products listed under calendar year 2003. Is [20] that right?

[21] **MR. GOREN:** Objection.

[22] **THE WITNESS:** We didn t wish to enter [23] into a five year agreement to buy those materials. [24] But by the time 2003 came, we may well have wanted

Page 20

[1] to have bought some of those materials.

[2] **BY MR. DAVIS:**

[3] **Q:** Actually, I think I dealt with that in my [4] question, but let me go back. I don t want to [5] confuse you.

[6] The agreement that is marked as Exhibit 2 was [7] signed back in January of 2001. Correct?

[8] **A:** Yes.

[9] **Q:** Is it fair to say that as of January 2001, AVX [10] did not wish to enter into a contract with Cabot, a [11] binding contract, to purchase any of the products [12] that are listed under calendar year - let s start [13] with calendar year 2002 for delivery in 2002. Is [14] that right?

[15] **MR. GOREN:** Objection.

[16] **THE WITNESS:** Yes.

[17] **BY MR. DAVIS:**

[18] **Q:** I m not trying to confuse you. The complaint [19] that AVX has is that in 2001 it was being required [20] by Cabot to enter into a contract that would call [21] for products and it would bind AVX to buy products [22] from Cabot in the year 2002. Correct?

[23] **A:** Correct.

[24] **Q:** And the same is true for the year 2003.

Page 21

[1] Correct?

[2] **A:** Correct.

[3] **Q:** And the same is true for 2004 and 2005. [4] Correct?

[5] **A:** Correct.

[6] **Q:** That s AVX s compliant in this case. Correct?

[7] **MR. GOREN:** Objection. That s not what [8] the witness is here to testify to. He s here on [9] this subject to identify the products or the terms [10] in the contract that were - AVX was forced to [11] accept.

[12] **BY MR. DAVIS:**

[13] **Q:** I think the question is fairly encompassed by [14] that category. Can you respond Mr. Collis? Do you [15] have the question in mind?

[16] **A:** No.

[17] **MR. DAVIS:** Would you re-read the [18] question please?

[19] (Question was read back as requested.)

[20] **MR. GOREN:** Objection.

[21] **MR. DAVIS:** Your objection is noted.

[22] **BY MR. DAVIS:**

[23] **Q:** Is that true Mr. Collis?

[24] **A:** Sorry. Which part of the question are you

Page 22

[1] asking me is that true to?

[2] **Q:** Have I fairly summarized - I ll go back and [3] ask you the question again.

[4] Is it fair to say that the crux of AVX s [5] compliant in this case is that it was forced in 2002 [6] to sign a contract for

delivery of the products [7] listed on Appendix A to the 2001 Supply Agreement in [8] calendar years 2002, 2003, 2004 and 2005?

[9] **A:** Wasn t it the year 2000, not 2002 we were [10] forced to?

[11] **Q:** I m sorry. Could you repeat question? 

[12] **A:** I think you asked that if in 2002 we were [13] forced to sign.

[14] **Q:** Then I will repeat the question. [15] Is it fair to say that the crux of AVX s [16] complaint in this case is that in 2001, AVX was [17] forced by Cabot to sign an agreement that required [18] AVX to purchase in the years 2002, 2003, 2004, 2005 [19] the products listed in those years on Appendix A?

[20] **MR. GOREN:** Objection. You may answer.

[21] **THE WITNESS:** Correct.

[22] **BY MR. DAVIS:**

[23] **Q:** Is there more to AVX s compliant in this case [24] other than what I have stated? To your knowledge.

Page 23

[1] **A:** To my knowledge, no.

[2] **Q:** And is it also fair to say that AVX - strike [3] that.

[4] You mentioned earlier that there was a Letter [5] of Intent between Cabot and AVX that came before the [6] 2001 Supply Agreement. Do you recall that?

[7] **A:** I do.

[8] **Q:** Was AVX willing to purchase the products [9] listed on that Letter of Intent from Cabot in 2001?

[10] **A:** Yes.

[11] **Q:** Was AVX willing to purchase any of the [12] products that are listed under calendar year 2001 [13] from Cabot as of 2001?

[14] (Pause.)

[15] **A:** We were willing to purchase those materials, [16] the Biddeford nodular, the flake, the wire and the [17] KTAF because we wanted to protect our supply chain [18] from Showa Cabot which we were told was in danger [19] because of the supply of KTAF to them.

[20] **Q:** So for example, under Biddeford, and I m [21] looking at Appendix A to the 2001 Supply Agreement [22] which is Exhibit 2. And I m looking under calendar [23] year 2001. Listed there are under TA Powder - TA [24] stands for Tantalum, correct? You agree?

Page 24

[1] **A:** Yes.

[2] **Q:** Sorry. I think we understand some of this, [3] but I ve got to make the record clear for anyone who [4] ultimately reads this.

[5] So TA Powder refers to Tantalum Powder and [6] there s a reference there to Biddeford. That s a [7] reference to AVX s Biddeford, Maine plant. Correct?

[8] **A:** That s correct.

[9] **Q:** Alright. And under nodular, you see that [10] there is 25,000 pounds minimum purchase that AVX [11] agreed to buy under this contract. Correct?

[12] **A:** Correct.

[13] **Q:** Alright. Is it correct to say that AVX did in [14] fact wish to purchase that nodular powder from Cabot [15] as of calendar year 2001?

[16] **MR. GOREN:** Wait a minute. Does your [17] question deal with the quantity or the specific [18] product?

[19] **MR. DAVIS:** Right now I m dealing with [20] that term of this agreement. 25,000 pounds of [21] nodular powder.

[22] **MR. GOREN:** Okay.

[23] **BY MR. DAVIS:**

[24] **Q:** Do you know?

Page 25

[1] **A:** Yes.

[2] **Q:** Okay. If you see just to the right of that [3] entry, Mr. Collis, there s a column labeled As [4] Available Purchase Quantity/Pounds . Do you see [5] that?

[6] **A:** I do.

[7] **Q:** And do you understand that to denote or [8] memorialize AVX s desire or interest in purchasing [9] additional Tantalum product from Cabot in that time [10] frame if Cabot could make those products available [11] to AVX?

[12] **A:** That s how I understand it. Yes.

[13] **Q:** Was AVX in fact interested in purchasing an [14] additional 5,000 pounds of nodular powder for it s [15] Biddeford Facility from Cabot in calendar year 2001?

[16] **MR. GOREN:** Wait a minute. In addition [17] to what s stated in this column as available [18] purchase?

[19] **MR. DAVIS:** No. I m referring to that [20] entry.

[21] **MR. GOREN:** Okay.

[22] **MR. DAVIS:** There s an entry there that [23] says 5,000 pounds of as available product. Let me [24] go back -

Page 26

[1] **MR. GOREN:** I m sorry. I thought you [2] had already asked that. That s why.

[3] **BY MR. DAVIS:**

[4] **Q:** No. I think I was referring earlier to the [5] 25,000 pounds. But I m going to now move onto the [6] next entry.

[7] And Mr. Collis, drawing your attention to that [8] 5,000 pound entry on Exhibit 2 under calendar year [9] 2001, is it fair to say that AVX did in fact wish to [10] purchase from Cabot in calendar year 2001 an [11] additional 5,000 pounds of nodular powder for AVX s [12] Biddeford, Maine Facility if Cabot could make that [13] product available to AVX?

[14] **A:** Yes. We would have bought the extra 5,000 [15] pounds if it was available.

[16] **Q:** And moving further down under the column under [17] calendar year 2001. Was AVX in fact interested in [18] purchasing a 50,000 pounds of flake powder for [19] Europe from Cabot in 2001?

[20] **A:** Yes we were.

[21] **Q:** Was AVX also interested in purchasing 4,400 [22] pounds of Tantalum Wire from Cabot for it s [23] Biddeford, Maine Facility in 2001?

[24] **A:** Yes we were.

Page 27

[1] **Q:** Was AVX interested in purchasing 11,000 pounds [2] of Tantalum Wire from Cabot for it s European [3] Facilities in 2001?

[4] **A:** Can I answer that by saying we were - we were [5] okay to purchase that material.

[6] **Q:** Okay. And then you see the listing under [7] K2TaF7. That s frequently referred to as KTAF. [8] Correct?

[9] **A:** Correct.

[10] **Q:** And that s an intermediate product that can be [11] further processed into various types of Tantalum [12] products. Is that right?

[13] **A:** That is correct.

[14] **Q:** And is it correct to say that in calendar year [15] 2001, AVX was in fact willing to purchase 246,500 [16] pounds of KTAF from Cabot for AVX s use?

[17] **A:** KTAF was not a normal purchase for us. We [18] were willing to step in and buy KTAF because we were [19] being told that Cabot were not going to supply Showa [20] Cabot with sufficient KTAF to meet our needs, but [21] were willing to sell the KTAF directly to us. So [22] that s why we stepped in and took that too.

[23] **Q:** So it is fair to say that AVX did in fact wish [24] to purchase that material from Cabot in 2001?

Page 28

[1] **A:** We would have rather that you sold it to Showa [2] Cabot and we bought powder from Showa Cabot. But [3] you were telling us that you were unwilling to do [4] that. So - but you were willing to sell it to us.

[5] **Q:** And AVX was willing to buy it under those [6] circumstances?

[7] **A:** Under those circumstances, we

AVX Corporation and AVX Limited v.
Cabot Corporation
Case 1:04-cv-10467-RGS    Document 128-2    Filed 05/09/2008    Page 7 of 12
30(b)(6) Peter W. Collis
December 5, 2007

[12] MR. DAVIS: It's a proposal for a new [13] contract.
[14] MR. GOREN: It says: Quote I would like [15] to try to settle this matter in a constructive [16] matter and propose the following.
[17] It is a settlement proposal by it's terms.
[18] MR. DAVIS: I understand that's your [19] position. We disagree.
[20] BY MR. DAVIS:
[21] Q: Mr. Collis, do you recall that in early [22] October 2000 that AVX made a contract proposal to [23] Cabot?
[24] MR. GOREN: Objection. Lack of

Page 53

[1] foundation. You may answer.
[2] THE WITNESS: I don't recall.
[3] BY MR. DAVIS:
[4] Q: Are the terms that you see in Exhibit 9 [5] consistent with what you understand AVX was willing [6] to offer to Cabot back in the October 2000 time [7] frame?
[8] A: I'm - I'm not sure what total materials that [9] this is referring to. There are some numbers [10] mentioned here, but it says: Further agree in [11] calendar years in 2002, 3, 4 and 5 to take the [12] agreed amount.
[13] I'm not sure what that refers to. Unless it [14] is in what is in Paragraphs 1 and 2 or in Notes 1 [15] and 2.
[16] Q: Let me ask, do you see that on Page 1 of [17] Exhibit 9 there's a reference to 30,000 pounds of [18] material for our products at the Biddeford [19] Operation. Do you see that?
[20] A: The ones that Cabot is sole source for this [21] material. Yes.
[22] Q: Most, but not all of the 30,000 pounds were [23] nodular products. Correct?
[24] A: Yes. That would be correct.

Page 54

[1] Q: And if you look on Page 2, there's a reference [2] in the third paragraph down. It says: The above is [3] critical to AVX business in the future and we would [4] like to close this issue at the earliest [5] opportunity.
[6] Do you see that? Third paragraph down, Page [7] 2.
[8] A: I - I see that. Yes.
[9] Q: Did you regard the nodular powders that Cabot [10] was selling on a sole source basis to AVX's [11] Biddeford Facility back in the 2000 time frame to be [12] critical to AVX's business in the future?
[13] A: Yes. We were sole source on Cabot on nodular [14] powder in the Biddeford Operation. Yes.
[15] Q: And why were those Nodular Products critical [16] to AVX's business in the future?
[17] A: Because they went into military and medical [18] applications where the terms for that customers for [19] approving another supplier were very, very lengthy [20] and not something that could be done very quickly.
[21] MR. DAVIS: Let's mark this please [22] as the next exhibit. I think we're up to 10.
[23] (The document above-referred to [24] was marked Deposition Exhibit No.

Page 55

[1] 10 for identification.)
[2] BY MR. DAVIS:
[3] Q: Mr. Collis, you have what has been marked as [4] Exhibit 10. Would you look at this document for a [5] moment sir and tell me if you've seen it before?
[6] (Pause.)
[7] A: I certainly recall the wording in this first [8] document - the first page.
[9] Q: The first document, do you mean the e-mail?
[10] A: The first page. The e-mail. Yes.
[11] Q: Okay. Specifically what language do you [12] recall?
[13] A: The frustration level on our side is pretty [14] high.
[15] Q: Anything else?
[16] A: I - I believe I have seen the rest of this e-[17] mail. Yeah.
[18] Q: How about the proposal that is attached to the [19] e-mail dated 10/30/2000?
[20] MR. GOREN: Objection. It's attached to [21] - call this Exhibit No. 10. There's no foundation [22] that it was attached to the e-mail.
[23] MR. DAVIS: This is the way it was [24] produced, so.

Page 56

[1] MR. GOREN: I understand.
[2] BY MR. DAVIS:
[3] Q: You can respond.
[4] A: This - this is in the form of a number of [5] proposals that were - I'd seen at that time. [6] Although as I recall, they had tables with them with [7] volumes and amounts of materials in years. This [8] particular one does not but.
[9] Q: Who prepared the proposals that you recall [10] seeing?
[11] MR. GOREN: Objection. Which proposals?
[12] BY MR. DAVIS:
[13] Q: He just mentioned a moment ago that he [14] recalled seeing proposals that looked something like [15] this. My question is who prepared those proposals?
[16] A: I received those proposals from John [17] Gilbertson. Who prepared them, I don't know.
[18] Q: You mentioned a few moments ago that you [19] advised Mr. Gilbertson with respect to some of the [20] contract negotiations. Is that right?
[21] A: On - when I received these proposals, I sent [22] in my views. Yes.
[23] Q: What did you advise Mr. Gilbertson at that [24] time?

Page 57

[1] A: The first one I recall seeing was a couple of [2] e-mails where Mr. Gilbertson got involved with the [3] negotiations. The first one or two of them were [4] basically along the lines of outlining what he was [5] trying to achieve.
[6] The first one was a - an e-mail basically [7] saying we want to do a one year contract. I think [8] it said something like possibly two if we really [9] have to, but we don't want to do that.
[10] The second one was along similar lines. And [11] he outlined some objectives. The next one I saw was [12] a forward from him of a Tom Odle outline of the [13] first five year contract that I saw which had KTAF [14] in for five years, nodular powder from Boyertown of [15] 60,000 pounds. And I think the Biddeford material [16] was 30,000 pounds at that time. I don't recall the [17] wire.
[18] My inputs to him were we don't want the [19] nodular powder from Boyertown.
[20] Q: You didn't want any nodular powder from [21] Boyertown?
[22] A: If we could got out of the nodular powder from [23] Boyertown, my inputs are we would have lived without [24] them. On the - let me rephrase that.

Page 58

[1] The 60,000 pounds for the European Operation. [2] We clearly needed the Biddeford operation nodular [3] materials. The Biddeford wire was necessary. [4] Because again, they had only accrued Cabot Wire. [5] And wire would mean a major change in the supplier [6] to the military and medical market.
[7] The - and the KTAF for five years. I believe [8] I said to him - you know - we were going to have a [9] difficult time selling these prices in to the market [10] place. And we should reduce these numbers as much [11] as possible.
[12] Q: Were AVX's European facilities using Cabot [13] nodular powder for any purpose back in 2000?
[14] A: We were working with - with

30(b)(6) Peter W. Collis
December 5, 2007 Case 1:04-cv-10467-RGS   Document 128-2   Filed 05/09/2008   Page 8 of 12
AVX Corporation and AVX Limited v.
Cabot Corporation

Cabot on nodular [15] materials. But we were - we were struggling to get [16] what we considered to be consistent nodular material [17] from the Boyertown operation.

[18] Q: Let me phrase this somewhat differently. Was [19] AVX producing any products at AVX s European - [20] strike that.

[21] Was AVX producing any products at any AVX [22] facilities other than the Biddeford, Maine facility [23] back in 2000 using any of Cabot s Nodular Tantalum [24] Powders?

Page 59

[1] A: I guess to assess some material, you have to [2] make capacitors.

[3] Q: Was AVX producing commercial quantities of any [4] products at any facility, other than Biddeford, back [5] in 2000 using any Cabot nodular powders?

[6] A: Yes. But we were having problems doing that.

[7] Q: Approximately what volume of Cabot nodular [8] powder were AVX s non-Biddeford facilities using [9] back in the 2000 time frame? On an annual basis.

[10] A: I don t recall. It was outlined in the first [11] year of our Letter of Intent - our short-term [12] contract.

[13] Q: Do you recall anything else that you advised [14] Mr. Gilbertson back in the 2000 time frame regarding [15] contract terms or potential contract terms with [16] Cabot other than what you ve testified to?

[17] A: I remember he wrote to me saying that one of [18] my colleagues, a Mr. Gill - or Mr. Rosen was [19] quoting Mr. Gill as saying that we could live with [20] the pricing on the materials.

[21] I - I recall writing back to him and saying [22] the flake - basically our customer s a single [23] source on those. Same way as we were a single [24] source on the powder supply. And so our customers

Page 60

[1] would probably live with higher prices and accept [2] them - not happily, but would accept them as long [3] as they could get their capacitors.

[4] But on the other materials and the material [5] that would come out of the KTAF side, I believe I [6] advised him that - that the increase in price would [7] be a problem for our customers and over a period of [8] time, they would find alternatives to buying [9] Tantalum capacitors on the basis of price. But this [10] would take time.

[11] Q: Was it your belief back in the fall of 2000 [12] that if AVX purchased KTAF from Cabot for conversion [13] into a nodular powders by others that the final

cost [14] of that nodular powder to AVX would be higher than [15] the pricing of the nodular that AVX was proposing to [16] purchase for Cabot?

[17] MR. GOREN: Objection. Respectively [18] Brian, re-do that. That doesn t make sense the way [19] you said it.

[20] MR. DAVIS: Okay. You can object [21] Richard, but it s a question of whether the witness [22] understands it.

[23] MR. GOREN: Okay.

[24] BY MR. DAVIS:

Page 61

[1] Q: Do you understand the question Mr. Collis?

[2] A: What I think you re asking is did we [3] understand that the price of powder sold from KTAF [4] would be higher than the $500 a pound that was in [5] the contract?

[6] A: Yes. Better stated than I stated it. But I [7] think we ve got it. What was your understanding at [8] that time?

[9] A: I - we didn t know accurately what that price [10] would be because we had no experience at the KTAF [11] market and we didn t know what yield they - any [12] producer would - would run that up.

[13] So we had a number of scenarios which in [14] certain yields the materials price would have been [15] lower and others it would have higher.

[16] Q: What was your best estimate of the likely [17] relative pricing at that time?

[18] A: I don t recall we made a best estimate.

[19] Q: You understood there was a possibility at [20] least that the powder that was sold from the KTAF [21] would be more expensive than the $500 per pound that [22] Cabot was proposing to charge under the agreement?

[23] A: I do recall a meeting with Hugh Tyler in [24] London. And Hugh advised us that the - the price

Page 62

[1] of the KTAF sold material would be - could be quite [2] high.

[3] So his input was that it would be high. And I [4] believe I passed - I m sure I passed that onto Mr. [5] Gilbertson saying maybe we ve got our numbers wrong [6] on this one.

[7] MR. DAVIS: Let s mark this as the next [8] exhibit.

[9] (The document above-referred to [10] was marked Deposition Exhibit No. [11] 11 for identification.)

[12] BY MR. DAVIS:

[13] Q: Mr. Collis, please look for a moment at [14] Exhibit 11 and tell me if you ve seen that document [15] before?

[16] (Pause.)

[17] A: I believe I recall the e-mail and my [18] recollection was this is - either is or very [19] similar to the first five year agreement. I don t [20] recall the two being - coming together like this [21] though.

[22] MR. GOREN: And I would note that the [23] first page of Collis Exhibit No. 11, ABX 1508, [24] specifies that it s Page 1 of 1.

Page 63

[1] MR. DAVIS: That s fine. I note that [2] this is the way again it was produced to us by AVX [3] and they appear in Bates Stamp order. So all I can [4] tell you is this is the document that we got.

[5] BY MR. DAVIS:

[6] Q: Would you take a look then please - you see [7] that you are listed as cc on the memo for the [8] first page of Exhibit 11?

[9] A: Yes.

[10] Q: And if you take a look at the document titled [11] 11/2/2000 Rough Talking Points . Do you recall [12] seeing that document or a document like it before?

[13] A: I m sorry. Which - 11/2?

[14] Q: Yes. There s a - [15] MR. GOREN: The next page.

[16] BY MR. DAVIS:

[17] Q: - second page of this document that begins [18] 11/2/2000 Rough Talking Points . Do you see that?

[19] A: Yes.

[20] Q: And you recall seeing this document or a [21] document like this back in the late 2000 time frame?

[22] A: As I say, that rough talking points was, as I [23] recall, the first - first time I was involved by [24] John Gilbertson in - in seeing a five year

Page 64

[1] contract. So this was part of a John Gilbertson e- [2] mail as I recall.

[3] Q: And who prepared these rough talking points as [4] best you recall?

[5] A: I received an e-mail from John Gilbertson [6] along the lines of this is the proposal from Odle [7] and then outlined some talking points.

[8] Q: Do you see there s a matrix or a table built [9] into these rough talking points?

[10] A: I do.

[11] Q: If you look about half way down the table, a [12] little more than half way down, there s a listing [13] under Europe for nodular. Do you see that?

[14] A: I do.

[15] Q: And for the years 2002 through 2005, there s [16] nodular in the amount of

50(b)(6) Peter W. Collis
December 5, 2007
Case 1:04-cv-10467-RGS   Document 128-2   Filed 05/09/2008   Page 9 of 12
AVX Corporation and AVX Limited v.
Cabot Corporation

for tantalum powder under the 2001 [20] supply agreement, is that right?

[21] **A:** That's correct.

[22] **Q:** Would you take a look at Page 2 of this [23] document, which has the NNMS agenda, do you see [24] that?

Page 83

[1] **A:** Yes.

[2] **Q:** It shows current prices for products under [3] point two?

[4] **A:** Yes.

[5] **Q:** Do I read that correctly that those are all, [6] the first three products that are listed there are [7] all nodular powder products?

[8] **A:** Yes, they are nodular powders.

[9] **Q:** And am I reading it correctly that as of the [10] time that you wrote this e-mail in February of '01, [11] that Ninxia was charging AVX prices in excess of the [12] Cabot contract prices for the nodular powders that [13] Ninxia was selling to AVX?

[14] **MR. GOREN:** Objection. You may answer.

[15] **THE WITNESS:** I believe that was their [16] proposal.

[17] **BY MR. DAVIS:**

[18] **Q:** Well, it says under point two, "current [19] prices." Do you understand current prices to be [20] their proposal?

[21] **A:** Prices for the next three months. So you're [22] right. It's not clear here whether the current [23] prices included the thirty percent or not included [24] the thirty percent.

Page 84

[1] **Q:** Well, if you look back on page one, you note [2] that, "The best intelligence is that prices will [3] increase an additional thirty percent from Ninxia." [4] Do you see that?

[5] **A:** Yes.

[6] **Q:** And then you said that this brings NNMS [7] pricing up to fourteen hundred and fifty dollars per [8] kilogram, correct?

[9] **A:** It does, yes.

[10] **Q:** And you can see on Page 2 of the agenda that [11] none of those prices is fourteen hundred and fifty [12] per kilogram, correct?

[13] **A:** Agreed.

[14] **Q:** Does it refresh your recollection as to [15] whether the prices that are listed here as current [16] prices were, in fact, the prices that Ninxia was [17] charging AVX for nodular powder in that time frame?

[18] **A:** That's what this document would appear to say, [19] yes.

[20] **Q:** Would you agree with me that the prices that [21] Ninxia was charging for each of the nodular powder [22] products that are listed here were prices that [23] exceeded what Cabot was charging AVX under the 2001 [24] supply agreement?

Page 85

[1] **A:** That would appear to be so, yes.

[2] **Q:** Further down on Page 1 of Exhibit 15, it says, [3] "The Starck Group have already indicated that they [4] cannot give more powder than quarter four, eleven [5] point five tons, and that supply is still very [6] tight." Do you see that?

[7] **A:** Yes, I do.

[8] **Q:** That is a reference to the H. C. Starck Group, [9] is that right?

[10] **A:** That's right.

[11] **Q:** Is it fair to say that what you were stating [12] in this section of this e-mail was that AVX was [13] looking for more powder, tantalum powder, from [14] Starck in this time frame, but Starck was telling [15] AVX that it could not deliver more than it had [16] delivered in the fourth quarter of fiscal year 2001 [17] and that supplies of tantalum powder were still very [18] tight?

[19] **MR. GOREN:** Other than the year [20] reference, the question is good.

[21] **MR. DAVIS:** Thank you.

[22] **THE WITNESS:** I think it's saying that [23] Starck was saying they couldn't get more powder. [24] I'm not sure that we actually asked them for more

Page 86

[1] powder.

[2] **BY MR. DAVIS:**

[3] **Q:** Is it your recollection that AVX was still [4] looking for more powder from Starck as of February, [5] 2001?

[6] **A:** As of February, 2001, we were — it couldn't [7] have been very long after that that it was clear [8] that the tech bubble had burst and we were canceling [9] powder requirements as fast as we could reduce our [10] supplies from everyone, apart from Cabot. So I [11] don't know that we were asking for more powder at [12] the time, but that was still the picture we had at [13] that date.

[14] **Q:** When you said that that was the picture, was [15] it your understanding that supplies of tantalum [16] powder were still very tight as of February, 2001?

[17] **A:** If you wanted more powder, yes, the supplies [18] were tight, yes.

[19] **Q:** And that would be nodular powder that Starck [20] was referring to because Starck does not make flake, [21] correct?

[22] **A:** Correct. Only Cabot makes flake.

[23] **MR. DAVIS:** Let's mark this as the next [24] Exhibit.

Page 87

[1] (The document above-referred to [2] was marked Deposition Exhibit No. [3] 16 for Identification.)

[4] **BY MR. DAVIS:**

[5] **Q:** Have you reviewed Exhibit No. 16, Mr. Collis?

[6] **A:** I have.

[7] **Q:** Do you recall having discussions with Mr. Hugh [8] Tyler from Cabot back in early 2001 about the [9] possibility of substituting C110 for flake powder in [10] shipments to Biddeford?

[11] (Pause.)

[12] **A:** I recall conversations with Hugh Tyler and Tom [13] Odle about the need for them to supply us with more [14] material and for them to supply more material to [15] Biddeford. I'm not sure I actually recall that we [16] talked about reducing the flake requirement.

[17] **Q:** The discussions that you recall having with [18] Mr. Odle and Mr. Tyler about supplying more material [19] to Biddeford, was that a discussion about supplying [20] more nodular products to Biddeford?

[21] **A:** Yes.

[22] **Q:** More nodular products than were called for [23] under the 2001 supply agreement?

[24] **A:** I don't recall if it was more than in the

Page 88

[1] supply agreement or getting them to supply to the [2] supply agreement. I don't recall which it was.

[3] **Q:** But it is, in fact, the case that AVX wanted [4] Cabot to ship more C110 powder to Biddeford in early [5] 2001 than Cabot was, in fact, shipping to Biddeford [6] at that point in time, is that correct?

[7] **A:** I recall that we wanted more of a powder. I [8] don't know if I recall that it was C110.

[9] **Q:** Does this document refresh your recollection [10] that it was C110?

[11] **A:** It says it's C110. I'm not sure I recall.

[12] **Q:** Do you have any reason to doubt that it was [13] C110?

[14] **MR. GOREN:** Objection. You may answer.

[15] **THE WITNESS:** My recollection was that [16] we had to give up some of our Showa Cabot material [17] to Biddeford and Showa Cabot didn't make a material [18] in the CV range of C110. So I'm not sure what the [19] details were here, now, of how we were working that [20] around.

[21] **BY MR. DAVIS:**

[22] Q: Is C110 a nodular powder?
[23] A: It is.
[24] Q: Do you recall that the product that you were

Page 89

[1] trying to get Cabot to ship more of to Biddeford in [2] early 2001 was a nodular powder?
[3] A: Oh, yes. Yes.
[4] MR. DAVIS: Let's mark this as the next [5] Exhibit.
[6] (The document above-referred to [7] was marked Deposition Exhibit No. [8] 17 for Identification.)
[9] BY MR. DAVIS:
[10] Q: Mr. Collis, have you reviewed Exhibit 17?
[11] A: I have.
[12] Q: Have you seen this document before?
[13] A: I believe so, because it's got a previous [14] stamp from one of my other depositions.
[15] Q: It only has one prior stamp. I think, [16] theoretically, it would be possible to have three or [17] four. I direct your attention back to this one, [18] which is this particular document, which appears to [19] be an e-mail from Mr. Fairey to Mr. Tyler at Cabot [20] dating from February 27, 2001. Do you see that?
[21] A: I do.
[22] Q: Does this document refresh your recollection [23] that Biddeford took five hundred pounds' additional [24] C110 nodular powder from Cabot in that time frame?

Page 90

[1] A: It does not.
[2] Q: You see that that is what this states, [3] correct?
[4] A: Yes. I believe that's what this is saying we [5] did, yes.
[6] Q: Do you have any reason to doubt the accuracy [7] of what is stated in this document?
[8] A: None at all.
[9] Q: Do you have a recollection that AVX, in fact, [10] took additional nodular powder over and above what [11] Cabot was required to provide under the 2001 supply [12] agreement in early 2001 for its Biddeford operation?
[13] A: I recall that we were asking for more material [14] for the Biddeford operation than the minimum twenty- [15] five thousand pounds, so I wouldn't be surprised if [16] we were happy to take some of that.
[17] Q: Again, when you say, "material for Biddeford," [18] you are talking about nodular material, correct?

[19] A: Biddeford did use a small amount of flake [20] material, but the majority of the material that we [21] were looking for for the Biddeford operation was [22] nodular, yes.
[23] MR. DAVIS: Let's mark this, please, as [24] the next Exhibit.

Page 91

[1] (The document above-referred to [2] was marked Deposition Exhibit No. [3] 18 for Identification.)
[4] BY MR. DAVIS:
[5] Q: Mr. Collis, have you had a chance to review [6] Exhibit 18?
[7] A: I have.
[8] Q: Have you seen this document before?
[9] A: Yes.
[10] Q: This is an e-mail that you sent to Mr. [11] Gilbertson back in February of 2001, is that right?
[12] A: It is.
[13] Q: And the bottom e-mail is one from Mr. [14] Gilbertson to you dated the same day, is that right?
[15] A: That's right.
[16] Q: And it makes reference to Mr. John Gill, who I [17] think you mentioned earlier today. Who is Mr. Gill?
[18] A: Mr. Gill was our worldwide tantalum marketing [19] manager.
[20] Q: It says, Mr. Gilbertson's e-mail to you says, [21] "John Gill got Rosen all hot and bothered tonight at [22] dinner over non-delivery of powder from Cabot." Do [23] you see that?
[24] A: I do.

Page 92

[1] Q: "Rosen," that is a reference to, I think it is [2] Mr. Ben Rosen?
[3] A: Dick Rosen.
[4] Q: Dick Rosen. I apologize. Mr. Rosen, he was [5] on the board of AVX at the time, is that right?
[6] A: In 2001, I'm not sure if he was on the board [7] or he was still our CEO.
[8] Q: Do you recall concern being expressed within [9] AVX back in the early 2001 time frame about Cabot [10] failing to deliver the amount of tantalum products [11] called for under the 2001 supply agreement to AVX?
[12] A: Yeah. I had several conversations with Mr. [13] Odle and Hugh Tyler about them not meeting the [14] contract obligations.
[15] Q: And the products that AVX believed that Cabot [16] was failing to deliver included both nodular and [17] flake products, correct?
[18] A: I can't recall on the nodular, but definitely [19] on the flake side.
[20] Q: As you sit here today, you do not remember [21] urging Cabot to speed up deliveries of nodular [22] product under that contract?
[23] A: Only — you see, there was no, if I recall, [24] there was no nodular for the European operations in

Page 93

[1] year one of the contract, so the only nodular was to [2] Biddeford, which we had already indicated that we [3] wanted more than the minimum twenty-five thousand [4] pounds. But I definitely remember chasing the flake [5] material because of our problems supplying high [6] voltage capacitors to some very key customers.
[7] MR. DAVIS: Would you mark this as the [8] next Exhibit.
[9] (The document above-referred to [10] was marked Deposition Exhibit No. [11] 19 for Identification.) [12] (Pause.)
[13] BY MR. DAVIS:
[14] Q: Mr. Collis, have you had a chance to review [15] this document?
[16] A: I have.
[17] Q: Do you see that about three-quarters of the [18] way down the first page of Exhibit 19, there appears [19] to be an e-mail from Mr. Fairey at AVX's Biddeford [20] facility to Mr. Kurt Cummings at AVX, do you see [21] that?
[22] A: To Kurt Cummings and Don Byers.
[23] Q: That is dated November of 2001, correct?
[24] A: Yes.

Page 94

[1] Q: And Mr. Fairey said in his e-mail, "Kurt and [2] Don, See Patty Catalano's analysis attached. Cabot [3] has not met all of their delivery commitments to [4] Biddeford. I hope we can use this to our advantage. [5] I will be out the rest of this week, back on Monday. [6] Bob Fairey." Did I read that correctly?
[7] A: Yes.
[8] Q: If you look on the next page, you will see [9] there is another e-mail. It was an e-mail from Ms. [10] Catalano to Mr. Fairey dated Monday, November 19th. [11] Do you see that?
[12] A: Yes.
[13] Q: Ms. Catalano references some purchase orders [14] in particular that had been a problem, the last two [15] for C415. Do you see that?
[16] A: Yes.
[17] Q: Is C415 a nodular or a flake product?
[18] A: It's a nodular powder.

AVX Corporation and AVX Limited v.
Cabot Corporation
Case 1:04-cv-10467-RGS  Document 128-2  Filed 05/09/2008  Page 11 of 12
30(b)(6) Peter W. Collis
December 5, 2007

$267.4 million from [18] $67.4 million, is that right?

[19] **A:** That is correct.

[20] **Q:** And further down on the same page, your [21] profit from operations in that time period [22] increased to $229.9 million from $37.5 million, is [23] that right?

[24] **A:** That is correct.

Page 150

[1] **Q:** That is actually more than a six-fold [2] increase, correct?

[3] **A:** Yes.

[4] **MR. DAVIS:** I have got another one [5] here. Let's mark this as the next Exhibit, [6] please.

[7] (The document above-referred to [8] was marked Deposition Exhibit [9] No. 29 for Identification.)

[10] **MR. GOREN:** Brian, you are dogged.

[11] **MR. DAVIS:** I am just trying to make [12] sure the evidence is accurate.

[13] **MR. GOREN:** I think a court could take [14] judicial notice of the 10-Qs and the 10-Ks, but it [15] is your case.

[16] **MR. DAVIS:** Well, I want to make sure [17] we have a witness to testify to these.

[18] **MR. GOREN:** Okay.

[19] BY MR. DAVIS:

[20] **Q:** Now, you have in front of you, Mr. Collis, [21] Exhibit No. 29, which is another 10-Q, this one [22] for the three-month period, quarterly period [23] ending December 31, 2000, do you see that?

[24] **A:** I do.

Page 151

[1] **Q:** I will direct your attention to the bottom [2] of Page 8 onto Page 9, again, "Management's [3] Discussion and Analysis of Results of Operations [4] and Financial Condition."

[5] **A:** The one that starts with "Outlook" on the [6] top?

[7] **Q:** Yes. Do you see that?

[8] **A:** Yes.

[9] **Q:** And it says, "The company has had nine [10] consecutive quarters of sales and net income [11] growth due to the increasing demand for passive [12] components," is that correct?

[13] **A:** That's correct.

[14] **Q:** That information was accurate, correct?

[15] **A:** I believe so, yes.

[16] **Q:** Then further down in that same section, it [17] says, "Recently, electronic distributors, contract [18] electronic manufacturers and certain original [19] equipment manufacturers have indicated that they [20] have experienced a slowdown in the rate of growth [21] for their products and have excess passive [22] component inventory." Do you see that?

[23] **A:** Yes, I do.

[24] **Q:** Is that something that AVX was aware of in

Page 152

[1] the last quarter of 2000?

[2] **MR. GOREN:** Objection. This is for [3] the period ending December 31, 2000. You need to [4] find the date that it is signed by an appropriate [5] officer, which I note is February 2, 2001.

[6] **MR. DAVIS:** My question, Mr. Collis, [7] was AVX aware of that slowdown back in the last [8] quarter of 2000?

[9] **THE WITNESS:** Up to December?

[10] **MR. DAVIS:** Yes.

[11] **THE WITNESS:** I am not sure.

[12] BY MR. DAVIS:

[13] **Q:** Well, this is your report for the fourth [14] quarter or the period ended December 31, 2000, [15] right?

[16] **MR. GOREN:** It is not his report, it [17] is the company's. And he is not here to testify [18] about SEC filings.

[19] **MR. DAVIS:** Richard, you are making an [20] improper objection. You can object, but please [21] stop instructing the witness and leading the [22] witness.

[23] **MR. GOREN:** I get tired of you wasting [24] time.

Page 153

[1] **MR. DAVIS:** No, we are not wasting [2] time. This is the AVX that claims that it was [3] coerced by Cabot into signing this agreement. [4] This is the AVX.

[5] BY MR. DAVIS:

[6] **Q:** Now going back, Mr. Collis, to this [7] document, Exhibit No. 29, you agree that this is [8] AVX's quarterly report for the period ended [9] December 31, 2000, correct?

[10] **A:** The financial numbers of that period, yes.

[11] **Q:** And were you personally aware in that same [12] time frame that electronic distributors, contract [13] electronic manufacturers and certain original [14] equipment manufacturers had indicated that they [15] had experienced a slowdown in the rate of growth [16] for their products and had excess passive [17] component inventory?

[18] **A:** I am not sure that we — that that was being [19] flagged in the period up to December.

[20] **MR. GOREN:** He asked whether you were [21] personally aware.

[22] **THE WITNESS:** Sorry. Could you repeat [23] the question?

[24] **MR. DAVIS:** Sure. Were you aware of

Page 154

[1] the facts stated in that paragraph in the fourth [2] quarter of 2000?

[3] **THE WITNESS:** Prior to the end of [4] December. Certainly, in the January/February time [5] frame we did, because in January, people started [6] canceling orders very, very rapidly, though [7] February. In December, I don't know. We'd have [8] to go back and look at our trends at that time.

[9] BY MR. DAVIS:

[10] **Q:** It goes on to state that, "We believe the [11] inventory situation is a temporary one, but expect [12] to see some negative impact in our orders and [13] sales in the coming quarter," is that true?

[14] **A:** That's what it says there, yes.

[15] **Q:** Is that consistent with your understanding [16] at the time?

[17] **MR. GOREN:** Objection. Asked and [18] answered.

[19] **THE WITNESS:** I'm not sure I had a [20] view at that time as to whether it was temporary [21] or not.

[22] BY MR. DAVIS:

[23] **Q:** The next paragraph says, "Given the above [24] factors, the company expects the sequential rate

Page 155

[1] of growth to decline in the near future. However, [2] we believe that during the next fiscal year we [3] will continue to experience sales growth and [4] strong earnings." Do you see that?

[5] **A:** I do.

[6] **Q:** Does that accurately state AVX's [7] understanding as of the time of this 10-Q?

[8] **A:** It's what it says there, so I believe so.

[9] **Q:** Then if you would turn to the next page, you [10] see there is a reference to the three months ended [11] December 31, 2000 Compared to same period ended [12] December 31, '99, do you see that?

[13] **A:** I'm sorry. On the next page?

[14] **Q:** Next page.

[15] **A:** Right.

[16] **Q:** It says net sales, AVX's net sales in that [17] three-month period ended December 31, 2000 [18] increased 70.4% to $709.5 million from [19] $416.4 million in the three months ended [20] December 31, '99, is that correct?

[21] **A:** That's what it says there, yes.

[22] **Q:** And the gross profit in that same time frame [23] increased to $278.5 million from $87.8 million, is [24] that right?

30(b)(6) Peter W. Collis
December 5, 2007
Case 1:04-cv-10467-RGS   Document 128-2   Filed 05/09/2008   Page 12 of 12
AVX Corporation and AVX Limited  v.
Cabot Corporation

Page 156

[1] A: That is correct.

[2] Q: And then lower down on the page, we see, "As [3] a result of the above factors, profit from [4] operations in the three months ended December 31, [5] 2000 increased to $239.6 million from [6] $57.7 million," is that right?

[7] A: Those are the numbers that are there, yes.

[8] Q: And you have no reason to believe those [9] numbers are not accurate, correct?

[10] A: I have no reason.

[11] MR. DAVIS: Let's mark this, please, [12] as the next Exhibit.

[13] (The document above-referred to [14] was marked Deposition Exhibit [15] No. 30 for Identification.)

[16] BY MR. DAVIS:

[17] Q: You have in front of you, Mr. Collis, what [18] has been marked as Exhibit 30. You see that that [19] is another Form 10-K that AVX filed with the [20] United States Securities and Exchange Commission?

[21] A: I do.

[22] Q: And this is for the fiscal year ended [23] March 31, 2001, do you see that?

[24] A: I do.

Page 157

[1] Q: If you would turn, please, to the page that [2] is Page 13.

[3] A: Yes.

[4] Q: And you see "Management's Discussion and [5] Analysis of Financial Condition and Results of [6] Operations," do you see that?

[7] A: Yes.

[8] Q: And do you see there is a table there that [9] shows each year, 1999, 2000, 2001, as of year [10] ended March 31, do you see that?

[11] A: Yes.

[12] Q: And is it correct that AVX's gross profit [13] margins in that time frame went from 13.4% in '99 [14] to 20.9% in 2000 to 37.4% in 2001, is that right?

[15] MR. GOREN: Those are not percentages. [16] I beg your pardon. I was mistaken.

[17] MR. DAVIS: Please do not testify on [18] the witness' behalf.

[19] BY MR. DAVIS:

[20] Q: Do you see that, Mr. Collis?

[21] A: I do, yes.

[22] Q: Those numbers are correct, to the best of [23] your knowledge?

[24] A: Yes.

Page 158

[1] Q: And then it says, "Outlook, Near-Term: [2] During the fourth quarter of fiscal year 2001, [3] customers began to experience a slowdown in the [4] rate of growth for their products." Do you see [5] that?

[6] A: Yes.

[7] Q: You were aware of that at that time, [8] correct?

[9] A: Yes. As I said, January, February, we [10] started to see a lot of cancellations.

[11] Q: On the next page, there is a reference to [12] tantalum powder, do you see that?

[13] A: Yes.

[14] Q: It says, "Tantalum powder is a principal [15] material used in the manufacture of solid tantalum [16] capacitors. The market for tantalum powder, which [17] has historically been stable, is showing signs of [18] volatility. As a result of the growth in the [19] electronic components business and the resulting [20] increase in demand for tantalum materials, our [21] tantalum suppliers have increased tantalum powder [22] costs." Do you see that?

[23] A: I do.

[24] Q: Is that an accurate statement?

Page 159

[1] A: Yes.

[2] Q: It says, "To offset these increased costs, [3] the company is redesigning components to use less [4] tantalum and developing components that use [5] alternative materials." Do you see that?

[6] A: I do.

[7] Q: What components are those, that use [8] alternative materials?

[9] A: I'm not sure what they were referring to in [10] that statement.

[11] Q: Then you see, under "Results of Operations," [12] it says that net sales for the year ended [13] March 31, 2001 increased 60% to $2.6 billion from [14] roughly $1.63 billion for the year ended March 31, [15] 2000. Do I have that correct?

[16] A: Roughly, yes.

[17] Q: And in fact, the passive component sales, [18] which include tantalum capacitors, increased 62.6% [19] to slightly over $2.4 billion, is that right?

[20] A: Our total capacitor components, yes.

[21] Q: And then further down on the same page it [22] says AVX's gross profit for the year ended [23] March 31, 2001 increased 186% to $973.8 million, [24] is that right?

Page 160

[1] A: That is correct.

[2] Q: And then further, on the next page, it says [3] as a result of the above factors, AVX's profit [4] from operations for the year ended March 31, 2001 [5] increased to $824.5 million from $221.2 million [6] for the year ended March 31, 2000, is that right?

[7] A: Sorry. Where was this?

[8] Q: On the next page, the third paragraph down, [9] it says, "As a result of the above factors."

[10] A: That's correct.

[11] Q: So roughly a three-and-a-half-fold increase [12] in profit for AVX in that one-year period, is that [13] right?

[14] A: That is correct.

[15] Q: That is the same period in which AVX [16] negotiated the 2001 supply agreement with Cabot, [17] is that right?

[18] A: Yes.

[19] Q: Do you know what Cabot's profitability did [20] in that same time period?

[21] A: I do not.

[22] Q: Did it increase three-and-a-half times, do [23] you know?

[24] A: I don't know.

Page 161

[1] MR. DAVIS: Why don't we take a break [2] now and see if I have any additional questions.

[3] MR. GOREN: Fine.

[4] (A brief recess was taken.)

[5] MR. DAVIS: No further questions for [6] Mr. Collis at this time. Thank you, Mr. Collis.

[7] MR. GOREN: I have just one follow-up.

[8] EXAMINATION:

[9] BY MR. GOREN:

[10] Q: Mr. Collis, you testified in response to Mr. [11] Davis' examination of KTAF, do you remember that [12] area?

[13] A: Yes.

[14] Q: And Mr. Davis walked you through how the [15] amount of material that you received from Starck [16] over the term of the supply agreement, material [17] that was tolled by Starck, was greater than the [18] amount of material that you received from Showa, [19] correct?

[20] A: Correct.

[21] Q: You also testified prior to that that the [22] reason, as you understood it, for purchasing the [23] KTAF was to assure a supply of material for the [24] Showa powders, is that correct? Did I summarize

Page 162

[1] that accurately?

[2] A: That's accurate, yes.

[3] Q: Can you explain to the Court how