# Exhibit #2

```
 1              COMMONWEALTH OF MASSACHUSETTS
 2
 3 Suffolk, ss           Superior Court Department
 4                       C.A. No. 05-03816-BLS
 5
 6 AVX CORPORATION and AVX        )
 7 LIMITED,                       )
 8      Plaintiffs,               )
 9   VS.                          )
10 CABOT CORPORATION,             )
11      Defendant.                )
12
13        DEPOSITION OF ERNEST E. CHILTON, a
14 witness called by and on behalf of the
15 Defendant, taken pursuant to the applicable
16 provisions of the Massachusetts Rules of Civil
17 Procedure, before Sandra L. Bray, Registered
18 Diplomate Reporter, CSR Number 103593, and
19 Notary Public in and for Commonwealth of
20 Massachusetts, at the offices of Choate Hall &
21 Stewart LLP, Two International Place, Boston,
22 Massachusetts, on Monday, September 11, 2006,
23 commencing at 9:37 a.m.
24
```

Page 2

1  APPEARANCES:
2  Representing the Plaintiffs:
3    BODOFF & SLAVITT LLP
4    225 Friend Street
5    Boston, Massachusetts  02114-1812
6    BY:  EVAN SLAVITT, ESQUIRE
7
8  Representing the Defendant:
9    CHOATE HALL & STEWART LLP
10   Two International Place
11   Boston, Massachusetts  02110
12   BY:  BRIAN A. DAVIS, ESQUIRE
13
14
15
16
17
18
19
20
21
22
23
24

Page 3

1              INDEX
2  WITNESS:                    PAGE NO.
3  ERNEST E. CHILTON
4  BY MR. DAVIS                5, 114
5  BY MR. SLAVITT              107
6
7           EXHIBITS
8  NO.    DESCRIPTION          PAGE NO.
9  224    Organizational Chart    16
10 225    Organizational Chart    17
11 226    Supply Agreement        19
12 227    Copy of E-mail String   26
13 228    Copy of E-mail to
          Mr. Gilbertson from
14        Mr. Edwards, dated 4-4-00   29
15 229    Copy of E-mail to Mr. Tyler  33
16 230    Copy of E-mail String   33
17 231    Copy of E-mail to
          Mr. Gilbertson from
18        Mr. Edwards, dated 8-14-00  41
19 232    Copy of E-mail String   53
20 233    Copy of Fax, dated 10-4-00  57
21 234    Copy of E-mail to Mr. Chilton
          from Mr. Odle, dated 10-3-00  62
22
   235    Letter to Mr. Odle from
23        Mr. Chilton, dated 10-6-00  65
24

Page 4

1       EXHIBITS, Continued
2  NO.   DESCRIPTION           PAGE NO.
3  236   Copy of E-mail to Mr. Odle
         from Mr. Chilton, dated
4        10-12-00 and Response     74
5  237   Letter to Mr. Gilberston from
         Mr. Odle, dated 10-17-00, and
6        Supply Agreement          76
7  238   Copy of E-mail to
         Mr. Gilbertson from
8        Mr. Jackson, dated 10-24-00  79
9  239   Copy of E-mail to Mr. Rosen
         from Mr. Gilbertson, dated
10       10-27-00                  81
11 240   Memorandum to File, dated
         10-2-00                   84
12
   241   Copy of E-mail to Mr. Slavitt
13       from Mr. Gilbertson, dated
         10-30-00, and Attachment  86
14
   242   AVX and Cabot Proposed Term
15       Sheet, 10-30-00           87
16 243   Copy of E-mail to
         Mr. Gilbertson from
17       Mr. Collis, dated 12-5-00,
         and Attachment            92
18
   244   Memorandum to Mr. Collis,
19       et al. from Mr. Cummings,
         dated 12-22-00            96
20
21
         (EXHIBITS RETAINED BY COUNSEL.)
22
23
24

Page 5

1           PROCEEDINGS
2        (The United Kingdom driver's license as
3        identification of the deponent was noted
4        for the record.)
5        ERNEST E. CHILTON, having duly sworn
6  or affirmed that his testimony would be the
7  truth, the whole truth, and nothing but the
8  truth, testified as follows:
9              * * *
10 EXAMINATION BY MR. DAVIS:
11 Q.  Good morning.
12 A.  Good morning.
13 Q.  Would you please state your name for the record?
14 A.  Ernest Emery Chilton.
15 Q.  Mr. Chilton, my name is Brian Davis.  I
16     represent Cabot Corporation.  As you are aware,
17     you are appearing here today for a deposition in
18     litigation between Cabot Corporation and AVX,
19     both AVX Corporation and AVX Limited here in the
20     United States.  I appreciate your willingness to
21     appear today.
22         You understand, sir, that you are
23     under oath, that you must testify truthfully?
24         (The witness nodded.)

2 (Pages 2 to 5)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

Page 6

1 Q. In addition, Mr. Chilton, it will be necessary
2    for you to verbalize your answers so the
3    stenographer can hear what you say. So you
4    understand you're under oath?
5 A. Yes.
6 Q. I'm going to ask you a series of questions. If
7    at any point in time you do not understand any
8    of my questions, please just say so and I'll try
9    to give you a clearer question. Do you
10   understand that?
11 A. Yes.
12 Q. In addition, if at any point you'd like to take
13   a break, please let me know and I will try to
14   accommodate you as soon as possible.
15 A. Okay.
16 Q. Mr. Chilton, where do you live?
17 A. Currently, England is my residence.
18 Q. Where in England?
19 A. Five Maddicks Orchard, Stoke Gabriel, Tontotnes,
20   Devon.
21 Q. Do you spend part of the year elsewhere?
22 A. I spend a lot of the year in Portugal.
23 Q. Where in Portugal?
24 A. Logosh -- sorry, Logoa in Portugal. The address

Page 7

1    is Aparatado 174, Logoa.
2 Q. You are a British citizen?
3 A. Yes.
4 Q. Sir, at some point in time, you worked for AVX;
5    is that correct?
6 A. Yes.
7 Q. How many years did you work for AVX?
8 A. Twenty-five.
9 Q. What was the last position that you held at AVX?
10 A. Senior vice president, tantalum division.
11 Q. When you worked at AVX, were your offices
12   located in Great Britain?
13 A. Yes.
14 Q. I'd like to go back for a moment and talk about
15   your educational history for a moment, if I may.
16   Where were you educated?
17 A. In England.
18 Q. What schools?
19 A. West Sleekburn, secondary school.
20 Q. Did you obtain any degrees beyond --
21 A. No.
22 Q. -- secondary school?
23 A. No.
24 Q. What was your employment history after secondary

Page 8

1    school?
2 A. Apprenticeship with a company called Welyen,
3    W E L Y E N, Electric until 21. Then ten years
4    with Union Carbide Corporation in Greenville,
5    now known as Kemet, competitors to AVX. Then
6    the rest of my work in life has been with AVX.
7 Q. When you were employed by Union Carbide, what
8    positions did you hold?
9 A. Plant manager.
10 Q. And where was the plant located?
11 A. In Aycliffe, A Y C L I F F E, County Derry,
12   England.
13 Q. What did the plant manufacture?
14 A. Capacitors.
15 Q. Tantalum capacitors?
16 A. Tantalum and ceramic.
17 Q. I understood that you worked for Union Carbide
18   for ten years?
19 A. Yes.
20 Q. You went from Union Carbide to Kemet?
21 A. No, Kemet purchased Union Carbide.
22 Q. Kemet purchased Union Carbide's business?
23 A. No, they changed their company name to Kemet.
24   Then it was purchased as a management buyout.

Page 9

1 Q. So effectively, you were working for the same
2    entity, just a change of name?
3 A. Yes.
4 Q. Did you change your position?
5 A. No.
6 Q. The ten years that you mentioned earlier that
7    you worked for Union Carbide, was that ten years
8    combined for Union Carbide and Kemet?
9 A. Yes.
10 Q. Approximately what year was it that you moved
11   from Kemet to AVX?
12 A. '79.
13 Q. What positions did you hold at AVX?
14 A. Production manager, general manager, vice
15   president, senior vice president, and board
16   member.
17 Q. When you first began work for AVX, you were a
18   production manager?
19 A. Yes.
20 Q. Did that include more than managing a plant?
21 A. Not at the beginning.
22 Q. When you first went to work for AVX, did you
23   take over management of a different facility in
24   Great Britain?

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

Page 10

1 A. Yes.
2 Q. Where was the facility, the AVX facility?
3 A. Northern Ireland.
4 Q. And how long did you hold that position, as best
5    you recall?
6 A. I can't remember. Trying to remember how old my
7    kids were. Plant manager, two years, then
8    general manager until I left to move to tantalum
9    in 1990.
10 Q. So you became manager -- general manager in
11    1990?
12 A. No, I became vice president in 1990. After
13    being plant manager, I became general manager
14    after two years.
15 Q. And when did you become senior vice president?
16 A. About '92, '93.
17 Q. When did you become a member of the board of
18    AVX?
19       MR. SLAVITT: Objection. You can
20    answer.
21       THE WITNESS: I'm sorry?
22       MR. SLAVITT: I'm objecting because I
23    believe there's a defect in the question.
24    Simply because I object doesn't preclude you

Page 11

1    from answering the question.
2 A. I can't remember. I think I was a board member
3    two years.
4 Q. When you were a board member, were you a member
5    of the board of AVX --
6 A. Yes.
7 Q. -- Corporation?
8 A. Yes, until the public offering.
9 Q. When was that?
10 A. I can't remember.
11 Q. That was a public offering of part of AVX by --
12 A. Yes.
13 Q. -- Kyocera --
14 A. No, sorry. That was a purchase of stock by
15    Kyocera.
16 Q. After the Kyocera purchase, you no longer were
17    on the board of AVX Corp.?
18 A. Yes. There was a period of time when it was
19    just in flux.
20 Q. The -- sorry. The plant that you worked -- that
21    you managed in Northern Ireland, did that
22    produce capacitors?
23 A. Yes, ceramic capacitors.
24 Q. Ceramic only?

Page 12

1 A. Yes.
2 Q. At some point in time, you became responsible
3    for AVX's tantalum operations?
4 A. Yes.
5 Q. What position was that?
6 A. I was vice president.
7 Q. In your duties as vice president in charge of
8    tantalum operations, what responsibilities would
9    you have?
10 A. Everything except selling. Marketing and
11    R and D.
12 Q. Production?
13 A. Production. Expansion.
14 Q. Who was in charge of selling tantalum products?
15 A. The AVX sales -- AVX European sales group.
16 Q. And that reported to someone else in the
17    organization?
18 A. Yes.
19 Q. Was that Marshall Jackson?
20 A. Yes.
21 Q. Who was your immediate superior when you were
22    vice president in charge of tantalum operations?
23 A. President of Europe for a short while, then Dick
24    Rosen.

Page 13

1 Q. You said you became senior VP in 1992?
2 A. I think that was about the time.
3 Q. Give or take. Did your duties change at that
4    time?
5 A. Not significantly. The title change was as we
6    expanded into more factories, as they built more
7    factories and took --
8 Q. So same duties, just more operations to manage?
9 A. Total responsibility for P and L. That included
10    sales and P and L. I wasn't responsible for it.
11    I wasn't responsible for selling.
12 Q. At some point in time, you did take
13    responsibility for selling tantalum products?
14 A. Not the people, but the responsibility for
15    the -- if they sold low, it was still my
16    responsibility.
17 Q. All the responsibility, none of the power.
18 A. Right.
19 Q. And when you were VP and senior VP in charge of
20    tantalum operations, did your responsibilities
21    include negotiating agreements on behalf of AVX
22    pertaining to tantalum?
23 A. Yes.
24 Q. Were you still reporting to Mr. Rosen at the

Page 26

1  please, as the next exhibit, which I think we're
2  at 227.
3         (Copy of E-mail String was marked
4         Exhibit Number 227 for identification.)
5 Q. Mr. Chilton, I'll show you what has been marked
6     as Exhibit 227 at your deposition. If you take
7     a moment and look at it. My question, sir, is,
8     do you recognize this as e-mails between
9     yourself and Mr. Odle from Cabot dating from
10    roughly the spring of 2000?
11 A. I'm sure it was sent. I can't recollect. When
12    I read it, I may.
13 Q. Take a moment and just familiarize yourself with
14    it.
15 A. I can vaguely remember the context.
16 Q. Maybe I can clear up a few things first. Did
17    you on occasion communicate with Mr. Odle via
18    e-mail?
19 A. Yes.
20 Q. Mr. Odle worked at Cabot, correct?
21 A. Yes.
22 Q. And you recall at one point in time he was a
23    general manager --
24 A. Yes.

Page 27

1 Q. -- of Cabot's tantalum operations?
2 A. Yes.
3 Q. And Miss Teresa Barber, did she work for you?
4 A. Yes.
5 Q. Did she essentially collect and forward to you
6     your e-mail?
7 A. Yes.
8 Q. So whenever we see a document that has
9     Ms. Barber as either the author or the
10    recipient, an e-mail, that she would be acting
11    on your behalf?
12 A. Yes, yes.
13 Q. And also, I'll just note at the top of this
14    page, we have Mr. Schwab's name. Mr. Schwab
15    works for us. You can ignore that.
16       MR. DAVIS: I think we have an
17    agreement, Mr. Slavitt, that that's an anomaly
18    of the way the document is printed. Correct?
19       MR. SLAVITT: Yes, we do.
20 Q. You mentioned earlier, Mr. Chilton, that you
21    recall various tantalum suppliers, including
22    Cabot, agitating at times for long-term binding
23    contracts, correct?
24 A. Yes.

Page 28

1 Q. Is it true that in the spring of 2000 Cabot was
2     asking or had made a request of AVX for a
3     long-term binding contract?
4 A. Yes.
5 Q. Is that consistent with your recollection of
6     events?
7 A. Yes.
8 Q. Prior to January of 2001, what was AVX's
9     response when Cabot requested long-term binding
10    contracts for the supply of tantalum?
11 A. Negative because we always wished to stay with
12    letters of intent.
13 Q. Why was it that AVX wished to stay with letters
14    of intent?
15 A. We worked in a very volatile components
16    business, which was at its peak at that point in
17    time, and we knew it was going to drop sometime
18    in the future, but as fast as it did and when we
19    did -- we knew it was going to drop.
20 Q. Is it fair to say that the market for tantalum
21    products is volatile?
22 A. Yes.
23 Q. And you have -- over your forty years of working
24    with tantalum, I assume you have seen some of

Page 29

1     that volatility play itself out in the market?
2 A. I have seen it play itself out numerous times.
3 Q. And in the spring of 2000, do you recall what
4     AVX's response was to tantalum to Cabot's
5     overtures to enter into a long-term binding
6     contract?
7 A. In 2000?
8 Q. In 2000, early 2000.
9 A. Exactly the same.
10 Q. Negative?
11 A. Negative.
12       MR. DAVIS: Let's mark this, please,
13    as Exhibit 228.
14       (Copy of E-mail to Mr. Gilbertson from
15       Mr. Edwards, dated April 4, 2000 was
16       marked Exhibit Number 228 for
17       identification.)
18 Q. Mr. Chilton, I'll show you what has been marked
19    as Exhibit 228, which on its face appears to be
20    an e-mail from Mr. Gilbertson. Do you recognize
21    his e-mail address, GIB?
22 A. I'm sure that is it. I recognize it.
23 Q. To L. Edwards, dated April 4th of 2000. First,
24    let me ask you. Who was Mr. Edwards? And I

Page 30

1  think his first name is Larry Edwards.
2  A. Yes. At this point in time, I understood Larry
3     Edwards to be an assistant of Mr. Gilbertson.
4     He would do work for Mr. Gilbertson on a
5     one-to-one basis.
6  Q. This e-mail references a presentation that you
7     gave in February 2000 in London concerning
8     tantalum.
9  A. I'm sure I did.
10 Q. You're sure you did. Do you have a recollection
11    of making this presentation?
12 A. No, but I made these presentations on numerous
13    occasions at quarterly reviews.
14 Q. What would be the subject matter of these
15    presentations?
16 A. It would be quarterly review.
17 Q. Would the presentation include information about
18    AVX's contracts or agreements with tantalum
19    supply?
20 A. Yes.
21 Q. This makes reference to letters of intent with
22    Cabot Corporation, H. C. Starck, Showa Cabot,
23    and Ningxia. Do you see that?
24 A. Yes.

Page 31

1  Q. Did you understand that as of February of 2000,
2     AVX had letters of intent with those
3     organizations for the supply of tantalum?
4        MR. SLAVITT: Objection.
5  A. Yes.
6  Q. Did AVX have binding contracts with any of those
7     organizations for the supply of tantalum as of
8     February of 2000?
9        MR. SLAVITT: Objection.
10 A. No.
11 Q. What was -- and there's information in this
12    material concerning tantalum powder. Do you see
13    that?
14 A. Uh-huh.
15 Q. What information is being supplied here
16    concerning tantalum powder? If you take a look
17    at the third page, it may be helpful because I
18    think it's --
19 A. That's my fault. This was given at a point in
20    time when the business was expanding rapidly.
21    The notes concerned that there was a sufficient
22    stock of tantalum powder in the corporation and
23    in our suppliers, and this was to give the
24    senior operations people an insight to our usage

Page 32

1     and the stock position.
2  Q. Do you recall to whom you gave this
3     presentation?
4  A. I think this would have been -- this would be
5     Rosen, Gilbertson, Jackson, Kurt Cummings, Peter
6     Collis, George Scala. That may have been the
7     extent of the people that normally went to these
8     meetings.
9  Q. Do you have any reason to believe that any of
10    the information contained here is inaccurate or
11    was inaccurate in any way?
12       MR. SLAVITT: Objection.
13 A. No.
14 Q. When you prepared your presentations, did you do
15    your best to present accurate information?
16 A. Yes.
17 Q. Where did you obtain your information from for
18    purposes of making the presentations?
19 A. From John Chapple.
20 Q. And in your experience, was Mr. Chapple
21    generally pretty reliable and accurate in the
22    information he provided to you?
23       MR. SLAVITT: Objection. You can
24    answer it.

Page 33

1  A. In the times I worked with Mr. Chapple, because
2     he and I were the main people who negotiated all
3     tantalum contracts, I found him to be very
4     professional and honest and hardworking. I
5     trusted him implicitly.
6  Q. When you made presentations such as this,
7     Mr. Chilton, did you use PowerPoint or any other
8     presentation graphics?
9  A. No, overhead.
10 Q. But they were preprinted overheads of some sort?
11 A. My secretary would print them.
12 Q. Did you maintain records of them afterwards?
13 A. No.
14 Q. What happened to the presentations after you
15    made them?
16 A. They got dumped.
17 Q. Did you give out copies of the presentation
18    afterward?
19 A. No.
20       THE WITNESS: Off the record.
21       (Discussion off the record)
22       MR. DAVIS: Let's mark this as the
23    next exhibit, which I think will be 229.
24       (Copy of E-mail to Mr. Tyler was marked

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

Page 50

1  for a moment. At the bottom of the page on
2  Page 1, there's an e-mail from Mr. Jackson and
3  Mr. Fairey from September 16th of 2000. If
4  you'd read that e-mail and look at the attached
5  Cabot powder and wire forecast for a moment. Do
6  you see that?
7 A. Uh-huh.
8 Q. Do you recall that --
9 A. I can't recall the forecasts.
10 Q. Do you recall that in the course of negotiating
11  the supplier agreement, the 2001 supply
12  agreement with Cabot, that AVX solicited
13  Biddeford's needs with respect to tantalum
14  powder from Cabot?
15 A. Yes.
16 Q. And do you recall that Biddeford's needs or
17  fulfilling Biddeford's needs became a priority
18  in negotiations with Cabot?
19 A. No, it was part of the total agreement.
20      MR. DAVIS: Let's mark this --
21  actually, it's already marked.
22 Q. Mr. Chilton, I'll show you what's been marked as
23  Exhibit 171. Ask you to look at that document
24  and tell me, sir, if you recall receiving this

Page 51

1  from Mr. Gilbertson in or about September 18th,
2  2000.
3 A. I think I can, but I'm not sure.
4 Q. Near the bottom of the first page, there are a
5  number of numbered points that have been set out
6  by Mr. Gilbertson. Do you see those?
7 A. Yes.
8 Q. If you look at the Point Number 4, it says,
9  "Work on the Biddeford supplies where we have
10  more leeway in pricing first and an assured
11  supply for that material. Mostly likely volume
12  will not increase that much. That should be our
13  first priority." Do you see that?
14 A. Uh-huh.
15 Q. Do you recall that Mr. Gilbertson in September
16  of 2000 wanted AVX's first priority in
17  negotiations with Cabot to be assuring supply of
18  products for Biddeford?
19      MR. SLAVITT: Objection. You can
20  answer.
21 A. That's what it says there, but it was not the
22  primary cause.
23 Q. It was not the first priority?
24 A. No.

Page 52

1 Q. Was it a priority?
2 A. It was a priority, yes.
3 Q. The products, again, that AVX was buying from
4  Biddeford were nodular products, correct?
5 A. Yes.
6 Q. You're familiar with the differences between
7  nodular and flake products; is that right?
8 A. Yes.
9 Q. Was it possible for AVX in 2000 or 2001 -- was
10  it possible for AVX over time to have replaced
11  Cabot's products?
12 A. Oh, yes, yes.
13 Q. How would AVX have gone about doing that?
14 A. By reviewing materials from all of the suppliers
15  and working primarily in paying to review them,
16  develop them, and getting back to Biddeford.
17 Q. So it would have been possible over time for AVX
18  to qualify different products with its
19  customers?
20 A. Yes, yes.
21 Q. Is that true for nodular products?
22 A. Yes.
23 Q. Is that true for flake products?
24 A. Flake was proving more difficult.

Page 53

1 Q. Was it impossible for AVX to replace flake?
2      MR. SLAVITT: Objection. You may
3  answer.
4 A. No.
5 Q. I'm sorry?
6 A. No.
7      MR. DAVIS: Mark this, please, as the
8  next exhibit.
9      (Copy of E-mail String was marked
10      Exhibit Number 232 for identification.)
11 Q. Mr. Chilton, you have what has been marked as
12  Exhibit 232. Let me ask you to look at that
13  document for a moment and tell me if you recall
14  receiving the attached interoffice memorandum
15  from Mr. Andy Conibear in the middle of
16  September of 2000.
17 A. I can't remember receiving it, but it would have
18  been a discussion.
19 Q. Do you recall a discussion within AVX at that
20  time --
21 A. Constantly.
22 Q. -- about how AVX could go about replacing Cabot
23  products?
24 A. Yes.

14 (Pages 50 to 53)

Page 54

1 Q. And it's your recollection that from that
2    discussion that it was possible for AVX to
3    replace Cabot's flake powders over time?
4 A. Yes, yes.
5       MR. SLAVITT: Objection.
6       THE WITNESS: Sorry.
7 A. Yes.
8 Q. How much time do you recall AVX would have
9    needed for that purpose?
10 A. Depending on priorities, three to six months.
11      MR. DAVIS: Let's mark this -- this,
12   actually, has been premarked.
13 Q. I'll show you, Mr. Chilton, what has been marked
14   as Exhibit 172. Ask you to read that document
15   for a moment, and tell me, please, when you're
16   done.
17 A. I never saw this. I didn't see this.
18 Q. Then let me just ask you a moment about the
19   subject matter of the e-mail. If you take a
20   look at the second paragraph, the one that
21   begins, "EC is convinced." Was it true that at
22   that point in time in September of 2000 that you
23   believed that --
24 A. Yes.

Page 55

1 Q. -- AVX had a solid supply from Star?
2 A. Yes.
3 Q. Star being one of Cabot's competitors, right?
4 A. Yes.
5 Q. Then it goes on to say, "Our needs are 10 to 15
6    pounds" --
7 A. "Tons."
8 Q. "Tons." I'm sorry. And then, two, "The 54 tons
9    of raw that we would get processed elsewhere,
10   which he is apparently stuck with." Stop for a
11   moment. Do you recall discussions with Cabot in
12   the fall of 2000 about the possibility of buying
13   KTAF?
14 A. Yes.
15 Q. KTAF being unrefined tantalum, tantalum ore?
16 A. No, it's the position between tantalum and
17   tantalum powder.
18 Q. It's semi-refined?
19 A. Semi-refined, yes.
20 Q. Why was it AVX wanted to buy KTAF from Cabot?
21 A. My understanding -- my recollection is that
22   Cabot were going to refuse to supply Showa Cabot
23   material and that had an excess supply of KTAF,
24   which we could purchase.

Page 56

1 Q. So is it fair to say that AVX wished to purchase
2    KTAF?
3 A. Yes.
4       MR. SLAVITT: Objection.
5 Q. I'm sorry. Your answer was?
6 A. Yes.
7 Q. What did AVX intend to do with the KTAF once it
8    purchased it from Cabot?
9 A. Supply to either Showa Cabot or to Ningxia.
10 Q. For what purpose?
11 A. Refining.
12 Q. Into tantalum?
13 A. Into tantalum.
14 Q. Into tantalum powder or wire or both?
15 A. Both.
16 Q. What types of tantalum powder did AVX intend to
17   have the KTAF turned into?
18      MR. SLAVITT: Objection.
19 A. I don't remember.
20 Q. Was it -- do you recall whether AVX intended to
21   have that KTAF turned into nodular or flake
22   powder?
23      MR. SLAVITT: Objection. You can
24   answer.

Page 57

1 A. I think we would supply -- whatever our needs
2    were at that point in time, we would get.
3 Q. Did you believe they would turn it into, on
4    occasion, nodular powder if AVX had that need?
5 A. Yes.
6 Q. Did any other suppliers at that point in time
7    besides Cabot have the ability to produce flake
8    tantalum powder?
9 A. Yes, but not of that quality.
10 Q. Who was the other supplier of flake product?
11 A. Showa Cabot.
12      MR. DAVIS: Mark this, please, as the
13   next exhibit.
14      MR. SLAVITT: 233.
15      (Copy of Fax, dated October 4, 2000 was
16      marked Exhibit Number 233 for
17      identification.)
18 Q. Mr. Chilton, I hand you what's been marked as
19   Exhibit 233. Ask you to look at it for a moment
20   and tell me whether this is, in fact, a document
21   you authored in or about October of 2000.
22 A. Yes.
23 Q. Did you participate in a meeting with Mr. Burns,
24   Mr. Kenneth Burns of Cabot, and with Mr. Rosen