# Exhibit #4

## Schwab, Terrence

| | |
|---|---|
| From: | COLLIS Peter [AVXTANT/AVXTANTPGN/COLLISP] |
| Sent: | Saturday, September 23, 2000 1:47 PM |
| To: | gib@avxcorp.com |
| Subject: | RE: High Voltage |

John

Broadly yes. There are two flake powders, C255 and the higher cv C275. We use approx. 2.5 tonnes per month total of these powders, plus 2.5 tonnes per month of the Chinese powder FTW170. These 5 tonnes of powder account for approx. 10% of our output with 80% overlap between C255 and FTW170 for flexibility.
This leaves approx. 2% of the total output that can only be made from flake powder, all 50 volt and some extended range and low ESR 25 and 35 volt. We can achieve lower esr levels with FTW170 by lowering the sinter temperature but this reduces the yield due to LI and surge and has not been proven on reliability testing. We have no alternative for 50v.
We are summarising all of these numbers and will issue a report Monday.
There are other powders that also cover the FTW170 range from NRC and Goslar both part of the Starck group and Cabot have a non flake powder for this range. We have not used them because the higher voltage powders are easier to make, and we had 80% cover with two suppliers, Cabot and the Chinese, using the other more capable capacities and most of our engineering programmes to drive the high cv programmes which traditionally have been the growth business.

On Stanley and Bill's visit to China. We were going to do the three year audit of their facility within the next few months. This could be an excellent cover for the visit, so that another powder supplier doesn't think we are getting desperate and give the guys the cover to dig into all aspects of the facilities and their development procedures. If you agree I get the last audit details to Stanley and Bill and your Mr Lee ? so they have time to look at the issues from the last audit.

Regards   Peter

-----Original Message-----
| | |
|---|---|
| From: | gib@avxcorp.com [SMTP:gib@avxcorp.com] |
| Sent: | 23 September 2000 02:53 |
| To: | COLLIS, Peter |
| Subject: | High Voltage |

---

Need a restatement for the high voltage powder needs... my understanding was
that there are other ways to make the high voltage than we do ... and other
suppliers don't use the Flake and make it except for about 2 to 5 percent of
the market that we dominate because of the flake..... and only that portion
is it a must for... is this correct?