# Exhibit #5

Page 1

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS      SUPERIOR COURT

CIVIL ACTION NO. 05-03816-BLS

AVX CORPORATION and AVX LIMITED, )
    Plaintiffs And Defendants )
    in Counterclaim,      )
  vs.          )
CABOT CORPORATION,      )
    Defendant and Plaintiff )
    In Counterclaim.      )

      **CONFIDENTIAL**

    The 30(b)(6) deposition of PETER COLLIS, called for examination, taken before ANNETTE M. MONTALVO, a Notary Public within and for the Commonwealth of Massachusetts, and a Registered Merit Reporter of said state, at Suite 3400, Two International Place, Boston, Massachusetts, on the 8th day of August, A.D. 2006, at 9:30 a.m.

Page 2

PRESENT:

BODOFF & SLAVITT, LLP,
(225 Friend Street, 7th Floor,
Boston, Massachusetts 02114,
617-742-7300), by:
MR. EVAN SLAVITT,
    appeared on behalf of the Plaintiffs
    and Defendants in Counterclaim;

CHOATE, HALL & STEWART,
(Two International Place,
Boston, Massachusetts 02110,
617-248-5000), by:
MR. ROBERT S. FRANK, JR.,
    appeared on behalf of the Defendant
    and Plaintiff In Counterclaim.

REPORTED BY: ANNETTE M. MONTALVO, CSR, RMR,
    RMR CERTIFICATE NO. 833506.

Page 4

INDEX (Continued)

EXHIBITS

| NUMBER | PAGE |
|---|---|
| Deposition Exhibit | |
| No. 110 | 8 |
| No. 111 | 14 |
| No. 112 | 26 |
| No. 113 | 35 |
| No. 114 | 38 |
| No. 115 | 65 |
| No. 116 | 69 |
| No. 117 | 72 |
| No. 118 | 79 |
| No. 119 | 80 |
| No. 120 | 101 |
| No. 121 | 103 |
| No. 122 | 105 |
| No. 123 | 108 |
| No. 124 | 117 |
| No. 125 | 128 |
| No. 126 | 135 |
| No. 127 | 148 |
| No. 128 | 153 |

Page 3

INDEX

| WITNESS | EXAMINATION |
|---|---|
| PETER COLLIS | |
| By Mr. Frank | 5 |

Page 5

MR. SLAVITT: Same stipulations. And the same markings on the cover, if you would.

(WHEREUPON, the witness was duly sworn.)

PETER COLLIS, called as a witness herein, having been first satisfactorily identified and duly sworn, was examined and testified as follows:

EXAMINATION
BY MR. FRANK:

Q. Good morning, sir.
A. Good morning.
Q. Please state your name.
A. Peter Collis.
Q. Where do you live, Mr. Collis?
A. I live in Paignton, in England, in the UK.
Q. And what is the street address?
A. Hookhills, Rockwills Road, Paignton, Devon.
Q. Are you presently employed?
A. I am.
Q. By whom are you employed?
A. AVX Limited.

Page 6

1  Q.  Okay. Let me run over a piece of your
2 background, which I believe I know from a prior
3 encounter that you and I have had.
4      Is it correct, sir, that you left
5 school at age 16 and joined Standard Telephone
6 and Cable initially in their apprentice program?
7  A.  That is correct.
8  Q.  And you worked your way up through
9 Standard Telephone and Cable until it was
10 acquired by AVX in 1987; is that correct?
11  A.  That's correct.
12  Q.  Okay. And thereafter you held a series
13 of positions at AVX until in January of 1998 you
14 became plant manager of AVX's Paignton facility;
15 is that correct?
16  A.  That's correct.
17  Q.  And in January -- on January 20, 2001
18 you became vice president of AVX in charge of its
19 tantalum division; is that correct?
20  A.  I believe it is the 21st.
21  Q.  I accept that correction.
22  A.  Okay.
23  Q.  I should ask you, however, what your --
24 did you become -- withdrawn.

Page 7

1      Is the position that you assumed on
2 January 21, 2001 the position that you still
3 hold?
4  A.  Yes.
5  Q.  Okay. And are your duties
6 substantially the same now -- have your duties
7 been substantially the same since January
8 of 2001?
9  A.  No.
10  Q.  Okay. How have they changed -- when
11 did they change and how have they changed?
12  A.  I am not sure of the exact dates, but,
13 basically, I have had two additions to my
14 responsibilities; one, I became a corporate vice
15 president, and the second one is I also have
16 responsibility for the IT management team as well
17 as the tantalum group.
18  Q.  When you say corporate vice president
19 you mean a vice president of AVX Corp.?
20  A.  Yes.
21  Q.  And approximately when did that happen?
22  A.  I think about two years ago.
23  Q.  Did your dealings with Cabot or CPM
24 begin when you became plant manager in Paignton

Page 8

1 or did they go back beyond before that?
2  A.  There were some dealings before that.
3  Q.  But mostly once you became the plant
4 manager and thereafter?
5  A.  They increased as my job changed.
6  MR. FRANK:  I will ask the court reporter to
7 mark as Exhibit 110, a document that does not
8 have Bates numbers, but is a two-page memorandum
9 prepared by Kurt Habecker of Cabot Corporation,
10 dated September 27, 1999.
11       (WHEREUPON, a certain document was
12       marked Deposition Exhibit No. 110,
13       for identification, as of 8/8/06.)
14 BY MR. FRANK:
15  Q.  And I would ask you to take a moment
16 and look at that.
17       Did you participate -- withdrawn.
18       I will represent to you, sir, it is my
19 understanding this document was produced from
20 AVX's files, and I will ask you if you recognize
21 it?
22  A.  I don't.
23  Q.  Okay. Did you -- do you recall
24 participating in a meeting with Cabot

Page 9

1 representatives in or around October 1999 at
2 which the subjects referenced in Exhibit 110 were
3 discussed?
4  A.  I don't.
5  Q.  I would like to identify the AVX
6 participants. I know who you and Mr. Chapple
7 are, but tell me, please, who Mr. McCracken is?
8  A.  Mr. McCracken is -- was an engineer who
9 worked for AVX at that time.
10  Q.  Mr. Connibear?
11  A.  Mr. Connibear was an engineer. He
12 still works for AVX.
13  Q.  What does he do? What type of
14 engineering does he do?
15  A.  He is the head of engineering for our
16 microchip products today.
17  Q.  Mr. Steer?
18  A.  Kevin Steer was an engineer who no
19 longer works for AVX.
20  Q.  Let me direct your attention, if I
21 could, initially to the section that's headed
22 "discussions with John Chapple." About three or
23 four items down is an item that's headed C255.
24 Do you see that?

Page 22

1  Q.  Does your review of Exhibit 48 refresh
2 your recollection that in the late summer of
3 2000, CPM told AVX that it could sell either
4 20,000 or 25,000 pounds of tantalum powder to
5 AVX's Biddeford facility and that it had
6 available for sale between 200,000 and 240,000
7 pounds of KTaF, but that it did not have other
8 powders available for sale to AVX?
9  A.  It does not.
10  Q.  Did AVX ultimately buy powders from CPM
11 for the -- for use at its Biddeford, Maine,
12 facility, AVX's Biddeford, Maine, facility?
13  A.  Yes.
14  Q.  What powders did AVX ultimately buy
15 from Cabot for use at its -- at AVX's Biddeford,
16 Maine, facilities?
17  A.  They were -- I can't be exact, but
18 there would be C110, C410, possibly C300. But I
19 would -- sorry.
20  Q.  Is it that -- each of those is nodular
21 powders; is that correct?
22  A.  That's correct.
23  Q.  Did AVX ultimately purchase KTaF from
24 CPM?

Page 23

1  A.  Yes.
2  Q.  KTaF is an intermediate between raw ore
3 and finished powder; is that correct?
4  A.  Yes.
5  Q.  And then when AVX purchased KTaF from
6 Cabot, it had KTaF tolled or finished
7 manufactured by someone other than CPM; is that
8 correct?
9  A.  No.
10  Q.  When -- let me take it in pieces.
11     AVX did purchase KTaF from Cabot; is
12 that correct?
13  A.  That is correct.
14  Q.  Okay. And what did AVX do with the
15 KTaF after it purchased that product from Cabot?
16  A.  It got other companies, and including
17 Cabot, to toll that material into finished
18 products.
19  Q.  What were the -- who were the other
20 companies apart from Cabot?
21  A.  There was Showa Cabot, Starck. I
22 believe Ningxia, but I would need to confirm
23 that.
24  Q.  And what did AVX have that KTaF tolled

Page 24

1 into?
2  A.  Tantalum powder and tantalum wire.
3  Q.  What type or types of tantalum powder?
4  A.  I can't recall exactly.
5  Q.  Was the KTaF that was tolled into
6 powder tolled into nodular powder, flake powder,
7 or both?
8  A.  Nodular powder.
9  Q.  Is it correct that it was AVX's plan
10 when it purchased KTaF to have that powder tolled
11 by someone into either nodular powder or tantalum
12 wire?
13  A.  Yes.
14  Q.  Am I correct in understanding that --
15 withdrawn.
16     Is there an understood ratio between
17 the quantity of KTaF that AVX purchased from CPM
18 and the quantity of nodular tantalum powder that
19 would result as the end product of tolling of the
20 KTaF?
21  A.  Yes.
22  Q.  What is that ratio?
23  A.  I don't recall.
24  Q.  Approximately 3 to 1?

Page 25

1  A.  Approximately.
2  Q.  And when AVX has KTaF tolled by a third
3 party into tantalum powder or tantalum wire, does
4 it pay a fee to the firm that does the tolling?
5  A.  Yes.
6  Q.  Is there a standard fee for tolling
7 KTaF?
8  A.  No.
9  Q.  What did AVX pay to have KTaF tolled
10 into nodular powder, do you recall?
11  A.  I don't recall.
12  Q.  Approximately?
13  A.  No.
14  Q.  How is tolling priced? Is it priced by
15 per pound of finished product or per pound of
16 KTaF or by some other means?
17     MR. SLAVITT: Objection. You can answer.
18 BY THE WITNESS:
19  A.  I believe our deals varied. With one
20 supplier we supplied them with KTaF; they
21 supplied us with powder at a price. We have no
22 idea what the cost of tolling was within that for
23 that.
24     MR. FRANK: Please mark as Exhibit 112 for

Page 26

1 identification an e-mail from Mr. Collis to
2 Mr. Gilbertson dated September 23, 2000.
3        (WHEREUPON, a certain document was
4        marked Deposition Exhibit No. 112,
5        for identification, as of 8/8/06.)
6 BY MR. FRANK:
7   Q.   Do you recognize Exhibit 112 as an
8 e-mail that you sent to Mr. Gilbertson on or
9 about September 23, 2000?
10  A.   Yes.
11  Q.   At this point in history you are the
12 plant manager in Paignton; is that right?
13  A.   That's correct.
14  Q.   And I should know this by now, but it
15 is correct, is it not, that AVX manufactures
16 tantalum capacitors at its Paignton facility?
17  A.   That is correct.
18  Q.   Does it manufacture anything else at
19 Paignton?
20  A.   No.
21  Q.   Okay. So that other capacitors that
22 don't use tantalum are manufactured by AVX
23 someplace other than Paignton; is that correct?
24  A.   That's correct.

Page 27

1   Q.   Exhibit 112 consists of a --
2   A.   Sorry. Can I make a correction? We
3 also manufacture niobium capacitors, which don't
4 use tantalum.
5   Q.   When did AVX first start making niobium
6 capacitors at Paignton?
7   A.   I don't recall the exact date.
8   Q.   Sometime after 2000, though, correct?
9   A.   No.
10  Q.   Okay. Now, Exhibit 112 consists of a
11 message from Mr. Gilbertson to you and then a
12 response by you to him.
13       Did you have an understanding as to why
14 Mr. Gilbertson was putting the question to you
15 that is stated in Mr. Gilbertson's memo --
16 Mr. Gilbertson's e-mail of September 23, 2000?
17  A.   I do.
18  Q.   And what is your understanding?
19  A.   I have a very strong background in
20 planning and was involved in the overall strategy
21 of volumes by plant and the fallback in terms of
22 equipment and materials required to meet those
23 plans.
24  Q.   And you explained to Mr. Gilbertson,

Page 28

1 did you not, in response to his inquiry, first,
2 that there are two flake powders, C255 and C275?
3   A.   Yes.
4   Q.   And you explained that you used about
5 two and a half tons per month of those powders
6 together and an additional two and a half tons
7 per month of Ningxia's FTW170 powder; is that
8 correct?
9   A.   Correct.
10  Q.   Okay. Ningxia's FTW -- withdrawn.
11       Is Ningxia's FTW170 powder a flake
12 powder?
13  A.   No.
14  Q.   What is it?
15  A.   Nodular powder.
16  Q.   And then you go on to say that these
17 5 tons, that is the purchases from Cabot and
18 purchases from Ningxia, together count for about
19 10 percent of our output. Is it correct that the
20 reference to "our output" is a reference to
21 output at Paignton?
22  A.   I don't believe so.
23  Q.   Okay. What is the total output that's
24 being addressed?

Page 29

1   A.   Total output of the tantalum division
2 excluding Biddeford.
3   Q.   Sometimes referred to as the European
4 options, tantalum options? Actually, let me
5 withdraw that. No need to respond.
6        But you go on to say: "This leaves
7 approximately 2 percent of total output that can
8 only be made from flake powder."
9        In that context, again, total output is
10 the output of the tantalum division excluding the
11 Biddeford, Maine, facility, correct?
12  A.   Sorry. Can you repeat the question?
13       (WHEREUPON, the record was read by
14       the reporter as requested.)
15 BY THE WITNESS:
16  A.   That's correct.
17 BY MR. FRANK:
18  Q.   Okay. And so if you were to include
19 Biddeford, the number 2 percent would be modestly
20 smaller?
21  A.   That's correct.
22  Q.   Okay. Now, what percentage of AVX's
23 total output of capacitors was the output of the
24 tantalum division excluding Biddeford?

Page 62

1 were nodular powders, correct?
2   A.   I am not sure.
3   Q.   Okay. They were not Biddeford and they
4 were not flake, correct?
5   A.   I am not sure that's what that says.
6   Q.   Okay. Directing your attention to
7 item 9, it says on contracts that Cabot has
8 renegotiated and signed before August of the year
9 2000, the most favored customer price would be
10 excluded for that contract volume only. Do you
11 see that?
12   A.   I do.
13   Q.   That's a reference at least in part to
14 the Vishay contract that's mentioned in the
15 covering e-mail?
16   A.   I believe so.
17   Q.   And that proposal reflected AVX's
18 position that apart from the volume covered by
19 that contract, everything else should be at a
20 most favored customer price, correct?
21   MR. SLAVITT: Objection. You can answer.
22 BY MR. FRANK:
23   Q.   Correct?
24   A.   In years 3, 4, and 5 of the contract,

Page 63

1 yes.
2   Q.   Thank you.
3        So that whatever "level playing field"
4 meant, and you and I may disagree about that, it
5 was understood that Vishay volume in that Vishay
6 1 was an exception to the level playing field
7 principle, correct, in years 2003, 4, and 5?
8   A.   I believe it was in contracts that were
9 signed prior to that date were excluded, yes.
10   Q.   Okay. So it would be the Vishay
11 contract and anything else that had been signed
12 prior to whatever the trigger date was?
13   MR. SLAVITT: Objection. You can answer.
14 BY THE WITNESS:
15   A.   Any contracts that were signed prior to
16 that date were excluded, yes.
17   MR. FRANK: Let's take a break. Thanks.
18       (WHEREUPON, a recess was had.)
19 BY MR. FRANK:
20   Q.   Directing your attention to Exhibit 98
21 for one more moment, let me ask you to go back to
22 Mr. Gilbertson's cover memorandum to Mr. Slavitt.
23       First, let me ask you whether you had
24 conversations with Mr. Slavitt in the period up

Page 64

1 to the time of the signing of the 2001 supply
2 agreement relating to the negotiation between CPM
3 and AVX or anything having to do with the then
4 proposed 2001 supply agreement?
5   MR. SLAVITT: Just answer that yes or no.
6 BY THE WITNESS:
7   A.   No.
8 BY MR. FRANK:
9   Q.   In his cover memorandum in -- which is
10 part of Exhibit 98, about two-thirds of the way
11 through the cover memorandum Mr. Gilbertson says
12 "the kicker that I am worried about is new
13 capacity." Do you see that?
14   A.   I do.
15   Q.   What was being talked about there was,
16 was it not, the possibility that CPM would expand
17 its Boyertown facility and the question whether
18 new output would be subject to most favored
19 customer treatment?
20   A.   I believe that's correct, yes.
21   Q.   And did you make a suggestion or
22 suggest to Mr. Gilbertson as to how that subject
23 might be dealt with in the proposed agreement?
24   A.   I believe so.

Page 65

1   Q.   What do you recall of your suggestion?
2   A.   I am not sure, to be honest.
3   Q.   Let me see if I can help.
4   MR. FRANK: Mark, please, as Exhibit 115 a
5 four-page document -- I beg your pardon. A
6 two-page document, which is an e-mail from
7 Mr. Collis to Mr. Gilbertson and which includes
8 the Gilbertson to Slavitt cover e-mail that is
9 part of Exhibit 98.
10       (WHEREUPON, a certain document was
11        marked Deposition Exhibit No. 115,
12        for identification, as of 8/8/06.)
13 BY MR. FRANK:
14   Q.   Do you recognize Exhibit 115 --
15 withdrawn. Do you recognize the first --
16   A.   Could I just finish?
17   Q.   Absolutely.
18   A.   Okay.
19   Q.   First, do you recognize the first part
20 of Exhibit 115 as being an e-mail by you to
21 Mr. Gilbertson dated October 30, 2000 that was
22 responsive to Mr. Gilbertson's e-mail to
23 Mr. Slavitt of earlier that day?
24   A.   I believe so, yes.

Page 66

1  Q. Okay. And is it correct that in your
2 first paragraph you make a suggestion that was
3 designed to address the most favored customer
4 issue as it related to any additional capacity
5 that CPM might have?
6  A. Sorry. Could you repeat the question,
7 please.
8         (WHEREUPON, the record was read by
9         the reporter as requested.)
10 BY THE WITNESS:
11  A. I believe so.
12 BY MR. FRANK:
13  Q. Okay. Now directing your attention to
14 the third paragraph of your e-mail, is it correct
15 that you were suggesting to Mr. Gilbertson that
16 AVX should build some flexibility into the
17 agreement that was then under negotiation by
18 attaining the right to switch at least some of
19 the flake powder that it was buying to nodular
20 powder?
21  MR. SLAVITT: Objection. You can answer.
22 BY THE WITNESS:
23  A. I believe I was saying we should look
24 to the possibility to switch flake powder to

Page 67

1 alternatives, yes.
2 BY MR. FRANK:
3  Q. And the alternatives were nodular
4 powder, correct?
5  A. Correct.
6  Q. And there's a reference in the first
7 sentence in that paragraph that says "what
8 happens if, one, Cabot, or, two, another
9 supplier, developed a new nonflake high voltage
10 powder (C420) over this period." Do you see
11 that?
12  A. I do.
13  Q. What was C420?
14  A. C420 was a material that Cabot was
15 suggesting could be a nodular high voltage
16 material.
17  Q. And, therefore, a substitute for flake
18 powder?
19  MR. SLAVITT: Objection.
20 BY MR. FRANK:
21  Q. I will take out the "therefore."
22     And a substitute for flake powder?
23  MR. SLAVITT: Objection still. But you can
24 answer.

Page 68

1 BY THE WITNESS:
2  A. Possibly.
3 BY MR. FRANK:
4  Q. In the fourth paragraph of your e-mail
5 you make the point that most customers buy
6 slightly different variances of particular
7 powders and that there was a risk that Cabot
8 would claim that a minor variation between a
9 powder that AVX was buying and a powder that was
10 being bought by another CPM customer would avoid
11 the application of the most favored customer
12 price?
13  A. I believe that was my concern, yes.
14  Q. And your suggestion there was that some
15 boundary be defined so that if the differences
16 were truly minor, the two products would be
17 treated as the same product for most favored
18 customer purposes, correct?
19  A. I believe so.
20  Q. And such a provision did make its way
21 into the 2000 supply agreement, correct?
22  A. I believe so.
23  MR. FRANK: Let me ask the reporter to mark
24 as Exhibit 116 an e-mail from you to

Page 69

1 Mr. Gilbertson dated November 6, 2000.
2         (WHEREUPON, a certain document was
3         marked Deposition Exhibit No. 116,
4         for identification, as of 8/8/06.)
5 BY MR. FRANK:
6  Q. All set?
7  A. Yes.
8  Q. Is Exhibit 116 a copy of an e-mail that
9 you sent to Mr. Gilbertson on or about
10 November 6, 2000?
11  A. I believe so.
12  Q. I want to draw your attention to the
13 next to last paragraph, the one that begins with
14 the word "capacity." What was the issue that you
15 were addressing in that paragraph?
16  A. I believe it was the right for us to
17 audit what had actually happened in the Cabot
18 manufacturing operation.
19  Q. In the context of this paragraph are
20 you talking about auditing something relating to
21 capacity, Cabot's capacity?
22  A. Capacity and what they were doing with
23 it, yes.
24  Q. Is it correct that the point that you

Page 70

1 were making -- withdrawn.
2     At that time were the parties
3 discussing CPM's capacity by reference to the use
4 of the number 550,000 pounds?
5  A.  I believe so, yes.
6  Q.  Okay. And was it your advice that that
7 was an unwise way of expressing capacity?
8  A.  I don't believe so. The figure of
9 550,000 pounds was given to us by Cabot. We had
10 no way of verifying that before we signed the
11 contract.
12  Q.  Okay. So let me restate it then.
13     Is it correct that you were agnostic on
14 the subject of what Cabot's actual capacity was,
15 you had no independent way of verifying that?
16  A.  Correct. We had no independent way of
17 verifying that.
18  Q.  And is it correct that your suggestion
19 to Mr. Gilbertson was that capacity be defined by
20 reference to what CPM shipped in the year 2002,
21 as distinguished from a specific number?
22  A.  I believe my concern was how the
23 capacity varies with the CV of powder
24 manufactured. So if they made a higher

Page 71

1 proportion of a low CV powder, they would produce
2 more pounds of material as against making more
3 high CV powder. So if they produced more powder
4 during that period, they then had the option of
5 selling it outside of the contract at lower
6 prices.
7  Q.  So let me see if I understand.
8     Is it correct then that your advice to
9 Mr. Gilbertson was that capacity was to some
10 extent variable in ways that were within CPM's
11 control?
12  A.  To some extent, depending on,
13 obviously, what their customers were buying.
14  Q.  Let me reframe that. I think that's a
15 fair correction.
16     Capacity was variable -- let me reframe
17 it again.
18     Output of CPM's Boyertown plant would
19 vary depending on what CPM's customers chose to
20 buy and what CPM choice to make, correct?
21  A.  Correct.
22  Q.  Okay. Did you discuss that subject
23 with Mr. Gilbertson, apart from what we see on
24 the face of Exhibit 116?

Page 72

1  A.  I believe at that time we had
2 conference calls going through the documents,
3 yes.
4  Q.  Okay. And do you recall what, if
5 anything, you said to Mr. Gilbertson on this
6 capacity issue, if it is different at all from
7 what appears in Exhibit 116 and from what you
8 have otherwise testified this morning?
9  A.  I don't recall the exact words, but I
10 believe we -- we basically got the situation we
11 didn't have -- we couldn't think of a way of
12 verifying what was happening.
13  Q.  So was it ultimately decided on the AVX
14 side that you would use what Cabot ultimately
15 shipped in 2002 as the surrogate for capacity
16 and, therefore, the limit on the sales that would
17 be subject to most favored customer protection?
18  A.  I don't believe so.
19  Q.  Okay.
20  MR. FRANK: Please mark as Exhibit 117 a
21 document bearing Bates numbers AVX 1482 through
22 1486.
23     (WHEREUPON, a certain document was
24     marked Deposition Exhibit No. 117,

Page 73

1     for identification, as of 8/8/06.)
2 BY MR. FRANK:
3  Q.  Have you seen Exhibit 117 before?
4  A.  I believe so.
5  Q.  Okay. And did you receive a copy on or
6 about November 6, 2000?
7  A.  I believe so.
8  Q.  At the outset of Exhibit 117 -- who was
9 the author of Exhibit 117?
10  A.  I believe Mr. Gilbertson.
11  Q.  At the outset of 117, Mr. Gilbertson
12 says that he wanted to have a conference call
13 that morning, and then he addresses certain
14 comments to Kurt, Marshall, Edwards, Collis,
15 Chilton, do you see that?
16  A.  I do.
17  Q.  Kurt is the CFO, correct?
18  A.  He is.
19  Q.  Marshall is the guy in charge of sales?
20  A.  Yes.
21  Q.  What was Mr. Edwards' position?
22  A.  He is responsible for corporate
23 planning.
24  Q.  And, obviously, yourself and