# Exhibit #6

05-SEP-2000 18:10   FROM  A V X          TO  90012072831941        P.01

BoB FAIREY


**AVX LIMITED**
A KYOCERA GROUP COMPANY

1 OFF 3

---

## CABOT MEETING 18ᵀᴴ AUGUST 2000

**NOTES TO MEETING**

1. Gualia - new 5 year contract 50% of output
   Greenbush - new Wogina mine 100% of output
   Tanko mine - Cabot own outright
   This secures 60% of ore - rest will come from spot market

2. 5 year agreement (modifications needed by AVX)
   a) Quantity only to be specified
   b) Mix will be firmed up on anniversary of contract (may go up or down?)
   c) Include consignment stock  FOB UK/San Salvador/Biddeford/Prague
   d) Shortage of raw material to be deleted
   e) Percentage of scrap to be split in proportion to AVX purchase share

3. K TAF - AVX would like to purchase 200,000 lbs. (Cabot may restrict its outlet)

4. New wire prices

| Wire  | Price $ | Increase |
|-------|---------|----------|
| 0.25  | 727.60  | 67.6%    |
| 0.24  | 716.6   | 78.7%    |
| 0.35  | 687.20  | 70.5%    |
| 0.19  | 753.40  | 47.4%    |
| 0.30  | 705.60  | 67.6%    |
| 0.275 | 709.30  | 73.0%    |

2.65

(10t on the table)

EXHIBIT
CHAPPLE 19
9.04.03  AW

CONFIDENTIAL
AVX 0372

05-SEP-2000  18:11    FROM  A V X                    TO   900120720831941           P.02

2 OFF 3

5. Prices for 2001 year 1

| Powder | Price $/kg | Increase |
|---|---|---|
| C110 | 474.40 | 22.6% |
| C255 | 639.40 | 44.0% |
| C275 | 738.60 | 38.8% |
| C300 | 507.12 | 20.4% |
| C415 | 604.20 | 29.0% |
| C497 | 643.90 | 33.9% |
| C606 | 683.90 | 18.0% |
| C706 | 804.80 | 20.0% |
| C420 | 546.80 | - |
| C506 | 639.50 | - |

Price escalation +7.5% year 2 and 5% years 3, 4 and 5.

6. AVX initial requirement for 2001 year 1 (Cabot thought we would want more?)

| Powder | Kg/month |
|---|---|
| C255 | 2000 |
| C275 | 1000 |
| C606 | 2500 |
| C706 | 1000 |
| C420 | 1000 |

7. Next discussion H. Tyler TBA.

CONFIDENTIAL
AVX 0373

Created on 5th September 2000         Page 2 of 2         jw0352 CabotMeeting18Aug00

SEP-05-2000  12:41           01803 697420                93%           P.02

05-SEP-2000 18:11   FROM  A V X           TO  900120072831941          P.03

3 oFF 3



A KYOCERA GROUP COMPANY

# CABOT PHONE CONVERSATION 1ST SEPTEMBER 2000

1. Deal for year 2001 has been concluded - nothing for AVX UK.

2. 20,000 lbs are reserved for AVX Biddeford.

3. 240,000 lbs of K TAF is available to us at $90.00/lb.

4. Powder will be available to us for 2002 + but against a 5 year contract.

CONFIDENTIAL
AVX 0374

Created on 5th September 2000          Page 1 of 1          jw0394 CabotTelCon1Sep00

                                                            TOTAL P.03
SEP-05-2000  12:41          01803 697420          92%          P.03