# Exhibit #9

Case 1:04-cv-10467-RGS     Document 128-10     Filed 05/09/2008     Page 1 of 3

AVX CORP J GILBERTSON        ☏ 8434481373         10/31/00   14.18 ☰ :03/05 NO.712

# OPTION B

## LONG TERM SETTLEMENT

|  | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Ta Powder lbs | Biddeford | | | | |
| Nodular | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| $/lb | $500 | $500 | MFN/MFC | MFN/MFC | MFN/MFC |
| | | | | | |
| Ta Wire lbs | 4,400 | 5,400 | 6,600 | 6,600 | 6,600 |
| $/lb | $550 | $550 | $550 | $550 | $550 |

no increase

|  | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Ta Powder lbs | EUROPE | | | | |
| Flake | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| $/lb | $500 | $500 | MFN/MFC | MFN/MFC | MFN/MFC |
| | | | | | |
| Ta Wire lbs | 11,000 | 10,500 | 10,000 | 10,000 | 10,000 |
| $/lb | $550 | $550 | MFN/MFC | MFN/MFC | MFN/MFC |
| | | | | | |
| K2TaF7 lbs | 300,000 | 300,000 | 300,000 | | |
| K2TaF7 lbs Not faxed: As Available | Up to 105,600 | 0 | 0 | 0 | 0 |
| $/lb | $185 | $185 | MFN/MFC | | |

PROVISIONS for long term settlement:

1. Those existing first year commitments for the purchase of material of the previous agreement in volume [ or the rest of this year], are to be delivered in total to contract quantities and prices to AVX.

2. Cabot agrees to deliver in equal monthly amounts the specified volume.

3. AVX retains the right to audit the MFN/MFC price.

4. K-salts - It is anticipated that the First Year is available now, and would be shipped to

EXHIBIT 180
FOR I.D. 8/22/06 / MMM

CONFIDENTIAL
AVX 1497

AVX for processing at the supplier of choice. We understand this material is available now and shipment would begin in November of 2000, and include ten equal shipments for the next ten months. Cabot will accept a fifty percent of the processing cost in the First Year. In subsequent years, this material will be shipped on an equal monthly basis to AVX Supplier of choice.

6. Scrap return would be in % of total products supplied and at the most favored customer price.

7. If other Powders are available in years two, beyond the Biddeford and Fluke agreement, AVX would purchase 60k pounds at 500 dollars per pound.

8. AVX is making this long term agreement to allow Cabot to meet capital demands necessary in the processing and supply of ore per discussions with them. It is critical that AVX operates its business on a level playing field in terms of competitive price and that Cabot would do this in an efficient manner.

9. Cabot would deliver this material specified in a quality product in timely monthly shipments.

10. In areas where 'most favored' customer price or Most Favored Nation clause is specified, AVX would be entitled to audit that price. Most favored means that Cabot would not sell to any other competitor of AVX at a lower price of material specified. The price charged Buyer for any item shall always be the Supplier's lowest net price charged any customer for that item regardless of any special terms, conditions, rebates, or allowances of any nature. Lowest net price is the sales price less freight and duty costs for that transaction. This would be for equivalent powder defined by C.V. and Breakdown voltage +/- 10%.

11. The MFN/MFC clause would be excluded on contracts that Cabot has already signed which specify volume, since July of 2000.

12. If Cabot would put on capacity beyond the volume in total tons shipped in year two of the agreement [ 2002 ], Cabot would offer that volume to AVX at the same price of eventual sale before it was offered to other parties.

13. Avx will not agree to a Force Majeure clause in the contract.

14. The final agreement would include specific prices for material that would average to the $500 dollars per pound in the initial agreement.

AVX will makes its capital expansion plans based on the delivery of quality products in a timely manner from Cabot.

You should understand that we make this suggestion to put this matter to rest. If we cannot resolve this matter as set forth above, AVX does not waive any rights it may have under the original agreement or otherwise.

The Terms of this agreement will be held confidentially by both parties.

If this acceptable, we will arrange to have the terms formalized at your earliest convenience.

CONFIDENTIAL
AVX 1496