# Exhibit #10

## AVX TERM SHEET
October 30, 2000

### 5-Year Contract Proposal

AVX and Cabot with to enter into a 5-year supply agreement for Tantalum Powder, Wire, and Ksalt.

Prices are fixed as shown below.

Most Favored Nations (MFN) – Clauses include that:

A) Any contract signed by Cabot before July 15, 2000, be excluded
B) New Capacity brought on line with tantalum Mining Expansion agreements be outside the MFN agreements
C) MFN must include scrap recycle as part of the total value of the contract

NOTE: All volumes are shown in Pounds.

### Biddeford, Maine

|  | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Ta Powder Volumes |  |  |  |  |  |
|  | 30,000 | 30,000 | 35,000 | 35,000 | 35,000 |
| Price per Pound | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Ta Wire Volumes | ~~4,000~~ 4,400 | ~~4,500~~ 5,400 | ~~5,000~~ 6,600 | ~~5,000~~ 6,600 | ~~5,000~~ 6,600 |
| Price per Pound | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |

### Europe

|  | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Ta Flake Vol. | 50,000 | 80,000 | 95,000 | 95,000 | 95,000 |
| Other Powder | 0 | 60,000 | 70,000 | 80,000 | 80,000 |
| Total Volumes | 50,000 | 140,000 | 165,000 | 175,000 | 175,000 |
| Average Selling Prices per pound |  |  |  |  |  |
|  | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Ta Wire Volumes |  |  |  |  |  |
|  | 11,000 | 10,500 | 10,000 | 10,000 | 10,000 |
| Wire Prices / lb. | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |

CONFIDENTIAL
C(AII)087108

<u>Tantalum Salts (K2TaF7)</u>

|            | <u>2001</u> | <u>2002</u> | <u>2003</u> | <u>2004</u> | <u>2005</u> |
|------------|------------|------------|------------|------------|------------|
| Volumes    | 246,400 *  | 352,000    | 352,000    | 352,000    | 352,000    |
| Prices     | $185.00    | $185.00    | $185.00    | $185.00    | $185.00    |

- Note: In 2001 Cabot will make "Best Efforts" to make 10 shipments of tantalum salt (35,200 pounds each) to Showa Cabot Super Metals for conversion to AVX Powder Specifications. The first shipment will be marked AVX and shipped in November 2000. This contract would require Cabot to make 7 shipments during the period November 01, 2000, through December 31, 2001, with the agreement that AVX would accept the 3 additional shipments at the same price should Cabot be able to deliver them to AVX during this specified time period.

<u>Scrap Returned to Cabot Performance Materials</u>

Scrap returned to Cabot will be Cabot's pro-rata share of the material supplied to AVX. The scrap prices will be increased on the same basis as current Powder and Wire price increases (same percentage increase). The scrap pounds will then be sent back to Cabot Performance Materials on a quarterly basis at the new fixed price throughout the 5-year period.

*All Parties*

<u>AVX Waives Rights to Litigation</u>

Upon acceptance of this contract, AVX would waive any and all rights to litigation – etc., etc.

*Contingent on Swap- KSalt*

*Other Terms Consistent*

CONFIDENTIAL
C(AII)087109