# Exhibit #11

*11. 3. 2000*

*From AVX*

TOM.... Hope your day is going good.  We are so close on this, let me know what you think.... have a good weekend.... we both probably need a rest from this...

11-2-2000   ROUGH TALKING POINTS REVISION 1 11-3-2000

Private – For discussion purposes only, subject in all respects to final negotiation and agreement by both parties.

TOM . . .  the issues are the main points today.   AVX has to have a level playing field and I can't walk away from that.

The 'most favored nation/customer' in some term in year 3 to 5 of the agreement is the only way we have of ensuring that level playing field.   We put our competitiveness at serious risk, if we don't.  The Brand 'I' example, is one we are all familiar with, and is recognized throughout the industry.  Our position is that year one and two, Cabot gets a fixed price and then MFN kicks in, this is beyond anything brand  'I'  has negotiated with all of its clout in the industry and we don't want to weaken that provision in the later years.

I lowered the commitment to 25,000 pounds in Biddeford. [HOW ABOUT A STATEMENT YOU WILL TRY TO ADD 5,000 POUNDS?]  Changed the nodular to 10,000 pounds which our side is very uncomfortable with - as a good faith from our side - and dropped the K-salts in years four and five.

|  | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Ta Powder lbs. | Biddeford | | | | |
| Nodular | 25,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| ASP $/lb. | $500 | $500 | $500/MFN | $500/MFN | $500/MFN |
| | | | | | |
| Ta Wire lbs. | 4,400 | 5,400 | 6,600 | 6,600 | 6,600 |
| ASP $/lb. | $550 | $550 | $550/MFN | $550/MFN | $550/MFN |
| | 2001 | 2002 | 2003 | 2004 | 2005 |
| Ta Powder lbs | EUROPE | | | | |
| Flake | 50,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| ASP $/lb | $500 | $500 | $500/MFN | $500/MFN | $500/MFN |



CONFIDENTIAL
C(AII)087098

| Nodular | 0 | 10,000 | 10,000 | 10,000 | 10,000 |
|---|---|---|---|---|---|
| ASP $/lb | $500 | $500 | $500/MFN | $500/MFN | $500/MFN |
| Ta Wire lbs | 11,000 | 10,500 | 10,000 | 10,000 | 10,000 |
| ASP $/lb | $550 | $550 | $550/MFN | $550/MFN | $550/MFN |
| K2TaF7 lbs | 246,500 | 352,000 | 352,000 | | |
| K2TaF7 lbs As Available | Up to 105,500 | 0 | 0 | 0 | 0 |
| ASP $/lb | $185 | $185 | $185/MFN | | |

I HAVE TRIED TO BREAK OUT POINTS OF AGREEMENT SEPARATE FROM OPEN ISSUES:

1.  **Product volumes listed above (specific mix to be confirmed) are to be delivered in equal monthly amounts during the calendar years noted, except that shipments of 2001 K2TaF7 volumes may commence in November or December of 2000, WITH FOB IN PREVIOUS AGREEMENT. OKAY**

2.  **All existing AVX purchase orders acknowledged by Cabot (list to be confirmed), are to be delivered in the quantities, prices and at the times listed in the PO's. OKAY**

3.  **AVX will get MFN protection on tantalum powder, wire AND K-SALT products in years 2003 through 2005. MFN protection will be CPM's lowest net price, AND FOB IN PREVIOUS AGREEMENT, for equivalent powder, defined by CV/gram +/- 5%, on like volumes. [THE LIKE VOLUME COULD HAVE THE CONNOTATION THAT MFN WOULD BE BASED ON VOLUME . . . THE BRAND "I" STATES - IF YOU SELL ONE POUND OF MATERIAL TO SOMEONE AT A LESS COST, THEN ALL FUTURE PRICES CONVERT TO THAT COST. It has no volume exclusion, and that is the pattern we would want to follow.**

**THE MODIFICATION, AS I COULD INTERPRET IT, IS THAT IF CABOT WOULD SELL 10,000 POUNDS AT A PRICE LOWER THAN THE MFN, THEN ONLY TEN THOUSAND POUNDS WOULD BE LOWERED IN PRICE. I CAN WORK WITH THIS, BUT IF YOU ARE SAYING THAT OUR MFN PRICE WOULD BE COMPARED TO ONLY THOSE PRICES AT THE VOLUME WE ARE BUYING . . . WE HAVE**

CONFIDENTIAL
C(AIII)087099

A PROBLEM.]

CONFIDENTIAL
C(AII)087100

In other words if Cabot sells 10,000 pounds of C-300 OR EQUIVALENT PRODUCT at $50.00 per pound less than AVX's price, then Cabot would reduce its price by $50.00 per pound for the next 10,000 pounds of C-300 sold to AVX.

4.    AVX has the right to have a third party audit the MFN. OKAY

5.    Scrap returned by AVX will be 12.5% [25%]  of total tantalum products (by weight) supplied by CPM each quarter, EXCLUSIVE OF K-SALTS WHICH WILL BE PROCESSED BY ANOTHER SUPPLIER.  CPM will pay for scrap by type at prices to be agreed.  If AVX sells equivalent scrap to another buyer at a lower price in the MFN years of 2003, 2004, and 2005, Cabot will get the lower price.  Cabot has the right to a third party audit.

OKAY . . . AT THE LOWER PERCENTAGE . . . WE'RE NOT THAT GOOD TOM, AND THIS WOULD BE BUILT AROUND THE MFN CLAUSE FINALLY AGREED TO AND WOULD COVER 2003 TO 2005.

6.    In 2003, 2004 or 2005, if Cabot adds on capacity beyond the volume in total tons shipped in by Cabot in 2002, Cabot will offer AVX its pro rata share of the added capacity first.  Offer terms will be determined at the time. If AVX declines, Cabot may sell such capacity to a third party, but AVX will have a right to match a sale on terms more favorable than the last offer rejected by AVX.  MFN will not apply to sales from new capacity.

THIS IS A DIFFICULT PARAGRAPH . . .  MANY IMPLICATIONS. THE EXTRAORDINARILY LONG TERMS OF THIS AGREEMENT ADDS ISSUES.

    A.    IT COULDN'T BE ACQUIRED CAPACITY.  IF YOU WERE SUDDENLY TO ACQUIRE A LARGE COMPETITOR, THEN THIS WOULD MAKE OUR MOST FAVORED CUSTOMER CLAUSE USELESS.

    B.    THEN THE DEFINITION OF NEW CAPACITY ADDS COMPLEXITY . . . FOR INSTANCE YOU MAKE IN YEAR 2002, 100,000 POUNDS OF C206 AND IN YEAR THREE,

SHIFT OTHER POWDERS TO THIS TYPE BECAUSE OF DEMAND . . . THEN THAT IS NOT NEW CAPACITY, IT IS A SHIFT IN CAPACITY. ANY TYPE OF MODIFICATION THAT WEAKENS OUR MFN CLAUSE CREATES PROBLEMS.

C.    IS THERE A WAY TO LIMIT THIS CAPACITY INCREASE, WHERE WE NOT ALWAYS AT ISSUE OF HOW MUCH CAPACITY WOULD FALL INTO THIS EXCLUSION TO OUR MFN. . .   I. e. A STATEMENT SAYING THIS MATERIAL CAPACITY WOULD NOT EXCEED 15 PERCENT PER YEAR IN THOSE LATER YEARS THAT WOULD BE EXEMPT FROM THE MFN OF AVX.

7.    We need a Force Majeure clause to sell this contract to our Senior Management.

THE CONCERN IS AGAIN THINGS THAT HOLD US TO CLAUSES BUT ALLOW AN OUT ON CABOT'S SIDE . . . I THINK THE LAWYERS CAN WORK THIS OUT.

IF YOU HAVE A MINER'S STRIKE FOR INSTANCE, AND THAT IS APPLIED TO THIS, THEN HOW IS THAT DIFFERENT FROM AVX ATTACHING A CLAUSE THAT SAYS, THE DEAL IS OFF IF THE INDUSTRY TANKS. BOTH OF THESE ARE OUTSIDE OF OUR CONTROL. BUT YOU WOULD BE PROTECTED AND I WOULDN'T. BUT ON ACTS OF WAR, NATURAL DISASTERS, ETC - THAT IS ONLY COMMON SENSE.

8.    All prior agreements are released on both sides. OKAY -WITH THE EXCLUSION OF PARAGRAPH TWO.

9.    The terms of any agreement will be held confidentially by both parties. OKAY

ADDITIONS:

10.   AVX is making this long term agreement to allow Cabot to meet capital demands necessary in the processing and supply of ore per discussions with them.   It is critical that AVX operates its business on a level playing field in terms of competitive price and that Cabot

CONFIDENTIAL
C(AII)087101

would do this in an efficient manner.

11. Cabot would deliver this material specified in a quality product in timely, monthly shipments. All deliveries must conform to current raw material specifications. EXCEPT FOR PARAGRAPH ONE ON K-SALTS.

12. Most favored means that Cabot would not sell to any customer for a lower price for material specified. The price charged Buyer - AVX for any item shall always be the Supplier's lowest net price charged any customer for that item regardless of any special terms, conditions, rebates, or allowances of any nature. Lowest net price is the sales price less freight and duty costs for that transaction. This would be for equivalent powder defined by C.V. and Breakdown voltage +/- 5%.

13. The final agreement would include specific prices for material that would average to the $500 dollars per pound in the initial agreement. These details to be worked out later.

[The ASP keeps creeping back in, and not sure what you mean by ASP.]

14. All previous deals have included 3 months consignment stock.

You should understand that we make this suggestion to put this matter to rest. If we cannot resolve this matter as set forth above, AVX does not waive any rights it may have under the original agreement or otherwise.

I look forward to working with you.

CONFIDENTIAL
C(AII)087102