# Exhibit #12



**CABOT**

Performance Materials



June 29, 2001

John Chapple
AVX Limited
Long Road
Paignton
Devon, TQ47ER England

John,

The following points reflect the Supply Agreement modifications on which you and I have agreement, pending approval by your management. Please indicate your acceptance of the points and return by fax to me (via Kurt Habecker in my absence), at which time I shall have them incorporated into the Supply Agreement. The changes are not binding until we have signatures on the modified Supply Agreement.

<u>Discussion Points</u>

POINT 1:   CPM will reduce the price on all future KTaF shipments (balance of contract year 2001, and complete contract years 2002 and 2003) to $150 per pound.

POINT 2:   CPM will reduce AVX's 2001 KTaF volume obligation by 105,500 pounds (the "as available" volume in Appendix A). The volume obligation for the three remaining 2001 shipments (35,200 pounds each) as well as the 2002 and 2003 obligation (352,000 pounds each year) remains unchanged.

POINT 3:
A. Contract year 01: AVX agrees to purchase an additional 10,000 pounds of tantalum flake at a price of $500 per pound. These incremental pounds will be shipped in the 4th calendar quarter.
B. Contract year 02: AVX agrees to purchase an additional 50,000 pounds of tantalum flake at a price of $500 per pound. The first 30,000 pounds of this quantity are binding on both parties. AVX will accept the remaining 20,000 pounds on an as available basis.
C. Contract years 03 through 05: AVX agrees to purchase an additional 40,000 pounds of tantalum flake each year at a price of $500 per pound.

Cabot Performance Materials | P.O. Box 1607 | 144 Holly Road
Boyertown, Pennsylvania 19512-1607 | Phone: 610-367-1500

CONFIDENTIAL
AVX 2825

John Chapple
June 29, 2001
Page 2

    D. Contract years 06 through 07: AVX agrees to purchase 100,000 pounds of tantalum flake each year at a price of $500 per pound. Most favored nations pricing will not apply to the 2006-2007 volumes.
    E. The ramping of volume in years 2001 and 2002 may not be linear. Shipments shall be projected and scheduled as prescribed in paragraph 4, section 2 of the current Supply Agreement.

POINT 4: AVX may opt to substitute up to 30,000 pounds of tantalum flake with nodular tantalum powder in a single contract year. AVX will request such a substitution at least six months prior to shipment of substituted powders. Under no circumstances will request of this option by AVX relieve AVX of the obligation to purchase the prescribed original and additional pounds of powder.

POINT 5: The 10,000 pound per year nodular powder obligation (Europe only) will be eliminated for contract years 2002 through 2005.

POINT 6: The additional annual purchases shall be exclusive of:
A. Biddeford product as specified in Appendix A. of the Sales Agreement
B. All wire as specified in Appendix A of the Supply Agreement.

POINT 7: Consignment terms for all years beginning contract year 2002 will be changed to allow billing to take place at 90 days (instead of 45 days) for inventory remaining in consignment up to that point. At the time of the billing, payment will be net 15 days.

Kind regards,

*Hugh*

Hugh Tyler


62901 Chapple per EHT Contr.let

CONFIDENTIAL
AVX 2826