# Exhibit #13



**AVX LIMITED**
A KYOCERA GROUP COMPANY

AVX LIMITED
TANTALUM DIVISION
LONG ROAD
PAIGNTON, DEVON
TQ4 7ER
ENGLAND
TEL: +44 1803 697200
FAX: +44 1803 697420

14th August 2001

Hugh Tyler
Cabot Performance Materials
PO Box 1607
144 Holly Road
Boyertown
Pennsylvania 19512-1607

Dear Hugh,

**RE: DISCUSSION POINTS**

Here is our proposal:

1.  CPM will reduce the price on all future KTaF shipments (balance of contract year 2001, and complete contract years 2002 and 2003) to $150 per pound.

2.  CPM will reduce AVX's 2001 KTaF volume obligation by 105,500 pounds (the "as available" volume in appendix A). The volume obligation for the three remaining 2001 shipments (35,200 pounds each) as well as the 2002 and 2003 obligation (352,000 pounds each year) remains unchanged.

3.  
    A) Contract year 2001 - AVX agrees to purchase an additional 10,000 pounds of tantalum flake at a price of $500 per pound. These incremental pounds will be shipped in the 4th calendar quarter.

    B) Contract year 2002 - AVX agrees to purchase an additional 40,000 pounds of tantalum flake at a price of $500 per pound. This quantity is binding on both parties.

    C) Contract years 2003, 2004 and 2005 - AVX agrees to purchase an additional 40,000 pounds of tantalum flake each year at a price of $500 per pound.

    D) Contract years 2006 and 2007 - AVX agree to purchase 100,000 pounds of tantalum flake each year at a price of $500 per pound.

CONFIDENTIAL
C(A)007130

● Page 2                                                                                                August 14, 2001

    E) The ramping of volume in years 2001 and 2002 may not be linear. Shipments shall be projected and scheduled as prescribed in paragraph 4 section 2 of the current Supply agreement.

4. AVX may opt to substitute up to 30,000 pounds of tantalum flake with nodular tantalum powder in a single contract year. AVX will request such substitution at least 6 months prior to shipment of substituted powders. Under no circumstances will request of this option by AVX relieve AVX of the obligation to purchase the prescribed original and additional pounds of powder.

5. The 10,000 pounds per year of nodular powder obligation (Europe only) will be eliminated for contract years 2002, 2003, 2004 and 2005.

6. The additional annual purchases shall be exclusive of a) Biddeford product as specified in appendix A of the Supply agreement and b) all wire as specified in appendix A of the supply agreement.

7. Consignment terms for all years beginning in contract year 2002 will be changed to allow billing to take place at 90 days (instead of 45 days) for inventory remaining in consignment up to that point. At the time of billing payment will be net 15 days.

8. Change current Supply agreement, section 2, paragraph 3 to show that C275 may account for a maximum of 75% of the total flake volume in the contract years 2002 through to 2007.

9. MFN clause to be modified as follows: Most favoured nations pricing will cover any tantalum powder product sold to AVX in CY 2002 through to 2007 and will exclude the base year 2002 as the capacity yard stick, as you have done for years 2006 and 2007. MFN protection will also apply to powders manufactured from non-Boyertown facilities.

King regards,

pp *[signature]*
John Chapple

C:\Backup\Wordy\w0515 CabotContractHTyler.doc

CONFIDENTIAL                                                                                TOTAL P.04
C(A)007131

# (AVX LETTER HEAD)

We confirm that we are in agreement with all the modifications that have been discussed between J. Chapple - AVX Ltd Tantalum Division and H. Tyler - Cabot Corporation and that we should now proceed to contract amendment.

Enclosures:    AVX proposal letter dated 14th August 2001 confirming e-mail from J. Chapple dated 10th August 2001 and letters from H. Tyler dated 6th August 2001 and 17th July 2001

_____
For AVX Myrtle Beach

CONFIDENTIAL
C(A)007132