# Exhibit #14

From: Hugh Tyler BoyertownCabot

TO: chapplej@avx-tantalum.co.uk

CC: walkerj@avx-tantalum.co.uk

Subject: Agreement
Date: 08/14/2001 04:55 PM

John,
After sending my e-mail to you today, I received your FAX (forwarded today by Jana) with Discussion Point 9 (your requested MFN wording) added. I'm OK with this. Do your thing with the Beach.

Regards and cheers!

Hugh

CONFIDENTIAL
C(A) 041997