# Exhibit #15

# In The Matter Of:

*Cabot Corporaton   v.*
*AVX Corporation and AVX Limited*

---

*Robert J. Fairey*

*July 11, 2003*

*CONFIDENTIAL*

---

*JANEY ASSOCIATES*

*Court Reporting Services*

*P.O. Box 365355*

*BOSTON, MA   02136-0003*

*(617) 364-5555     FAX: (617) 364-5550*

*Original File FAIREY.ASC, 227 Pages*
*Min-U-Script® File ID: 1777577451*

**Word Index included with this Min-U-Script®**

Case 1:04-cv-10467-RGS    Document 128-16    Filed 05/09/2008    Page 3 of 6

Cabot Corporaton  v.
AVX Corporation and AVX Limited

CONFIDENTIAL

Robert J. Fairey
July 11, 2003

1 - 227
COMMONWEALTH OF MASSACHUSETTS
Suffolk, ss.        Superior Court
Cabot Corporation,
       Plaintiff,  *    CONFIDENTIAL
- vs.-              *C.A. # 03-1235-BLS
AVX Corporation and AVX Limited  *
       Defendants.  *

DEPOSITION OF ROBERT J. FAIREY, a witness called by and
on behalf of the Plaintiff, pursuant to the provisions of the
Massachusetts Rules of Civil Procedure, before Charles E.
Janey, Jr., CVR, a Notary Public in and for the Commonwealth
of Massachusetts, at the offices of Choate, Hall and Stewart,
Exchange Place, 53 State Street, Boston, Massachusetts,
02109; on Friday, July 11, 2003, commencing at 9:45 a.m.

**Page 2**

APPEARANCES:
Brian A. Davis, Esquire, law office of Choate, Hall
and Stewart, Exchange Place, 53 State Street, Boston,
Massachusetts, 02109; on behalf of the Plaintiff.
Evan M. Slavitt, Esquire, law office of Bodoff &
Slavitt, 77 North Washington Street, Boston,
Massachusetts, 02114; on behalf of the Defendants.

**Page 3**

INDEX
DEPOSITION OF:                    Page
ROBERT J. FAIREY
  By Mr. Davis                       5
  By Mr. Davis highly confidential   31
  By Mr. Davis resume confidential   38
  By Mr. Davis highly confidential  222
EXHIBITS:                          Page
#1  (AVX, Limited Tantalum Division, Corp.,
    Structure Chart - June of 1996)  14
#2  (Letter of Intent - Seller: Cabot Buyer
    AVX Ltd, 2/1/99 - 2/28/00)      102
#3  (2/17/98 letter to J. Chapple from
    P. David and attachment)        106
#4  (2/18/98 memo to E. Chilton from
    J. Chapple and attachment)      107
#5  (4/15/96 memo to B. Young and others
    from T. Odle and attachment)    111
#6  (5/22/96 fax memo to B.C. Young from
    J. Chapple)                     126
#7  (2/18/93 fax memo to J. Chapple from
    B. Fairey and attachment)       130
#8  (12/14/94 letter to J. Chapple from
    J. Gierschick)                  148

**Page 4**

(INDEX Continued:)
EXHIBIT:                           Page
#9  (1/10/96 letter to J. Chapple from
    J. Gierschick)                  150
#10 (1/27/97 letter to J. Chapple from
    D. Persico and attachment)      152
#11 (12/29/97 letter to J. Chapple from
    J. Gierschick)                  155
#12 (11/11/98 letter to H. Tyler from
    B. Fairey and attachment)       158
#13 (11/09/99 letter to J. Chapple from
    B. Fairey)                      167
#14 (11/6/99 email to J. Chapple from B. Fairey) 170
#15 (2/10/99 email to D. Bixler from H. Tyler
    and attachment)                 174
#16 (11/7/00 email to J. Chapple from R. Fairey) 175
#17 (1/20/00 letter to J. Chapple from
    H. Tyler and attachment)        176
#18 (AVX Biddeford/Cabot File of B. Fairey
    and 7/27/00 email)              190
#19 (Email to M. Jackson from D. Byers)  196
#20 (9/1/00 email to B. Teresa from J. Gill) 203
#21 (9/5/00 letter to D. Byers from
    B. Fairey and attachment)       207
#22 (9/14/00 email to J. Chapple from R. Fairey) 222

**Page 5**

[1] **STIPULATIONS**

[3] It is hereby stipulated and agreed by
and [4] between counsel for the re-
spective parties that the [5] reading and
signing of the deposition by the [6]
witness is not waived, but that the
deposition may [7] be signed under the
pains and penalties of perjury [8] within
thirty days of receipt of the transcript.
[9] It is further stipulated and agreed that
[10] all objections, except as to the form
of the [11] questions, and motions to
strike shall be reserved [12] until the time
of hearing or trial in this matter.
[13] ROBERT J. FAIREY, having duly affir-
med [14] that his testimony would be the
truth, the whole [15] truth, and nothing
but the truth, testified as [16] follows in
answer to direct interrogatories:
[17] BY MR. DAVIS:
[18] Q: Good morning.
[19] A: Good morning.
[20] Q: Would you state your name for the
record, [21] please.
[22] A: Robert J. Fairey.
[23] Q: Where do you live, Mr. Fairey?
[24] A: In Lyman, Maine.

**Page 6**

[1] Q: Mr. Fairey, my name is Brian Davis. I
[2] represent Cabot Corporation in a
litigation with [3] AVX. I am going to ask
you a series of questions [4] here today. If
at any point in time you do not [5]
understand any of my questions, please
let me know, [6] and I will try to give you a
clearer question. Do [7] you understand?
[8] A: Yes.
[9] Q: In addition, you are going to have
to [10] verbalize your responses so that
the stenographer [11] can report them. Is
that agreeable?
[12] A: Yes.
[13] Q: And if you, at any point in time,
wish to take [14] a break, please let me
know, and I will try to [15] accommodate
you as quickly as possible. Do you [16]
understand that?
[17] A: Yes.
[18] Q: Do you have any plans to move
from your [19] current address, sir at any
point in time in the [20] near future?
[21] A: No.
[22] Q: Where are you employed?
[23] A: AVX Corporation.
[24] Q: At what AVX location?

**Page 7**

[1] A: In Biddeford, Maine.
[2] Q: What position do you hold there?
[3] A: General Manager.
[4] Q: What is the street address for the
Biddeford, [5] Maine facility?
[6] A: 401 Hill Street.
[7] Q: What is the zip code, please.
[8] A: 0404 — excuse me — 04005.
[9] Q: And how long have you worked for
AVX?
[10] A: Nineteen years.

[11] Q: Who do you report to currently?
[12] A: Don Byers.
[13] Q: What is Mr. Byer's position?
[14] A: He's Corporate Vice-President.
[15] Q: Where does he maintain his
office?
[16] A: In Myrtle Beach, South Carolina.
[17] Q: Is that sometimes known as "The
Beach" within [18] AVX?
[19] A: Yes.
[20] Q: And that is where AVX Corpor-
ation maintains [21] its headquarters?
[22] A: Yes.
[23] Q: Mr. Fairey, would you give me a
brief [24] description of your educational
background, please.

**Page 8**

[1] A: A high school degree. A bachelor of
science [2] degree in Management from
Clemson University, and a [3] Master of
Science Degree in Management from
Clemson [4] University.
[5] Q: What year did you graduate from
high school?
[6] A: 1967.
[7] Q: What high school?
[8] A: Orangeberg, South Carolina.
[9] Q: You said you got your bachelor of
science [10] where?
[11] A: At Clemson.
[12] Q: What year?
[13] A: 1972.
[14] Q: And you said you got a Master of
Science?
[15] A: Yes.
[16] Q: Also from Clemson?
[17] A: Yes.
[18] Q: What year?
[19] A: 1976.
[20] Q: Would you give me a brief des-
cription of your [21] employment history
since you got your Master's in [22] Sci-
ence Degree from Clemson.
[23] A: I worked for two years for Chem-
met [24] Incorporation in Greenville,
South Carolina; one

**Page 9**

[1] year in Greenville, one year in Cal-
ifornia.
[2] I came to AVX in 1978 to Myrtle Beach
as a [3] product marketing manager. I
worked there one [4] year. I was pro-
moted and moved to an AVX facility [5] in
western New York, where I became the
Marketing [6] Manager. And I was pro-
moted to corporate [7] headquarters,
which at that time was in Great Neck, [8]
New York, as a group marketing mana-
ger, for one [9] year. And then in 1981 I
moved back to Olean, New [10] York, as

Robert J. Fairey
July 11, 2003

**CONFIDENTIAL**

Cabot Corporaton  v.
AVX Corporation and AVX Limited

Marketing Manager.

[11] I left AVX in 1982 for six years. I worked [12] for another firm. I came back to AVX in 1988 as [13] the Marketing Manager for tantalum capacitors in [14] North America.

[15] At the end of 1990 I was transferred to the [16] U.K. I became the World-Wide Marketing Manager for [17] tantalum capacitors, working out of the Paignton [18] facility. That's in England. I worked there for [19] two years, then moved to the Biddeford Plant, then [20] became the General Manager of that facility in [21] 1993.

[22] Q: That is the position you currently hold today, [23] correct?

[24] A: Yes.

---

Page 10

[1] Q: Have your duties and responsibilities as [2] General Manager of the Biddeford Plant changed over [3] the course of your tenure there?

[4] A: No.

[5] Q: Going back over some of the information you [6] just provided. You said you worked for Chemmet for [7] two years?

[8] A: Yes.

[9] Q: What position did you hold?

[10] A: Assistant Product Manager. And then I was a [11] sales representative.

[12] Q: For what products?

[13] A: All Chemmet products.

[14] Q: What does Chemmet manufacturer?

[15] A: Ceramic capacitors and tantalum capacitors.

[16] Q: You handled both lines when you worked at [17] Chemmet?

[18] A: Yes.

[19] Q: You said that you left AVX in, I believe, 1982 [20] for about six years to work for another firm. What [21] was the other firm?

[22] A: It's now called Dresser-Rand.

[23] Q: And what did you do for Dresser-Rand?

[24] A: I was a strategic planning manager.

---

Page 11

[1] Q: When you worked for AVX from 1978 to 1982 what [2] products did you handle as Product Marketing [3] Manager?

[4] A: Ceramic capacitors of various types.

[5] Q: Not tantalum?

[6] A: Not tantalum, correct.

[7] Q: Do ceramic capacitors and tantalum capacitors [8] compete with one

another in the marketplace?

[9] A: Yes.

[10] Q: Customers can use ceramic capacitors in [11] certain applications in which they also can use [12] tantalum capacitors?

[13] A: Yes, there is an overlap.

[14] Q: You said that you returned to AVX in 1988 and [15] became Market Manager for tantalum in North [16] America?

[17] A: Yes.

[18] Q: Is that tantalum capacitors?

[19] A: Yes.

[20] Q: Does AVX use tantalum for any purpose other [21] than the manufacture of capacitors?

[22] A: No.

[23] Q: If I recall correctly, you said that you went [24] to the U.K. in 1990?

---

Page 12

[1] A: Yes.

[2] Q: And you became World-Wide Tantalum Manager?

[3] A: Marketing.

[4] Q: Marketing Manager?

[5] A: Marketing Manager.

[6] Q: For tantalum capacitors?

[7] A: Yes.

[8] Q: Who did you report to as the Marketing Manager [9] for tantalum capacitors in North America, beginning [10] in 1988?

[11] A: For Mr. Dick Rosen for a year-and-a-half, and [12] then to Marshall Jackson, who is a V.P. of [13] marketing for AVX.

[14] Q: And when you became the World-Wide Marketing [15] Manager in Paignton, to whom did you report?

[16] A: To Ernie Chilton, Executive Vice-President of [17] AVX.

[18] Q: Did you report to Mr. Chilton throughout your [19] tenure in the U.K.?

[20] A: Yes.

[21] Q: You returned to become a General Manager of [22] the Biddeford Plant in 1993. To whom did you [23] report in that capacity?

[24] A: Mr. Ernie Chilton.

---

Page 13

[1] Q: Do you still work for Mr. Chilton?

[2] A: No.

[3] Q: He is retired, is that correct?

[4] A: That's correct.

[5] Q: When did he retire?

[6] A: I don't recall the exact date, but it was [7] during the year 2000.

[8] Q: Since you took the position of General Manager [9] in the Biddeford

Plant, walk me through the people [10] to whom you have reported directly, please.

[11] A: Mr. Chilton, until either 1998 or 1999; and [12] since then, for the entire time, to Don Byers.

[13] Q: Did Mr. Byers take Mr. Chilton's position when [14] he retired?

[15] A: No.

[16] Q: So they changed the position to which you [17] reported, is that right?

[18] A: Correct. Yes.

[19] Q: When Mr. Chilton worked for AVX, where was his [20] office?

[21] A: In Paignton in England.

[22] Q: Do you know where Mr. Chilton would be found [23] today?

[24] A: Yes.

---

Page 14

[1] He maintains a home in England in a town [2] called Stoke Gabrielle. And he has a second home [3] in Portugal.

[4] Q: Does Mr. Chilton have any continuing [5] relationship with AVX, to your knowledge?

[6] A: Not to my knowledge. No.

[7] MR. DAVIS: I would ask to have this [8] marked as the first Exhibit, please.

[9] (The document above-referred to [10] was marked Deposition Exhibit [11] No. 1 for identification.)

[12] BY MR. DAVIS:

[13] Q: Mr. Fairey, you have been handed what has been [14] marked as Exhibit 1 of your deposition. Would you [15] take a look at that document for a moment and then [16] tell me, sir, if you have seen it before?

[17] MR. SLAVITT: For the purposes of this [18] question I want you to exclude any documents you [19] may have reviewed with me in preparation for today.

[20] MR. DAVIS: I do not agree with that [21] instruction. Certainly, we have been over this at [22] Mr. Tyler's deposition, and it is not my intention [23] to ask Mr. Fairey what documents you showed him for [24] purposes of preparation.

---

Page 15

[1] However, I may, on occasion, ask him when [2] he last saw a document, and if he saw it in the [3] course of preparation. I think that I am entitled [4] to know that.

[5] MR. SLAVITT: I think that what is " [6] sauce [6] for the goose is sauce for the gander". And you [7] instructed Mr. Tyler that I could not inquire as to [8] what documents Mr. Tyler reviewed with you. You [9] cannot do indirectly what I could not do directly.

[10] And so until the court resolves that [11] matter, I think I will take a parallel

**Min-U-Script®**

Cabot Corporaton  v.                        **CONFIDENTIAL**                        Robert J. Fairey
AVX Corporation and AVX Limited                                                    July 11, 2003

format. Typically, the device will be [11] encased in epoxy and have some sort of leads coming [12] out and wrapping around the body.

[13] Q: It's necessary to connect a lead in some way [14] to the MnO2, is that right?

[15] A: Yes. Between the MnO2 and the lead are layers [16] of graphite or carbon and silver.

[17] Q: Over the course of the past five years, can [18] you describe for me in relative terms the demand [19] for capacitors from AVX's Biddeford plant.

[20] A: I'd like to split that into two segments, if I [21] could.

[22] What we call our core business, which is the [23] medical and military aerospace business, and then [24] the rest of it, which includes Lucent, Tyco, and

Page 40

[1] any other commercial applications.

[2] Our core business demand is fairly [3] predictable.

[4] The medical business — the demand from our [5] medical customers increases approximately ten to [6] fifteen percent per year.

[7] The demand from our military aerospace [8] customers is relatively flat, although it has [9] increased slightly in that time period.

[10] The demand from Lucent, Tyco and other [11] commercial customers was increasing modestly until [12] sometime in late 1999, that's an estimate, [13] increased significantly through the year 2000, and [14] fell dramatically starting in early 2001.

[15] Q: When you say that the business from the [16] commercial customers increased significantly [17] through 2000, what percentage increase did you see [18] in demand from those customers?

[19] A: For the Biddeford plant, our demand increased [20] over two hundred percent.

[21] Q: Just in that short time frame?

[22] A: Yes.

[23] Q: And you say it has fallen dramatically since [24] 2001. To what extent, in percentage terms, has it

Page 41

[1] fallen from the high of 2000? And we're talking, [2] again, about your commercial customers.

[3] A: Approximately ninety-eight per-cent.

[4] Q: Has it increased at all over the course of the [5] past year?

[6] A: No.

[7] Q: Is the Biddeford plant currently profitable [8] for AVX-Biddeford?

[9] A: Yes.

[10] Q: Has that been true throughout your tenure as [11] general manager?

[12] A: Leaving aside the first year or so, yes.

[13] Q: Where does AVX-Biddeford obtain the tantalum [14] powder that it uses to manufacture tantalum [15] capacitors?

[16] MR. SLAVITT: Today?

[17] BY MR. DAVIS:

[18] Q: We'll start today.

[19] A: Today, all of the tantalum powder that we [20] require is in our inventory, so it's withdrawn from [21] inventory.

[22] Q: From where was that inventory obtained?

[23] A: Predominantly from Cabot Corporation.

[24] Q: From, say — again, you took over as general

Page 42

[1] manager of the plant at Biddeford in 1993, correct?

[2] A: Yes.

[3] Q: So you have been there almost ten years?

[4] A: Yes.

[5] Q: In that ten-year period, who have been [6] Biddeford's suppliers of tantalum powder?

[7] A: Predominantly Cabot Corporation.

[8] Q: When you say "predominantly," roughly what [9] percentage over that period of time of powder has [10] been supplied by Cabot?

[11] A: Approximately ninety-five per-cent.

[12] Q: What other suppliers of powder has Biddeford [13] used?

[14] A: H.C. Starck, S-T-A-R-C-K.

[15] Q: Anyone other than Starck and Cabot?

[16] A: No.

[17] Q: Has Biddeford ever purchased powder from [18] Ninja?

[19] A: No.

[20] Q: Did Biddeford ever purchase power from a [21] company by the name of Showa Cabot?

[22] A: Not to my knowledge.

[23] Q: Do you know where AVX's other tantalum [24] capacitor plants obtained their tantalum powder

Page 43

[1] over roughly the same tenure period?

[2] A: I know in general terms. I could not give you [3] an accurate answer per-centage-wise by plant.

[4] Q: In general terms, what do you

know?

[5] A: Generally, AVX buys tantalum powder from all [6] of the people you listed, Cabot, Starck, Ninja and [7] Showa Cabot.

[8] Q: Are there some plants that rely more heavily [9] on one powder supplier than others, aside from [10] Biddeford?

[11] A: Are we talking about today?

[12] Q: Let's talk about today first.

[13] A: It's my belief that today AVX relies [14] predominantly on Cabot Corporation for tantalum [15] powder.

[16] Q: Are there any AVX plants that in the past have [17] relied predominantly on suppliers other than Cabot [18] for tantalum powder?

[19] A: Yes.

[20] Q: Which plant?

[21] A: All of them.

[22] Q: When did the switch occur that those plants [23] relied predominantly on Cabot powders?

[24] A: Starting about the summer of 2001.

Page 44

[1] Q: Prior to the summer of 2001, who was the [2] predominant supplier of powder to AVX plants, other [3] than Biddeford?

[4] A: I'm not one hundred percent sure, but I would [5] believe that it was Starck.

[6] Q: Starck and Cabot are competitors, is that [7] right?

[8] A: Yes.

[9] Q: Is there overlap of products that they [10] produce, such that some Cabot products are [11] interchangeable or reasonably interchangeable with [12] some Starck products?

[13] A: Yes.

[14] Q: Are there Cabot products which Starck has no [15] comparable product, to your knowledge?

[16] A: Yes.

[17] Q: What Cabot products have no comparable Starck [18] products?

[19] A: The category of tantalum powders that we call [20] flake powders.

[21] Q: Any others?

[22] A: Not to my knowledge.

[23] Q: With respect to all other powder products that [24] Cabot manufactures, there is a comparable, or

Page 45

[1] roughly comparable, Starck product, is that right?

[2] A: Yes. If we're talking about tantalum, yes.

[3] Q: That's all I'm talking about. [4] Talk about the flake products for a moment.

Janey Associates (617)364-5555                    Min-U-Script®                    (9) Page 40 - Page 45

Robert J. Fairey                          CONFIDENTIAL                          Cabot Corporaton   v.
July 11, 2003                                                                   AVX Corporation and AVX Limited

[5] What's the difference between flake products and [6] non-flake tantalum powder products?

[7] MR. SLAVITT: Objection. You can answer.

[8] THE WITNESS: I don't understand all the [9] differences in Cabot's manufacturing process. The [10] use to which we put flake powders is to manufacture [11] higher-voltage rated tantalum capacitors versus [12] what Cabot tends to call nodular powders, which are [13] generally used for lower voltage designs.

[14] BY MR. DAVIS:

[15] Q: When you say higher-voltage rated tantalum [16] capacitors, what voltages are you referring to?

[17] A: Predominantly thirty-five volt and fifty volt.

[18] Q: What applications exist for thirty-five and [19] fifty-volt capacitors, to your knowledge? Let me [20] re-say that. What are the primary application for [21] the thirty-five volt and fifty-volt capacitors, to [22] your knowledge?

[23] A: Primary applications are in personal [24] computers. I'm not sure about automotive, I don't

Page 46

[1] know. But also in military and aerospace [2] applications.

[3] Q: Does AVX have competitors for its thirty-five [4] volt and fifty volt capacitor products?

[5] A: Yes.

[6] Q: Who are AVX's competitors with respect to [7] those products?

[8] A: I can answer for sure, Vishay, V-I-S-H-A-Y, [9] and Kemet.

[10] Q: Are the Vishay and Kemet products that compete [11] with AVX's products also tantalum products?

[12] A: Yes.

[13] Q: Do you know of any non-tantalum capacitor [14] products that compete with AVX's thirty-five volt [15] and fifty-volt capacitor products?

[16] A: Yes.

[17] Q: What non-tantalum products compete with those [18] products?

[19] A: Ceramic capacitors with similar or higher [20] voltage ratings.

[21] Q: Do AVX produce ceramic capacitors with [22] similar or higher voltage ratings?

[23] A: Yes.

[24] Q: If it needed to, could AVX sell those ceramic

Page 47

[1] capacitors to its customers who have need of [2] thirty-five or fifty-volt capacitor applications?

[3] MR. SLAVITT: Objection.

[4] THE WITNESS: Well, the answer is: yes, [5] we could.

[6] BY MR. DAVIS:

[7] Q: I take it from the way you answer that, that [8] there would be relative advantages and [9] disadvantages to choosing one product over the [10] other, is that right?

[11] A: That's correct.

[12] Q: And you have to weigh the relative [13] advantages — or the customer would have to weigh [14] the relative advantages or disadvantages, right?

[15] A: That's correct, yes.

[16] Q: But at the end of the day, the customer could [17] substitute those ceramic capacitors for the high- [18] voltage tantalum capacitors if it was willing to [19] make those other tradeoffs, correct?

[20] MR. SLAVITT: Objection. You can answer.

[21] THE WITNESS: Yes.

[22] BY MR. DAVIS:

[23] Q: I didn't mean to cut you off.

[24] A: The other tradeoffs would, in most cases, be

Page 48

[1] insurmountable in terms of product size. A thirty- [2] five or fifty-volt tantalum capacitor of a certain [3] capacitor value will always be much smaller than [4] its possible replacement as a ceramic capacitor.

[5] Q: By what factor?

[6] A: Fifty percent, as a rough number.

[7] Q: The AVX's customers that buy AVX's thirty-five [8] volt and fifty-volt tantalum capacitors, if AVX [9] couldn't supply those capacitors, they could, [10] however, go to Vishay or Kemet and buy their [11] substitute tantalum products, is that right?

[12] MR. SLAVITT: Objection. You can answer.

[13] THE WITNESS: Yes, to the extent that our [14] product lines overlap with Kemet and Vishay. There [15] are occasionally times when AVX or Kemet or Vishay [16] introduce a new rating that's not generally [17] available.

[18] BY MR. DAVIS:

[19] Q: All of the tantalum manufacturers have some of [20] their niches in specific products that they hope [21] don't really have competitors in the marketplace, [22] is that right?

[23] A: Yes.

[24] Q: But a lot of the products in the tantalum

Page 49

[1] capacitor marketplace compete with one another, [2] depending upon the tradeoffs that the customer is [3] willing to make in accepting one product over [4] another, is that right?

[5] MR. SLAVITT: Objection. You can answer.

[6] THE WITNESS: Yes.

[7] BY MR. DAVIS:

[8] Q: Some of the factors are in size, is that [9] right?

[10] MR. SLAVITT: Objection. You can answer.

[11] THE WITNESS: Yes.

[12] BY MR. DAVIS:

[13] Q: What are the other factors that customers [14] typically take into account, to your knowledge, in [15] determining which capacitor products to incorporate [16] in their design over another capacitor product?

[17] A: Size, product cost, and a variety of [18] electrical characteristics, such as: capacitor [19] stability with temperature and frequency; [20] equivalent series resistance, commonly referred to [21] as ESR; and leakage current, meaning the amount of [22] current that leaks out of the capacitor.

[23] Q: And the capacitor is supposed to retain [24] current.

Page 50

[1] A: Yes, that's correct.

[2] Q: It's a bad thing if the current leaks away, is [3] that right?

[4] A: Right.

[5] Q: You mentioned a moment ago that Kemet and [6] Vishay have high voltage capacitor products that [7] compete with AVX's products, correct?

[8] A: That's correct.

[9] Q: To your knowledge, does the Kemet line of [10] products that competes with AVX's high-voltage [11] products utilize flake tantalum powder?

[12] A: My belief is: yes, that they would also use [13] flake tantalum powder.

[14] Q: To your knowledge, is the Vishay product that [15] competes with AVX's product also utilized with [16] flake tantalum powder, to your knowledge?

[17] A: Yes.

[18] Q: Are you aware of any tantalum capacitor high- [19] voltage products that exist that do not utilize [20] flake powder, to your knowledge?

[21] A: There may be a clarification required. The [22] tantalum capacitors that AVX, Kemet and Vishay make [23] to which we have been referring are called solid [24] tantalum capacitors, meaning