# Exhibit #16

# In The Matter Of:

## *AVX Corporation and AVX Limited  v. Cabot Corporation*

### William Arthur Millman
### November 19, 2007

**JANEY ASSOCIATES**
*Court Reporting Services*
P.O. Box 365355
BOSTON, MA  02136-0003
(617) 364-5555    FAX: (617) 364-5550

*Original File MILLMAN.ASC, 183 Pages*
*Min-U-Script® File ID: 3679833385*

**Word Index included with this Min-U-Script®**

AVX Corporation and AVX Limited v. Cabot Corporation
Case 1:04-cv-10467-RGS   Document 128-17   Filed 05/09/2008   Page 3 of 6
William Arthur Millman
November 19, 2007

```
                    1 - 183
              UNITED STATES DISTRICT COURT
                       FOR THE
                DISTRICT OF MASSACHUSETTS
AVX CORPORATION and              *
AVX LIMITED,                     *
         Plaintiffs,             *
                                 *  Civil Action No.
     - vs. -                     *  04-10467-RGS
CABOT CORPORATION,               *
         Defendant.              *
```

DEPOSITION of AVX CORPORATION and AVX LIMITED (William Arthur Millman), a witness called by and on behalf of the Defendant, pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, before Charles E. Janey, Jr., CVR, a Notary Public in and for the Commonwealth of Massachusetts, at the offices of Brian A. Davis, Attorney at Law, CHOATE, HALL & STEWART, LLP, Two International Place, Boston, Massachusetts, 02110; on Wednesday, November 19, 2007, commencing at 1:15 p.m.

**Page 2**

APPEARANCES:
Richard A. Goren, Attorney at Law, law offices of BODOFF & ASSOCIATES, 225 Friend Street, Boston, Massachusetts, 02114, (617) 742-7300; on behalf of the Plaintiffs.
Brian A. Davis, Attorney at Law, law offices of CHOATE, HALL & STEWART, LLP, Two International Place, Boston, Massachusetts, 02110, (617) 248-5000; on behalf of the Defendant.

**Page 3**

INDEX
Deposition of:                                    Page
AVX CORPORATION and AVX LIMITED
(William Arthur Millman) (By Mr. Davis)           5
                         (By Mr. Goren)         173
                         (By Mr. Davis)         178

Exhibits:                                         Page
#1  (Notice of 30(b)(6) deposition of
     AVX Limited)                                 7
#2  (Notice of 30(b)(6) deposition of
     AVX Corporation)                             7
#3  (E-mail)                                     14
#4  (String of e-mails)                          20
#5  (Interoffice memorandum from A. Conibear
     dated 2/18/2000)                            27
#6  (Update dated 3/10/2000 (October 3, 2000))   56
#7  (Powders substitutions)                      69
#8  (Interoffice memorandum dated 9/19/2000)     76
#9  (Memorandum dated 9/27/2000 from J. Gill)    84
#10 (Technical information (tantalum and niobium)) 93
#11 (AVX product catalogue)                     104
#12 (AVX tantalum catalogue)                    117

**Page 4**

INDEX
(continued)
Exhibits:                                         Page
#13 (AVX tantalum catalogue)                    125
#14 (NIC components catalogue)                  126
#15 (AVX powder alternatives)                   130
#16 (String of e-mails)                         139
#17 (AVX slide presentation)                    145
#18 (Technical information by J. Gill)          152
#19 (List of reasonable substitutes for
     Cabot nodular and flake)                   164
#20 (Matrix)                                    171

**Page 5**

[1] **PROCEEDINGS**

[3] WILLIAM ARTHUR MILLMAN, having duly [4] affirmed that his testimony would be the truth, [5] the whole truth, and nothing but the truth, [6] testified as follows in answer to direct [7] interrogatories:

[8] BY MR. DAVIS:

[9] Q: Good morning, or good afternoon, I guess. [10] Would you state your name, please, for the record.

[11] A: Mr. William Arthur Millman.

[12] Q: Where do you live, Mr. Millman?

[13] A: At 229 Dartmouth Road, Paignton, Devon, in [14] the U.K.

[15] Q: You are employed by AVX?

[16] A: Yes, I am.

[17] Q: Which entity, AVX Corporation or AVX [18] Limited?

[19] A: AVX Limited.

[20] Q: How long have you worked for AVX Limited?

[21] A: Since 1987.

[22] Q: What position do you currently hold there?

[23] A: I am the technical and quality director of [24] AVX Tantalum Division.

**Page 6**

[1] Q: How long have you held that position?

[2] A: Five years.

[3] Q: Who is currently your direct superior in [4] that position?

[5] A: Mr. Peter Collis, Vice President of [6] Tantalum.

[7] Q: Mr. Millman, my name is Brian Davis. I am [8] the attorney for Cabot Corporation in this [9] litigation. I am going to ask you a series of [10] questions here today and if, at any point in time, [11] you do not understand my questions, please just [12] speak up and I will try to clarify. Do you [13] understand that?

[14] A: Thank you. Yes, I understand.

[15] Q: If you do respond to my question, I am going [16] to assume that you understood it. Is that fair?

[17] A: I understand.

[18] Q: I am going to ask also that you please wait [19] until my question is done before you begin to [20] respond so the stenographer can keep the [21] transcript relatively clean. Do you understand [22] that?

[23] A: I understand.

[24] Q: And again, it is not intended to be a

**Page 7**

[1] torture test. If, at any point in time, you feel [2] as though you need a break, please let me know and [3] we will try to accommodate you as soon as possible [4] thereafter. Do you understand?

[5] A: I will.

[6] Q: Are you represented by counsel here today?

[7] A: Yes, I am.

[8] Q: Mr. Goren?

[9] A: Yes.

[10] Q: And you understand that you are appearing [11] here today, Mr. Millman, as a representative of [12] AVX?

[13] A: I understand.

[14] MR. DAVIS: We will mark this as [15] Exhibit 1.

[16] (The document above-referred to [17] was marked Deposition Exhibit [18] No. 1 for Identification.)

[19] MR. DAVIS: This will be Exhibit 2.

[20] (The document above-referred to [21] was marked Deposition Exhibit [22] No. 2 for Identification.)

[23] BY MR. DAVIS:

[24] Q: Mr. Millman, you have in front of you

**Page 8**

[1] Exhibits 1 and 2, which are copies of the notices [2] of deposition that bring us here today. Have you [3] seen these documents before?

[4] A: No, I haven't.

[5] MR. DAVIS: Richard, this question may [6] be better directed to you. My understanding from [7] Joe Bodoff's e-mail correspondence dated [8] November 15 is that AVX is designating Mr. Millman [9] to testify on Categories 14 and 16 of these [10] notices of deposition.

[11] MR. GOREN: Correct.

[12] MR. DAVIS: And also, that he may have [13] information or he may respond to questions [14] concerning Categories 8, 9 and 13.

[15] MR. GOREN: Yes. Not completely so, [16] but he may be able to respond in part.

[17] MR. DAVIS: Any other categories for [18] which he is being designated?

[19] MR. GOREN: No. And that is both [20] plaintiffs, for simplicity.

[21] MR. DAVIS: That was my question. So [22] he is appearing on behalf of both AVX Corporation [23] and AVX Limited.

[24] MR. GOREN: Yes.

**Page 9**

[1] BY MR. DAVIS:

[2] Q: Mr. Millman, did you prepare for your [3] deposition here today?

[4] A: No.

[5] Q: Did you meet with counsel or anything in [6] preparation for your deposition?

[7] A: A brief discussion this morning.

[8] Q: But that was it?

[9] A: On procedure. And that was it.

[10] Q: Did you review any documents in advance of [11] your deposition here today for purposes of your [12] depo?

[13] A: No.

[14] Q: What is your business address, Mr. Millman?

[15] A: AVX Limited, Long Road, Paignton, Devon, [16] TQ46LG, United King-

William Arthur Millman
November 19, 2007
Case 1:04-cv-10467-RGS   Document 128-17   Filed 05/09/2008   Page 4 of 6
AVX Corporation and AVX Limited   v.
Cabot Corporation

dom.

[17] **Q:** You said you had been in your current [18] position about five years?

[19] **A:** Yes.

[20] **Q:** What other positions have you held at AVX [21] over time?

[22] **A:** Engineering manager, research and [23] development manager, divisional quality manager, [24] and now, director of technology and quality.

Page 10

[1] **Q:** Were all the positions in the Tantalum [2] Division of AVX?

[3] **A:** Yes, they were.

[4] **Q:** What position did you hold back in the 1999, [5] 2000 time frame?

[6] **A:** Head of research and development.

[7] **Q:** That would be R & D manager?

[8] **A:** Yes.

[9] **Q:** When did you cease being R & D manager?

[10] **A:** I didn't cease being R & D manager. I [11] incorporated the same duties into the position of [12] head of technology and quality.

[13] **Q:** Approximately when, that was about five [14] years ago?

[15] **A:** Five years ago.

[16] **Q:** So roughly, 2002?

[17] **A:** Um-hum.

[18] **Q:** When you were R & D manager, who did you [19] report to?

[20] **A:** At that time, it was to Mr. Chilton, Mr. [21] Ernest Chilton, who was then the senior vice [22] president of AVX Tantalum.

[23] **Q:** You obviously know Mr. Chilton?

[24] **A:** Very well, yes.

Page 11

[1] **Q:** Do you think he is an honest person?

[2] **A:** Yes, I do.

[3] **Q:** Do you think he was knowledgeable about [4] tantalum?

[5] **A:** Very.

[6] **Q:** Very briefly, Mr. Millman, what is your [7] educational background?

[8] **A:** I have a degree in electrical and electronic [9] engineering from the University of Southwest of [10] England, in Plymouth.

[11] **Q:** When did you obtain that degree?

[12] **A:** 1976.

[13] **Q:** Between when you graduated from that school [14] and when you first began working for AVX, what did [15] you do?

[16] **A:** I worked for a company called STC, Standard [17] Telephone and Cables Company, based in the same [18] location, same address as I gave for the AVX [19] address, working in tantalum capacitors. STC was [20] then acquired by AVX in 1987. So I've been in [21] tantalum capacitors, various aspects of tantalum [22] capacitors, since graduating from university in [23] '76.

[24] **Q:** Is that the Paignton operation?

Page 12

[1] **A:** Yes, it is.

[2] **Q:** So the Paignton operation previously was [3] owned by Standard Telephone and Cables?

[4] **A:** Yes, that's correct.

[5] **Q:** Aside from your degree in electrical and [6] electronic engineering, do you hold any other [7] degrees?

[8] **A:** No.

[9] **Q:** Are you a member of any professional [10] organizations?

[11] **A:** Yes. I'm a member of the Institute of [12] Electrical and Electronic Engineers.

[13] **Q:** Anything else?

[14] **A:** No.

[15] **Q:** And briefly, what are your duties, current [16] duties, as technical and quality director at AVX?

[17] **A:** To coordinate the quality and technical [18] policies for the division, as directed to me from [19] the vice president of the Tantalum Division.

[20] **Q:** Does R & D currently report to you?

[21] **A:** Yes, it does.

[22] **Q:** And the quality assurance operation, does [23] that report to you?

[24] **A:** Yes, that's correct.

Page 13

[1] **Q:** Any other operations that report to you?

[2] **A:** All of the operations within the Tantalum [3] Division, which includes our facility in [4] El Salvador, our facility in San Salvador, our [5] facility in the Czech Republic, and our facility [6] here in the U.S. in Biddeford, in Maine, on the [7] technology and quality side.

[8] **Q:** So you have, it is fair to say that you have [9] responsibility for overseeing technology and [10] quality operations at all of AVX's tantalum [11] facilities worldwide?

[12] **A:** That's true.

[13] **Q:** Are there any areas of operation that report [14] directly to you, aside from technology and quality?

[15] **A:** No. Those are the two functions.

[16] **Q:** Were you involved, Mr. Millman, at all in [17] the negotiation of the 2001 supply agreement [18] between Cabot and AVX?

[19] **A:** No.

[20] **MR. GOREN:** Objection. I am not sure [21] what you mean by involvement.

[22] **BY MR. DAVIS:**

[23] **Q:** Do you recall participating in any [24] negotiations of that contract?

Page 14

[1] **A:** I wasn't an active participant in any of the [2] negotiations.

[3] **Q:** When you say you were not an active [4] participant, does that mean you were present when [5] some negotiations took place?

[6] **A:** I was present during some negotiations at [7] certain periods.

[8] **MR. DAVIS:** Let's mark this, please, [9] as Exhibit 3.

[10] (The document above-referred to [11] was marked Deposition Exhibit [12] No. 3 for Identification.)

[13] **BY MR. DAVIS:**

[14] **Q:** Mr. Millman, you have Exhibit 3. Let's take [15] a moment and read it, and tell me, please, when [16] you are done.

[17] **A:** Thank you.

[18] (Pause.)

[19] **MR. GOREN:** Would it assist your [20] record if you refer to Bates numbers because there [21] have been so many deposition Exhibits?

[22] **MR. DAVIS:** What I propose doing is [23] just labeling these all as "Millman Exhibit 1,"

[24] "Millman Exhibit 2," "Millman Exhibit 3."

Page 15

[1] **MR. GOREN:** Okay.

[2] **MR. DAVIS:** That is the way I usually [3] do it.

[4] **MR. GOREN:** That is fine.

[5] **MR. DAVIS:** That is simple. I would [6] hate to have to pronounce all of the, go through [7] all the Bates numbers.

[8] **BY MR. DAVIS:**

[9] **Q:** Have you had a chance to review it?

[10] **A:** Yes, I have.

[11] **Q:** Do you recall receiving this e-mail from Mr. [12] Odle back in around October of 2000?

[13] **A:** No, I don't recall it.

[14] **Q:** Do you recall why it was that Mr. Odle was [15] communicating with you at that point in time about [16] the potential contract between Cabot and AVX?

[17] **A:** I can only speculate.

[18] **Q:** I do not want you to speculate, but

be used as [6] replacements for C-275 in part?

[7] **A:** The older designs in the commodity range of [8] our capacitors.

[9] **Q:** Approximately what percentage of the total [10] C-275 usage by AVX could be replaced with other [11] products?

[12] **A:** Again, this is my best recollection. I [13] would say somewhere in the order of forty percent.

[14] **Q:** Precisely what products did AVX find or use [15] as replacements for C-275 in those instances?

[16] **A:** Sorry. Could you ask the question again?

[17] **Q:** Certainly. You mentioned that AVX found [18] some products that could be used as replacements [19] for C-275 in approximately forty percent of the [20] applications. What were the specific products [21] that AVX found that could be used as replacements [22] for C-275 in those applications?

[23] **A:** Including in those are the ones that are [24] marked above, FTW-170, STA18, and H-175. That's a

Page 41

[1] Starck material made here in Newton, or was made [2] here in Newton. Those are the three prime [3] materials.

[4] **Q:** Those were all nodular powders, correct?

[5] **A:** Correct.

[6] **Q:** How long had AVX had its replacement program [7] under way as of February, 2000?

[8] **A:** I really can't recall.

[9] **Q:** How long did the program continue?

[10] **A:** Ever since.

[11] **Q:** Is it fair to say that AVX is constantly [12] looking for replacements for existing products [13] that it is using?

[14] **A:** That's correct.

[15] **Q:** Is that simply because it makes sense for [16] AVX to always have a backup for any particular [17] powder, either nodular or flake powder product [18] that it is using?

[19] **A:** Or issues of quality, performance. You [20] note, under "Issues," one of the issues we have is [21] crush because the material was exhibiting low [22] crush strength. Then after various meetings with [23] the supplier, if they're not able to address [24] specific issues, such as low CV or low crush, and

Page 42

[1] we don't see a way forward, then we will look at [2] alternate materials.

[3] **Q:** Does AVX currently have or is AVX currently [4] aware of replacements for C-255 powder, aside from [5] the Ninja product, FTW-170, and the Starck [6] product, STA18KM?

[7] **A:** Yes, there are other materials.

[8] **Q:** What are the other materials?

[9] **A:** FTP200, NH175. There are other materials, [10] but I cannot recall them at this moment.

[11] **Q:** Do you recall who the manufacturers of the [12] other materials are?

[13] **A:** Again, typically, it would be H. C. Starck [14] and Ninja.

[15] **Q:** When did FTP200 first become available, if [16] you know?

[17] **A:** This is only now just becoming available.

[18] **Q:** How about NH175?

[19] **A:** I believe we were sampled that in 2001, [20] 2002.

[21] **Q:** And you think that there are other [22] replacements, as well, is that right?

[23] **A:** Potential replacements. Materials of a [24] similar category in terms of seventeen thousand CV

Page 43

[1] per gram, eighteen thousand CV per gram that would [2] be possibly candidates for substitution.

[3] **Q:** Do you regard — before I go there, let me [4] ask you, are you aware of other replacements for [5] C-275, aside from the FTW-170 and STA18KM [6] products?

[7] **A:** There were various unique materials which [8] were never commercialized that we were sampled by [9] our other suppliers as a potential substitute. [10] Some of these were purely developmental materials, [11] which never subsequently became commercialized, [12] all of which failed.

[13] **Q:** Now, do you regard Cabot's flake powders as [14] unique?

[15] **A:** Yes, I do.

[16] **Q:** What is it that makes them unique?

[17] **A:** Being able to achieve a high CV at high [18] voltage and its ability to provide low ESR and [19] high surge resistance.

[20] **Q:** Now, when you say high CV, you mean CV per [21] gram?

[22] **A:** Yes, I do.

[23] **Q:** What is CV per gram?

[24] **A:** It's the surface area per unit gram, per

Page 44

[1] unit weight of the tantalum, and that is then [2] directly proportional to capacitance.

[3] **Q:** Which means what, for laypeople?

[4] **A:** The ability of the capacitor to hold charge, [5] a level of charge.

[6] **Q:** And you said that one of the things that [7] makes flake powder unique is the high CV per gram [8] at high voltages?

[9] **A:** Yes.

[10] **Q:** I note, however, that on Page 2 of Exhibit [11] 5, one of the issues why AVX wanted to replace [12] C-275 was low CV per gram, do you see that?

[13] **A:** Yes.

[14] **Q:** So in fact, C-275 had a lower CV per gram [15] than you desired, is that right?

[16] **A:** That's correct.

[17] **Q:** And high voltage, meaning twenty-five-volt [18] or higher applications?

[19] **A:** Correct.

[20] **Q:** And again, low ESR means low leakage of [21] voltage from the product?

[22] **A:** No, not leakage. That's another parameter. [23] The capacitor is used to be able to transfer power [24] usefully to other parts of the circuit, so it,

Page 45

[1] itself, mustn't lose energy. It mustn't be [2] resistive, it mustn't take up energy. And so our [3] customers are looking for very high efficiencies [4] because they must make their product smaller, [5] typically. And the flake material allowed us to [6] achieve high capacitance in our standard package [7] sizes with the low ESR characteristic, which [8] meant, in power circuits, their efficiency was [9] increased.

[10] **Q:** So lower ESR really is a function or [11] measures the efficiency of transferring power?

[12] **A:** That's a fair statement.

[13] **Q:** And then high surge resistance, what does [14] that mean?

[15] **A:** Typically, these parts would be used in [16] automotive applications or in high reliability [17] applications, where they can be subjected to power [18] surges, and it's their ability to withstand that [19] surge of power and not fail. It's particularly [20] true of automotive, where the regulation of the [21] input power is very poor, so you see big [22] variations in the available power source, and that [23] feeds through to the capacitor.

[24] **Q:** In layman's terms, it is the resistance to

Page 46

[1] being fried?

[2] **A:** That's a fair statement.

[3] **Q:** Now, is it possible to produce capacitors [4] with high CV per gram and high voltage without [5] using flake powder?

[6] **A:** It's not possible to produce the same, in [7] the same package, the same

capacitance with the [8] same characteristic without flake powder.

[9] Q: My question is a little bit different.

[10] A: Okay.

[11] Q: Is it possible to produce a capacitor with [12] high CV per gram for high voltage applications [13] without using flake tantalum?

[14] A: There are specific codes, there are specific [15] part numbers, that it's impossible to make the [16] same product performance, the capacitance, ESR, [17] physical size, surge resistance, surge robustness, [18] without flake.

[19] Q: But if the user is willing to go with a [20] different size, for example, it is possible to [21] produce a component with the same high CV per gram [22] for high voltage applications without using flake [23] powder, is that right?

[24] A: No. These parts were typically in the

Page 47

[1] largest case size products that we build, so they [2] would typically have to use more parts, not larger [3] parts. So they would have to use two pieces, for [4] example, rather than the piece that they may be [5] using today, which would necessitate a complete [6] re-layout of the circuit board and, on their part, [7] a major reapproval.

[8] Q: For example, let's talk about applications [9] for AVX components that use flake tantalum.

[10] A: Okay.

[11] Q: I think you mentioned a little while ago [12] that some of the applications include computer [13] servers?

[14] A: Yes.

[15] Q: Is that right?

[16] A: Yes.

[17] Q: And if AVX were to stop shipping component [18] products that contained flake tantalum, would the [19] production of all computer servers forever grind [20] to a halt?

[21] A: I think I need clarification of that [22] question.

[23] Q: Is it your understanding that it is not [24] possible for manufacturers of computer servers to

Page 48

[1] produce a computer server product without use of [2] AVX's flake tantalum-based components?

[3] A: At the time that we're referring to, many of [4] those products were unique to AVX and without the [5] AVX product, they would have had to have made [6] major redesigns in order to achieve the same [7] performance.

[8] Q: But redesigns were possible?

[9] A: Everything is possible.

[10] Q: So it would have been possible, for example, [11] for a customer of AVX that was using AVX's [12] flake-based tantalum components to redesign his [13] products so that it no longer used AVX's [14] flake-based tantalum components but still [15] delivered the same performance to the [16] manufacturer's customers?

[17] A: With great difficulty, yes.

[18] Q: When you say with great difficulty, meaning [19] that they would have had to redesign some of their [20] products, is that right?

[21] A: Not just redesign. These customers also [22] have obligations to their customers in terms of [23] contractual obligations and respective reliability [24] of systems. So typically, the customer would

Page 49

[1] design a part in, assure themselves of the [2] performance, go through their own qualification [3] procedures, and they are often mandated by their [4] customers not to make any major changes in design [5] without informing the customer and getting their [6] approval.

[7] Q: But that would have been possible? It would [8] have been possible for those customers of AVX to [9] go to their customers, get those approvals, [10] redesign their products so that they could still [11] meet the customer's requirements without using [12] AVX's flake-based products, correct?

[13] A: Not in the time scales — all of those, yes, [14] all of those are possible, but they would take [15] lengthy time periods.

[16] Q: How long?

[17] A: Upwards of a year.

[18] Q: Have you ever heard the term, "design out?"

[19] A: Yes.

[20] Q: Design out, if I have got it correct, means [21] manufacturers of electronic products, that they [22] can decide to exclude certain types of components [23] in their products if they wish to?

[24] A: Correct.

Page 50

[1] Q: You have heard the term "design out" in the [2] context of tantalum components, correct?

[3] A: Yes, I have.

[4] Q: In fact, one of the phenomena in the [5] industry is that when tantalum components become [6] expensive or scarce, relatively, that [7] manufacturers of electronic components will begin [8] to design them out of their products?

[9] A: That is correct.

[10] Q: So over time, for example, a manufacturer of [11] a product that uses AVX flake-based tantalum [12] products could revise its design so that it would [13] design out AVX's flake-based tantalum components [14] if the manufacturer wished to do that?

[15] A: The key term there is over time.

[16] Q: And you said upwards of a year?

[17] A: Yes.

[18] Q: Could it be done in less time?

[19] A: Yes, it could, if it was an emergency.

[20] Q: Has AVX ever had instances where it has not [21] been able to provide its customers with a [22] particular component that has required the [23] customers to reconfigure their designs?

[24] A: I wouldn't be aware of that situation.

Page 51

[1] Q: Are there other types of products, aside [2] from tantalum components, that can provide high [3] capacitance or high voltage applications?

[4] A: Not in the same form factor. What I mean by [5] that is surface maintable. That's the technique [6] for putting the capacitor on the board, attaching [7] it to the circuit, and not in the same form [8] factor, something as small and as reliable.

[9] Q: A form factor is something that the [10] manufacturer takes into account in designing the [11] product, correct?

[12] A: Correct.

[13] Q: So, for example, a manufacturer that is [14] using a tantalum-based component could, if it [15] wished to, over time, design out that component to [16] incorporate, for example, an aluminum-based [17] component, if it wished to do so and make the [18] necessary tradeoffs?

[19] A: Correct.

[20] Q: So, for example, tantalum in the market, [21] tantalum-based components, tantalum-based [22] capacitors compete with different types of [23] components made of other materials, correct?

[24] A: Correct.

Page 52

[1] Q: For example, aluminum is one material out of [2] which capacitors can be manufactured, correct?

[3] A: Correct. But it's less suitable for the [4] customer's assembly techniques, which is soldering [5] the part to the board, and also the configuration. [6] Often, many of the customers' circuit boards [7] require a limitation to the height of the board, [8] and many of the competing technologies, such as [9] aluminum, such as plastic film, which have [10] electrical characteristics the