# Exhibit #17

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION<br>and AVX LIMITED,<br><br>    Plaintiffs,<br>v.<br><br>CABOT CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 04-10467-RGS |

## DEFENDANT CABOT CORPORATION'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' INTERROGATORIES 12 AND 13

Defendant Cabot Corporation ("Cabot") hereby supplements its response to plaintiffs AVX Corporation and AVX Limited's (collectively, "AVX") First Set Of Interrogatories to Cabot Corporation (each an "Interrogatory" and, collectively, the "AVX Interrogatories"). These supplemental responses incorporate all the objections set forth in Cabot's Responses to AVX's First Set of Interrogatories, served on December 20, 2006.

### General Objections

In the interest of brevity, Cabot incorporates by reference its General Objections to AVX's Interrogatories as if fully restated herein.

### Specific Supplemental Responses And Objections

Subject to the foregoing General Objections, each of which is hereby incorporated by reference into each of the following responses, Cabot supplements its prior responses to specific AVX Interrogatories as follows:

Request No. 12:

If Cabot contends that flake powder and nodular powder are not separate products for the purposes of § 1 of the Sherman Act, state:

a) The identity of all documents concerning contention;

b) The basis for such contention;

c) The identify of all persons with knowledge concerning (i) the differences or similarities of flake and nodular powder or (ii) the basis for such contention.

Response:

Cabot objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, impermissibly vague, and calls for a legal conclusion. Subject to the foregoing specific and general objections, and without waiving or in any way compromising the same, Cabot states that many tantalum powders, including flake and nodular, are interchangeable depending upon the desired characteristics of the final product. Accordingly, Cabot believes that flake powder and nodular powders are not properly regarded as "separate products" for the purposes of Section 1 of the Sherman Act. Cabot further answers that it has prepared a chart, attached hereto as Exhibit A, which describes the specific competing products that Cabot believes, within the ranges identified, reasonably could be used as substitutes for the tantalum nodular powder products produced by Cabot at its Boyertown, Pennsylvania facility from 1996 to the present. Documents that support this chart and Cabot's responses to this interrogatory can be found at Bates Nos. C(A)000001 to C(A)000723; C(A)001005 to C(A)002524; C(A)028000 to C(A)030566; C(AII)072512 to C(AII)073889; C(AII)075289 to C(AII)084927; C(FED) 94793-95275; C(FED)93664-93665.

Request No. 13:

If Cabot contends that it does not have market power in the market for flake powder, state:

a) The identity of all documents concerning contention;

b) The basis for such contention;

c) The identify of all persons with knowledge concerning (i) the differences or similarities of flake and nodular powder or (ii) the basis for such contention.

Response:

Cabot objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, impermissibly vague, and calls for a legal conclusion. Subject to the foregoing specific and general objections, and without waiving or in any way compromising the same, Cabot states that many tantalum powders, including flake and nodular, are interchangeable

depending upon the desired characteristics of the final product. Accordingly, Cabot believes that it does not have "market power" with respect to flake powder for the purposes of Section 1 of the Sherman Act. Cabot further answers that it has prepared a chart, attached hereto as <u>Exhibit A</u>, which describes the specific competing products that Cabot believes, within the ranges identified, reasonably could be used as substitutes for the tantalum flake powder products produced by Cabot at its Boyertown, Pennsylvania facility from 1996 to the present. Documents that support this chart and Cabot's responses to this interrogatory can be found at Bates Nos. C(A)000001 to C(A)000723; C(A)001005 to C(A)002524; C(A)028000 to C(A)030566; C(AII)072512 to C(AII)073889; C(AII)075289 to C(AII)084927; C(FED) 94793-95275; C(FED)93664-93665.

                                  As to objections,

                                  */s/ Robert S. Frank, Jr.*
                                  Robert S. Frank, Jr. (BBO No. 177240)
                                  Brian A. Davis (BBO No. 546462)
                                  Julie C. Rising (BBO No. 666950)
                                  CHOATE, HALL & STEWART LLP
                                  Two International Place
                                  Boston, Massachusetts 02110
                                  Tele: 617-248-5000

Date: October 30, 2007

4263013.1

## Verification

I, Eduardo E. Cordeiro, state under the penalties of perjury that: I am Vice President and General Manager of the Cabot Supermetals Division of defendant Cabot Corporation; I have read the foregoing supplemental responses to the AVX Interrogatories and know the contents thereof; that said responses were prepared with the assistance and advice of counsel; the responses set forth herein, subject to inadvertent or undiscovered errors, are based on and therefore necessarily limited by the records and information still in existence, collected and thus far discovered in the course of preparation of these responses; that I reserve the right to make any changes in the responses if it appears at any time that omissions or errors have been made therein or that more accurate information is available; that, subject to the limitations set forth herein, these responses are true to the best of my knowledge, information and belief.

Signed under the penalties of perjury on this 29 day of October, 2007.

_____
Eduardo E. Cordeiro

## CERTIFICATE OF SERVICE

    I, Julie C. Rising, hereby certify that on this 30th day of October, 2007, I caused to be served a true and correct copy of the foregoing Cabot Corporation's Objections And Responses To Plaintiffs' First Set Of Interrogatories on the counsel of record for AVX Corporation and AVX Limited at the address and in the manner indicated below:

| | |
|---|---|
| Richard A. Goren, Esq. | [x] U.S. Mail |
| BODOFF & ASSOCIATES | [x] Electronic Mail |
| 225 Friend Street, 7th Floor | [ ] Overnight Delivery |
| Boston, MA 02114-1812 | [ ] Hand Delivery |

_____
Julie C. Rising

4263013.1

# LIST OF REASONABLE SUBSTITUTES FOR CABOT NODULAR AND FLAKE POWDERS
## 1996-PRESENT
(By Manufacturer And Product ID Number)

| CV Range (KCV/g) | Cabot Boyertown | Showa Cabot/ Cabot Japan | Starck Goslar | Starck Newton | Starck Japan | Starck Thailand | Ningxia |
|---|---|---|---|---|---|---|---|
| 100 to 150 | | S-10<br>S-12<br>S-15 | STA-100KA<br>STA-120KA<br>STA-150KA | | VFI-100K<br>STA-100KA<br>VFI-100KT<br>STA-120KA<br>VFI-150<br>STA-150KA | TTS-100K | |
| 70 to 80 | CS-706 | S-700<br>S-706<br>S-805<br>S-806 | | | VFI-70K<br>VFI-70KD<br>VFI-70KF<br>VFI-80K | TTS-70K<br>TTS-70KM | FTW-700<br>FTW-800 |
| 50 to 70 | CS-506<br>C-606<br>C-706 | S-500<br>S-506<br>S-506N | | NA-50K<br>NA-70K | VFI-50K<br>VFI-50KF<br>VFI-51K | TTS-50K<br>TTS-50KM | FTW-500 |
| 20 to 40 | C-250<br>C-300<br>C-310<br>C-350<br>C-410<br>C-415<br>C-497<br>C-500<br>C-506<br>C-515 | S-200<br>S-241<br>S-300<br>S-305<br>S-306<br>S-400<br>S-402<br>S-405<br>S-406<br>DCUH-11N<br>DCUH-12<br>DCUH-14 | STA-23K<br>STA-30K<br>STA-30KD<br>STA-40K<br>STA-40KD | NH-230<br>NH-230KD<br>NA-30K<br>NA-30KN<br>NA-40K | VFI-23K<br>VFI-29K<br>VFI-30K<br>VFI-30KD<br>VFI-30KF<br>VFI-40K<br>VFI-40KD | TTS-23R<br>TTS-30R<br>TTS-40R | FTW-230<br>FTW-300<br>FTW-400 |
| Less than 20 | C-110<br>C-112<br>C-120 | S-180<br>S-181<br>S-187<br>S-200<br>S-208<br>DCUH-6<br>DCUH-7<br>DCUH-7DXB<br>DCUH-8<br>DCUH-8W<br>DCUH-10<br>DCUH-10N | STA-18KT | SGVR-3<br>SGVR-3B<br>ZRD<br>NH-175 (SGZR)<br>NH-176 (SGZR) | VFI-10K<br>VFI-12K<br>VFI-18KT | TTS-17R<br>TTS-18KT | FTW-93<br>FTW-100<br>FTW-170<br>FTW-175<br>FTW-200 |
| Less than 10/EB | M-93<br>T-5D<br>T-11<br>TU-4A<br>TU-4D<br>TU-5A<br>Y-11<br>W-PDRS | DCTH-M<br>DCTH-T<br>DCTH-ST<br>DCTH-S<br>DCTL<br>DCTUL | 660<br>690-E<br>690-S<br>900HC | QR-3<br>QR-3F<br>QR-5<br>QR-7<br>QR-12 | | | |
| Flake | C-255<br>C-275 | | STA-18KT | NH-230<br>NH-230KD<br>NH-175 (SGZR) | VFI-29K<br>VFI-30K<br>VFI-30KF | TTS-30R | FTW-170<br>FTW-300 |