# Exhibit #19

**Su..., Terrence**

| | |
|---|---|
| From: | COLLIS Peter [AVXTANT/AVXTANTPGN/COLLISP] |
| Sent: | Tuesday, December 05, 2000 12:49 PM |
| To: | Gilbertson John Myrtle Beach |
| Subject: | Notes for Showa Cabot discussions |

John

These are the notes I have given John Chapple for the Showa Cabot meeting on December 7th.

📄 jw0443waDiscussionPoints.

Regards    Peter

# SHOWA - DISCUSSION POINTS

1. Tonnage provided by them currently 5 ton (4t of S506 and 1t of S700).
   Offer so far 3.5t for 2001.
   Target: get up to 5t.

2. KTAF - available if tonnage offered - approx. 9ton/month yielded to S506 overall - 37% (so say Cabot) = 3330 kg nett.

3. Scrap in KTAF prices
   1) Product yield
   2) Non recoverable losses
   3) 3B scrap (valued as ore)
   4) HR scrap good but not OK for electronic grade - used for EB feed
      (How do we handle? Could be bonus for Showa if not careful.)
      a) Give KTAF to them FOC (preferred option)
      b) Sell to them (Cabot confidentiality clause?)
   1000 lb KTAF = 460 lb Ta
   80% yield = 368 lb Ta
   scrap bal = 632 (92 lb Ta) 90% of Ta recoverable = 82 lb Ta
      basic production = 368 lb
      recoverable     =  82 lb
                        450 lb (45% total yield potential)

4. Showa K salt conversion charge: $126.00/lb = $277.00/kg
   K salt:        $185.00/lb = @ 30% yield = $1359.50/kg
   Worst case:    $1636.50/kg ($742.20/lb)
   Current cost:  $570.00/kg  (+187%)

5. Would they make S300?

5. Maximum price agreement on powders (not KTAF)
   S506    $1140.00/kg    (100%)
   S700    $1500.00/kg    (100%)

**From:** COLLIS Peter
**Sent:** Wed, 07 Feb 2001 14:46:41 GMT
**To:** 'Gilbertson John Myrtle Beach'
**CC:** 'Jackson Marshall'
**BCC:**
**Subject:** NNMS ( Chinese supply) powder pricing.

---

Mr Gilbertson

John Chapple will meet with NNMS to discuss Q1/FY02 powder and wire deliveries and prices - agenda attached. The best intelligence is that prices will increase an additional 30% from NNMS and 25% form Starck. this brings NNMS pricing upto $1450 / kg, compared with the Cabot $ 1102/kg.
NNMS supply 4.5 Tonnes of our 7.5 Tonnes of high voltage powder.
The starck group have already indicated they can not give more powder than the Q4 11.5 Tonnes and that supply is still very tight.
Our stocks are down to 16 Tonnes about 3 weeks supply.
If the Starck 25% and the NNMS 30% are correct, then the additional Q1 over Q4 powder cost will be $11m plus the $5m for the special Starck purchase. This give a first pass estimate of Q1 WW pre-tax at $67m on sales of $225m. This assumes the master plan sales pricing holds.
We obviously need to discuss this to give John Chapple clear guidelines for his meeting, If we want to maintain the large case volume then we have little room to manoeuvre.

Regards

Peter

EXHIBIT 189

# NNMS AGENDA

1. Deliveries for next 3 months

    Propose:

    |  | April | May | June |
    |---|---|---|---|
    | FTW170 | 3500kg | 3500kg | 3500kg |
    | FTW300 | 1000kg | 1000kg | 1000kg |
    | 0.24 wire | 600kg | 600kg | 600kg |
    | 0.19 wire | 200kg | 200kg | 200kg |

2. Prices for next 3 months (they could be looking for +30%)

    Current prices:
    | | |
    |---|---|
    | FTW170 | $1120.00/kg |
    | FTW300 | $1150.00/kg |
    | FTW400 | $1250.00/kg |
    | 0.24 wire | $1350.00/kg |
    | 0.19 wire | $1350.00/kg |

3. Scrap deliveries / prices for April - June. Will reflect powder price increase.

4. Customer service issues:

    - poor delivery performance
    - lack of information
    - furnace hardware

C:\Backup\Word\jw0466 NNMSAgendaMar01.doc
Created on 02/06/01 4:35