# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION and AVX LIMITED )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CABOT CORPORATION, )<br>)<br>Defendant. )<br>) | C.A. No. 04-10467-RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly enter the withdrawal of my appearance as one of the counsel of record for the defendant, Cabot Corporation, in the above-captioned matter.

                                                    Respectfully submitted,

                                                    /s/ Terrence M. Schwab
                                                    Terrence M. Schwab (BBO No. 650793)
                                                    Tarlow, Breed, Hart, & Rodgers, P.C.
                                                    101 Huntington Avenue, Suite 500
                                                    Prudential Center
                                                    Boston, MA  02199
                                                    Telephone (617) 218-2000
                                                    Facsimile (617) 261-7673

Dated: May 15, 2008

## CERTIFICATE OF SERVICE

     I, Terrence M. Schwab, hereby certify that on this 15th day of May, 2008, I caused an electronic copy of the foregoing Notice of Withdrawal of Appearance, to be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) in the above-captioned matter using the CM/ECF system.

                                                          /s/ Terrence M. Schwab
                                                          Terrence M. Schwab