UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AVX CORPORATION<br>and AVX LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 04-10467-RGS |
| v. | ) ) | |
| CABOT CORPORATION, | ) ) ) | *Leave granted June  , 2008* |
| Defendant. | ) ) ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to L.R. 7.1(B)(3) Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") hereby request leave to file a four-page reply in Support of AVX's April 9, 2008 Motion for Partial Summary Judgment. The proposed reply is attached as Exhibit A. The defendant Cabot Corporation does not oppose the allowance of this motion.

        AVX CORPORATION
        and AVX LIMITED ,

        By their attorneys,


        */s/ Richard A. Goren*
        Joseph S.U. Bodoff (BBO No. 549116)
        Richard A. Goren (BBO No. 203700)
        Ryan D. Sullivan (BBO No. 660696)
        Bodoff & Associates, P.C.
        225 Friend Street
        Boston, MA 02114
        (617) 742-7300

Dated: May 27, 2008

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for the plaintiffs, AVX Corporation and AVX Limited has conferred with counsel for defendant Cabot Corporation regarding the foregoing Motion for leave to file a Reply in Support of AVX's Motion for Partial Summary Judgment and the Motion is unopposed.

*/s/ Richard A. Goren*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on May 27, 2008 .

*/s/ Richard A. Goren*