UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AVX CORPORATION <br> and AVX LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CABOT CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-10467-RGS <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT CABOT CORPORATION'S MOTION FOR
LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF
ITS MOTION TO STRIKE AVX'S FURTHER SUPPLEMENTAL
RESPONSES TO CABOT'S FIRST SET OF INTERROGATORIES**

Pursuant to Local Rule 7.1(B)(3), Defendant Cabot Corporation ("Cabot") respectfully requests that the Court grant it leave to file a nine-page Reply Memorandum in Support of Defendant's Motion for Summary Judgment. In support of this Motion, Cabot states:

1.  On April 23, 2008, Cabot moved to strike Plaintiff AVX Corporation and AVX Limited's (collectively, "AVX") Supplemental Responses to Cabot's First Set of Interrogatories (Doc. No. 124) ("Motion to Strike"), served more than four months after the close of discovery. Cabot's Motion to Strike currently is scheduled for a hearing by the Court on June 4, 2008.

2.  On May 7, 2008, AVX filed its Opposition to Cabot's Motion to Strike (Doc. No. 125) ("AVX's Opposition"). The AVX Opposition recites a number of new alleged facts and arguments not addressed in the Motion to Strike. Cabot believes it would be helpful to the Court for those additional facts and arguments to be addressed in a short Reply Memorandum.

3.	AVX's Opposition is also deficient in various important respects, and fails to properly address the legal issues relevant to Cabot's Motion to Strike. Cabot believes it would be helpful to the Court for those failings to be identified and briefly discussed in a short Reply Memorandum.

4.	Pursuant to Local Rule 7.1(A)(2), counsel for Cabot contacted counsel for AVX by telephone on May 27, 2008 to determine whether AVX would oppose this Motion for Leave. AVX first stated it would not oppose the Motion for Leave, then later retracted that statement. AVX now refuses to take a position as to whether it assents to, or opposes, this Motion for Leave.

WHEREFORE, Cabot respectfully requests that its Motion for Leave to file a Reply Memorandum in Support of its Motion to Strike AVX's Supplemental Responses to Cabot's First Set of Interrogatories be allowed.

Respectfully submitted,

CABOT CORPORATION

By its attorneys,

*/s/ Brian A. Davis*
Robert S. Frank, Jr. (BBO No. 177240)
	(rfrank@choate.com)
Brian A. Davis (BBO No. 546462)
	(bad@choate.com)
Julie C. Rising (BBO No. 666950)
	(jrising@choate.com)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5000
Fax: 617-248-4000

Date:  May 28, 2008

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on May 28, 2008.

                                              */s/ Julie C. Rising*
                                              Julie C. Rising

4334265v1