# TAB B

作成日付 : 2001/01/31

2001 年 01 月度タンタル売上集計表（その他/輸出）
(出荷日範囲 : 2001/01/01 ~ 2001/01/31)

Customer / Product / QTY / $/kg / ¥/kg / (un,..../&) / ... / VAT / ... / Comments

| 商社 | ユーザー | グレード | 部門 | 数量(kg) | 単価($/kg) | 単価(¥/kg) | 金額(¥) | 口銭率(%) | 口銭(¥) | 本体価格(¥) | 消費税(¥) | 売掛金(¥) | INV. NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KEMET | KEMET | S-506 | CN-3 | 1,300.000 | 726.00 | 76,230.00 | 99,099,000 | 0.000 | | 99,099,000 | 0 | 99,099,000 | 01-4258 | 01/11/10 |
| KEMET | KEMET | S-506 | CN-3 | 1,300.000 | 726.00 | 76,230.00 | 99,099,000 | 0.000 | | 99,099,000 | 0 | 99,099,000 | 01-4259 | 01/25/10 |
| KEMET | KEMET | S-506 | CN-3 | 1,000.000 | 726.00 | 76,230.00 | 76,230,000 | 0.000 | | 76,230,000 | 0 | 76,230,000 | 01-4260 | 01/30/10 |
| KEMET | KEMET | S-506 | CN-3 | 1,300.000 | 726.00 | 76,230.00 | 99,099,000 | 0.000 | | 99,099,000 | 0 | 99,099,000 | 01-4262 | 01/31/10 |
| KEMET | KEMET | S-506 | CN-3 | 1,000.000 | 726.00 | 76,230.00 | 76,230,000 | 0.000 | | 76,230,000 | 0 | 76,230,000 | 01-4263 | 01/31/10 |
| | | ST | | 5,900.000 | | | 449,757,000 | | | 449,757,000 | 0 | 449,757,000 | | |
| KEMET | KEMET | S-705 | CN-3 | 300.000 | 849.20 | 89,166.00 | 26,749,800 | 0.000 | | 26,749,800 | 0 | 26,749,800 | 01-4261 | 01/29/10 |
| KEMET | KEMET | S-805 | CN-3 | 100.000 | 880.00 | 92,400.00 | 9,240,000 | 0.000 | | 9,240,000 | 0 | 9,240,000 | 01-4257 | 01/10/10 |
| | ST | | | 6,300.000 | | | 485,746,800 | | | 485,746,800 | 0 | 485,746,800 | | |
| SDE | AVX /UK | S-506 | CN-3 | 500.000 | 702.00 | 73,710.00 | 36,855,000 | 2.500 | 921,375 | 35,933,625 | 0 | 35,933,625 | 01-1347 | 01/18/10 |
| SDE | AVX /UK | S-506 | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1348 | 01/22/10 |
| SDE | AVX /UK | S-506 | CN-3 | 1,200.000 | 702.00 | 73,710.00 | 88,452,000 | 2.500 | 2,211,300 | 86,240,700 | 0 | 86,240,700 | 01-1349 | 01/26/10 |
| SDE | AVX /UK | S-506 | CN-3 | 1,000.000 | 570.00 | 64,866.00 | 64,866,000 | 3.000 | 1,945,980 | 62,920,020 | 0 | -62,920,020 | 00-1343 | 01/31/10 |
| SDE | AVX /UK | S-506 | CN-3 | -1,000.000 | 570.00 | 64,866.00 | -64,866,000 | 3.000 | -1,945,980 | -62,920,020 | 0 | 77,890,410 | 00-1343A | 01/31/11 |
| SDE | AVX /UK | S-506 | CN-3 | 1,000.000 | 702.00 | 79,887.60 | 79,887,600 | 2.500 | 1,997,190 | 77,890,410 | 0 | -62,920,020 | 00-1344 | 01/31/10 |
| SDE | AVX /UK | S-506 | CN-3 | -1,000.000 | 570.00 | 64,866.00 | -64,866,000 | 3.000 | -1,945,980 | -62,920,020 | 0 | 77,890,410 | 00-1344A | 01/31/11 |
| SDE | AVX /UK | S-506 | CN-3 | 1,000.000 | 702.00 | 79,887.60 | 79,887,600 | 2.500 | 1,997,190 | 77,890,410 | 0 | -31,460,010 | 00-1345 | 01/31/10 |
| SDE | AVX /UK | S-506 | CN-3 | -500.000 | 702.00 | 64,866.00 | -32,433,000 | 3.000 | -972,990 | -31,460,010 | 0 | 38,945,205 | 00-1345A | 01/31/11 |
| SDE | AVX /UK | S-506 | CN-3 | 500.000 | 702.00 | 79,887.60 | 39,943,800 | 2.500 | 998,595 | 38,945,205 | 0 | 231,467,550 | | |
| | | ST | | 2,700.000 | | | 236,571,000 | | 5,103,450 | 231,467,550 | 0 | | | |
| SDE | AVX /UK | S-506K | CN-3 | 1,200.000 | 702.00 | 73,710.00 | 88,452,000 | 2.500 | 2,211,300 | 86,240,700 | 0 | 86,240,700 | 01-1350 | 01/31/10 |
| SDE | AVX /UK | S-506K | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1351 | 01/31/10 |
| SDE | AVX /UK | S-506K | CN-3 | 1,100.000 | 702.00 | 73,710.00 | 81,081,000 | 2.500 | 2,027,025 | 79,053,975 | 0 | 79,053,975 | 01-1352 | 01/31/10 |
| | | ST | | 3,300.000 | | | 243,243,000 | | 6,081,075 | 237,161,925 | 0 | 237,161,925 | | |
| SDE | AVX /UK | S-700 | CN-3 | 500.000 | 785.00 | 82,425.00 | 41,212,500 | 2.500 | 1,030,313 | 40,182,187 | 0 | 40,182,187 | 01-1346 | 01/12/10 |
| SDE | AVX /UK | S-700 | CN-3 | -450.000 | 650.00 | 73,970.00 | -33,286,500 | 3.000 | -998,595 | -32,287,905 | 0 | -32,287,905 | 00-1341 | 01/31/10 |
| SDE | AVX /UK | S-700 | CN-3 | 450.000 | 785.00 | 89,333.00 | 40,199,850 | 2.500 | 1,004,996 | 39,194,854 | 0 | 39,194,854 | 00-1341A | 01/31/11 |
| | | ST | | 500.000 | | | 48,125,850 | | 1,036,714 | 47,089,136 | 0 | 47,089,136 | | |
| | ST | | | 6,500.000 | | | 527,939,850 | | 12,221,239 | 515,718,611 | 0 | 515,718,611 | | |
| SDE | EPCOS | S-402 | CN-3 | 500.000 | 0.00 | 69,569.00 | 34,784,500 | 2.500 | 869,613 | 33,914,887 | 0 | 33,914,887 | 01-2259 | 01/09 |
| SDE | EPCOS | S-406 | CN-3 | 500.000 | 0.00 | 69,569.00 | 34,784,500 | 2.500 | 869,613 | 33,914,887 | 0 | 33,914,887 | 01-2261 | 01/12 |
| SDE | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 69,569.00 | 41,741,400 | 2.500 | 1,043,535 | 40,697,865 | 0 | 40,697,865 | 01-2262 | 01/18 |
| SDE | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 69,569.00 | 41,741,400 | 2.500 | 1,043,535 | 40,697,865 | 0 | 40,697,865 | 01-2263 | 01/23 |
| SDE | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 69,569.00 | 41,741,400 | 2.500 | 1,043,535 | 40,697,865 | 0 | 40,697,865 | 01-2264 | 01/26 |
| SDE | EPCOS | S-406 | CN-3 | 650.000 | 0.00 | 69,569.00 | 45,219,850 | 2.500 | 1,130,496 | 44,089,354 | 0 | 44,089,354 | 01-2265 | 01/31 |
| | | ST | | 2,950.000 | | | 205,228,550 | | 5,130,714 | 200,097,836 | 0 | 200,097,836 | | |
| SDE | EPCOS | S-506 | CN-3 | 50.000 | 0.00 | 74,241.00 | 3,712,050 | 2.500 | 92,801 | 3,619,249 | 0 | 3,619,249 | 01-2260 | 01/09 |
| | ST | | | 3,500.000 | | | 243,725,100 | | 6,093,128 | 237,631,972 | 0 | 237,631,972 | | |
| | | 総合計 | CN-3 | 16,300.000 | | | ************ | | 18,314,367 | ************ | 0 | ************ | | |
| | | | | 16,300.000 | | | ************ | | 18,314,367 | ************ | 0 | ************ | | |

1,259,411,750    1,239,097,383    1,239,097,383

C(FED)096862
HIGHLY CONFIDENTIAL



2001 年 02 月度タンタル売上集計表（その他/輸出）

(出荷日範囲 : 2001/02/01 ～ 2001/02/28)

| 商社1 | ユーザー | グレード | 部門 | 数量(kg) | 単価($/kg) | 単価(¥/kg) | 金額(¥) | 口銭率(%) | 口銭(¥) | 本体価格(¥) | 消費税(¥) | 売掛金(¥) | INV.NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KEMET | S-400 | CN-3 | 100.000 | 662.20 | 69,531.00 | 6,953,100 | 0.000 | 0 | 6,953,100 | 0 | 6,953,100 | 01-4266 | 02/07(10日 |
| | KEMET | S-506 | CN-3 | 1,200.000 | 726.00 | 76,230.00 | 91,476,000 | 0.000 | 0 | 91,476,000 | 0 | 91,476,000 | 01-4264 | 02/07(10日 |
| | KEMET | S-506 | CN-3 | 1,200.000 | 726.00 | 76,230.00 | 91,476,000 | 0.000 | 0 | 91,476,000 | 0 | 91,476,000 | 01-4267 | 02/19(10日 |
| | KEMET | S-506 | CN-3 | 1,110.000 | 726.00 | 76,230.00 | 84,615,300 | 0.000 | 0 | 84,615,300 | 0 | 84,615,300 | 01-4270 | 02/27(10日 |
| | KEMET | S-506 | CN-3 | 1,000.000 | 726.00 | 76,230.00 | 76,230,000 | 0.000 | 0 | 76,230,000 | 0 | 76,230,000 | 01-4271 | 02/28(10日 |
| | | ST | | 4,510.000 | | | 343,797,300 | | | 343,797,300 | | 343,797,300 | | |
| | KEMET | S-705 | CN-3 | 200.000 | 849.20 | 89,166.00 | 17,833,200 | 0.000 | 0 | 17,833,200 | 0 | 17,833,200 | 01-4268 | 02/26(10日 |
| | KEMET | S-706 | CN-3 | 100.000 | 849.20 | 89,166.00 | 8,916,600 | 0.000 | 0 | 8,916,600 | 0 | 8,916,600 | 01-4265 | 02/07(10日 |
| | KEMET | S-805 | CN-3 | 100.000 | 880.00 | 92,400.00 | 9,240,000 | 0.000 | 0 | 9,240,000 | 0 | 9,240,000 | 01-4269 | 02/28(10日 |
| ST | | | | 5,010.000 | | | 386,740,200 | | | 386,740,200 | 0 | 386,740,200 | | |
| S D E | AVX /UK | S-406 | CN-3 | 15.000 | 702.00 | 73,710.00 | 1,105,650 | 2.500 | 27,641 | 1,078,009 | 0 | 1,078,009 | 01-1355 | 02/09(10日 |
| S D E | AVX /UK | S-506 | CN-3 | 1,200.000 | 702.00 | 73,710.00 | 88,452,000 | 2.500 | 2,211,300 | 86,240,700 | 0 | 86,240,700 | 01-1358 | 02/23(10日 |
| S D E | AVX /UK | S-505 | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1359 | 02/28(10日 |
| | | ST | | 2,200.000 | | | 162,162,000 | | 4,054,050 | 158,107,950 | | 158,107,950 | | |
| S D E | AVX /UK | S-506K | CN-3 | 1,200.000 | 702.00 | 73,710.00 | 88,452,000 | 2.500 | 2,211,300 | 86,240,700 | 0 | 86,240,700 | 01-1354 | 02/09(10日 |
| S D E | AVX /UK | S-506K | CN-3 | 1,300.000 | 702.00 | 73,710.00 | 95,823,000 | 2.500 | 2,395,575 | 93,427,425 | 0 | 93,427,425 | 01-1356 | 02/14(10日 |
| S D E | AVX /UK | S-506K | CN-3 | 900.000 | 702.00 | 73,710.00 | 66,339,000 | 2.500 | 1,658,475 | 64,680,525 | 0 | 64,680,525 | 01-1357 | 02/15(10日 |
| S D E | AVX /UK | S-506K | CN-3 | -1,100.000 | 702.00 | 73,710.00 | -81,081,000 | 2.500 | -2,027,025 | -79,053,975 | 0 | -79,053,975 | 01-1352-1 | 02/28(10日 |
| S D E | AVX /UK | S-506K | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1352-2 | 02/28(10日 |
| | | ST | | 3,300.000 | | | 243,243,000 | | 6,081,075 | 237,161,925 | | 237,161,925 | | |
| S D E | AVX /UK | S-700 | CN-3 | 500.000 | 785.00 | 82,425.00 | 41,212,500 | 2.500 | 1,030,313 | 40,182,187 | 0 | 40,182,187 | 01-1353 | 02/06(10日 |
| ST | | | | 6,015.000 | | | 447,723,150 | | 11,193,079 | 436,530,071 | | 436,530,071 | | |
| S D E | EPCOS | S-402 | CN-3 | 500.000 | 69,569.00 | | 34,784,500 | 2.500 | 869,613 | 33,914,887 | 0 | 33,914,887 | 01-2272 | 02/28 |
| S D E | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 69,569.00 | 41,741,400 | 2.500 | 1,043,535 | 40,697,865 | 0 | 40,697,865 | 01-2266 | 02/08 |
| S D E | EPCOS | S-406 | CN-3 | 500.000 | 0.00 | 69,569.00 | 34,784,500 | 2.500 | 869,613 | 33,914,887 | 0 | 33,914,887 | 01-2267 | 02/13 |
| S D E | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 69,569.00 | 41,741,400 | 2.500 | 1,043,535 | 40,697,865 | 0 | 40,697,865 | 01-2269 | 02/20 |
| S D E | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 69,569.00 | 41,741,400 | 2.500 | 1,043,535 | 40,697,865 | 0 | 40,697,865 | 01-2270 | 02/23 |
| S D E | EPCOS | S-406 | CN-3 | 650.000 | 0.00 | 69,569.00 | 45,219,850 | 2.500 | 1,130,496 | 44,089,354 | 0 | 44,089,354 | 01-2271 | 02/28 |
| | | ST | | 2,950.000 | | | 205,228,550 | | 5,130,714 | 200,097,836 | | 200,097,836 | | |
| S D E | EPCOS | S-506 | CN-3 | 50.000 | 0.00 | 74,241.00 | 3,712,050 | 2.500 | 92,801 | 3,619,249 | 0 | 3,619,249 | 01-2268 | 02/13 |
| ST | | | | 3,500.000 | | | 243,725,100 | | 6,093,128 | 237,631,972 | | 237,631,972 | | |
| | | 総合計 | CN-3 | 14,525.000 | | | ************ | | 17,286,207 | ************ | 0 | ************ | | |
| | | | | 14,525.000 | | | ************ | | 17,286,207 | ************ | 0 | ************ | | |
| | | | | | | | 1,078,188,450 | | | 1,060,902,243 | | 1,060,902,243 | | |

C(FED)096863
HIGHLY CONFIDENTIAL

作成日付 : 2001/03/30

2001 年 03 月度タンタル売上集計表（その他/輸出）

(出荷日範囲 : 2001/03/01 ～ 2001/03/31)

| 商社1 | ユーザー | グレード | 部門 | 数量(kg) | 単価($/kg) | 単価(¥/kg) | 金額(¥) | 口銭率(%) | 口銭(¥) | 本体価格(¥) | 消費税(¥) | 売掛金(¥) | INV.NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KEMET | S-506 | CN-3 | 1,000.000 | 726.00 | 76,230.00 | 76,230,000 | 0.000 | | 76,230,000 | 0 | 76,230,000 | 01-4272 | 03/05{10 |
| | KEMET | S-506 | CN-3 | 1,000.000 | 726.00 | 76,230.00 | 76,230,000 | 0.000 | | 76,230,000 | 0 | 76,230,000 | 01-4273 | 03/15{10 |
| | KEMET | S-506 | CN-3 | 1,000.000 | 726.00 | 76,230.00 | 76,230,000 | 0.000 | | 76,230,000 | 0 | 76,230,000 | 01-4274 | 03/16{10 |
| | KEMET | S-506 | CN-3 | 1,100.000 | 726.00 | 76,230.00 | 83,853,000 | 0.000 | | 83,853,000 | 0 | 83,853,000 | 01-4275 | 03/19{10 |
| | KEMET | S-506 | CN-3 | 1,000.000 | 726.00 | 76,230.00 | 76,230,000 | 0.000 | | 76,230,000 | 0 | 76,230,000 | 01-4276 | 03/21{10 |
| | KEMET | S-506 | CN-3 | 1,010.000 | 726.00 | 76,230.00 | 76,992,300 | 0.000 | | 76,992,300 | 0 | 76,992,300 | 01-4277 | 03/23{10 |
| | KEMET | S-506 | CN-3 | 1,000.000 | 726.00 | 76,230.00 | 76,230,000 | 0.000 | | 76,230,000 | 0 | 76,230,000 | 01-4278 | 03/31{10 |
| | | ST | | 7,110.000 | | | 541,995,300 | | | 541,995,300 | 0 | 541,995,300 | | |
| ST | | | | 7,110.000 | | | 541,995,300 | | | 541,995,300 | 0 | 541,995,300 | | |
| SDE | AVX /UK | S-506 | CN-3 | 700.000 | 702.00 | 73,710.00 | 51,597,000 | 2.500 | 1,289,925 | 50,307,075 | 0 | 50,307,075 | 01-1365 | 03/13{10 |
| SDE | AVX /UK | S-506 | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1366 | 03/19{10 |
| SDE | AVX /UK | S-506 | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1367 | 03/22{10 |
| SDE | AVX /UK | S-506 | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1368 | 03/27{10 |
| SDE | AVX /UK | S-506 | CN-3 | 1,300.000 | 702.00 | 73,710.00 | 95,823,000 | 2.500 | 2,395,575 | 93,427,425 | 0 | 93,427,425 | 01-1369 | 03/31{10 |
| | | ST | | 5,000.000 | | | 368,550,000 | | 9,213,750 | 359,336,250 | 0 | 359,336,250 | | |
| SDE | AVX /UK | S-506K | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1360 | 03/06{10 |
| SDE | AVX /UK | S-506K | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1362 | 03/07{10 |
| SDE | AVX /UK | S-506K | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1363 | 03/09{10 |
| SDE | AVX /UK | S-506K | CN-3 | 300.000 | 702.00 | 73,710.00 | 22,113,000 | 2.500 | 552,825 | 21,560,175 | 0 | 21,560,175 | 01-1364 | 03/13{10 |
| | | ST | | 3,300.000 | | | 243,243,000 | | 6,081,075 | 237,161,925 | 0 | 237,161,925 | | |
| SDE | AVX /UK | S-700 | CN-3 | 500.000 | 785.00 | 82,425.00 | 41,212,500 | 2.500 | 1,030,313 | 40,182,187 | 0 | 40,182,187 | 01-1361 | 03/06{10 |
| ST | | | | 8,800.000 | | | 653,005,500 | | 16,325,138 | 636,680,362 | 0 | 636,680,362 | | |
| SDE | EPCOS | S-402 | CN-3 | 500.000 | 0.00 | 69,569.00 | 34,784,500 | 2.500 | 869,613 | 33,914,887 | 0 | 33,914,887 | 01-2277 | 03/31 |
| SDE | EPCOS | S-406 | CN-3 | 500.000 | 0.00 | 69,569.00 | 34,784,500 | 2.500 | 869,613 | 33,914,887 | 0 | 33,914,887 | 01-2273 | 03/06 |
| SDE | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 69,569.00 | 41,741,400 | 2.500 | 1,043,535 | 40,697,865 | 0 | 40,697,865 | 01-2275 | 03/15 |
| SDE | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 69,569.00 | 41,741,400 | 2.500 | 1,043,535 | 40,697,865 | 0 | 40,697,865 | 01-2276 | 03/21 |
| SDE | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 69,569.00 | 41,741,400 | 2.500 | 1,043,535 | 40,697,865 | 0 | 40,697,865 | 01-2278 | 03/31 |
| SDE | EPCOS | S-406 | CN-3 | 650.000 | 0.00 | 69,569.00 | 45,219,850 | 2.500 | 1,130,496 | 44,089,354 | 0 | 44,089,354 | 01-2279 | 03/31 |
| | | ST | | 2,950.000 | | | 205,228,550 | | 5,130,714 | 200,097,836 | 0 | 200,097,836 | | |
| SDE | EPCOS | S-506 | CN-3 | 50.000 | 0.00 | 74,241.00 | 3,712,050 | 2.500 | 92,801 | 3,619,249 | 0 | 3,619,249 | 01-2274 | 03/09 |
| ST | | | | 3,500.000 | | | 243,725,100 | | 6,093,128 | 237,631,972 | 0 | 237,631,972 | | |
| | | 総合計 | CN-3 | 19,410.000 | | | ************ | | 22,418,266 | ************ | 0 | ************ | | |
| | | | | 19,410.000 | | | 1,438,725,900 | | 22,418,266 | 1,416,307,634 | | 1,416,307,634 | | | |

C(FED)096864
HIGHLY CONFIDENTIAL

作成日付 : 2001/05/01

2001 年 04 月度タンタル売上集計表(その他/輸出)

(出荷日範囲 : 2001/04/01 ~ 2001/04/30)

| 商社1 | ユーザー | グレード | 部門 | 数量(kg) | 単価($/kg) | 単価(¥/kg) | 金額(¥) | 口銭率(%) | 口銭(¥) | 本体価格(¥) | 消費税(¥) | 売掛金(¥) | INV.NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KEMET | KEMET | S-400 | CN-3 | 450.000 | 836.00 | 87,780.00 | 39,501,000 | 0.000 | 0 | 39,501,000 | 0 | 39,501,000 | 01-4287 | 04/26 (105.1 |
| | KEMET | S-506 | CN-3 | 1,200.000 | 897.60 | 94,248.00 | 113,097,600 | 0.000 | 0 | 113,097,600 | 0 | 113,097,600 | 01-4279 | 04/09 (105.1 |
| | KEMET | S-506 | CN-3 | 1,000.000 | 897.60 | 94,248.00 | 94,248,000 | 0.000 | 0 | 94,248,000 | 0 | 94,248,000 | 01-4280 | 04/11 (105.1 |
| | KEMET | S-506 | CN-3 | 1,000.000 | 897.60 | 94,248.00 | 94,248,000 | 0.000 | 0 | 94,248,000 | 0 | 94,248,000 | 01-4281 | 04/13 (105.1 |
| | KEMET | S-506 | CN-3 | 1,000.000 | 897.60 | 94,248.00 | 94,248,000 | 0.000 | 0 | 94,248,000 | 0 | 94,248,000 | 01-4282 | 04/16 (105.1 |
| | KEMET | S-506 | CN-3 | 1,000.000 | 897.60 | 94,248.00 | 94,248,000 | 0.000 | 0 | 94,248,000 | 0 | 94,248,000 | 01-4284 | 04/20 (105.1 |
| | KEMET | S-506 | CN-3 | 540.000 | 897.60 | 94,248.00 | 50,893,920 | 0.000 | 0 | 50,893,920 | 0 | 50,893,920 | 01-4285A | 04/23 (105.1 |
| | KEMET | S-505 | CN-3 | 470.000 | 726.00 | 76,230.00 | 35,828,100 | 0.000 | 0 | 35,828,100 | 0 | 35,828,100 | 01-4285B | 04/24 (105.1 |
| | KEMET | S-505 | CN-3 | 700.000 | 726.00 | 76,230.00 | 53,361,000 | 0.000 | 0 | 53,361,000 | 0 | 53,361,000 | 01-4286 | 04/24 (105.1 |
| ST | | ST | | 6,910.000 | | | 630,172,620 | | 0 | 630,172,620 | 0 | 630,172,620 | | |
| ET | KEMET | S-805 | CN-3 | 200.000 | 1,089.00 | 114,345.00 | 22,869,000 | 0.000 | 0 | 22,869,000 | 0 | 22,869,000 | 01-4283 | 04/18 (105.1 |
| MET | KEMET | S-805 | CN-3 | 400.000 | 1,089.00 | 114,345.00 | 45,738,000 | 0.000 | 0 | 45,738,000 | 0 | 45,738,000 | 01-4288 | 04/26 (105.1 |
| ST | | ST | | 7,760.000 | | | 715,411,620 | | 0 | 715,411,620 | 0 | 715,411,620 | | |
| S D E | AVX /UK | S-506 | CN-3 | 600.000 | 702.00 | 73,710.00 | 44,226,000 | 2.500 | 1,105,650 | 43,120,350 | 0 | 43,120,350 | 01-1371 | 04/13 (105.1 |
| S D E | AVX /UK | S-506K | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1370 | 04/04 (105.1 |
| S D E | AVX /UK | S-506K | CN-3 | 400.000 | 702.00 | 73,710.00 | 29,484,000 | 2.500 | 737,100 | 28,746,900 | 0 | 28,746,900 | 01-1372 | 04/13 (105.1 |
| S D E | AVX /UK | S-506K | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1373 | 04/18 (105.1 |
| S D E | AVX /UK | S-506K | CN-3 | 600.000 | 702.00 | 73,710.00 | 44,226,000 | 2.500 | 1,105,650 | 43,120,350 | 0 | 43,120,350 | 01-1374 | 04/30 (105.1 |
| | | ST | | 3,600.000 | | | 221,130,000 | | 5,528,250 | 215,601,750 | 0 | 215,601,750 | | |
| S D E | | ST | | 3,600.000 | | | 265,356,000 | | 6,633,900 | 258,722,100 | 0 | 258,722,100 | | |
| S D E | EPCOS | S-402 | CN-3 | 500.000 | 0.00 | 95,000.00 | 47,500,000 | 2.500 | 1,187,500 | 46,312,500 | 0 | 46,312,500 | 01-2283 | 04/19 |
| S D E | EPCOS | S-406 | CN-3 | 500.000 | 0.00 | 95,000.00 | 47,500,000 | 2.500 | 1,187,500 | 46,312,500 | 0 | 46,312,500 | 01-2280 | 04/06 |
| S D E | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 95,000.00 | 57,000,000 | 2.500 | 1,425,000 | 55,575,000 | 0 | 55,575,000 | 01-2282 | 04/16 |
| S D E | EPCOS | S-406 | CA-3 | 600.000 | 0.00 | 95,000.00 | 57,000,000 | 2.500 | 1,425,000 | 55,575,000 | 0 | 55,575,000 | 01-2284 | 04/24 |
| S D E | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 95,000.00 | 57,000,000 | 2.500 | 1,425,000 | 55,575,000 | 0 | 55,575,000 | 01-2285A | 04/30 |
| S D E | EPCOS | S-406 | CN-3 | 650.000 | 0.00 | 95,000.00 | 61,750,000 | 2.500 | 1,543,750 | 60,206,250 | 0 | 60,206,250 | 01-2285B | 04/30 |
| | | ST | | 2,950.000 | | | 280,250,000 | | 7,006,250 | 273,243,750 | 0 | 273,243,750 | | |
| E | EPCOS | S-506 | CN-3 | 50.000 | 0.00 | 100,000.00 | 5,000,000 | 2.500 | 125,000 | 4,875,000 | 0 | 4,875,000 | 01-2281 | 04/06 |
| | | ST | | 3,500.000 | | | 332,750,000 | | 8,318,750 | 324,431,250 | 0 | 324,431,250 | | |
| | | 総合計 | CN-3 | 14,860.000 | | | ************ | | 14,952,650 | ************ | 0 | ************ | | |
| | | | | 14,860.000 | | | ************ | | 14,952,650 | ************ | 0 | ************ | | |
| | | | | | | | 1,313,517,620 | | | 1,298,564,970 | | 1,298,564,970 | | |

C(FED)096865
HIGHLY CONFIDENTIAL

作成日付 : 2001/06/30

2001 年 05 月度タンタル売上集計表（その他/輸出）

(出荷日範囲 : 2001/05/01 ～ 2001/05/31)

| 商社1 | ユーザー | グレード | 部門 | 数量(kg) | 単価($/kg) | 金額(¥) | 口銭率(%) | 口銭(¥) | 本体価格(¥) | 消費税(¥) | 売掛金(¥) | INV.NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KEMET | KEMET | S-506 | CN-3 | 1,300.000 | 897.60 | 122,522,400 | 0.000 | 0 | 122,522,400 | 0 | 122,522,400 | 01-4290 | 05/09 (105.0 |
| KEMET | KEMET | S-506 | CN-3 | 1,000.000 | 897.60 | 94,248,000 | 0.000 | 0 | 94,248,000 | 0 | 94,248,000 | 01-4291 | 05/11 (105.0 |
| KEMET | KEMET | S-506 | CN-3 | 1,000.000 | 897.60 | 94,248,000 | 0.000 | 0 | 94,248,000 | 0 | 94,248,000 | 01-4292 | 05/14 (105.0 |
| | | ST | | 3,300.000 | | 311,018,400 | | 0 | 311,018,400 | 0 | 311,018,400 | | |
| KEMET | KEMET | S-706 | CN-3 | 600.000 | 1,045.00 | 65,835,000 | 0.000 | 0 | 65,835,000 | 0 | 65,835,000 | 01-4293 | 05/15 (105.0 |
| | | ST | | 3,900.000 | | 376,853,400 | | 0 | 376,853,400 | 0 | 376,853,400 | | |
| SDE | AVX /UK | S-506K | CN-3 | 1,400.000 | 702.00 | 103,194,000 | 2.500 | 2,579,850 | 100,614,150 | 0 | 100,614,150 | 01-1375 | 05/19 (105.0 |
| SDE | AVX /UK | S-506K | CN-3 | 1,000.000 | 702.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1376 | 05/22 (105.0 |
| SDE | AVX /UK | S-506K | CN-3 | 600.000 | 702.00 | 44,226,000 | 2.500 | 1,105,650 | 43,120,350 | 0 | 43,120,350 | 01-1377 | 05/31 (105.0 |
| | | ST | | 3,000.000 | | 221,130,000 | | 5,528,250 | 215,601,750 | 0 | 215,601,750 | | |
| SDE | EPCOS | S-402 | CN-3 | 500.000 | 95,000.00 | 47,500,000 | 2.500 | 1,187,500 | 46,312,500 | 0 | 46,312,500 | 01-2289 | 05/18 |
| SDE | EPCOS | S-406 | CN-3 | 1,000.000 | 95,000.00 | 95,000,000 | 2.500 | 2,375,000 | 92,625,000 | 0 | 92,625,000 | 01-2286 | 05/11 |
| SDE | EPCOS | S-406 | CN-3 | 600.000 | 95,000.00 | 57,000,000 | 2.500 | 1,425,000 | 55,575,000 | 0 | 55,575,000 | 02-2287 | 05/18 |
| SDE | EPCOS | S-406 | CN-3 | 1,350.000 | 95,000.00 | 128,250,000 | 2.500 | 3,206,250 | 125,043,750 | 0 | 125,043,750 | 01-2290 | 05/30 |
| SDE | EPCOS | S-406 | CN-3 | 597.500 | 95,000.00 | 56,762,500 | 2.500 | 1,419,063 | 55,343,437 | 0 | 55,343,437 | 01-2282B | 05/31 |
| SDE | EPCOS | S-406 | CN-3 | -600.000 | 95,000.00 | -57,000,000 | 2.500 | -1,425,000 | -55,575,000 | 0 | -55,575,000 | 01-2282A | 05/31 |
| | | ST | | 2,947.500 | | 280,012,500 | | 7,000,313 | 273,012,187 | | 273,012,187 | | |
| SDE | EPCOS | S-506 | CN-3 | 50.000 | 100,000.00 | 5,000,000 | 2.500 | 125,000 | 4,875,000 | 0 | 4,875,000 | 01-2288 | 05/18 |
| | | ST | | 3,497.500 | | 332,512,500 | | 8,312,813 | 324,199,687 | 0 | 324,199,687 | | |
| | | 総合計 | CN-3 | 10,397.500 | | 930,495,900 | | 13,841,063 | 916,654,837 | 0 | 916,654,837 | | |
| | | | | 10,397.500 | | 930,495,900 | | 13,841,063 | 916,654,837 | 0 | 916,654,837 | | |

C(FED)096866
HIGHLY CONFIDENTIAL

2001 年 06 月度タンタル売上集計表（その他/輸出）

(出荷日範囲 : 2001/06/01 ～ 2001/06/30)

| 商社1 | ユーザー | グレード | 部門 | 数量(kg) | 単価($/kg) | 単価(¥/kg) | 金額(¥) | 口銭率(%) | 口銭(¥) | 本体価格(¥) | 消費税(¥) | 売掛金 | INV.NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KEMET | KEMET | S-400 | CN-3 | 700.000 | 836.00 | 87,780.00 | 61,446,000 | 0.000 | 0 | 61,446,000 | 0 | 61,446,000 | 01-4295 | 06/11 (105.1 |
| KEMET | KEMET | S-506 | CN-3 | 1,000.000 | 897.60 | 94,248.00 | 94,248,000 | 0.000 | 0 | 94,248,000 | 0 | 94,248,000 | 01-4294 | 06/08 (105.1 |
| KEMET | KEMET | S-506 | CN-3 | 795.000 | 897.60 | 94,248.00 | 74,927,160 | 0.000 | 0 | 74,927,160 | 0 | 74,927,160 | 01-4296 | 06/12 (105.1 |
|  |  | ST |  | 1,795.000 |  |  | 169,175,160 |  | 0 | 169,175,160 | 0 | 169,175,160 |  |  |
| KEMET | KEMET | S-706 | CN-3 | 755.000 | 1,045.00 | 109,725.00 | 82,842,375 | 0.000 | 0 | 82,842,375 | 0 | 82,842,375 | 01-4297 | 06/20 (105.( |
|  | ST |  |  | 3,250.000 |  |  | 313,463,535 |  | 0 | 313,463,535 | 0 | 313,463,535 |  |  |
| SDE | AVX/UK | S-187 | CN-3 | 5.000 | 930.00 | 97,650.00 | 488,250 | 0.000 |  | 488,250 | 0 | 488,250 | 01-1381 | 06/21 (105.( |
| SDE | AVX/UK | S-300 | CN-3 | 50.000 | 840.00 | 88,200.00 | 4,410,000 | 2.500 | 110,250 | 4,299,750 | 0 | 4,299,750 | 01-1379 | 06/14 (105.( |
| SDE | AVX/UK | S-402 | CN-3 | 2.000 | 840.00 | 88,200.00 | 176,400 | 0.000 |  | 176,400 | 0 | 176,400 | 01-1381 | 06/21 (105.( |
| SDE | AVX/UK | S-505 | CN-3 | 2.000 | 870.00 | 91,350.00 | 182,700 | 0.000 |  | 182,700 | 0 | 182,700 | 01-1381 | 06/21 (105.( |
| SDE | AVX/UK | S-506K | CN-3 | 400.000 | 702.00 | 73,710.00 | 29,484,000 | 2.500 | 737,100 | 28,746,900 | 0 | 28,746,900 | 01-1378 | 06/06 (105.( |
| SDE | AVX/UK | S-506K | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1380 | 06/15 (105.( |
| SDE | AVX/UK | S-506K | CN-3 | 1,000.000 | 702.00 | 73,710.00 | 73,710,000 | 2.500 | 1,842,750 | 71,867,250 | 0 | 71,867,250 | 01-1382 | 06/29 (105.( |
| SDE | AVX/UK | S-506K | CN-3 | 600.000 | 702.00 | 73,710.00 | 44,226,000 | 2.500 | 1,105,650 | 43,120,350 | 0 | 43,120,350 | 01-1383 | 06/22 (105.( |
|  |  | ST |  | 3,000.000 |  |  | 221,130,000 |  | 5,528,250 | 215,601,750 | 0 | 215,601,750 |  |  |
| SDE | AVX/UK | S-705 | CN-3 | 2.000 | 970.00 | 101,850.00 | 203,700 | 0.000 |  | 203,700 | 0 | 203,700 | 01-1381 | 06/21 (105.( |
| SDE | AVX/UK | S-805 | CN-3 | 2.000 | 1,025.00 | 107,625.00 | 215,250 | 0.000 |  | 215,250 | 0 | 215,250 | 01-1381 | 06/21 (105.( |
|  |  | ST |  | 3,063.000 |  |  | 226,806,300 |  | 5,638,500 | 221,167,800 | 0 | 221,167,800 |  |  |
| SDE | EPCOS | S-402 | CN-3 | 500.000 | 0.00 | 95,000.00 | 47,500,000 | 2.500 | 1,187,500 | 46,312,500 | 0 | 46,312,500 | 01-2292 | 06/07 |
| SDE | EPCOS | S-402 | CN-3 | 500.000 | 0.00 | 95,000.00 | 47,500,000 | 2.500 | 1,187,500 | 46,312,500 | 0 | 46,312,500 | 01-2297 | 06/26 |
|  |  | ST |  | 1,000.000 |  |  | 95,000,000 |  | 2,375,000 | 92,625,000 | 0 | 92,625,000 |  |  |
| SDE | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 95,000.00 | 57,000,000 | 2.500 | 1,425,000 | 55,575,000 | 0 | 55,575,000 | 01-2291 | 06/07 |
| SDE | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 95,000.00 | 57,000,000 | 2.500 | 1,425,000 | 55,575,000 | 0 | 55,575,000 | 01-2294 | 06/12 |
| SDE | EPCOS | S-406 | CN-3 | 600.000 | 0.00 | 95,000.00 | 57,000,000 | 2.500 | 1,425,000 | 55,575,000 | 0 | 55,575,000 | 01-2295 | 06/15 |
| SDE | EPCOS | S-406 | CN-3 | 650.000 | 0.00 | 95,000.00 | 61,750,000 | 2.500 | 1,543,750 | 60,206,250 | 0 | 60,206,250 | 01-2296 | 06/22 |
|  |  | ST |  | 2,450.000 |  |  | 232,750,000 |  | 5,818,750 | 226,931,250 | 0 | 226,931,250 |  |  |
| SDE | EPCOS | S-506 | CN-3 | 50.000 | 0.00 | 100,000.00 | 5,000,000 | 2.500 | 125,000 | 4,875,000 | 0 | 4,875,000 | 01-2293 | 06/07 |
|  | ST |  |  | 3,500.000 |  |  | 332,750,000 |  | 8,318,750 | 324,431,250 | 0 | 324,431,250 |  |  |
|  |  | 総合計 | CN-3 | 9,813.000 |  |  | 873,019,835 |  | 13,957,250 | 859,062,585 | 0 | 859,062,585 |  |  |
|  |  |  |  | 9,813.000 |  |  | 873,019,835 |  | 13,957,250 | 859,062,585 | 0 | 859,062,585 |  |  |

C(FED)096867
HIGHLY CONFIDENTIAL

Case 1:04-cv-10467-RGS   Document 133-3   Filed 05/29/2008   Page 7 of 10

C(FED)096868
HIGHLY CONFIDENTIAL

2001 JULY - DECEMBER

| CUSTOMER | GRADE | QUANTITY(KG) | Amount (USD) SALES(JPY) | Sales Quantity (USD) AMOUNT(USD) | Exchange (JPY) | EXCHANGE RATE |
|---|---|---|---|---|---|---|
| AVX  *本部 | S-300-AVX | 10,500.00 | 5,993,062.50 | 722,171,166.00 | | 121.15 |
| | S-506-AVX | -1,990.00 | -1,362,055.50 | -168,281,958.00 | | 123.55 |
| | S-506K-AVX | 8,700.00 | 5,931,198.00 | 715,186,094.00 | | 120.59 |
| AVX  *本部 計 | | 17,210.00 | 10,562,205.00 | 1,269,075,302.00 | | 121.34 |
| EPCOS AG | DCUH-10PA-EPS | 5.00 | 393,941.00 | 393,941.00 | | 0.00 |
| | H-120-EPS | 5.00 | 463,125.00 | 463,125.00 | | 0.00 |
| | S-187-EPS | 20.00 | 1,852,500.00 | 1,852,500.00 | | 0.00 |
| | S-303-EPS | 5.00 | 393,941.00 | 393,941.00 | | 0.00 |
| | S-402-EPS | 3,000.00 | 249,947,375.00 | 249,947,375.00 | | 0.00 |
| | S-406-EPS | 3,000.00 | 249,947,375.00 | 249,947,375.00 | | 0.00 |
| | S-506-EPS HB | 250.00 | 21,655,250.00 | 21,655,250.00 | | 0.00 |
| | S-805-EPS HB | 15.00 | 1,528,312.00 | 1,528,312.00 | | 0.00 |
| | S-805-EPS LB-80# | 65.00 | 6,596,562.00 | 6,596,562.00 | | 0.00 |
| EPCOS AG 計 | | 6,365.00 | 532,778,381.00 | 532,778,381.00 | | 0.00 |
| KEMET ELEC | S-400-KME | 600.00 | 476,520.00 | 57,917,829.00 | | 121.54 |
| | S-506-KME | 5,764.00 | 4,915,078.08 | 593,894,375.00 | | 120.75 |
| KEMET ELEC 計 | | 6,364.00 | 5,391,598.08 | 651,812,204.00 | | 120.87 |
| Vishay Sprague, In | S-805-VSY | 10.00 | 8,730.00 | 1,050,656.00 | | 120.35 |
| | S-805-VSY HB | 10.00 | 8,730.00 | 1,050,656.00 | | 120.35 |
| Vishay Sprague, In 計 | | 20.00 | 17,460.00 | 2,101,312.00 | | 120.35 |
| 総計 | | 29,959.00 | 548,749,644.08 | 2,455,767,199.00 | | 83.19 |

2002 JANUARY – DECEMBER

| CUSTOMER | GRADE | QUANTITY(KG) | Amount(USD) SALES(JPY) | Amount(USD) AMOUNT(USD) Sales(JPY) | EXCHANGE RATE |
|---|---|---|---|---|---|
| AVX  *本部 | DCUH-12-AVX | 100.00 | 71,000.00 | 8,899,630.00 | 122.53 |
| | S-10-AVX | 5.00 | 5,500.00 | 649,440.00 | 118.08 |
| | S-300-AVX | 18,000.00 | 11,014,800.00 | 1,353,802,484.00 | 125.09 |
| | S-506-AVX | 0.00 | 0.00 | 0.00 | 130.24 |
| | S-506K-AVX | 25,000.00 | 17,024,460.00 | 2,114,598,494.00 | 126.87 |
| | S-700-AVX | 3,500.00 | 2,485,000.00 | 299,349,135.00 | 120.10 |
| AVX  *本部 計 | | 46,605.00 | 30,600,760.00 | 3,777,099,183.00 | 124.90 |
| EPCOS AG | DCUH-14-EPS | 5.00 | 3,350.00 | 410,476.00 | 122.53 |
| | S-406-EPS | 5,200.00 | 2,862,600.00 | 342,064,241.00 | 119.06 |
| | S-805-EPS HB | 85.00 | 61,494.95 | 7,536,749.00 | 124.09 |
| | S-806-EPC HB | 10.00 | 7,234.70 | 865,125.00 | 119.58 |
| EPCOS AG 計 | | 5,300.00 | 2,934,679.65 | 350,876,591.00 | 120.97 |
| EPCOS AG. E | S-187-EPS | 15.00 | 11,890.00 | 1,420,610.00 | 119.58 |
| | S-402-EPS | 200.00 | 117,400.00 | 14,154,918.00 | 120.57 |
| | S-406-EPS | 400.00 | 236,000.00 | 28,454,520.00 | 120.57 |
| | S-805-EPS HB | 100.00 | 36,173.50 | 4,325,627.00 | 123.98 |
| EPCOS AG. E 計 | | 715.00 | 401,453.50 | 48,355,675.00 | 122.37 |
| KEMET ELEC | S-506-KME | 5,545.00 | 3,572,012.40 | 470,382,941.00 | 131.44 |
| KEMET ELEC 計 | | 5,545.00 | 3,572,012.40 | 470,382,941.00 | 131.44 |
| TANTALUM P | S-706-CSM | 1.00 | 1,100.00 | 135,245.00 | 122.95 |
| TANTALUM P 計 | | 1.00 | 1,100.00 | 135,245.00 | 122.95 |
| VISHAY ISRAEL LTD | S-10-VSY | 15.00 | 4,850.00 | 639,424.00 | 124.96 |
| | S-300-VSY | 30.00 | | | 118.08 |
| | S-406-VSY | 30.00 | | | 118.08 |
| | S-506-VSY | 30.00 | | | 118.08 |
| | S-706-VSY | 30.00 | | | 118.08 |
| | S-806-VSY HB | 12.50 | 2,035.00 | 250,203.00 | 120.52 |
| VISHAY ISRAEL LTD 計 | | 147.50 | 6,885.00 | 889,627.00 | 120.41 |
| Vishay Sprague, In | S-10-VSY | 16.00 | 17,632.00 | 2,063,826.00 | 117.05 |
| | S-15-VSY | 5.00 | 6,250.00 | 731,563.00 | 117.05 |
| | S-806-VSY HB | 44.00 | 48,488.00 | 5,675,521.00 | 117.05 |
| Vishay Sprague, In 計 | | 65.00 | 72,370.00 | 8,470,910.00 | 117.05 |
| 総計 | | 58,378.50 | 37,589,260.55 | 4,656,210,172.00 | 124.13 |

C(FED)096869
HIGHLY CONFIDENTIAL

2003 JANUARY – DECEMBER

| CUSTOMER | GRADE | QUANTITY(KG) | SALES(JPY) Amount(USD) | AMOUNT(USD) Sales(JPY) | EXCHANGE RATE |
|---|---|---|---|---|---|
| AVX　*本部 | DCUH-12-AVX | 150.00 | 106,500.00 | 12,573,390.00 | 118.06 |
|  | S-300K-AVX | 1,000.00 | 850,000.00 | 100,351,000.00 | 118.06 |
|  | S-506K-AVX | 1,567.00 | 1,331,950.00 | 157,250,017.00 | 118.06 |
|  | S-700K-AVX | 500.00 | 425,000.00 | 50,175,500.00 | 118.06 |
| AVX　*本部 計 |  | 3,217.00 | 2,713,450.00 | 320,349,907.00 | 118.06 |
| EPCOS AG | S-10-EPS | 8.00 | 7,049.75 | 844,227.00 | 119.52 |
|  | S-15-EPS | 3.00 | 3,405.00 | 404,378.00 | 118.76 |
|  | S-187-EPS | 25.00 | 15,500.00 | 1,806,680.00 | 116.56 |
|  | S-402-EPS | 900.00 | 460,300.00 | 54,051,278.00 | 117.92 |
|  | S-406-EPS | 3,650.00 | 2,683,750.00 | 310,954,653.00 | 117.35 |
|  | S-506-EPS | 50.00 | 40,750.00 | 4,431,155.00 | 108.74 |
|  | S-805-EPS HB | 300.00 | 244,500.00 | 29,001,612.00 | 118.59 |
|  | S-805-EPS LB-80# | 500.00 | 407,500.00 | 48,782,641.00 | 119.74 |
|  | S-806-EPS HB | 5.00 | 4,075.00 | 483,947.00 | 118.76 |
|  | S-806-EPS LB | 5.00 | 4,075.00 | 483,947.00 | 118.76 |
| EPCOS AG 計 |  | 5,446.00 | 3,870,904.75 | 451,244,518.00 | 117.81 |
| EPCOS AG. E | S-10-EPS | 5.00 | 4,075.00 | 483,947.00 | 118.76 |
|  | S-402-EPS | 3,000.00 | 1,434,600.00 | 165,560,424.00 | 116.97 |
|  | S-406-EPS | 12,805.00 | 9,096,075.00 | 1,043,661,769.00 | 114.77 |
|  | S-506-EPS | 592.50 | 482,887.50 | 56,436,652.00 | 115.87 |
|  | S-805-EPS HB | 1,400.00 | 1,141,000.00 | 133,543,396.00 | 114.13 |
| EPCOS AG. E 計 |  | 17,802.50 | 12,158,637.50 | 1,399,686,188.00 | 115.26 |
| KEMET ELECTRONICS | S-15-KME | 5.00 | 6,270.00 | 751,083.00 | 119.79 |
|  | S-506-KME | 6,150.00 | 4,374,700.00 | 501,968,181.00 | 116.88 |
|  | S-706-KME | 14,885.00 | 11,791,450.00 | 1,356,704,086.00 | 113.37 |
|  | S-805-KME | 525.00 | 427,350.00 | 48,917,330.00 | 113.04 |
| KEMET ELECTRONICS 計 |  | 21,565.00 | 16,599,770.00 | 1,908,340,680.00 | 115.23 |
| VISHAY ISRAEL LTD | S-10-VSY | 22.50 | 18,315.00 | 2,134,796.00 | 116.56 |
|  | S-506-VSY | 19,346.00 | 14,284,343.70 | 1,664,702,235.00 | 116.80 |
|  | S-506-VSYLO | 9,147.50 | 7,446,065.00 | 887,601,815.00 | 118.98 |
|  | S-706-VSY | 999.50 | 816,810.50 | 96,613,658.00 | 118.32 |
|  | S-806-VSY HB | 925.00 | 752,950.00 | 89,149,484.00 | 118.34 |
| VISHAY ISRAEL LTD 計 |  | 30,440.50 | 23,318,484.20 | 2,740,201,788.00 | 117.68 |
| 総計 |  | 78,471.00 | 58,661,246.45 | 6,819,823,081.00 | 116.48 |

C(FED)096870
HIGHLY CONFIDENTIAL