UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION and AVX LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 04-10467-RGS |
| v. | ) ) ) | |
| CABOT CORPORATION, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT CABOT CORPORATION'S MOTION FOR
LEAVE TO FILE A REPLY MEMORANDUM IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(B)(3), Defendant Cabot Corporation ("Cabot") respectfully requests that the Court grant it leave to file a 10-page Reply Memorandum in Support of Defendant's Motion for Summary Judgment. In support of this Motion, Cabot states:

Pursuant to Local Rule 7.1(B)(3), Defendant Cabot Corporation ("Cabot") respectfully requests that the Court permit it to file a Reply Memorandum in Support of Defendant's Motion for Summary Judgment. In support of this Motion, Cabot states:

1. On March 31, 2008, Cabot moved for summary judgment on Plaintiff AVX Corporation and AVX Limited's (collectively, "AVX") Complaint.

2. On April 14, 2008, AVX filed its Opposition to Cabot's Motion for Summary Judgment (the "Opposition"). The Opposition contains a number of facts and arguments that were not addressed in the Memorandum in Support of Cabot's Motion for Summary Judgment. Cabot believes it would be helpful to the Court for those additional facts and arguments to be addressed.

3. AVX's Opposition ignores or misconstrues relevant precedent, mischaracterizes the facts (including the sworn testimony of its own employees), and relies upon previously undisclosed and inadmissible evidence. Cabot believes it would be helpful to the Court for those failings to be identified and briefly discussed. A draft of Cabot's proposed Reply Memorandum is attached hereto as Exhibit A.

4. Pursuant to Local Rule 7.1(A)(2), counsel for AVX was contacted to discuss Cabot's Motion for Leave to File a Reply Memorandum in Support of its Motion for Summary Judgment. Though AVX first stated it would not oppose Cabot's Motion for Leave, it then retracted that statement, and will not provide Cabot with a decision as to whether it will oppose Cabot's Motion for Leave before it is filed.

WHEREFORE, the defendants respectfully request that they be permitted to file a Reply Memorandum in Support of Defendants' Motion for Summary Judgment.

CABOT CORPORATION

By its attorneys,

/s/ Brian A. Davis
Robert S. Frank, Jr. (BBO No. 177240)
    (rfrank@choate.com)
Brian A. Davis (BBO No. 546462)
    (bad@choate.com)
Julie C. Rising (BBO No. 666950)
    (jrising@choate.com)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tele: 617-248-5000
Fax: 617-248-4000

Date:  June 12, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on June 12, 2008.

                                              */s/ Julie C. Rising*
                                              Julie C. Rising

4341392v1