UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION and AVX LIMITED, | ) ) ) ) |  |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 04-10467-RGS |
| v. | ) ) ) |  |
| CABOT CORPORATION, | ) ) |  |
| Defendant. | ) ) |  |

**PLAINTIFFS' RULE 72(a) OBJECTION TO MEMORANDUM OF DECISION**

COMES NOW, the Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") and upon the grounds stated in its Brief in Support hereof, object to the June 18, 2008 Memorandum of Decision and Order of Magistrate Bowler pursuant to Fed. R. Civ. P. 72(a).

WHEREFORE, AVX respectfully requests that the Court sustain its objection to the June 18, 2008 Memorandum of Decision and Order and grant such further relief as the Court deems just.

1

2

                                      AVX CORPORATION
                                      and AVX LIMITED ,

                                      By their attorneys,

                                      */s/ Joseph S.U. Bodoff*_____
                                      Joseph S.U. Bodoff  (BBO No. 549116)
                                      Richard A. Goren (BBO No. 203700)
                                      Ryan D. Sullivan (BBO No. 660696)
                                      Bodoff & Associates
                                      225 Friend Street
                                      Boston, MA 02114
                                      617/742-7300

Dated: June 30, 2008

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on June 30, 2008 .

                                        */s/ Ryan D. Sullivan*_____