UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION ) <br> and AVX LIMITED, ) <br>           ) <br>      Plaintiffs, ) <br>           ) <br> v. ) <br>           ) <br> CABOT CORPORATION, ) <br>           ) <br>      Defendant. ) <br>           ) | CIVIL ACTION NO.: 04-10467-RGS |

**PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF OBJECTION OF AVX CORPORATION AND AVX LIMITED TO <u>MEMORANDUM AND ORDER OF MAGISTRATE BOWLER</u>**

Pursuant to L.R. 7.1(B)(4) Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") hereby request leave to file a Memorandum in Support of Plaintiffs' Rule 72 (a) Objection to the June 18, 2008 Memorandum of Decision and Order of Magistrate Bowler in excess of the twenty page limit. In support AVX states:

1.   AVX's Memorandum in Support of its Rule 72(a) Objection to Magistrate Bowler's Memorandum and Order (the "Memorandum") is 21 pages, exceeding the allotted 20 pages by a single page.

2.   Magistrate Bowler's Memorandum of Decision and Order is 27 pages.

3.   The Memorandum exceeds the page limit in order to present the history of the case and the issues for the Court**.**   An adequate presentation of the background and history of the case cannot be condensed into a 20 page memorandum.

1

2

      The Defendant assents to allowance of this motion. The proposed Memorandum is attached as exhibit A.

      WHEREFORE, AVX Corporation and AVX Limited respectfully request that the Court grant leave to file a Memorandum In Support of the plaintiffs' Rule 72 (a) Objection to Magistrate Bowler's Memorandum L.R. 7.1(B)(4) in excess of 20 pages.

      AVX CORPORATION
and AVX LIMITED ,

By their attorneys,

*/s/ Richard A. Goren*_____
Joseph S.U. Bodoff  (BBO No. 549116)
Richard A. Goren (BBO No. 203700)
Ryan D. Sullivan (BBO No. 660696)
Bodoff & Associates
225 Friend Street
Boston, MA 02114
617/742-7300

Dated: June 30, 2008

2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for the plaintiffs, AVX Corporation and AVX Limited has conferred with counsel for defendant Cabot Corporation regarding the foregoing Motion for leave to file a Memorandum in Support of AVX's Opposition to Magistrate Bowler's June 18, 2008 in excess of 20 pages and Cabot assents to allowance to the Motion.

/s/ Richard A. Goren

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on June 30, 2008 .

/s/ Richard A. Goren