# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVX CORPORATION and AVX LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CABOT CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 04-10467-RGS |

**AFFIDAVIT OF STEVEN SCHWARTZ, PhD IN SUPPORT OF OBJECTION OF AVX CORPORATION AND AVX LIMITED TO MEMORANDUM AND ORDER STRIKING SUPPLEMENTAL ANSWERS TO INTERROGATORIES**

I, Steven Schwartz, PhD depose and state as follows:

1. I am a Senior Vice President at National Economic Research Associates, Inc. ("NERA") and submit this affidavit in support of the Objection of AVX Corporation and AVX Limited to the Memorandum and Order Striking Supplemental Answers to Interrogatories.

2. NERA was retained by the Plaintiffs in this matter to serve as an expert witness.

3. Lauren Stiroh, PhD., who also occupies the position of Senior Vice President at NERA was the consultant at NERA originally responsible for this assignment. I first became involved with this case in October 2007 when Dr. Stiroh was required to resign from the assignment due to medical reasons.

{00027736.1}

4.  It is my understanding that the Defendant opposed my substitution as the expert witness for the Plaintiff, necessitating Plaintiffs to file a motion with the Court to authorize the substitution, which was granted on or about October 18, 2007.

5.  I began familiarizing myself with the case immediately upon the entry of the order approving my substitution.

6.  Included in the work that I was performing was providing advice to counsel for the Plaintiffs that I thought was important to my analysis. I understand that the Defendant did not provide some of the information I requested counsel to obtain and, as a result, counsel filed one or more discovery motions with the Court to obtain that information.

7.  On or about November 8, 2007, Richard Goren, who is one of the attorneys for the Plaintiffs, informed my associate, Geeta Koolwal that the Court entered an order extending the fact discovery deadline until December 15, 2007. He also told Ms. Koolwal that while the order did not specifically address the deadline for me to submit my expert report he believed that the Court intended that that be the case.

8.  On or about December 6, 2007, Mr. Goren informed me that he had spoken to counsel for the Defendant, who advised him that the Defendant disagreed with his interpretation of the Court's order extending the discovery deadline and, that Plaintiffs would be filing a motion with the Court to extend the deadline. My associates at NERA and I had not begun working on preparation of our report until after our conversation with Mr. Goren.

9.  Because of the short notice for preparation of the report, we were not able to submit a draft to Plaintiff's counsel until the afternoon of Thursday, December 13,

2007. With the deadline for filing the report being on Monday, December 17, 2007, my associates and I worked through the weekend and most of Monday to make changes to and to finalize the report. The final report was submitted to Plaintiffs' counsel at approximately 6:00 p.m. on December 17, 2007.

Signed under the pains and penalties of perjury this 30th day of June, 2008

Steven Schwartz, PhD

{00027736.1}