# Exhibit A

6/30/2008

**From:**     Joseph S.U. Bodoff
**To:**       bdavis@choate
**Sent:**     12/17/2007  10:40PM
**Subject:**  AVX Expert Report

Brian-


Attached is a Preliminary Report of our expert.  Because this Report is being submitted in advance of the close of discovery, we reserve the right to submit a revised Report that may supplement and/or amend this Report.


Joe


-----------------------------------------------

Joseph S.U. Bodoff
Bodoff & Associates
225 Friend Street
Boston, MA  02114-1812


617.742.7300
617.742.9969 fax
jbodoff@bodofflaw.com
www.bodofflaw.com