# Exhibit C

6/30/2008

**From:**    RAG
**To:**      AVX Corporation
**Sent:**    8/21/2007  10:58AM
**Subject:** List of materials requried or desired

Geeta,

How are you coming with your list of materials that Lauren needs or wants and does not yet have to testify about separate markets for nodular and flake, Cabot's market power in flake, Cabot's impact on commerce with respect to nodular, and damages calculated by the excess of what was paid over the market value of the two products over the term of the supply contract.

I still await word from Cabot's attorneys about the standard cost accounting and the variances (or actual costs) for the discrete areas of fixed and variable costs.

---------------------------------------------------------------------------------

Richard A. Goren
Bodoff & Associates
225 Friend Street
Boston, MA 02114-1812

617.742.7300 ext. 203
617.742.9969 fax
rgoren@bodofflaw.com
www.bodofflaw.com