UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVX CORPORATION and AVX LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 04-10467-RGS |
| v. | ) ) ) | |
| CABOT CORPORATION, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR RULE 72 OBJECTION**

Pursuant to L.R. 7.1(B)(3) Plaintiffs AVX Corporation and AVX Limited (collectively "AVX") hereby request leave to file a reply in Support of AVX's June 30, 2008 Rule 72 Objection to the June 18, 2008 decision of Magistrate Bowler. The proposed reply will aid the Court in determining the issues. The proposed reply is attached as Exhibit A.

The defendant Cabot Corporation neither assents nor objects to the allowance of this motion for leave to file a reply.

1

WHEREFORE, AVX Corporation and AVX Limited respectfully request that the Court grant them leave to file a Reply in support of their June 30, 2008 Rule 72 Objection.

        AVX CORPORATION
        and AVX LIMITED ,

        By their attorneys,

        */s/ Richard A. Goren*
        Joseph S.U. Bodoff  (BBO No. 549116)
        Richard A. Goren (BBO No. 203700)
        Ryan D. Sullivan (BBO No. 660696)
        Bodoff & Associates P.C.
        225 Friend Street
        Boston, MA 02114
        617/742-7300

Dated: July 28, 2008

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for the plaintiffs, AVX Corporation and AVX Limited has conferred with counsel for defendant Cabot Corporation regarding the foregoing Motion for leave to file a Reply in Support of AVX's Rule 72 Objection.

        */s/ Richard A. Goren*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on July 28, 2008.

        */s/ Richard A. Goren*